# EXHIBIT A





```ruby
require "serpapi"

client = SerpApi::Client.new(
  q: "Coffee",
  location: "Austin, Texas, United States",
  hl: "en",
  gl: "us",
  google_domain: "google.com",
  api_key: "secret_api_key"
)

results = client.search
```

# Advanced Features

Leverage our infrastructure (IPs across the globe, full browser cluster, and CAPTCHA solving technology), and exploit our structured SERP data in the way you want.



## Real Time and Real Results

Each API request runs immediately – no waiting for results.

In addition, each API request runs in a full browser, and we'll even

solve all CAPTCHAs, completely mimicking what a human would do. This guarantees that you get what users truly see.



## Accurate Locations

Get Google results from anywhere in the world with our "location" parameter.

SerpApi uses Google's geolocated, encrypted params and routes your request through the proxy server nearest to your desired location to ensure accuracy. Get locations at our locations endpoint.



## JSON Results

Regular organic results are available as well as Maps, Local, Stories, Shopping, Direct Answer, and Knowledge Graph.

Lots of structured data is available for each result, including links, addresses, tweets, prices, thumbnails, ratings, reviews, rich snippets, and more.



## U.S. Legal Shield

The crawling and parsing of public data is protected by the First Amendment of the United States Constitution. We value freedom of speech tremendously. We assume scraping and parsing liabilities for both domestic and foreign companies unless your usage is otherwise illegal. (Including but are not limited to: acts of cyber criminality, terrorism, pedopornography, denial of service attacks, and war crimes.)

## Simple Pricing

Month-to-month contract. Cancel anytime.

## DEVELOPER

# $75

/ month

**GET STARTED**

**5,000 searches** / month

No U.S. Legal Shield ❓

## PRODUCTION

# $150

/ month

**GET STARTED**

**15,000 searches** / month

U.S. Legal Shield ❓

## BIG DATA

# $275

/ month

**GET STARTED**

**30,000 searches** / month

**U.S. Legal Shield** 

## FREE

# $0

/ month

**GET STARTED**

**250 searches** / month

# They trust us

You are in good company. Join them.












# FAQ

- How are searches counted?
- What's your guaranteed throughput?
- What if I need more volume?
- Do you provide SLA guarantees?
- What's your refund policy?

What are scraper legal protections?

For more answers visit our FAQ page

## Contact Us

Questions, get a quote, special needs, or just say hi.
We would love to hear from you!

Your Email

Your Message

SEND MESSAGE

## Documentation

- Google Search API
- Google Light Search API
- Google AI Mode API
- Google AI Overview API
- Google Autocomplete API
- Google Events API
- Google Forums API
- Google Finance API
- Google Flights API
- Google Hotels API
- Google Images API
- Google Images Light API
- Google Immersive Product API
- Google Jobs API
- Google Lens API
- Google Local API
- Google Local Services API
- Google Maps API
- Google Maps Reviews API
- Google News API
- Google News Light API
- Google Patents API
- Google Play Store API
- Google Product API
- Google Related Questions API
- Google Reverse Image API

## About

- Home
- Integrations
- Features
- Pricing
- Use cases
- Team
- Careers
- FAQ
- Legal
- Security
- Contact us
- Blog

## Contact

SerpApi, LLC

5540 N Lamar Blvd #12

Austin, TX 78751

+1 (512) 666-8245

contact@serpapi.com

- Google Scholar API
- Google Shopping API
- Google Shopping Light API
- Google Light Fast API
- Google Short Videos API
- Google Trends API
- Google Videos API
- Google Videos Light API
- Amazon Search API
- Apple App Store API
- Baidu Search API
- Bing Images API
- Bing Search API
- DuckDuckGo Search API
- DuckDuckGo Light API
- Ebay Search API
- Facebook Profile API
- Naver Search API
- The Home Depot Search API
- Tripadvisor Search API
- Walmart Search API
- Yahoo! Search API
- Yandex Search API
- Yelp Search API
- YouTube Search API
- Extra APIs
- Status and Error Codes

# SerpApi

## Our Values

We value full transparency and painful honesty both in our internal and external communications. We believe a world with complete and open transparency is a better world.

♥ Built with love in Austin, TX. © 2025 SerpApi, LLC.

