

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REDDIT, INC.,

        Plaintiff,                          Civil Action No. 25-cv-8736

   -against-                                AFFIDAVIT OF SERVICE

SERPAPI LLC, et al.,

        Defendants.
-----------------------------------------------------------X
STATE OF TEXAS     )
                   S.S.:
COUNTY OF TRAVIS  )

       **GEORGE L. CASTILLO**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 23rd day of October, 2025, at approximately 4:45 pm, deponent attempted to serve a true copy of the **SUMMONS; COMPLAINT; EXHIBIT A; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES OF UNITED STATES DISTRICT JUDGE PAUL A. ENGELMAYER; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE BARBARA MOSES; AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **SERPAPI, LLC** c/o Julien Khaleghy Bayegy at 5540 N. Lamar Blvd., #12, Austin, TX 78751, but Serpapi LLC is not here. Another business by the name of Vuka is located here and there were no trespassing signs posted.

       That on the 27th day of October, 2025, at approximately 11:05 am, deponent served a true copy of the **SUMMONS; COMPLAINT; EXHIBIT A; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL RULES AND PRACTICES IN CIVIL CASES OF UNITED STATES DISTRICT JUDGE PAUL A. ENGELMAYER; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE BARBARA MOSES; AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS** upon **SERPAPI, LLC** at 3003 E. 18th St., Austin, TX 78702, by personally delivering and leaving the same with **PAIGE BUTLER**, who is an Administrative Director and is authorized to receive service for that company.

\# 311581

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com



**PAIGE BUTLER** is a white female, approximately 31 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 125 pounds with brown hair and brown eyes.

_____
GEORGE L. CASTILLO

Sworn to before me this
30th day of October, 2025

_____
NOTARY PUBLIC

DANA L. McMICHAEL
ID #4733578
My Commission Expires
April 23, 2028

\# 311581

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com