**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
REDDIT, INC.,
        Plaintiff,
  -vs-

SERPAPI LLC, et al.,
        Defendants.
----------------------------------------------------------X

Civil Action No. 1:25-cv-08736-PAE
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
           S.S.
COUNTY OF NEW YORK)

        **NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 24th day of October, 2025, at approximately the time of 1:18pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, RULE 7.1 STATEMENT, INDIVIDUAL RULES AND PRACTICES IN A CIVIL CASES PAUL A. ENGELMAYER UNITED STATES DISTRICT JUDGE, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE BARBARA MOSES AND ELECTRONIC CASE FILING RULES AND INSTRUCTIONS** upon **PERPLEXITY AI, INC.** c/o CT Corporation at 28 Liberty Street, New York, NY 10005, by personally delivering and leaving the same with **ANGELO BROWN,** who informed deponent that he holds the position of intake specialist with that company and is authorized by appointment to receive service at that address.

        **ANGELO BROWN** is a black male, approximately 45 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 170 pounds with brown and gray hair and brown eyes.

_____
NELSON CARVAJAL, #2067766

Sworn to before me this
4th day of November, 2025

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public-State of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 01, 2026

#311579

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com