**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Jessica L. Falk**
+1 (212) 310-8511
jessica.falk@weil.com

November 5, 2025

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: **<u>Reddit, Inc. v. SerpApi LLC, et al.</u> (Case No. 1:25-cv-08736-PAE)**

Your Honor:

  We represent Defendant SerpApi, LLC in the above-referenced action and write to respectfully move for an extension of time to respond to Plaintiff Reddit Inc.'s Complaint. Plaintiff consents to this request.

  This is the first request for an extension of time in this matter. The current deadline to answer, move, or other respond to the Complaint is November 17, 2025. From October 29 to November 4, 2025, the parties conferred regarding SerpApi's time to respond and now stipulate to extending SerpApi's time to respond to December 22, 2025; if SerpApi files a motion to dismiss, extending Plaintiff's time to oppose the motion up to and including February 20, 2026; and extending SerpApi's time to file its reply up to and including March 20, 2026. The stipulation is attached hereto as **<u>Exhibit A.</u>**

  Your Honor's attention and consideration are greatly appreciated.

               Sincerely,

               */s/ Jessica L. Falk*

cc: All Counsel of Record