UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., <br><br> Plaintiff, <br><br> - against - <br><br> SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC., <br><br> Defendants. | Case No.: 25-cv-08736 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nili T. Moghaddam of the law firm Weil, Gotshal & Manges LLP, hereby enters her appearance as counsel for Defendant SerpApi, LLC in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  November 5, 2025
        New York, New York

Respectfully Submitted,

*/s/ Nili T.Moghaddam*
Nili T. Moghaddam
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: nili.moghaddam@weil.com

*Attorney for SerpApi, LLC*