UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>SERPAPI, LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC.,<br><br>       Defendants. | Case No. 25-cv-8736 |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**
**(CIVIL ACTION)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant SerpApi, LLC certifies that SerpApi, LLC is a non-governmental corporate party and that:

1. No publicly held corporations own 10% or more of SerpApi, LLC stock.

Dated: November 6, 2025

/s/ *Jessica L. Falk*
Jessica L. Falk
Nili T. Moghaddam
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
Email: jessica.falk@weil.com
Email: nili.moghaddam@weil.com

Jeffrey G. Homrig (*pro hac vice forthcoming*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-7700
Fax: (214) 746-7777
Email: jeff.homrig@weil.com

*Counsel for Defendant SerpApi, LLC*