**Read & Co.**

N. Read & Co. PLLC
260 Madison Avenue, 16th Floor
New York, NY 10016

Nathaniel P. T. Read
212-750-3771
nread@readandco.com

November 10, 2025

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Reddit, Inc. v. SerpApi LLC, et al.*, 1:25-cv-08736-PAE

Dear Judge Engelmayer:

    I write on behalf of Defendant Perplexity AI, Inc. ("Perplexity"), pursuant to Section 1.E of the Court's Individual Rules and Practices in Civil Cases to request an extension of time to respond to Plaintiff Reddit Inc.'s Complaint. Plaintiff consents to this request.

    This is Perplexity's first request for an extension of time in this matter. The current deadline to answer, move, or other respond to the Complaint is November 14, 2025. On November 6 and November 7, the parties conferred regarding Perplexity's time to respond and now stipulate to extending Perplexity's time to respond to December 22, 2025; if Perplexity files a motion to dismiss, extending Plaintiff's time to oppose the motion up to and including February 20, 2026; and extending Perplexity's time to file its reply up to and including March 20, 2026. The stipulation is enclosed herewith as Exhibit A.

    Your Honor's attention and consideration are greatly appreciated.

                                    Respectfully submitted,

                                    /s/ *Nathaniel P. T. Read*

                                    Nathaniel P.T. Read

cc: All Counsel of Record – by ECF with Exhibit A

GRANTED IN PART.

Defendant's deadline to answer or otherwise respond to the complaint, including by filing any motion to dismiss, is extended to December 22, 2025.

If defendant moves to dismiss, the Court expects to issue, consistent with its ordinary practice, an amend-or-oppose order that allows plaintiff, within 21 days of that motion, to amend their complaint or, alternatively, to oppose the motion. No further opportunities to amend will ordinarily be granted.

If plaintiff chooses to amend, defendant will, within 21 days of the filing of the amended complaint: (1) answer; (2) file a new motion to dismiss; or (3) file a letter stating that it relies on the previously filed motion to dismiss.

Per the Court's Individual Rules, the parties are free to seek extensions of these deadlines as they arise consistent with the schedule proposed in their stipulation.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: November 12, 2025
New York, New York