

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

December 10, 2025

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Reddit, Inc. v. SerpApi LLC, et al.* (Case No. 1:25-cv-08736-PAE)

Your Honor:

Pursuant to the Federal Rules of Civil Procedure and Section 1(E) of your Individual Rules and Practices, Defendant Perplexity AI, Inc. ("Perplexity") hereby submits this letter-motion requesting a nine-day extension of time to respond to Plaintiff Reddit Inc.'s Complaint.

The current deadline to answer, move, or otherwise respond to the Complaint is December 22, 2025. Perplexity has recently retained new counsel in this matter, and, accordingly, seeks a brief extension of the deadline to December 31, 2025. One prior request for extension was made [Dkt. 27] and granted [Dkt. 30]. Plaintiff has stated that it will not oppose the request, and the extension will not affect any other scheduled dates in the case.

For these reasons, Perplexity respectfully requests that the Court grant an extension of time to respond to the Complaint [Dkt. 1] until and including December 31, 2025.

Sincerely,

Benjamin D. Rothstein

KEKER, VAN NEST & PETERS LLP

3912720