**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Jessica L. Falk**
+1 (212) 310-8511
jessica.falk@weil.com

December 16, 2025

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>**Reddit, Inc. v. SerpApi LLC, et al.** (Case No. 1:25-cv-08736-PAE)</u>

Your Honor:

    We represent Defendant SerpApi LLC in the above-referenced action and write to respectfully move for a brief extension of time to respond to Plaintiff Reddit Inc.'s Complaint. Plaintiff does not object to this request.

    This is the second request for an extension of time in this matter. *See* Dkt. No. 32. The current deadline to answer, move, or otherwise respond to the Complaint is December 22, 2025. Defendant SerpApi LLC requests a brief further extension of time to answer, move, or otherwise respond to the Complaint through and including January 2, 2026, which is aligned with the current response deadline for Defendant Perplexity AI, Inc. This brief extension will not affect any other scheduled dates in the case.

    Your Honor's attention and consideration are greatly appreciated.

                                                Sincerely,

                                                */s/ Jessica L. Falk*

cc:  All Counsel of Record