UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC.,<br><br>               Defendants. | Case No. 25-cv-8736 |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

To: Clerk of the Court and All Counsel and Parties of Record:

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and Defendant Perplexity AI, Inc. ("Perplexity") pursuant to Rule 1.4 of the Local Rules of the U.S. District Courts for the Southern and Eastern Districts of New York, that Eric H. MacMichael, Sharif E. Jacob, Benjamin D. Rothstein, and Christina Lee of Keker, Van Nest & Peters LLP be substituted as counsel of record for Perplexity in the above-captioned matter in place of Nathaniel P. T. Read of N. Read & Co. PLLC. Mr. Read respectfully requests that he be removed from the Court's ECF service list. Incoming counsel does not intend to seek modification of any existing deadlines or dates for court appearances in this action.

    IT IS FURTHER STIPULATED AND AGREED that all notices given or required to be given, and all papers filed or required to be served in the above-captioned matter, should henceforth be provided to and served upon counsel at the addresses set forth below:

Keker, Van Nest & Peters LLP<br>
Eric H. MacMichael<br>
633 Battery Street<br>
San Francisco, CA 94111-1809<br>
EMacMichael@keker.com

3931373

Keker, Van Nest & Peters LLP
Sharif E. Jacob
633 Battery Street
San Francisco, CA 94111-1809
SJacob@keker.com

Keker, Van Nest & Peters LLP
Benjamin D. Rothstein
633 Battery Street
San Francisco, CA 94111-1809
BRothstein@keker.com

Keker, Van Nest & Peters LLP
Christina Lee
633 Battery Street
San Francisco, CA 94111-1809
CLee@keker.com

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that facsimile or electronic signatures shall have the same force and effect as originals.

Dated: December 17, 2025

| **N. READ & CO. PLLC** | **KEKER, VAN NEST & PETERS LLP** |
|---|---|
| By: /s/ Nathaniel P. T. Read<br>Nathaniel P. T. Read<br>N. Read & Co. PLLC<br>260 Madison Ave. 16th Flr<br>New York, NY 10016<br>Email: nread@readandco.com<br><br>*Outgoing Attorneys for Defendant*<br>*PERPLEXITY AI, INC.* | By: */s/ Eric H. MacMichael*<br>ERIC H. MACMICHAEL pro hac vice<br>EMacMichael@keker.com<br>SHARIF E. JACOB pro hac vice<br>SJacob@keker.com<br>BENJAMIN D. ROTHSTEIN<br>BRothstein@keker.com<br>CHRISTINA LEE pro hac vice forthcoming<br>CLee@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br><br>*Incoming Attorneys for Defendant*<br>*PERPLEXITY AI, INC.* |

| PERPLEXITY AI, INC.<br><br>By: *Tyler Blake*<br>Tyler Blake<br>Authorized Signatory | |
|---|---|

3931373