UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., <br><br> Plaintiff, <br><br> v. <br><br> SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC., <br><br> Defendants. | Case No.: 25-cv-8736 (PAE) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon this Notice of Motion and the accompanying Memorandum of Law in Support of SerpApi LLC's Motion to Dismiss, Defendant SerpApi LLC will move this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Paul A. Engelmayer, at a date and time to be designated by the Court, for an Order dismissing Plaintiff's claims, and for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: January 2, 2026 | Respectfully submitted, |
| | /s/ *Jessica L. Falk*<br>Jessica L. Falk<br>Nili T. Moghaddam<br>Sarah Ryu<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Fax: (212) 310-8007<br>jessica.falk@weil.com<br>nili.moghaddam@weil.com<br>sarah.ryu@weil.com<br><br>Jeff Homrig (*pro hac vice*) WEIL, GOTSHAL & MANGES LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201<br>Telephone: (214) 746-7700<br>Fax: (214) 746-7777<br>jeff.homrig@weil.com<br><br>*Attorneys for Defendant SerpApi, LLC* |