UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERPAPI LLC, OXYLABS UAB,<br>AWMPROXY, and PERPLEXITY AI, INC.,<br><br>　　　　　Defendants. | Case No. 25-cv-8736 (PAE) |

# DEFENDANT PERPLEXITY AI, INC.'S
# NOTICE OF MOTION TO DISMISS COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings, Defendant Perplexity AI, Inc. ("Perplexity"), by and through its counsel, will move this Court, before the Honorable Paul A. Engelmayer, on a date and time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, 10007, for an Order dismissing Counts 1, 4, 5, and 6 of the Complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Plaintiff Reddit, Inc., shall file any opposition papers by February 20, 2026, and Perplexity shall file any reply papers by March 20, 2026, or by such deadlines as the Court may order (ECF 30).

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: January 2, 2026

By: */s/ Eric H. MacMichael*
ERIC H. MACMICHAEL *pro hac vice*
EMacMichael@keker.com
SHARIF E. JACOB *pro hac vice*
SJacob@keker.com
BENJAMIN D. ROTHSTEIN
BRothstein@keker.com
CHRISTINA LEE *pro hac vice forthcoming*
CLee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant PERPLEXITY AI, INC.