**WOLLMUTH MAHER & DEUTSCH LLP**

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

---

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

January 9, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>*Reddit, Inc. v. SerpApi LLC, et al.*, Case No. 25-cv-8736-PAE</u>

Dear Judge Engelmayer:

    I write on behalf of Plaintiff Reddit, Inc. ("Reddit") in the above-referenced action. In light of Defendants SerpApi LLC's ("SerpApi") and Perplexity AI, Inc.'s ("Perplexity") motions to dismiss filed on January 2, 2026, Reddit respectfully requests a two-week extension of its deadline to amend the Complaint. The original (current) deadline is January 23, 2026. The new deadline sought is February 6, 2026. Neither SerpApi nor Perplexity object to this request.

    This is Reddit's first request for an extension of time. The requested extension does not conflict with any other scheduled dates.

    Should Defendants renew their motions to dismiss Reddit's Amended Complaint, Reddit anticipates that the parties will seek to adjust their briefing deadlines in a manner consistent with the previous stipulation filed in this matter (D.I. Nos. 22, 22-1, 27, and 27-1), which would of course be subject to the Court's approval in the same way that the Court adjusted the parties' deadlines in the initial briefing schedule (D.I. Nos. 30, 32, 35, 42).

    We thank the Court for its attention to this matter.

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: January 12, 2026
New York, New York

Respectfully Submitted,

/s/ William A. Maher

William A. Maher