# EXHIBIT B



# SerpApi

# Google Search API

Scrape Google and other search engines from our fast, easy, and complete API.

Search Query

Coffee

Location

Austin, Texas, United States ▾

**TEST SEARCH**





Play with more parameters and search engines ↗

# Easy Integration



Or by using one of our libraries in your preferred language:

SerpApi: Google Search API

```
1   require "serpapi"
2
3   client = SerpApi::Client.new(
4     q: "Coffee",
5     location: "Austin, Texas, United States",
6     hl: "en",
7     gl: "us",
8     google_domain: "google.com",
9     api_key: "secret_api_key"
10  )
11
12  results = client.search
```

# Advanced Features

Leverage our infrastructure (IPs across the globe, full
browser cluster, and CAPTCHA solving technology), and
exploit our structured SERP data in the way you want.



### Real Time and Real Results

Each API request runs immediately – no waiting for results.

In addition, each API request runs in a full browser, and we'll even

solve all CAPTCHAs, completely mimicking what a human would do. This guarantees that you get what users truly see.



## Accurate Locations

Get Google results from anywhere in the world with our "location" parameter.

SerpApi uses Google's geolocated, encrypted params and routes your request through the proxy server nearest to your desired location to ensure accuracy. Get locations at our locations endpoint.



## JSON Results

Regular organic results are available as well as Maps, Local, Stories, Shopping, Direct Answer, and Knowledge Graph.

Lots of structured data is available for each result, including links,
addresses, tweets, prices, thumbnails, ratings, reviews, rich
snippets, and more.



### U.S. Legal Shield

The crawling and parsing of public data is protected by the First
Amendment of the United States Constitution. We value freedom
of speech tremendously. We assume scraping and parsing
liabilities for both domestic and foreign companies unless your
usage is otherwise illegal. (Including but are not limited to: acts of
cyber criminality, terrorism, pedopornography, denial of service
attacks, and war crimes.)

# Simple Pricing

Month-to-month contract. Cancel anytime.

SerpApi: Google Search API



## Starter

$ **25** / month

Get Started

✔ **1,000** searches per month

✔ **200** throughput per hour ?

✘ U.S. Legal Shield ?



## Developer

$ **75** / month

Get Started

✔ **5,000** searches per month

✔ **1,000** throughput per hour ?

✘ U.S. Legal Shield ?

Most popular

SerpApi: Google Search API



## Production

$ **150** / month

Get Started

✔ **15,000** searches per month

✔ **3,000** throughput per hour ?

✔ U.S. Legal Shield ?

## Big Data

$ **275** / month

Get Started

✔ **30,000** searches per month

✔ **6,000** throughput per hour ?

✔ U.S. Legal Shield ?

SerpApi: Google Search API

# Flexible options for every stage

Start for free, upgrade as you grow, or contact our team about an enterprise plan tailored to your volume, performance, and compliance needs.

[View all plans](#)



Free

**$ 0** / month

Get Started

✔ **250** searches per month

✔ **50** throughput per hour ⃝?

✕ U.S. Legal Shield ⃝?

✕ ZeroTrace Mode ⃝?

✕ Priority support

## Enterprise

Contact sales for pricing

**contact@serpapi.com**

( Contact us )

✔ Custom searches per month

✔ Custom throughput per hour

✔ U.S. Legal Shield ?

✔ ZeroTrace Mode ?

✔ Priority support

# They trust us

You are in good company. Join them.






 

   

# FAQ

| How are searches counted? |
| --- |

| What's your guaranteed throughput? |
| --- |

| What if I need more volume? |
| --- |

| Do you provide SLA guarantees? |
| --- |

| What's your refund policy? |
| --- |

| What are scraper legal protections? |
| --- |

For more answers visit our FAQ page

SerpApi: Google Search API

# Contact Us

Questions, get a quote, special needs, or just say hi.
We would love to hear from you!

Your Email

Your Message

SEND MESSAGE

## Documentation

G  Google Search API

G  Google Light Search API

Google AI Mode API

Google AI Overview API

Google Ads Transparency API

Google Autocomplete API

## About

Home

Documentation

Integrations

Features

Pricing

Use cases

📅 Google Events API

🏛 Google Finance API

✈ Google Flights API

💬 Google Forums API

🛏 Google Hotels API

🖼 Google Images API

🖼 Google Images Light API

🚀 Google Immersive Product API

💼 Google Jobs API

📷 Google Lens API

G Google Light Fast API

📍 Google Local API

Ad Google Local Services API

🌐 Google Maps API

⭐ Google Maps Reviews API

📰 Google News API

📰 Google News Light API

📑 Google Patents API

▶ Google Play Store API

❓ Google Related Questions API

🖼 Google Reverse Image API

🎓 Google Scholar API

🛒 Google Shopping API

🛒 Google Shopping Light API

🎞 Google Short Videos API

🔍 Google Travel Explore API

📈 Google Trends API

🎥 Google Videos API

🎥 Google Videos Light API

𝖆 Amazon Search API

Team

Careers

FAQ

Legal

Security

Contact us

Blog

# Contact

SerpApi, LLC

5540 N Lamar Blvd #12

Austin, TX 78751

+1 (512) 666-8245

contact@serpapi.com

🏷️  Amazon Product API

Ⓐ  Apple App Store API

🐾  Baidu Search API

ᖯ  Bing Search API

🖼️  Bing Copilot API

🖼️  Bing Images API

DuckDuckGo Search API

DuckDuckGo Light API

℮  eBay Search API

Ⓕ  Facebook Profile API

N  Naver Search API

·⊙·  OpenTable Reviews API

🔨  The Home Depot Search API

🦉  Tripadvisor Search API

☀  Walmart Search API

y!  Yahoo! Search API

Ү  Yandex Search API

✳  Yelp Search API

▶  YouTube Search API

⚙  Extra APIs

⊗  Status and Error Codes

⚡  Model Context Protocol

SerpApi: Google Search API

# SerpApi

## Our Values

We value full transparency and painful honesty both in our internal and external communications. We believe a world with complete and open transparency is a better world.

♥ Built with love in Austin, TX. © 2026 SerpApi, LLC.

