# EXHIBIT C

Proxy locations    Network status    Careers    hello@oxylabs.io    English (EN)    Log in

Proxies    Scraping solutions    Video data    AI studio    Pricing    Developers    Try Oxylabs today

< Back to blog

Tutorials    Scrapers    Python

# How to Scrape Google Search Results: Python Tutorial



Roberta Aukstikalnyte
Last updated on • 2025-01-28 • 8 min read

Share

IN THIS ARTICLE:

- What is a Google SERP?
- Is it legal to scrape Google results?
- Google search scraping: the difficulties
  - 1. CAPTCHAs
  - 2. IP blocks
  - 3. Disorganized data
- Scraping public Google search results with Python using our API
  - 1. Install required Python libraries
  - 2. Set up a payload and send a POST request
  - 3. Export scraped data to a CSV
- Scraping Google search results with proxies
  - 1. Prerequisites
  - 2. Making the request
  - 3. Saving results to a file
- Scraping methods' comparison
- Conclusion

**Try Google Search Scraper API**

Choose Oxylabs' **Google Search Scraper API** to unlock real-time search data hassle-free.

Try now

**Try Free Proxies**

Discover the benefits of using Oxylabs' high-quality services with free proxies.

Try now

With Google being the largest search engine, naturally, it holds immeasurable amounts of useful information. However, if you need to scrape Google search pages automatically and on a large scale, you may run into some difficulties. Using a reliable free proxy list or any other proxy option can help you bypass restrictions and avoid getting blocked while scraping. In today's article, we'll explore what exactly those difficulties are, how to overcome them, and successfully scrape Google search results at scale.

For your convenience, we also prepared this tutorial in a video format:







## What is a Google SERP?

Upon any discussion of web scraping Google search results, you'll likely run into the "SERP" abbreviation. SERP stands for Search Engine Results Page; it's the page you get after entering a query into the search bar. Back in the day, Google would return a list of links for your query. Today, it looks completely different – to make your search experience quick and convenient, SERPs contain various features and elements. There are quite a few of them, so let's just take a look at the most important ones.

### 1. Featured snippets



### 2. Paid ads







## 3. Video carousel



Image source: fiveblocks.com

## 4. People also ask



## 5. Local pack



---

Document title: How to Scrape Google Search Results: Python Tutorial
Capture URL: https://oxylabs.io/blog/how-to-scrape-google-search-results#
Capture timestamp (UTC): Mon, 25 Aug 2025 17:36:18 GMT

Page 3 of 18



## 6. Related searches

## Is it legal to scrape Google results?

The legality of scraping Google search data is largely discussed in the scraping field. As a matter of fact, scraping publicly available data on the internet – including Google SERP data – is legal. However, it may vary from one situation to another, so it's best to seek legal advice about your specific case.

## Google search scraping: the difficulties

As said at the beginning of this article, web scraping Google search results data isn't easy. Google has implemented several techniques to prevent malicious bots from harvesting its data. Here's where the issues begin – since it's difficult to tell the difference between a malicious bot and a non-malicious one, the latter gets flagged, too. In other words, even if your Google search scraper isn't a threat, it may still get banned.

Let's take a closer look at the difficulties of scraping public Google search results.

---

Document title: How to Scrape Google Search Results: Python Tutorial
Capture URL: https://oxylabs.io/blog/how-to-scrape-google-search-results#
Capture timestamp (UTC): Mon, 25 Aug 2025 17:36:18 GMT

too. In other words, even if your Google search scraper isn't a threat, it may still get banned.

Let's take a closer look at the difficulties of scraping public Google search results.

## 1. CAPTCHAs

Prompting CAPTCHAs is the way Google differentiates real users from bots. The tests are difficult for bots to do, but humans can complete them relatively easily. If the visitor cannot complete CAPTCHA after a few tries, it often results in IP blocks. Luckily, advanced web scraping tools, such as our SERP Scraper API (now part of our Web Scraper API solution), are adept at dealing with CAPTCHAs without blocks.

## 2. IP blocks

Whenever you do something online, your IP is visible to websites you visit. When you're scraping Google SERP data (or data from any other website), it receives a massive number of requests. The website may see it as suspicious activity and, consequently, ban your IP, preventing the visitor from accessing it again.

## 3. Disorganized data

The whole point of gathering data from Google on a large scale is analyzing it and gaining insights. For instance, with data from Google at scale, you can build a solid search engine optimization strategy.

However, to analyze search results data, it has to be well-organized and easy to read. That said, your data-gathering tool should be able to return it in a structured format – JSON or CSV, for example.

Let's run a basic scraping request using Playwright to showcase the difficulties in action. First, install Playwright using `pip install playwright` and then execute the following code:

```python
import asyncio
from playwright.async_api import async_playwright


query = 'hotels in New York City'
num = 50
url = f'https://www.google.com/search?q={query.replace(" ", "+")}&num={num}'

async def main():
    async with async_playwright() as pw:
        browser = await pw.chromium.launch(headless=True)

        context = await browser.new_context()
        page = await context.new_page()
        await page.goto(url)

        data = await page.content()
        with open('google_page.html', 'w') as file:
            file.write(data)
```

### IN THIS ARTICLE:

- What is a Google SERP?
- Is it legal to scrape Google results?
- Google search scraping: the difficulties
  - 1. CAPTCHAs
  - 2. IP blocks
  - 3. Disorganized data
- Scraping public Google search results with Python using our API
  - 1. Install required Python libraries
  - 2. Set up a payload and send a POST request
  - 3. Export scraped data to a CSV
- Scraping Google search results with proxies
  - 1. Prerequisites
  - 2. Making the request
  - 3. Saving results to a file
- Scraping methods' comparison
- Conclusion

**Try Google Search Scraper API**

Choose Oxylabs' **Google Search Scraper API** to unlock real-time search data hassle-free.

[Try now]

**Try Free Proxies**

Discover the benefits of using Oxylabs' high-quality services with free proxies.

[Try now]



```
16
17            data = await page.content()
18            with open('google_page.html', 'w') as file:
19                file.write(data)
20
21    if __name__ == '__main__':
22        asyncio.run(main())
```

Copy

If you open the saved HTML file in your browser, in most cases, you may see a CAPTCHA test rather than Google search results:

[reCAPTCHA "I'm not a robot" checkbox screenshot with "About this page" heading]

With these challenges in mind, you'll require an advanced **Google scraping** tool that can overcome them all. Oxylabs' **Google Search API** is constructed to bypass the technical challenges Google has implemented. It smoothly delivers public Google search results without users having to take care of scraper maintenance.

In fact, it takes just a few steps to scrape Google search results with our SERP API– let's take a closer look at that very process. Additionally, check out our other guide if you want to **scrape Google Shopping results**.

## Scraping public Google search results with Python using our API

### 1. Install required Python libraries

To follow this guide on scraping Google search results, you'll need the following:

- Credentials for **Oxylabs' SERP API**

- Python

- Requests library

First, sign up for **Oxylabs' Google Search Results API** and save your username and password. Throughout this guide, you'll see the `username` and `password` entities – these are the places where you'll need to insert your own credentials.



Document title: How to Scrape Google Search Results: Python Tutorial
Capture URL: https://oxylabs.io/blog/how-to-scrape-google-search-results#
Capture timestamp (UTC): Mon, 25 Aug 2025 17:36:18 GMT

First, sign up for Oxylabs' Google Search Results API and save your username and password. Throughout this guide, you'll see the `username` and `password` entities – these are the places where you'll need to insert your own credentials.

Then, download and install Python 3.8 or above from the python.org website.

Finally, install the Request library, which is a popular third-party Python library for making HTTP requests. The Request library has a simple and intuitive interface for sending HTTP requests to web servers and receiving responses.

To install this library, use the following command:

```
$python3 -m pip install requests
```

If you're using Windows, choose Python instead of Python3. The rest of the command remains the same:

```
d:\amazon>python -m pip install requests
```

## 2. Set up a payload and send a POST request

Create a new file and enter the following code:

```python
import requests
from pprint import pprint

payload = {
    'source': 'google',
    'url': 'https://www.google.com/search?hl=en&q=newton'  # search for newton
}

response = requests.request(
    'POST',
    'https://realtime.oxylabs.io/v1/queries',
    auth=('USERNAME', 'PASSWORD'),
    json=payload,
)

pprint(response.json())
```

Here's what the result should look like:

```
{
```

**IN THIS ARTICLE:**

- What is a Google SERP?
- Is it legal to scrape Google results?
- Google search scraping: the difficulties
  - 1. CAPTCHAs
  - 2. IP blocks
  - 3. Disorganized data
- Scraping public Google search results with Python using our API
  - 1. Install required Python libraries
  - 2. Set up a payload and send a POST request
  - 3. Export scraped data to a CSV
- Scraping Google search results with proxies
  - 1. Prerequisites
  - 2. Making the request
  - 3. Saving results to a file
- Scraping methods' comparison
- Conclusion

**Try Google Search Scraper API**

Choose Oxylabs' **Google Search Scraper API** to unlock real-time search data hassle-free.

[Try now]

**Try Free Proxies**

Discover the benefits of using Oxylabs' high-quality services with free proxies.

[Try now]



```
1   {
2       "results": [
3           {
4               "content": "<!doctype html><html>...</html>",
5               "created_at": "YYYY-DD-MM HH:MM:SS",
6               "updated_at": "YYYY-DD-MM HH:MM:SS",
7               "page": 1,
8               "url": "https://www.google.com/search?hl=en&q=newton",
9               "job_id": "1234567890123456789",
10              "status_code": 200
11          }
12      ]
13  }
```

Notice how the url in the payload dictionary is a Google search page. In this example, the keyword is `newton`.

As you can see, the query is executed and the page result in HTML is returned in the content key of the response.

#### Customizing query parameters

Let's review the payload dictionary from the above example for scraping Google search data.

```
1   payload = {
2       'source': 'google',
3       'url': 'https://www.google.com/search?hl=en&q=newton'
4   }
```

The dictionary keys are parameters used to inform Google Scraper API about required customization.

The first parameter is the `source`, which is really important because it sets the scraper we're going to use.

The default value is `Google` – when you use it, you can set the url as any Google search page, and all the other parameters will be extracted from the URL.

Although in this guide we'll be using the `google_search` parameter, there are many others – `google_ads`, `google_hotels`, `google_images`, `google_suggest`, and more. To see the full parameter list, head to our documentation.

Keep in mind that if you set the source as `google_search`, you cannot use the `url` parameter. Luckily, you can use several different parameters for acquiring public Google SERP data without having to create multiple URLs. Let's find out more about these parameters, shall we?

### IN THIS ARTICLE:

What is a Google SERP?
Is it legal to scrape Google results?
Google search scraping: the difficulties
  1. CAPTCHAs
  2. IP blocks
  3. Disorganized data
**Scraping public Google search results with Python using our API**
  1. Install required Python libraries
  **2. Set up a payload and send a POST request**
  3. Export scraped data to a CSV
Scraping Google search results with proxies
  1. Prerequisites
  2. Making the request
  3. Saving results to a file
Scraping methods' comparison
Conclusion

---

**Try Google Search Scraper API**

Choose Oxylabs' **Google Search Scraper API** to unlock real-time search data hassle-free.

[Try now]

**Try Free Proxies**

Discover the benefits of using Oxylabs' high-quality services with free proxies.

[Try now]



parameter. Luckily, you can use several different parameters for acquiring public Google SERP data without having to create multiple URLs. Let's find out more about these parameters, shall we?

### Basic parameters

We'll build the payload by adding the parameters one by one. First, begin with setting the source as `google_search`.

```
payload = {
    'source': 'google_search',
}
```

Now, let's add `query` – a crucial parameter that determines what search results you'll be retrieving. In our example, we'll use `newton` as our search query. At this stage, the payload dictionary looks like this:

```
payload = {
    'source': 'google_search',
    'query': 'newton',
}
```

That said, `google_search` and `query` are the two essential parameters for scraping public Google search data. If you want the API to return Google search results at this stage, you can use payload. Now, let's move to the next parameter.

### Location query parameters

You can work with a domain parameter if you want to use a localized domain – for example, `'domain':'de'` will fetch results from google.de. If you want to see the results from Germany, use the `geo_location` parameter— `'geo_location':'Germany'`. See the [documentation](#) for the `geo_location` parameter to learn more about the correct values.

Also, here's what changing the locale parameter looks like:

```
payload = {
'source':'google_search',
'query':'newton',
'domain':'de' ,
'geo_location': 'Germany',
'locale' : 'en-us'
}
```

**IN THIS ARTICLE:**

What is a Google SERP?
Is it legal to scrape Google results?
Google search scraping: the difficulties
  1. CAPTCHAs
  2. IP blocks
  3. Disorganized data
Scraping public Google search results with Python using our API
  1. Install required Python libraries
  2. Set up a payload and send a POST request
  3. Export scraped data to a CSV
Scraping Google search results with proxies
  1. Prerequisites
  2. Making the request
  3. Saving results to a file
Scraping methods' comparison
Conclusion

**Try Google Search Scraper API**

Choose Oxylabs' **Google Search Scraper API** to unlock real-time search data hassle-free.

[Try now]

**Try Free Proxies**

Discover the benefits of using Oxylabs' high-quality services with free proxies.

[Try now]





```
6          'locale' : 'en-us'
7      }
```
Copy

To learn more about the potential values of the locale parameter, check the documentation, as well.

If you send the above payload, you'll receive search results in American English from google.de, just like anyone physically located in Germany would.

### Controlling the number of results

By default, you'll see the first ten results from the first page. If you want to customize this, you can use these parameters: `start_page`, `pages`, and `limit`.

The `start_page` parameter determines which page of search results to return. The `pages` parameter specifies the number of pages. Finally, the `limit parameter` sets the number of results on each page.

For example, the following set of parameters fetch results from pages 11 and 12 of the search engine results, with 20 results on each page:

```
1   payload = {
2       'start_page': 11,
3       'pages': 2,
4       'limit': 20,
5       ...  # other parameters
6   }
```
Copy

Apart from the search parameters we've covered so far, there are a few more you can use to fine-tune your results – see our documentation on collecting public Google Search data.

### Python code for scraping Google search data

Now, let's put together everything we've learned so far – here's what the final script with the shoes keyword looks like:

```
1   import requests
2   from pprint import pprint
3   payload = {
4       'source': 'google_search',
5       'query': 'shoes',
6       'domain': 'de',
7       'geo_location': 'Germany',
8       'locale': 'en-us',
9       'parse': True,
10      'start_page': 1,
11      'pages': 5
```

**IN THIS ARTICLE:**

What is a Google SERP?

Is it legal to scrape Google results?

Google search scraping: the difficulties

   1. CAPTCHAs

   2. IP blocks

   3. Disorganized data

Scraping public Google search results with Python using our API

   1. Install required Python libraries

   2. Set up a payload and send a POST request

   3. Export scraped data to a CSV

Scraping Google search results with proxies

   1. Prerequisites

   2. Making the request

   3. Saving results to a file

Scraping methods' comparison

Conclusion

---

**Try Google Search Scraper API**

Choose Oxylabs' **Google Search Scraper API** to unlock real-time search data hassle-free.

[Try now]

**Try Free Proxies**

Discover the benefits of using Oxylabs' high-quality services with free proxies.

[Try now]





```
 7            'geo_location': 'Germany',
 8            'locale': 'en-us',
 9            'parse': True,
10            'start_page': 1,
11            'pages': 5,
12            'limit': 10,
13        }
14
15
16        # Get response.
17        response = requests.request(
18            'POST',
19            'https://realtime.oxylabs.io/v1/queries',
20            auth=('USERNAME', 'PASSWORD'),
21            json=payload,
22        )
23
24
25        if response.status_code != 200:
26            print("Error - ", response.json())
27            exit(-1)
28
29
30        pprint(response.json())
```

## 3. Export scraped data to a CSV

One of the best Google Scraper API features is the ability to parse an HTML page into JSON. For that, you don't need to use BeautifulSoup or any other library – just send the parse parameter as True.

Here is a sample payload:

```
1    payload = {
2        'source': 'google_search',
3        'query': 'adidas',
4        'parse': True,
5    }
```

When sent to the Google Scraper API, this payload will return the results in JSON. To see a detailed JSON data structure, see our documentation.

The key highlights:

- The results are in the dedicated results list. Here, each page gets a new entry.
- Each result contains the content in a dictionary key named `content`.
- The actual results are in the results key.
- Note that there's a `job_id` in the results.

The easiest way to save the data is by using the Pandas library, since it can normalize JSON quite effectively.



The easiest way to save the data is by using the Pandas library, since it can normalize JSON quite effectively.

```
1  import pandas as pd
2  ...
3  data = response.json()
4  df = pd.json_normalize(data['results'])
5  df.to_csv('export.csv', index=False)
```

Alternatively, you can also take note of the `job_id` and send a `GET` request to the following URL, along with your credentials.

```
1  http://data.oxylabs.io/v1/queries/{job_id}/results/normalized?format=csv
```

### Handling errors and exceptions

When scraping Google, you can run into several challenges: network issues, invalid query parameters, or API quota limitations.

To handle these, you can use `try-except` blocks in your code. For example, if an error occurs when sending the API request, you can catch the exception and print an error message:

```
1  try:
2      response = requests.request(
3          'POST',
4          'https://realtime.oxylabs.io/v1/queries',
5          auth=('USERNAME', 'PASSWORD'),
6          json=payload,
7      )
8  except requests.exceptions.RequestException as e:
9      print("Error:", e)
```

If you send an invalid parameter, Google Scraper API will return the 400 response code.

To catch these errors, check the status code:

```
1  if response.status_code != 200:
2      print("Error - ", response.json())
```

```
1  if response.status_code != 200:
2      print("Error - ", response.json())
```

# Scraping Google search results with proxies

If you'd like to try scraping public Google search results without an API, you can use a headless browser like Playwright and Oxylabs' Residential Proxies. Below is a simple code example you can use for your future project:

## 1. Prerequisites

Install required Python libraries:

```
1  pip install playwright
```

Then, set up your Oxylabs proxy credentials, which you can easily get by signing up and selecting a suitable plan through our self-service dashboard. Note that you'll have to contact our support team to enable proxy access to Google domains.

## 2. Making the request

Let's now use the Playwright library and Oxylabs' proxies to scrape the top 50 Google search results for "hotels in New York City":

```
1   import asyncio
2   from playwright.async_api import async_playwright
3
4
5   # Replace these with your Oxylabs proxy credentials.
6   USERNAME = 'PROXY_USERNAME'
7   PASSWORD = 'PROXY_PASSWORD'
8
9   # Define the search query and the number of total results.
10  query = 'hotels in New York City'
11  num = 50
12  url = f'https://www.google.com/search?q={query.replace(" ", "+")}&num={num}'
13
14
15  async def main():
16      async with async_playwright() as pw:
17
18          # Enable headless mode and proxies.
19          browser = await pw.chromium.launch(
20              headless=True,
21              proxy={
22                  'server': 'https://pr.oxylabs.io:7777',
23                  'username': f'customer-{USERNAME}',
24                  'password': PASSWORD
25              }
26
```

```
22                        'server': 'https://pr.oxylabs.io:7777',
23                        'username': f'customer-{USERNAME}',
24                        'password': PASSWORD
25                    }
26                )
27
28                # Create an isolated context and a new page.
29                context = await browser.new_context(ignore_https_errors=True)
30                page = await context.new_page()
31
32                # Send the request through a proxy.
33                await page.goto(
34                    url,
35                    wait_until='domcontentloaded',
36                    timeout=60000
37                )
38
39                # Extract titles and links from each search result.
40                results = await page.query_selector_all('.tF2Cxc')
41
42                data = []
43                for result in results:
44                    title_el = await result.query_selector('.DKV0Md')
45                    title = await title_el.inner_text() if title_el else None
46                    link_el = await result.query_selector('.yuRUbf a')
47                    link = await link_el.get_attribute('href') if link_el else None
48                    data.append({'title': title, 'link': link})
49
50                # Print the results.
51                for idx, d in enumerate(data, 1):
52                    print(f'{idx}. {d["title"]}\n{d["link"]}\n')
53
54                await browser.close()
55
56
57      if __name__ == '__main__':
58          asyncio.run(main())
```

This script will print the titles and links of the top 50 search results for the query.

## 3. Saving results to a file

If you'd like to save the scraped results to a file for further analysis or sharing, you can extend the script as follows:

```
1    import csv
2
3    # Save the results to a CSV file.
4    with open('google_results.csv', 'w', newline='') as file:
5        writer = csv.writer(file)
6        writer.writerow(['Title', 'Link']) # Header row.
7        for item in data:
8            writer.writerow([item['title'], item['link']])
9
10   print(f"Results saved.")
```

If you'd like to try out Oxylabs' proxies before committing to a full subscription, we



If you'd like to try out Oxylabs' proxies before committing to a full subscription, we have free proxy servers available for use. Simply log in to the dashboard, select Datacenter Proxies, and you'll acquire 5 US IPs.



Get 50% Off Residential Proxy plans – Limited-Time Offer!

Apply promo code **OXYLABS50** for your first purchase.

[Claim 50% OFF]

## Scraping methods' comparison

Scraping Google Search results can be approached in various ways, each with its own set of advantages and challenges. However, it's important to mention that there's no right or wrong way to approach scraping Google search results. Everything depends on your or your business' needs and development resources.

| Method | Pros | Cons |
| --- | --- | --- |
| Without proxies | Direct requests without additional configurations, no extra costs associated with proxies. | High risk of IP blocks, CAPTCHAs, limited scalability. |
| With proxies | Enhanced anonymity, access to geo-restricted content. | Additional costs, complexity in managing and rotating proxies, legal considerations. |
| Using an API | Simplified data extraction, built-in handling of IP bans and CAPTCHAs, scalable solutions. | Additional costs, dependency on third-party service reliability, potential limitations on specific data needs. |
| Other tools (e.g. Scrapy) | Full control over the scraping process, flexibility for customization, no recurring costs if self-managed. | Steep learning curve, manual handling of anti-scraping mechanisms, ongoing maintenance to adapt to website changes |

## Conclusion

We hope this extensive guide on how to scrape Google search results with Python helps you get the data you need to get your operations going. If you're scraping at



---

Document title: How to Scrape Google Search Results: Python Tutorial
Capture URL: https://oxylabs.io/blog/how-to-scrape-google-search-results#
Capture timestamp (UTC): Mon, 25 Aug 2025 17:36:18 GMT

Page 15 of 18

## Conclusion

We hope this extensive guide on how to scrape Google search results with Python helps you get the data you need to get your operations going. If you're scraping at scale, using a proxy server can significantly improve your success rate. In case you run into any questions or uncertainties, don't hesitate to reach out to our support team via email or live chat – our professional team will be happy to consult you about any matter related to scraping Google SERPs. If you're looking to enhance your scraping efforts, you can also buy a proxy server or use residential proxies to ensure a smoother experience.

Want to learn how to scrape data from Google's services? See our Jobs, Scholar, Images, Trends, News, Flights, Shopping, and Maps web scraping guides.

In case you're interested in scraping Google Shopping data or Google News articles hassle-free, check out Oxylabs' Google Shopping Results API and Oxylabs' Google News API. Also, check out our blog post on how to find all website pages to learn more about Google Search capabilities.

## Frequently asked questions

**Is scraping Google allowed?**
Google search results are considered publicly available data, so scraping them is allowed. However, there are some types of data you cannot scrape (i.e., personal information, copyrighted content) so it's best if you consult a legal professional beforehand.

**Can I scrape Google Events results?**

**Can I scrape Google Local results?**

**Can I scrape the "About this result" sections?**

**Can I scrape Google Video results?**

**What are the main ways to scrape Google search pages?**

**IN THIS ARTICLE:**

- What is a Google SERP?
- Is it legal to scrape Google results?
- Google search scraping: the difficulties
  - 1. CAPTCHAs
  - 2. IP blocks
  - 3. Disorganized data
- Scraping public Google search results with Python using our API
  - 1. Install required Python libraries
  - 2. Set up a payload and send a POST request
  - 3. Export scraped data to a CSV
- Scraping Google search results with proxies
  - 1. Prerequisites
  - 2. Making the request
  - 3. Saving results to a file
- Scraping methods' comparison
- Conclusion

**Try Google Search Scraper API**
Choose Oxylabs' **Google Search Scraper API** to unlock real-time search data hassle-free.

[Try now]

**Try Free Proxies**
Discover the benefits of using Oxylabs' high-quality services with free proxies.

[Try now]




Try Oxylabs today

2. Making the request

3. Saving results to a file

Scraping methods' comparison

Conclusion

## About the author



**Roberta Aukstikalnyte**
Former Senior Content Manager

Roberta Aukstikalnyte was a Senior Content Manager at Oxylabs. Having worked various jobs in the tech industry, she especially enjoys finding ways to express complex ideas in simple ways through content. In her free time, Roberta unwinds by reading Ottessa Moshfegh's novels, going to boxing classes, and playing around with makeup.

Learn more about Roberta Aukstikalnyte  >

### Try Google Search Scraper API

Choose Oxylabs' **Google Search Scraper API** to unlock real-time search data hassle-free.

Try now

### Try Free Proxies

Discover the benefits of using Oxylabs' high-quality services with free proxies.

Try now

All information on Oxylabs Blog is provided on an "as is" basis and for informational purposes only. We make no representation and disclaim all liability with respect to your use of any information contained on Oxylabs Blog or any third-party websites that may be linked therein. Before engaging in scraping activities of any kind you should consult your legal advisors and carefully read the particular website's terms of service or receive a scraping license.

## Related articles



Tutorials   Data acquisition   Python

### How to Scrape Google Maps Using Python

See this extensive guide on how to scrape Google Maps with an Oxylabs solution.

Danielius Radavicius
2025-02-25



Tutorials   Scrapers   Python

### How to Scrape Google Shopping Results: A Step-by-Step Guide

Learn how to gather accurate real-time data from Google Shopping hassle-free.

Yelyzaveta Hayrapetyan
2025-01-28



Proxies

### What Is a Proxy Server & How Does It Work?

In this article, we'll answer the most commonly asked questions the web scraping community has on what is a proxy - the most powerful tool for data gathering.

Adomas Sulcas
2024-03-22


Get the latest news from data gathering world    I'm interested

    ISO/IEC 27001:2022 certified products:   ✓ Proxy Solutions  ✓ Scraper APIs   Scale up your business with Oxylabs®   Register   Contact sales





Tutorials  Data acquisition  Python

Tutorials  Scrapers  Python

Proxies

### How to Scrape Google Maps Using Python

### How to Scrape Google Shopping Results: A Step-by-Step Guide

### What Is a Proxy Server & How Does It Work?

See this extensive guide on how to scrape Google Maps with an Oxylabs solution.

Learn how to gather accurate real-time data from Google Shopping hassle-free.

In this article, we'll answer the most commonly asked questions the web scraping community has on what is a proxy - the most powerful tool for data gathering.



Danielius Radavicius
2025-02-25

Yelyzaveta Hayrapetyan
2025-01-28

Adomas Sulcas
2024-03-22





Get the latest news from data gathering world

I'm interested

---

| ISO/IEC 27001:2022 certified products: | ✓ Proxy Solutions<br>✓ Scraper APIs | Scale up your business with Oxylabs® | Register | Contact sales |

### COMPANY
About us
Our values
Affiliate program
Service partners
Press area
Residential Proxies sourcing
Careers
OxyCon®
Project 4beta
Sustainability
Community

### PROXIES
Datacenter Proxies
Dedicated Datacenter Proxies
Residential Proxies
SOCKS5 Proxies
Mobile Proxies
ISP Proxies
Private Proxies
Free Proxies

### ADVANCED PROXY SOLUTIONS
Web Unblocker

### DATA COLLECTION
Web Scraper API
Proxy Servers

### DATASETS
Datasets

### RESOURCES
Documentation
Use cases
Scraper APIs Playground
Release notes
Developers Hub
Open source tools
Blog
OxyCopilot Prompts Library
FAQ

### INNOVATION HUB
Features
Intellectual Property
OxyCopilot story

### CORPORATE GOVERNANCE
Privacy Policy
KYC Policy
Trust & Safety
Vulnerability Disclosure Policy
Speak up
Code of Conduct
Code of Ethics

© 2025 oxylabs.io. All Rights Reserved   hello@oxylabs.io   support@oxylabs.io   career@oxylabs.io   English ∨

---