

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

February 12, 2026

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Reddit, Inc. v. SerpApi LLC, et al.* (Case No. 1:25-cv-08736-PAE)

Your Honor:

Pursuant to the Federal Rules of Civil Procedure and Section 1(E) of your Individual Rules and Practices, Defendants Perplexity AI, Inc. ("Perplexity") and SerpApi, LLC ("SerpApi") hereby submit this letter-motion requesting a 21-day extension of time to respond to Plaintiff Reddit Inc.'s First Amended Complaint ("FAC"). Reddit has consented to this request, and the extension will not affect any other scheduled dates in the case.

The current deadline to answer, move, or otherwise respond to the FAC is February 20, 2026. The Court granted Reddit an extension to file its amended complaint (D.I. No. 54), and, accordingly, Perplexity and SerpApi seek a brief extension of their response deadlines to March 13, 2026. Perplexity and SerpApi have each made two prior requests for extensions pertaining to the original Complaint, all of which the Court granted (D.I. Nos. 30, 32, 35, 42).

For these reasons, Perplexity and SerpApi respectfully request that the Court grant an extension of time to respond to the FAC (D.I. No. 55) until and including March 13, 2026.

Sincerely,

Eric H. MacMichael

KEKER, VAN NEST & PETERS LLP
ATTORNEY FOR PERPLEXITY AI, INC.

/s/ Jessica L. Falk
Jessica L. Falk

WEIL, GOTSHAL & MANGES LLP
ATTORNEY FOR SERPAPI, LLC

4114754