UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC.,<br><br>      Defendants. | Case No.: 25-cv-8736 (PAE) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon this Notice of Motion and the accompanying Memorandum of Law in Support of SerpApi LLC's Motion to Dismiss, Defendant SerpApi LLC will move this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Paul A. Engelmayer, at a date and time to be designated by the Court, for an Order dismissing Plaintiff's claims, and for such other and further relief as this Court may deem just and proper.

Dated: March 13, 2026                    Respectfully submitted,

/s/ *Jessica L. Falk*
Jessica L. Falk
Nili T. Moghaddam
Sarah Ryu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
jessica.falk@weil.com
nili.moghaddam@weil.com
sarah.ryu@weil.com

Jeff Homrig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-7700
Fax: (214) 746-7777
jeff.homrig@weil.com

*Attorneys for Defendant SerpApi, LLC*