**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REDDIT, INC., | Case No. 25-cv-8736 |
| Plaintiff, | |
| v. | |
| SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC., | |
| Defendants. | |

**DEFENDANT PERPLEXITY AI, INC.'S NOTICE OF**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings, Defendant Perplexity AI, Inc. ("Perplexity"), by and through its counsel, will move this Court, before the Honorable Paul A. Engelmayer, on a date and time to be determined by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, 10007, for an Order dismissing Counts 1, 4, 5, and 6 of the First Amended Complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated:  March 13, 2026

By:    */s/ Eric H. MacMichael*
ERIC H. MACMICHAEL *pro hac vice*
EMacMichael@keker.com
SHARIF E. JACOB *pro hac vice*
SJacob@keker.com
BENJAMIN D. ROTHSTEIN
BRothstein@keker.com
CHRISTINA LEE *pro hac vice forthcoming*
CLee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant PERPLEXITY AI, INC.

1