# WOLLMUTH MAHER & DEUTSCH LLP
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

_____

TELEPHONE:  (212) 382-3300
FACSIMILE:  (212) 382-0050

March 20, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Reddit, Inc. v. SerpApi LLC, et al.*, Case No. 25-cv-8736-PAE

Dear Judge Engelmayer,

I write on behalf of Plaintiff Reddit, Inc. ("Reddit") and Defendants SerpApi and Perplexity AI in the above-referenced action as to three procedural matters. Reddit, SerpApi, and Perplexity AI all consent to the below requests.

First, Reddit respectfully requests an extension of its deadline to file its opposition to the two motions to dismiss filed by defendants SerpApi and Perplexity AI. Reddit has not previously requested an extension of time to oppose the defendants' motions to dismiss the first amended complaint. The original (current) deadline is March 27, 2026. The new deadline sought is April 17, 2026.

Second, for the sake of efficiency, Reddit requests permission to file a single consolidated response of no more than 40 pages instead of two separate response briefs of 25 pages each.

Finally, Defendants SerpApi and Perplexity AI request that their deadline for reply be reset to May 8, 2026.

We thank the Court for its attention to this matter.

GRANTED.

SO ORDERED.

_Paul A. Engelmayer_
_____
PAUL A. ENGELMAYER
United States District Judge

Date: March 23, 2026
New York, New York

Respectfully Submitted,

*/s/ William A. Maher*

William A. Maher