**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REDDIT, INC.,

                    Plaintiff,

      - against -

SERPAPI LLC, OXYLABS UAB,
AWMPROXY, and PERPLEXITY AI, INC.,

                Defendants.

Case No.: 25-cv-8736 (PAE)

**PLAINTIFF'S CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS
SERPAPI LLC'S AND PERPLEXITY AI, INC.'S MOTIONS TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

William A. Maher
Justin T. Zimnoch
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
wmaher@wmd-law.com
jzimnoch@wmd-law.com

Reid M. Bolton (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
William D. Gohl (*Pro Hac Vice* forthcoming)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
reid.bolton@bartlitbeck.com
matthew.ford@bartlitbeck.com
will.gohl@bartlitbeck.com

Giovanni Sanchez (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
giovanni.sanchez@bartlitbeck.com

*Attorneys for Plaintiff Reddit, Inc.*

**TABLE OF CONTENTS**

INTRODUCTION ................................................................................................................. 1

FACTUAL BACKGROUND ................................................................................................ 2

LEGAL STANDARD........................................................................................................... 4

ARGUMENT ....................................................................................................................... 4

I.     Reddit Has Standing Under Article III ...................................................................... 4

       A.     Reddit has suffered a concrete injury in fact. ................................................. 5

       B.     Reddit's injuries satisfy the other requirements for Article III standing. ............. 10

II.    Reddit Has Statutory Standing Under the DMCA ................................................... 11

       A.     Standing under the DMCA extends to "[a]ny person injured,"
              encompassing a broad zone of interests. .................................................... 11

       B.     Reddit's injuries fall within the DMCA's zone of interests. ............................... 12

III.   Reddit's Allegations State a Plausible Claim for Relief Under the DMCA ................... 15

       A.     Reddit's and Google's technological measures control access to "works
              protected" by copyright....................................................................... 15

       B.     Reddit plausibly alleges that Defendants circumvent effective access
              controls without the authority of the copyright owner......................................... 19

              1.     The DMCA does not require copyright holders to have a role in
                     designing, implementing, or operating technological measures. ............... 20

              2.     Even accepting Defendants' incorrect statutory interpretation,
                     Reddit plausibly alleges authorization of Google's SearchGuard
                     system. ........................................................................... 22

       C.     Reddit plausibly alleges that Reddit and Google's technological measures
              "effectively control access." ................................................................ 23

       D.     Reddit plausibly alleges that SerpApi and Perplexity have circumvented
              Reddit's and Google's technological control measures........................................ 26

              1.     Reddit plausibly alleges that Defendants' actions constitute
                     "circumvention." ................................................................... 27

              2.     Reddit plausibly alleges that Perplexity itself engages in
                     circumvention. ..................................................................... 28

       E.     Reddit plausibly pleads that SerpApi is liable under Section 1201(b). ................ 32

IV.    The Copyright Act Does Not Preempt Reddit's Well-Pleaded State Law Claims........... 32

       A.     Reddit's state law claims are not preempted.......................................... 33

       B.     Reddit has plausibly pleaded its state law claims. .................................... 36

CONCLUSION................................................................................................................. 40

i

**TABLE OF AUTHORITIES**

**Cases**

*Alvarez v. Garland,*
33 F.4th 626 (2d Cir. 2022) ......................................................................................... 12

*Am. Movie Classics Co. v. Turner Ent. Co.,*
922 F. Supp. 926 (S.D.N.Y. 1996) ............................................................................... 36

*Ashcroft v. Iqbal,*
556 U.S. 662 (2009) ................................................................................................. 4, 30

*BanxCorp v. Costco Wholesale Corp.,*
723 F. Supp. 2d 596 (S.D.N.Y. 2010) .......................................................................... 18

*Braver v. Diversified Adjustment Serv., Inc.,*
2023 WL 8435825 (S.D.N.Y. Dec. 5, 2023) .................................................................. 8

*Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.,*
511 U.S. 164 (1994) ..................................................................................................... 40

*Chartwell RX, LLC v. Inmar, Inc.,*
620 F. Supp. 3d 59 (S.D.N.Y. 2022) ............................................................................ 39

*Clapper v. Amnesty International USA,*
568 U.S. 398 (2013) ....................................................................................................... 9

*Cnty. Waste & Recycling Serv., Inc. v. Twin Bridges Waste & Recycling, LLC,*
150 N.Y.S.3d 893 (N.Y. Sup. 2021) ............................................................................. 39

*Computer Assocs. Int'l, Inc. v. Altai, Inc.,*
982 F.2d 693 (2d Cir. 1992) ......................................................................................... 33

*Cordova v. Huneault,*
2026 WL 184598 (N.D. Cal. Jan. 23, 2026) ................................................................ 30

*CoxCom, Inc. v. Chaffee,*
536 F.3d 101 (1st Cir. 2008) .......................................................................................... 8

*Craigslist Inc. v. 3Taps Inc.,*
942 F. Supp. 2d 962 (N.D. Cal. 2013) .......................................................................... 16

*DirecTV, LLC v. Nexstar Media Grp., Inc.,*
162 F.4th 295 (2d Cir. 2025) .......................................................................................... 4

*Dish Network L.L.C. v. World Cable Inc.,*
893 F. Supp. 2d 452 (E.D.N.Y. 2012) .......................................................................... 31

*Echostar Satellite, L.L.C. v. Viewtech, Inc.,*
543 F. Supp. 2d 1201 (S.D. Cal. 2008) ................................................................... 13, 22

*Fat Brands Inc. v. Ramjeet,*
75 F.4th 118 (2d Cir. 2023) ............................................................................................ 4

*Feist Publications, Inc. v. Rural Tel. Serv. Co.*,
499 U.S. 340 (1991) ........................................................................................................ 18

*Google, LLC v. SerpApi, LLC*,
No. 4:25-cv-10826 (N.D. Cal.) ......................................................................................... 9

*Gordon v. Nextel Commc'ns & Mullen Advert., Inc.*,
345 F.3d 922 (6th Cir. 2003) ......................................................................................... 31

*Green v. United States Dep't of Just.*,
111 F.4th 81 (D.C. Cir. 2024) .................................................................................... 6, 28

*I.M.S. Inquiry Mgmt. Sys., Ltd. v. Berkshire Info. Sys., Inc.*,
307 F. Supp. 2d 521 (S.D.N.Y. 2004) ............................................................................ 31

*In re Currency Conversion Fee Antitrust Litig.*,
265 F. Supp. 2d 385 (S.D.N.Y. 2003) ............................................................................ 40

*In re Dealer Mgmt. Sys. Antitrust Litig.*,
2019 WL 4166864 (N.D. Ill. Sept. 3, 2019) ................................................................. 31

*In re Frontier Commc'ns Corp.*,
658 B.R. 277 (Bankr. S.D.N.Y. 2024) ........................................................................... 31

*In re Int. Rate Swaps Antitrust Litig.*,
351 F. Supp. 3d 698 (S.D.N.Y. 2018) ............................................................................ 40

*In re OpenAI, Inc., Copyright Infringement Litig.*,
2025 WL 1707564 (S.D.N.Y. June 18, 2025) ......................................................... 6, 26, 36

*ITC Ltd. v. Punchgini, Inc.*,
9 N.Y.3d 467 (2007) ...................................................................................................... 39

*JBCHoldings NY, LLC v. Pakter*,
931 F. Supp. 2d 514 (S.D.N.Y. 2013) ............................................................................ 30

*Joint Stock Co. Channel One Russia Worldwide v. Infomir LLC*,
2017 WL 696126 (S.D.N.Y. Feb. 15, 2017) ................................................................... 31

*Key Publications, Inc. v. Chinatown Today Pub. Enters., Inc.*,
945 F.2d 509 (2d Cir. 1991) .......................................................................................... 19

*Kitchen Winners NY Inc. v. Rock Fintek LLC*,
668 F. Supp. 3d 263 (S.D.N.Y. 2023) ............................................................................ 40

*Lexmark Int'l, Inc. v. Static Control Components, Inc.*,
572 U.S. 118 (2014) .................................................................................................. 12, 26

*LivePerson, Inc. v. 24/7 Customer, Inc.*,
83 F. Supp. 3d 501 (S.D.N.Y. 2015) .............................................................................. 32

*MDY Indus., LLC v. Blizzard Ent., Inc.*,
629 F.3d 928 (9th Cir. 2010) ......................................................................................... 28

*MGE UPS Sys., Inc. v. GE Consumer & Indus., Inc.*,
622 F.3d 361 (5th Cir. 2010) ......................................................................................... 32

iii

*Miller v. James*,
751 F. Supp. 3d 21 (N.D.N.Y. 2024) ............................................................................. 8

*Miller v. United States ex rel. Miller*,
110 F.4th 533 (2d Cir. 2024) ....................................................................................... 30

*Moody v. Morris*,
608 F. Supp. 2d 575 (S.D.N.Y. 2009) ......................................................................... 17

*Mount v. PulsePoint, Inc.*,
684 F. App'x 32 (2d Cir. 2017) ................................................................................... 37

*New York Times Co. v. Microsoft Corp.*,
777 F. Supp. 3d 283 (S.D.N.Y. 2025) ........................................................... 5, 6, 8, 36

*Nintendo of Am. Inc. v. Chan*,
2009 WL 2190186 (C.D. Cal. July 21, 2009) .............................................................. 27

*NNG, KFT. v. AVA Enters., Inc.*,
2015 WL 5442725 (C.D. Cal. July 8, 2015) ............................................................... 29

*Norbrook Lab'ys Ltd. v. G.C. Hanford Mfg. Co.*,
297 F. Supp. 2d 463 (N.D.N.Y. 2003), *aff'd*, 126 F. App'x 507 (2d Cir. 2005) ...................... 39

*Nuss v. Sabad*,
2016 WL 4098606 (N.D.N.Y. July 28, 2016) ............................................................. 38

*Paramount Film Distributing Corp. v. State*,
30 N.Y.2d 415 (1972) ................................................................................................. 37

*Pfizer, Inc. v. Gov't of India*,
434 U.S. 308 (1978) .................................................................................................... 11

*Philips N. Am. LLC v. Image Tech. Consulting, LLC*,
2022 WL 17168372 (N.D. Tex. Nov. 21, 2022) ............................................... 33, 34, 35

*Post Univ. Inc. v. Learneo, Inc.*,
2025 WL 2702043 (D. Conn. Sept. 23, 2025) ............................................... 11, 13, 14

*PRCM Advisers LLC v. Two Harbors Inv. Corp.*,
2021 WL 2582132 (S.D.N.Y. June 23, 2021) ............................................................. 38

*Raw Story Media, Inc. v. OpenAI, Inc.*,
756 F. Supp. 3d 1 (S.D.N.Y. 2024) ............................................................................... 6

*RBG Management Corp. v. Village Super Market, Inc.*,
692 F. Supp. 3d 135 (S.D.N.Y. 2023) ......................................................................... 39

*Real World Media LLC v. Daily Caller, Inc.*,
744 F. Supp. 3d 24 (D.D.C. 2024) .............................................................................. 19

*Realnetworks, Inc. v. DVD Copy Control Ass'n*,
641 F. Supp. 2d 913 (N.D. Cal. 2009) ........................................................................ 27

*Reddit, Inc. v. Anthropic PBC*,
2026 WL 923020 (N.D. Cal. Mar. 30, 2026) ................................................. 16, 18, 33, 36

*REDF-Organic Recovery, LLC v. Rainbow Disposal Co., Inc.*,
116 A.D.3d 621 (1st Dep't 2014) ................................................................... 38

*Sanborn Libr. LLC v. ERIS Info. Inc.*,
2024 WL 1744630 (S.D.N.Y. Mar. 25, 2024) ........................................................ 14

*Schiebel v. Schoharie Central Sch. Dist.*,
120 F.4th 1082 (2d Cir. 2024) ................................................................... 4, 30

*Sheldon v. Plot Com.*,
2016 WL 5107072 (E.D.N.Y. Aug. 26, 2016) ........................................................ 14

*Spokeo, Inc. v. Robins*,
578 U.S. 330 (2016) ........................................................................ 5, 7, 8, 10

*Squires v. Lancaster Cnty. Prison*,
2025 WL 3298948 (E.D. Pa. Nov. 26, 2025) ...................................................... 14, 15

*Stern v. Does*,
978 F. Supp. 2d 1031 (C.D. Cal. 2011) ............................................................. 17

*Synopsys, Inc. v. AzurEngine Techs., Inc.*,
401 F. Supp. 3d 1068 (S.D. Cal. 2019) ............................................................... 7

*The Intercept Media, Inc. v. OpenAI, Inc.*,
767 F. Supp. 3d 18 (S.D.N.Y. 2025) ............................................................... 5, 6

*Ticketmaster L.L.C. v. Prestige Ent., Inc.*,
306 F. Supp. 3d 1164 (C.D. Cal. 2018) .............................................................. 29

*Ticketmaster L.L.C. v. RMG Techs., Inc.*,
507 F. Supp. 2d 1096 (C.D. Cal. 2007) .............................................................. 32

*TransUnion LLC v. Ramirez*,
594 U.S. 413 (2021) ............................................................................. 4, 5, 7

*Ultramar Energy Ltd. v. Chase Manhattan Bank, N.A.*,
179 A.D.2d 592 (1st Dep't 1992) .................................................................. 37

*Universal City Studios, Inc. v. Corley*,
273 F.3d 429 (2d Cir. 2001) .................................................................. passim

*VidAngel LLC v. ClearPlay, Inc.*,
703 F. Supp. 3d 1329 (D. Utah 2023) ............................................................. 12, 14

*Viral DRM LLC v. Seven W. Media Ltd.*,
768 F. Supp. 3d 1025 (N.D. Cal. 2025) ............................................................ 6, 14

*White House/Black Mkt., Inc. v. Cache Inc.*,
2010 WL 2985232 (S.D.N.Y. July 27, 2010) ........................................................ 33

*Yout, LLC v. Recording Indus. Ass'n of Am., Inc.*,
633 F. Supp. 3d 650 (D. Conn. 2022) ...................................................... 21, 25, 27

*Zamor v. L & L Assocs. Holding Corp.*,
85 A.D.3d 1154 (2d Dep't 2011) .................................................................. 37

v

**Statutes**

17 U.S.C. § 106 ............................................................................................................... 34

17 U.S.C. § 1201(a) ................................................................................................. 1, 11, 26

17 U.S.C. § 1201(a)(2) ..................................................................................................... 29

17 U.S.C. § 1201(a)(3) ................................................................................................ passim

17 U.S.C. § 1201(b)(2) ............................................................................................... 27, 32

17 U.S.C. § 1201(c)(1) ...................................................................................................... 34

17 U.S.C. § 1203(a) .................................................................................................... 1, 11

17 U.S.C. § 1203(a)(3) ...................................................................................................... 20

17 U.S.C. § 1203(c)(2) & (3) ............................................................................................ 11

17 U.S.C. § 301(a) ............................................................................................................. 33

17 U.S.C. § 501(b) ............................................................................................................. 11

17 U.S.C. § 504 ................................................................................................................. 11

**Other Authorities**

H.R. Rep. No. 105-551 (I) (1998) ............................................................................. 5, 12, 21

S. Rep. No. 105-190 (1998) ........................................................................................... 5, 12

U.S. Const. art. I, § 8 .......................................................................................................... 5

U.S. Const. art. III, § 2 ....................................................................................................... 4

**INTRODUCTION**

The Digital Millennium Copyright Act ("DMCA") was enacted to strengthen legal protections for copyrighted works in the digital age and prohibits anyone from "circumvent[ing] a technological measure that effectively controls access" to a copyrighted work. 17 U.S.C. § 1201(a). Defendants do not even attempt to deny that they circumvented technological measures effectively controlling access to vast amounts of Reddit content. Rather, they seek to excuse their misconduct by relying on flimsy misreadings of the relevant law, a bizarre interpretation of standing requirements, and a breathtakingly expansionist read of preemption that would immunize them from all business torts. None of their arguments have any merit.

SerpApi and Perplexity pose three primary arguments to avoid liability. *First*, SerpApi argues that Reddit lacks standing to sue. Reddit, however, has alleged concrete injuries that the law has long recognized, including reputational, commercial, and financial harms. Defendants' misguided attempt to import from the Copyright Act limitations on standing (to copyright owners and exclusive licensees only) that Congress notably declined to include in the DMCA is directly at odds with the plain language of the statute, which extends a cause of action to "[a]ny person injured" by a violation. 17 U.S.C. § 1203(a). Reddit has unquestionably alleged facts sufficient to demonstrate that it has been injured by Defendants' violations of the DMCA.

*Second*, SerpApi and Perplexity launch a scattershot barrage at the sufficiency of Reddit's DMCA claims, misleadingly inserting new limitations into the statute and purported pleading requirements with no grounding in the law. But contrary to their arguments, Reddit plausibly alleges that the content at issue is creative and protected by copyright; that the technological measures effectively control access to that content, presenting all browsers with barriers to entry and distinguishing between those with authority to access the works and those without; and that

both SerpApi and Perplexity circumvent those measures by using tools that SerpApi itself proudly promotes as doing precisely what the statute proscribes. Defendants spill much ink on confused and contorted readings of the DMCA, but Reddit's allegations more than meet the pleading standard, stating plausible claims contemplated by the actual text of the statute.

*Third*, SerpApi and Perplexity assert that Reddit's state-law claims are preempted by the Copyright Act and otherwise fail. But Reddit's state law claims sound in the Defendants' wrongful business conduct, including surreptitious efforts to bypass technological controls, not acts of copyright infringement. The Copyright Act does not immunize them from these business torts, just as it obviously does not immunize them from their acts of circumvention.

In short, none of SerpApi's or Perplexity's arguments withstand even cursory scrutiny, particularly at the pleading stage. Their motions to dismiss should be denied.

## FACTUAL BACKGROUND

Reddit is "one of the internet's largest bodies of knowledge and information" and contains billions of posts, comments, and other creative works authored by Reddit and its users "on virtually every topic imaginable." ECF 55, First Amended Complaint ("FAC") ¶ 44. Reddit owns copyrights in "tens of thousands of posts, comments, and other original works authored by Reddit itself," as well as in its compilations and arrangements of user-authored content. *Id.* ¶ 47. Reddit users grant Reddit various rights in distributing and protecting user content. *Id.* ¶¶ 46, 48-51. Reddit takes its obligation to protect its users seriously and puts great care into safeguarding Reddit content—to respect privacy interests, to ensure the integrity of the Reddit platform, and to prevent improper commercial exploitation of Reddit's and its users' creative works. *See id.*

Reddit therefore maintains various systems to protect against unauthorized access and scraping of Reddit content and requires that partners licensing Reddit content, like Google, do the

same. *Id.* ¶¶ 52-62. Google, in turn, operates a system called SearchGuard, which "examine[s] each incoming search query" and applies a process to all relevant browsers to distinguish between authorized human users and unauthorized automated access. *Id.* ¶ 58. Automated systems seeking to bulk-access and harvest Reddit content from Google's Search Engine Results Pages ("SERPs") face a SearchGuard "challenge" and other obstacles intended to block their access. *Id.* ¶¶ 58-59. Reddit and its users do not authorize these automated actors to access and scrape their content, whether directly from Reddit or by accessing Google SERPs. *Id.* ¶¶ 52, 60-61.

Defendants SerpApi and Perplexity are two entities that circumvent Reddit's and Google's technological control measures for their own personal gain. SerpApi offers a suite of products and services designed for the very purpose of accessing and scraping Google SERPs while, in their own words, "avoid[ing] being detected and blocked by Google." *Id.* ¶¶ 66-77, 81. Its "Ludicrous Speed Max" and other such tools enable its clients to "reject" or "bypass" SearchGuard and other measures that would otherwise control their access. *Id.* ¶¶ 81-82. Perplexity is one such client, a "trust[ed]" partner that uses one or more of SerpApi's tools to circumvent technological measures controlling access to Reddit content in order to feed its "answer engine" in real time. *Id.* ¶¶ 87-100 & Ex. A. SerpApi and Perplexity are circumventing Google's protection measures to access Reddit content on an ongoing basis, billions of times over. *Id.* ¶ 85.

Defendants' ongoing circumvention violates Reddit's statutory and common law rights and injures Reddit in various ways. Defendants' unlawful access and scraping harms Reddit's reputation and user relationships, including Reddit's ability to protect its users' privacy by ensuring that content they delete is in fact deleted. *Id.* ¶¶ 102-08. Defendants' actions also threaten Reddit's existing licensing arrangements with partners like Google and OpenAI, damage the prospect of new arrangements with other potential partners, compromise or devalue the security

3

measures designed to protect against unauthorized access to Reddit content, and jeopardize Reddit's investments in its own such measures. *Id.* ¶¶ 3, 109-11. Reddit filed this action to redress these harms and enjoin Defendants' unlawful actions.

## LEGAL STANDARD

A complaint must allege facts sufficient to establish standing and a plausible claim for relief. *DirecTV, LLC v. Nexstar Media Grp., Inc.*, 162 F.4th 295, 306-07 (2d Cir. 2025); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Where a court evaluates standing under Federal Rule of Procedure 12(b)(1) or reviews a complaint's allegations under Rule 12(b)(6), the court must "accept[] as true all factual claims in the complaint and draw[] all reasonable inferences in the plaintiff's favor." *Schiebel v. Schoharie Central Sch. Dist.*, 120 F.4th 1082, 1092 (2d Cir. 2024); *see DirecTV*, 162 F.4th at 307-08. "Dismissal is inappropriate unless it appears beyond doubt that the plaintiff can prove no set of facts which would entitle him or her to relief." *Fat Brands Inc. v. Ramjeet*, 75 F.4th 118, 125 (2d Cir. 2023); *see DirecTV*, 162 F.4th at 307-08.

## ARGUMENT

## I.    Reddit Has Standing Under Article III

Article III mandates that federal courts must only weigh in on "cases" and "controversies." U.S. Const. art. III, § 2. "For there to be a case or controversy under Article III, the plaintiff must have a 'personal stake' in the case." *TransUnion LLC v. Ramirez*, 594 U.S. 413, 423 (2021). A plaintiff must therefore have (i) suffered "an injury in fact that is concrete, particularized, and actual or imminent"; which (ii) "was likely caused by the defendant"; and which (iii) "would likely be redressed by judicial relief." *Id.*

Here, Reddit has plausibly alleged that Defendants' unlawful circumvention has already caused—and will continue to cause—harms to Reddit's relationship with its users and their privacy interests, as well as to Reddit's own interests in licensing, commercial opportunities, and financial

4

investments in technical security measures. Such injuries are concrete harms that history and the common law have long recognized, are particularized to Reddit, and are ongoing. Moreover, they flow directly from, and thus are traceable to, Defendants' unlawful circumvention, and would be redressed by the monetary and injunctive relief that Reddit seeks. Reddit therefore has standing under Article III.

### A.    Reddit has suffered a concrete injury in fact.

For an injury to warrant standing under Article III, it first must be "real, and not abstract." *Id.* at 424 (quoting *Spokeo, Inc. v. Robins*, 578 U.S. 330, 340 (2016)). History and tradition inform what is "real." *Id.* (concreteness where "close historical or common-law analogue for [plaintiff's] asserted injury"). Congress can "elevate harms that exist in the real world before Congress recognized them to actionable legal status." *TransUnion*, 594 U.S. at 426 (internal quotation marks omitted). While Congress's creation of a statutory right is not sufficient to create Article III standing, "Courts must afford due respect" to Congress's decision. *Id.* at 425-26.

The protections afforded by the DMCA have a close historical analogue in copyright and other common law rights. Congress enacted the DMCA in 1998 "to strengthen copyright protection in the digital age." *Universal City Studios, Inc. v. Corley*, 273 F.3d 429, 435 (2d Cir. 2001). The statute "address[es] the problems posed by the possible circumvention of technologies, such as encryption, which [are] used to protect copyrighted works in the digital environment." H.R. Rep. No. 105-551 (I) (1998) ("House Judiciary Committee Report") at 10; S. Rep. No. 105-190 (1998) ("Senate Judiciary Committee Report") at 8 (DMCA "create[d] the legal platform for launching the global digital on-line marketplace for copyrighted works"). "Both traditional copyright and DMCA claims are grounded in notions of property rights, and both claims are designed to 'promote the Progress of Science and useful Arts.'" *New York Times Co. v. Microsoft Corp.*, 777 F. Supp. 3d 283, 312 (S.D.N.Y. 2025) (quoting U.S. Const. art. I, § 8, cl. 8); *The*

*Intercept Media, Inc. v. OpenAI, Inc.*, 767 F. Supp. 3d 18, 28 (S.D.N.Y. 2025) (anti-circumvention "implicates the same incentives to create that justify traditional copyright").

The DMCA's anti-circumvention provisions are analogous to common-law trespass protections, whereby "digital walls . . . limit access to and use of copyrighted work." *Green v. United States Dep't of Just.*, 111 F.4th 81, 89 (D.C. Cir. 2024). Just as it is *per se* unlawful to intentionally enter upon another's property without consent, the DMCA prohibits circumvention of measures controlling access to a copyrighted work without consent. *Id.* ("[T]he anticircumvention provision is designed to operate as a prohibition against digital trespass.").

Here, Defendants have circumvented technological measures controlling access to copyrighted works: tens of thousands of posts authored by Reddit, FAC ¶ 47, the vast universe of Reddit user-authored content, *id.* ¶ 44, and Reddit's copyrights in compilations and arrangements of that content, *id.* ¶ 47. Reddit, in turn, has licensed Reddit content to Google, requiring that it meaningfully safeguard user content. *Id.* ¶¶ 51-52. Defendants' circumvention thus violates Reddit's statutory and common law rights, which Reddit has standing to vindicate under Article III. *Id.* ¶¶ 110-11; *see The Intercept Media*, 767 F. Supp. 3d at 26-29 (detailing foundations for Article III standing to redress DMCA injuries); *New York Times*, 777 F. Supp. 3d at 311-12 (similar); *see also Viral DRM LLC v. Seven W. Media Ltd.*, 768 F. Supp. 3d 1025, 1032 (N.D. Cal. 2025) (entity "given the authority both to manage and enforce the content creators' copyrights" had Article III standing).[1]

---

[1] *Raw Story Media, Inc. v. OpenAI, Inc.*, 756 F. Supp. 3d 1 (S.D.N.Y. 2024) is not to the contrary. There, the plaintiffs lacked standing because they did not allege that any copyrighted work "ha[d] been disseminated by ChatGPT to anyone." *Id.* at 5. Here, Reddit alleges that Defendants have repeatedly circumvented access measures to scrape Reddit data. *See* FAC ¶¶ 85, 93-95. What's more, on reconsideration, a new judge agreed that *Raw Story*'s holding was "inconsistent" with other authority. *In re OpenAI, Inc., Copyright Infringement Litig.*, 2025 WL 1707564, at *3 (S.D.N.Y. June 18, 2025) (discussing *New York Times*, 777 F. Supp. 3d 283).

6

The DMCA's historical foundations mean that Reddit "need not allege any *additional* harm beyond the one Congress has identified." *Spokeo*, 578 U.S. at 342. Moreover, "[m]any traditional remedies for private-rights causes of action—such as for trespass, infringement of intellectual property, and unjust enrichment—are not contingent on a plaintiff's allegation of damages beyond the violation of his private legal right." *Id.* at 344 (Thomas, J. concurring). Reddit has nonetheless alleged far more, detailing various additional concrete harms.

Reddit alleges that Defendants' unlawful access and scraping have harmed Reddit's reputation, its relationship with its users, and its system which "protect[s] Redditors and their anonymity and privacy." FAC ¶¶ 102-08. Defendants' actions have also damaged Reddit's existing licensing agreements, including with partners like Google, and resulted in lost licensing fees from entities, like Perplexity, that would prefer to unlawfully access content instead of paying for it. *Id.* ¶¶ 93, 109. Finally, Defendants' actions have forced Reddit to make additional investments in measures to ward off attackers like Defendants. *Id*. ¶¶ 63 & n.31, 112. These additional injuries further ground Reddit's standing under Article III. *See Synopsys, Inc. v. AzurEngine Techs., Inc.*, 401 F. Supp. 3d 1068, 1074 (S.D. Cal. 2019) (cognizable harms under DMCA include "damaging goodwill with licensees" and "causing reputational harm to the copyright owner").

SerpApi's arguments do not establish otherwise. ***First***, SerpApi argues that Reddit's allegations of reputational harm and interference with users' privacy interests are too "conclusory." ECF 59 at 5-6. But reputational and privacy harms, while by their very nature "intangible," "can also be concrete." *TransUnion*, 594 U.S. at 425. Reddit's First Amended Complaint details why privacy protections matter to Reddit's business and its users—most notably because Defendants' actions make it impossible for Reddit to uphold its Public Content Policy, including the provisions

7

related to Reddit users' privacy and deleted content. FAC ¶¶ 104-08. Indeed, the DMCA was enacted to protect those very interests. *See* Senate Judiciary Committee Report at 18 (noting that DMCA's anti-circumvention provisions would "substantially enhance the degree to which individuals may protect their privacy as they work, play and communicate on the Internet").[2]

SerpApi next imposes a false hurdle, positing that Reddit cannot have standing unless it identifies users who have "stopped using Reddit because of SerpApi's activities." ECF 59 at 5. The law imposes no such requirement, and certainly not at the pleading stage. Rather, "the law has long permitted recovery by certain tort victims even if their harms may be difficult to prove or measure," and in such circumstances "the violation of a procedural right granted by statute can be sufficient in some circumstances to constitute injury in fact." *See Spokeo*, 578 U.S. at 342. Reddit has suffered a concrete injury in that Defendants have circumvented access controls put in place to respect privacy concerns in its and its users' content. Article III requires nothing more. *See CoxCom, Inc. v. Chaffee*, 536 F.3d 101, 108 (1st Cir. 2008) (injury-in-fact where, even though there was no showing that any subscriber "actually used" circumvention device, "the chain of events that c[ould] result" established concrete harm); *see also New York Times*, 777 F. Supp. 3d at 311-12 & n.6 (allegations sufficient to establish Article III standing for DMCA violation even "absent dissemination").

***Second***, SerpApi argues that Reddit's allegations of lost licensing fees and damage to commercial opportunities are speculative and "wholly unsupported." ECF 59 at 6. But SerpApi

---

[2] SerpApi's authorities on reputational harms are inapposite. Neither involves circumvention under the DMCA or the specific reputation and privacy-based harms involved here. *See Miller v. James*, 751 F. Supp. 3d 21, 32-33 (N.D.N.Y. 2024) (no standing to pursue Section 1983 claim for reputational harms arising from press conference in which plaintiffs were not mentioned by name); *Braver v. Diversified Adjustment Serv., Inc.*, 2023 WL 8435825, at *4 (S.D.N.Y. Dec. 5, 2023) (plaintiff could not claim reputational harm arising from never-disseminated credit report).

simply ignores Reddit's allegations that Perplexity is "working with SerpApi and others to obtain Reddit data from Google SERPs," thus eliminating the need for Perplexity to enter into a licensing agreement with Reddit similar to the agreements companies like Google and OpenAI have entered into. FAC ¶¶ 3, 93. SerpApi also ignores Reddit's allegations that Defendants' actions jeopardize Reddit's existing agreements with those companies, "encourag[ing] them and others to instead use similar techniques as Defendants to gain access to content from Reddit." *Id*. ¶ 109.[3]

**Third**, SerpApi argues that Reddit cannot claim standing based on investment in measures aimed at "hypothetical future harm," relying on *Clapper v. Amnesty International USA*, 568 U.S. 398 (2013). ECF 59 at 7. But there is nothing hypothetical about SerpApi's and Perplexity's current and ongoing billions-fold circumvention of SearchGuard. FAC ¶ 85. And in *Clapper*, the plaintiffs lacked standing to pursue claims of objectively likely, but not "certainly impending," future surveillance, which is inapposite. 568 U.S. at 410-18. Here, Reddit has and will incur costs to implement measures to combat SerpApi's activities. SerpApi has purposely avoided these measures by unlawfully accessing Google SERPs, and SerpApi or other Defendants have further circumvented these measures since Reddit's filing of this lawsuit. FAC ¶¶ 5 n.2, 63 & n.31.[4]

---

[3] SerpApi misapprehends Google's own statement, quoted in the First Amended Complaint, that SerpApi's actions "threaten[] to disrupt Google's relationships with the rights holders who look to Google to prevent the misappropriation of the content Google displays." *Id.* (quoting *Google, LLC v. SerpApi, LLC*, No. 4:25-cv-10826 (N.D. Cal.), ECF 1 ¶ 25) available at https://storage.courtlistener.com/recap/gov.uscourts.cand.461513/gov.uscourts.cand.461513.1.0. pdf). Those "rights holders" are not Google and "its own users," ECF 59 at 6, but rather Reddit and Reddit's users.

[4] SerpApi maintains that Reddit does not plausibly allege that it accessed Reddit's website directly. ECF 59 at 3, 7. But SerpApi's own website includes a how-to on "scrap[ing] individual sites" and using proxies "[t]o prevent getting blocked when scraping the individual site." FAC ¶¶ 73-76; SerpApi, *Scraping the Full Snippet from Google Search Result*, https://serpapi.com/blog/scraping-the-full-snippet-from-google-search-result/ (last accessed April 17, 2026).

### B.    Reddit's injuries satisfy the other requirements for Article III standing.

Reddit's injury allegations also satisfy the other elements of Article III standing. They are "particularized" because the alleged harms unquestionably "affect[] [Reddit] in a personal and individual way." *Spokeo*, 578 U.S. at 339. Reddit's injuries are also "actual and imminent"; Defendants are unlawfully accessing and scraping billions of Google SERPs containing Reddit content on an ongoing basis. *Id.* Finally, the injuries Reddit has suffered are directly traceable to Defendants' unlawful circumvention and redressable through the monetary and injunctive relief that Reddit seeks, which would put an end to Defendants' unlawful activities. *See id.* at 338.

SerpApi does not meaningfully argue otherwise. It suggests in passing that Reddit's injuries as to Reddit-created content are not particularized, ECF 59 at 8, apparently overlooking the fact that Reddit included an actual and specific example of SerpApi accessing Reddit-created content. FAC ¶ 66. More generally, it is beyond dispute that Reddit has standing to sue for injuries relating to *its own* copyrighted works.[5] SerpApi also claims that Reddit cannot show that injuries arising from *Reddit's* expenditures are traceable to circumvention of *Google* SERPs. ECF 59 at 7. But this misses the mark. SerpApi is intentionally evading Reddit's measures by unlawfully accessing and scraping Google SERPs—thus devaluing the significant resources Reddit has invested in its own efforts. FAC ¶¶ 63, 112.

---

[5] SerpApi also mischaracterizes the harms that Reddit details relating to reputational and privacy injuries, commercial opportunity, and anti-circumvention investment as applying only to Reddit user content. *See* ECF 59 at 7-8. Reddit has a direct interest in ensuring that it too can withdraw or delete its own content; in licensing its tens of thousands of posts for use in AI large language models or otherwise; and in securing its investment in anti-circumvention measures that equally protect Reddit-generated content and arrangements from unauthorized access.

## II.   Reddit Has Statutory Standing Under the DMCA

Reddit also has statutory standing to sue under the DMCA. That statute broadly permits "[a]ny person injured" to bring suit. 17 U.S.C. § 1203(a). And Reddit's injuries fall squarely within the DMCA's zone of interests.

### A.   Standing under the DMCA extends to "[a]ny person injured," encompassing a broad zone of interests.

Under the DMCA, "***Any person injured*** by a violation . . . may bring a civil action . . . ." 17 U.S.C. § 1203(a) (emphasis added). Nothing in the statute limits standing to copyright owners or any particular class of plaintiffs. *Post Univ. Inc. v. Learneo, Inc.*, 2025 WL 2702043, at \*5 (D. Conn. Sept. 23, 2025) ("The statutory text does not provide any basis to limit DMCA claims to *only* owners of a copyrighted document."). Where Congress has used "any person" language in other statutes, courts have interpreted the phrase to have a "naturally broad and inclusive meaning." *Pfizer, Inc. v. Gov't of India*, 434 U.S. 308, 312 (1978) (Clayton Act). The same is true here.

Congress enacted the DMCA to "strengthen" existing protections under the Copyright Act. *Corley*, 273 F.3d at 435. While the Copyright Act limits standing to sue for infringement to copyright owners and exclusive licensees, *see* 17 U.S.C. § 501(b) (only the "legal or beneficial owner of an exclusive right under a copyright" can sue for infringement), and *id.* § 504 (detailing remedies available to "copyright owner"), Congress elected ***not*** to impose that limitation in the DMCA. Instead, Congress broadened eligible plaintiffs under the DMCA to "[a]ny person injured" by a violation of the statute. 17 U.S.C. § 1201(a); *see also id.* § 1203(c)(2) & (3) (providing for DMCA damages to "complaining party").

Moreover, Congress specifically delineated the role of the "copyright owner" elsewhere in the DMCA, including in its anti-circumvention provisions, but did ***not*** do so in defining standing. *Compare, e.g., id.* § 1201(a)(3) (referencing authority of the "copyright owner"), *with id.* § 1203(a)

11

("[a]ny person injured"). The only natural reading of the statute is that Congress intended to allow for standing more broadly. *See generally Alvarez v. Garland*, 33 F.4th 626, 641 (2d Cir. 2022) ("Where Congress uses language in one part of a statute that it omits from another—particularly a closely adjacent other—well-established principles of statutory construction instruct courts to assume that the choice was deliberate and indicative of a different intent."). The enacting committee reports do not evince any contrary purpose. *See* House Judiciary Committee Report at 22 (Section 1203(a) affords standing "to ***those persons*** injured" (emphasis added)); Senate Committee Report at 38 (same).

Of course, a DMCA plaintiff must still show that its injuries fall within the DMCA's "zone of interests." *Lexmark Int'l, Inc. v. Static Control Components, Inc.*, 572 U.S. 118, 129 (2014). That zone naturally includes not only copyright owners (whose works are unlawfully accessed), but also those who "suppl[y] anti-circumvention technologies," and those "in privity" with copyright owners. *VidAngel LLC v. ClearPlay, Inc.*, 703 F. Supp. 3d 1329, 1335-36 (D. Utah 2023). Congress plainly understood that copyright owners might entrust others to protect their content from circumvention, and that those parties might suffer injuries that would give them standing. *See* Senate Committee Report at 11 (DMCA "encourages technological solutions, in general, by enforcing ***private parties'*** use of technological protection measures" (emphasis added)). The zone of interests also naturally comprises any other person suffering an injury that the DMCA is intended to protect against—otherwise, Congress would not have extended standing to "any person injured." *See Lexmark*, 572 U.S. at 129-32 (Lanham Act false advertising standing extends to "any person" who "allege[s] an injury to a commercial interest in reputation or sales").

## B.     Reddit's injuries fall within the DMCA's zone of interests.

Reddit's injuries are plainly "in the zone" for statutory standing under the DMCA. Reddit owns copyrights in tens of thousands of works and in its compilations and arrangements of Reddit

12

user content, all of which has been unlawfully accessed. FAC ¶ 47. Furthermore, Reddit utilizes various anti-circumvention measures that have been bypassed, as have other measures put in place by Google to protect Reddit content. *Id.* ¶¶ 53-65. Reddit has alleged that it has suffered—and will suffer—injuries reputationally, commercially, and financially due to the unlawful accessing of Reddit content, *id.* ¶¶ 102-12—all injuries that the DMCA's anti-circumvention provisions are meant to protect against. Reddit thus has statutory standing under the DMCA. *Post Univ.*, 2025 WL 2702043, at *4-5 (plaintiff had standing under DMCA to sue for violations related to works at issue, "***including documents it does not own***, resulting in monetary injury and injuries analogous to unfair competition and copyright infringement" (emphasis added)); *Echostar Satellite, L.L.C. v. Viewtech, Inc.*, 543 F. Supp. 2d 1201, 1205 (S.D. Cal. 2008) (collecting cases recognizing DMCA standing for non-copyright holders as "any person injured").

Ignoring the language of the statute, SerpApi argues that Reddit's injuries are out-of-bounds because Reddit "is not the copyright holder, an exclusive licensee, or the controller" of the anti-circumvention measures at issue, at least as to Reddit user content. ECF 59 at 8. But that argument is wrong on the facts and the law. The statute allows ***any person injured*** to have standing, not just the copyright holder or the security controller, and Reddit has plausibly alleged multiple injuries. *Supra*.

Furthermore, even under SerpApi's strawman definition of the DMCA's zone of interests, Reddit has standing. Reddit ***is*** the copyright holder as to its content and its compilation and arrangements of Reddit user content. And Reddit ***is*** the controller of its anti-circumvention measures. While Reddit is not an exclusive licensee of Reddit users' content and does not control Google's anti-circumvention measures, those are red herrings. Reddit has authority from its users to protect their content from "unauthorized access" and has a contract with Google under which

13

Google is obligated to protect Reddit data from unauthorized third parties. FAC ¶¶ 50-52; *see Viral DRM*, 768 F. Supp. 3d at 1031 ("[S]tanding here is conferred by [plaintiff's] rights to enforce and protect the content holders copyrighted works from non-licensed users.").

None of SerpApi's cited authority provides otherwise. SerpApi first cites *Sheldon v. Plot Com.*, 2016 WL 5107072 (E.D.N.Y. Aug. 26, 2016), and *Sanborn Libr. LLC v. ERIS Info. Inc.*, 2024 WL 1744630 (S.D.N.Y. Mar. 25, 2024), claiming that "courts in the Second Circuit have held that only copyright owners are definitively within the DMCA's zone of interests." ECF 59 at 9. Not so. The *Sheldon* court, in granting default judgment, ruled summarily that a copyright holder had standing under the DMCA without analyzing the DMCA's zone of interests or whether non-copyright holders have standing. 2016 WL 5107072, at *10. Conversely, in *Sanborn*, the court stated that DMCA standing extends to copyright owners "***or [those] otherwise injured by [a] violation***." 2024 WL 1744630, at *19 (emphasis added). In fact, that court suggested that a plaintiff ***could*** redress its DMCA injuries despite possessing "only some of the rights that comprise the bundle of copyrights," but reserved ruling. *Id.* at *20. Meanwhile, at least one other court in the Second Circuit (in a ruling SerpApi does not discuss) has held that DMCA standing extends beyond copyright owners. *Post Univ.*, 2025 WL 2702043, at *5.

Two other cases cited by Defendants, *VidAngel LLC v. ClearPlay, Inc.*, 703 F. Supp. 3d 1329 (D. Utah 2023) and *Squires v. Lancaster Cnty. Prison*, 2025 WL 3298948 (E.D. Pa. Nov. 26, 2025) are also inapposite. *VidAngel* was a patent dispute between competing offerors of multimedia screening products. 703 F. Supp. 3d at 1332. One of the parties attempted to assert a DMCA claim but was "not a copyright owner [of the media] or a supplier of a technological control-measure, or in privity with the same," and alleged injury solely through "competitive disadvantage"—hence, no standing. *Id.* at 1335-36. Here, Reddit ***is*** a copyright owner, ***is*** a supplier

14

of technological control measures, and *is* in privity with both its users and Google with respect to protecting access to its content and its users' content. *Squires* is even further afield. That case involved an inmate suing his jail, claiming it offered him a subscription service containing content obtained in violation of the DMCA. 2025 WL 3298948, at *1, 3. Since the inmate alleged no injury at all, he did not have standing. *Id.* at *3. Reddit's injuries, by contrast, fall squarely within the DMCA's zone of interests.

## III.    Reddit's Allegations State a Plausible Claim for Relief Under the DMCA

Reddit has plausibly pleaded three different counts under the DMCA. Reddit alleges that Defendants have violated the DMCA's anti-circumvention provisions to access copyrighted Reddit content, including Reddit users' content, Reddit's arrangements of that content, and tens of thousands of Reddit-authored posts. FAC ¶¶ 44-47. Both Reddit and Google have put in place measures controlling access to Reddit's content. *Id.* ¶¶ 46-59. Defendants have circumvented those access measures in various ways, including by utilizing SerpApi products and services that, in their own words, "avoid" and "bypass" the security features that would otherwise reject Defendants' access and scraping. *Id.* ¶¶ 63-78, 81-100. Each of the Defendants is liable for their circumvention activities (Count I), and SerpApi is further liable for trafficking in technologies intended to defeat Reddit's and Google's control and copying protections (Counts II and III).

While SerpApi and Perplexity advance various arguments to dismiss Reddit's DMCA claims under Rule 12(b)(6), none passes muster.

### A.    Reddit's and Google's technological measures control access to "works protected" by copyright.

SerpApi first contends that none of the Reddit content at issue is a "work protected under" the Copyright Act. ECF 59 at 16-18. But Reddit's detailed factual allegations foreclose that argument. The Reddit content at issue includes millions of copyrighted works spanning "virtually

every topic imaginable, from current events to product reviews to sports and entertainment." FAC ¶ 44. Reddit has also authored various content itself, including "tens of thousands of posts, comments, and other original works." *Id.* ¶ 47. Defendants do not seriously contend that these all fail to qualify as protected works under the Copyright Act—nor could they, given how courts have treated Reddit content, including its arrangements of content. *See Reddit, Inc. v. Anthropic PBC*, 2026 WL 923020, at *2 (N.D. Cal. Mar. 30, 2026) (Reddit content is "the kind of work covered by the Copyright Act"); *Craigslist Inc. v. 3Taps Inc.*, 942 F. Supp. 2d 962, 971-72 (N.D. Cal. 2013) (Craigslist user posts containing title, description, and relevant details about an offered or sought item were sufficiently original to warrant copyright protection).

SerpApi wastes much ink on its argument that what it unlawfully accesses and scrapes "consists of mere snippets gleaned by Google" from Reddit user posts that are therefore not protected by copyright. ECF 59 at 16. SerpApi's argument is unavailing. As an initial matter, Reddit alleges otherwise: SerpApi, according to its own website, accesses not mere snippets, but "the full, untruncated text." FAC ¶ 76. While SerpApi may dispute these allegations, that dispute cannot be resolved at the pleadings stage. But even accepting SerpApi's "mere snippet" framing, its argument fails. Reddit alleges that the content appearing in Google SERPs comes from "a continuous stream of real-time and creative copyrighted works." *Id.* ¶ 2. These "mere snippets" are not fragments stripped of their creativity. Rather, they are valuable precisely because they retain original, expressive elements. *Id.* ¶¶ 90-91.

What's more, SerpApi incorrectly treats Reddit's examples of how SerpApi's tools work as the only evidence of the types of Reddit content in Google SERPs. *See* ECF 59 at 17. Yet none of the four examples discussed by SerpApi (which SerpApi labors greatly to discredit on the merits at the pleading stage) is an exhaustive representation of the vast corpus of copyrightable Reddit

16

content that SerpApi is accessing via Google SERPs. And while each example could be addressed on its own terms (at a later stage), the more telling point is that SerpApi ignores one of Reddit's examples, the second "snippet" from the "Which Jazz Club in NYC" post:



FAC ¶¶ 70-72, 91. This "snippet" is more than "just an address and a factual ticket requirement." ECF 59 at 17. The work characterizes Village Vanguard as "the most legendary club in NYC," selects specific classic albums recorded there, distinguishes it from other venues, and describes it as "hallowed ground." Those expressions are not fixed or inevitable but reflect choices of selection, emphasis, and phrasing. Another author could have conveyed the same idea differently. And this is only one example in the *hundreds of millions* of copyrighted works Reddit alleges SerpApi accessed without authorization in a single month in 2025. FAC ¶ 85.

Moreover, SerpApi's cited authorities do not support its arguments. For example, *Moody v. Morris*, 608 F. Supp. 2d 575 (S.D.N.Y. 2009) involved a trademarked slogan—"Where Words Come Alive"—and stands for the unremarkable proposition that slogans are not protected by copyright. *Id.* at 579. *Stern v. Does*, 978 F. Supp. 2d 1031 (C.D. Cal. 2011) does no better. It expressly recognizes that "short, declaratory sentences are not per se uncopyrightable," and that courts "seldom" resolve claims on that basis. *Id.* at 1043-44. At most, these cases show that copyright does not protect every short phrase. But it does not support SerpApi's suggestion that

all snippets of Reddit content are uncopyrightable as a matter of law—let alone that the Court can resolve that question, across millions of distinct snippets, at the pleading stage.

Furthermore, setting aside the issue of "snippets," Reddit independently alleges that the technological measures at issue control access to another protected work: Reddit's arrangements of content. FAC ¶ 47. Copyright protects "choices as to selection and arrangement" so long as they are independently made and entail a "minimal degree of creativity." *Feist Publications, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 348 (1991). That is exactly what Reddit alleges. Reddit's arrangements reflect what is "most relevant, useful, or salient in relation to a given question or topic"—information not apparent from the raw content alone. FAC ¶ 92. And those arrangements are not simply a function of user upvotes and downvotes. Rather, Reddit uses a multi-factor approach accounting for "new posts, comments, voting activity, and other user inputs." *Id.* Those allegations are more than sufficient at the pleading stage. *Reddit v. Anthropic PBC*, 2026 WL 923020, at *2 (Reddit content, "represented through subreddit, upvote, and downvote counts, . . . may be considered to have copyright protection features"); *see also BanxCorp v. Costco Wholesale Corp.*, 723 F. Supp. 2d 596, 606-08 (S.D.N.Y. 2010) (plaintiff's use of "complex algorithms" plausibly yielded arrangements "created through judgment being applied to disparate indicators").

SerpApi does not put much effort into disputing that it accesses Reddit's arrangements. Nor could it. The value of SerpApi's tools lie in retrieving not just random content, but the material Reddit has arranged to display most prominently because it is the most useful or relevant on a particular topic. FAC ¶ 70. So SerpApi tries a different tack, saying DMCA liability requires some undefined minimum infringement requirement—*i.e.*, scraping "full-length posts." ECF 59 at 12. That is wrong. Putting aside SerpApi's conflation of copyright infringement with circumvention, copyright law does not let someone copy the protected elements of a compilation and escape

18

liability just because it chose to leave other aspects unbothered. By SerpApi's logic, someone could scrape substantial portions of a copyrighted encyclopedia and walk away clean so long as it stopped short of the whole work. But that is not the law. Over thirty-five years ago, the Second Circuit rejected the notion that a copier avoids liability by leaving out "a single fact" from a copyrighted compilation. *See Key Publications, Inc. v. Chinatown Today Pub. Enters., Inc.*, 945 F.2d 509, 514 (2d Cir. 1991); *see also Real World Media LLC v. Daily Caller, Inc.*, 744 F. Supp. 3d 24, 40-41 (D.D.C. 2024) (rejecting the argument that copying less than "100%" defeats liability under Section 1202 of the DMCA). Here, Reddit alleges that SerpApi accessed protectable elements of Reddit content, including Reddit's "unique arrangement," which indicates "which types of responses may be more useful or informative in response to particular questions." FAC ¶ 72. At this stage, that is enough.

### B.   Reddit plausibly alleges that Defendants circumvent effective access controls without the authority of the copyright owner.

Reddit has plausibly alleged in its First Amended Complaint that Defendants violate the DMCA. It describes (1) who is authorized to access Reddit content, (2) Reddit's agreement with Google, (3) how Reddit's copyrighted content is protected by both Reddit's and Google's access control systems, and (4) how Defendants have accessed Reddit's content without Reddit's or its users' authorization. FAC ¶¶ 51-62.

Perplexity contends that Reddit's circumvention claims fail because "Reddit had *no role* in designing or implementing Search Guard [sic] and has *no say* in who is or is not permitted to bypass it." ECF 62 at 2, 8. But that argument does violence to both the statutory text and Reddit's well-pleaded allegations. Under a plain reading of each, Reddit plausibly states a claim.

### 1. The DMCA does not require copyright holders to have a role in designing, implementing, or operating technological measures.

Perplexity says Section 1201 depends on who "implements or operates SearchGuard." ECF 62 at 13. The statute says no such thing. Section 1201(a)(3) sets out two definitions, side by side, and both hinge on the copyright owner's authority. Subsection (A) defines circumvention as, among other things, "avoiding," or "bypassing" a technological measure "*without* the authority of the copyright owner." Subsection (B) then defines an effective access control as one that requires the application of information, a process, or a treatment, "*with* the authority of the copyright owner, *to gain access to the work*." 17 U.S.C. § 1203(a)(3) (emphasis added). These provisions are complementary and reading them together exposes the flaw in Perplexity's argument. The phrase "with the authority of the copyright owner" asks whether the person gaining access had the copyright owner's authority to do so. It says nothing about who designs, operates, or implements the technological measure. This makes sense: the statute is not aimed at ensuring copyright holders' works are protected only by the types of measures they themselves have specifically designed, implemented, or operated. Rather, it is aimed at preventing bad actors from circumventing technological measures unless they have permission from the copyright holder. Neither Perplexity nor SerpApi have Reddit's authorization to access Reddit content, which should end the analysis. FAC ¶¶ 60-61.

Perplexity's reading twists the statute. It contends that "with the authority of the copyright owner" requires Reddit or its users to have a role in SearchGuard's design and technical implementation. But Perplexity's reading defies common sense and leads to consequences Congress could not have intended. Under this theory, copyright owners who rely on sophisticated third-party platforms to protect and distribute their works would receive no DMCA protection unless they design or operate the technical protection measure themselves. By Perplexity's theory,

a novelist licensing her eBook to a major retailer would lose DMCA protection if she failed to personally approve the retailer's technical specifications. A filmmaker whose studio partners with a streaming service would find her content unprotected for similar reasons. The musician, the software developer, the independent journalist—all would find themselves unable to invoke the DMCA's protections the moment they entrust distribution and protection of their works to technical partners better equipped to provide it. In other words, Perplexity's strained reading of the statute would undermine the very foundations of the modern digital marketplace—precisely what the DMCA was enacted to protect.[6]

Perplexity's absurd reading of the statute has been rejected by another district court within this circuit. In *Yout*, an aspiring circumventor advanced a similar argument—there, that "a technological measure must be put in place by a copyright owner himself or herself." *Yout, LLC v. Recording Indus. Ass'n of Am., Inc.*, 633 F. Supp. 3d 650, 665 (D. Conn. 2022). The district court held that the DMCA "does not set forth a requirement that the copyright owner put a technological measure in place." *Id.* And though the statute defines both circumvention and effectiveness by reference to the "authority of the copyright owner," it does not require that the copyright owner be the one who puts the access control in place. *Id.* (citing 17 U.S.C. § 1201(a)(3)). Perplexity's argument ultimately turns on the same mistaken premise: that Section 1201 requires the copyright owner to have put the measure in place or otherwise to control its implementation and operation. The statute requires no such thing.

---

[6] Indeed, the legislative history confirms that the statute should be read as written. Congress enacted the statute to both "protect copyrighted works in the digital environment and to secure on-line licensing systems" – *i.e.*, systems not maintained by copyright owners. House Judiciary Report at 10.

### 2. Even accepting Defendants' incorrect statutory interpretation, Reddit plausibly alleges authorization of Google's SearchGuard system.

Even if Perplexity's strained reading of the statute were correct (which it is not), Reddit's well-pleaded First Amended Complaint would still meet the statutory standard. Reddit alleges that it requires licensing partners to protect Reddit's licensed data from the same class of unauthorized automated actors that Reddit blocks on its own systems. FAC ¶¶ 52, 60, 111.[7] Those allegations establish that Reddit, and the users whose content Reddit is licensed to distribute and empowered to protect, authorized Google to implement technical measures protecting access to that content. It would be remarkable if Reddit did otherwise, as it would make little sense to license valuable data to a third party without requiring its protection.[8] *See, e.g.*, *Echostar*, 543 F. Supp. 2d at 1206.

The reasoning in *EchoStar* is illustrative. There, DISH Network brought Section 1201 claims against a developer of tools allowing consumers to intercept DISH's encrypted signal. *Id.* at 1204. The defendant attempted the same argument: that DISH Network "failed to adequately allege that they have the authority of the copyright owner." *Id.* at 1206. The court rejected that argument, holding that since EchoStar purchased distribution rights, it was "reasonable to infer that EchoStar also has the authority to control the measures protecting the programming." *Id.*

The same holds true here. Reddit has invested heavily in access control and anti-scraping systems—deploying rate limits, CAPTCHAs, anomaly-detection tools, and dedicated engineering teams—specifically to ensure that scrapers cannot access Reddit data without authorization. FAC ¶ 54. Likewise, Google has invested considerable resources to develop its SearchGuard

---

[7] The fact that SearchGuard's access control system protects against the same type of unauthorized user supports the fact that it is an effective access control as defined by the statute. SearchGuard is enforcing the same access condition (*i.e.*, distinguishing between those with "authority" and those without) that Reddit imposes. *Id.* ¶ 55.

[8] For this reason, Perplexity's argument that Reddit authorized only contractual terms of use cannot be squared with Reddit's well-pleaded allegations. *See* ECF 62 at 14.

system, which conditions access to data on a distinction between permitted human use and impermissible automated bulk-access. *Id.* ¶ 56. Reddit protects the content when it is within Reddit's system, and Google is obligated to "abide by Reddit's policies and restrictions" when Reddit data is within Google's control. *Id.* ¶ 52.

Reddit's descriptions of its agreements with both its users and Google support this authorization. Reddit's User Agreement, which incorporates Reddit's Public Content Policy, explains that Reddit licensees must protect user content and that Reddit will only enter "into licensing arrangements that allow us to put into place meaningful protections." *Id.* ¶ 51. "Those protections include, but are not limited to, the ability to know who is accessing Reddit public content and why; placing contractual restrictions on prohibited use of public content to protect user rights; and ensuring that data licensees honor public content deletions by Redditors and Reddit." *Id.* The policy also makes clear that "Protecting Redditors in our data licensing arrangements is essential." *Id.* In other words, Reddit's users grant Reddit the right to sublicense, distribute, and protect their content, *see id.* ¶¶ 49-52, and Reddit in turn requires its partners, including Google, to protect that content (as well as Reddit's own content and the arrangements of content) from misuse and unauthorized access. *Id.* ¶ 111. These terms establish the contours of the protective measures Reddit requires of its partners and leave no doubt that Google has the authority of the copyright holders to protect Reddit content from unauthorized access.

### C.    Reddit plausibly alleges that Reddit and Google's technological measures "effectively control access."

Defendants next argue that Reddit fails to allege technological control measures that "effectively control access" as the DMCA requires. They specifically contend that SearchGuard does not effectively control access because, in SerpApi's telling, "at least one route of access" to

23

"publicly available" Google's SERPs is "wide open." ECF 59 at 1, 22-23; ECF 62 at 16 & n.6. Reddit's well-pleaded allegations foreclose Defendants' argument.

Reddit alleges that access to its content is controlled both on Reddit itself and again on Google's SERPs. FAC ¶¶ 53-59. SerpApi does not (and cannot) contest these allegations. Its own brief concedes that Reddit alleges SearchGuard "requires both bots and humans to solve certain JavaScript 'challenge[s]' and CAPTCHAs before accessing Google SERPs." ECF 59 at 15. And Reddit further alleges that SearchGuard "is not confined to automated systems *but is presented to all browsers submitting queries*, including browsers operated by human users, with access dependent on the browser's ability to provide a valid solution." FAC ¶ 58 (emphasis added). Beyond the JavaScript challenge, SearchGuard deploys "other techniques to control access," including CAPTCHAs, such that "[u]sers seeking access to Google search results, *including automated systems and human users*, will encounter one or more aspects of SearchGuard and must overcome any control tests SearchGuard imposes *before* SearchGuard permits access." *Id.* ¶ 59 (emphasis added). In short, Reddit plainly alleges that ***all relevant users***, including ordinary human browsers, encounter and must clear the SearchGuard security process.

These allegations readily satisfy the statute. The DMCA defines an effective access control as one that, "in the ordinary course of its operation," requires "the application of information, or a process or a treatment, with the authority of the copyright owner, to gain access." 17 U.S.C. § 1201(a)(3)(B). As alleged, SearchGuard fits that definition twice over. It requires the application of information from the user—*e.g.*, the JavaScript "solve." Beyond that "solve," SearchGuard also requires "other techniques" from users that together constitute "a process" required "to gain access" to Google SERPs. Together, these techniques distinguish between those with authority to access the content and those without.

24

SerpApi next suggests that SearchGuard does not "effectively control access" because it does not require the equivalent of decrypting an encrypted work or descrambling a scrambled work. But that argument misreads the statute. The definition of a measure that "effectively controls access" does not mention decryption or descrambling, terms known by Congressional drafters and used elsewhere. *See* 17 U.S.C. § 1201(a)(3)(A)-(B). Instead, Congress used broader, functional language: a measure qualifies if, "in the ordinary course of its operation," it requires "the application of information, or a process or a treatment," to gain access. *Id*. Scrambling and encryption "are prima facie examples of technological measures, but it does not follow that scrambling and encryption constitute an exhaustive list." *Yout*, 633 F. Supp. 3d at 671. SearchGuard, as alleged, falls comfortably within the DMCA's ambit: it requires the application of information and the completion of a process to gain authorized access to Google SERPs.

Even if SearchGuard results in different experiences for human users and automated systems—which Reddit does not allege—SerpApi's argument still fails. Technological protection measures are often designed to be unobtrusive for authorized users. A consumer who buys a DVD can play it on an authorized player without difficulty. A user with valid credentials can move through a password-protected website with ease. Whether a measure is "effective" under the DMCA does not turn on how much difficulty authorized users face in clearing it. The statute requires only that the measure impose "a process" to gain access—not that every user encounter the same degree of friction in clearing that process. 17 U.S.C. § 1201(a)(3)(B). SearchGuard does exactly that. It evaluates "each incoming query" and routes those it suspects are unauthorized to additional verification—a JavaScript solve, a CAPTCHA, or other control tests—before permitting access. The fact that human users may clear that process more easily does not mean they do not encounter it, just as those who breeze through airport security still must go through it.

25

SerpApi's argument collapses two distinct questions: whether content is publicly available to ordinary human users, and whether access to that content is protected by a technological measure that is "effective" under the DMCA. The fact that ordinary users can access Google search results does not mean that access is ungated. It means only that they are authorized to pass through the gate. That is the teaching of *Lexmark* and SerpApi's other authorities applying *Lexmark*. *See* ECF 59 at 13-14. In *Lexmark*, no gate existed at all—the software was freely readable without any technological measure that had to be applied or satisfied. 387 F.3d at 547. SerpApi's reading of *Lexmark* proves too much: if alternative availability defeated an access control, then no service could protect a copyrighted book, movie, or song so long as the same work could be borrowed from a library, heard on the radio, or watched on broadcast television. That is not what *Lexmark* meant, and it is not what the DMCA says. Here, Reddit alleges that SearchGuard imposes a gate before "each incoming search query" and requires the query to clear the process before access is granted. It thus "effectively controls access" under the DMCA.[9]

## D.   Reddit plausibly alleges that SerpApi and Perplexity have circumvented Reddit's and Google's technological control measures.

SerpApi and Perplexity further maintain that they cannot be liable for circumventing technological control measures under 17 U.S.C. § 1201(a). ***First***, they argue that their actions cannot constitute circumvention, as defined under the DMCA. ***Second***, Perplexity argues that Reddit fails to allege that Perplexity itself has engaged in circumvention. Both arguments fail.

---

[9] SerpApi and Perplexity further rely on *In re OpenAI, Inc. Copyright Infringement Litig.*, 2025 WL 3635559 (S.D.N.Y. Dec. 15, 2025) and other authorities to argue that Reddit cannot rely on terms of use or robots.txt instructions alone as effective access controls. ECF 59 at 14-15; ECF 62 at 16-17. But Reddit's and Google's measures, including SearchGuard, are far more comprehensive and actively block Defendants' activities, rather than "merely request[ing]" that they "keep off the grass." *In re OpenAI*, 2025 WL 3635559, at *4. Regardless, Defendants' blatant defiance of terms of use and robots.txt instructions further demonstrates that their access is unauthorized. FAC ¶¶ 54-55; *see supra*.

26

### 1.    Reddit plausibly alleges that Defendants' actions constitute "circumvention."

Under the DMCA, to "circumvent a technological measure" means "to descramble a scrambled work, to decrypt an encrypted work, or otherwise to avoid, bypass, remove, deactivate, or impair a technological measure . . . ." *Id.* § 1201(a)(3)(A); *see also id.* § 1201(b)(2) (A) (similar). Reddit has alleged that SerpApi and Perplexity circumvent SearchGuard and the other technological measures at issue in various ways. Indeed, SerpApi's website says it best. SerpApi's tools enable users to "use[] a proxy and the latest technologies to mimic human behavior" and thereby "*avoid* being detected and blocked by Google." FAC ¶ 81. SerpApi offers various other tools, including "Ludicrous Speed Max," to "reject" and remove measures that would otherwise block users like Perplexity from accessing and scraping Reddit content from Google SERPs. *Id.* SerpApi even instructs users on how to "bypass" Google measures that would otherwise protect Reddit data. *Id.* In short, SerpApi and Perplexity use tools marketed for circumvention, described using the same actions the DMCA prohibits.

Although SerpApi counters that it is "mimic[king] human behavior," not "'decrypting' an encrypted work, 'descrambling' a password, or otherwise picking the proverbial lock on a door," its argument ignores the statutory language. ECF 59 at 15. Decrypting and descrambling are not "exhaustive" modes of circumvention. *See Yout*, 633 F. Supp. 3d at 671. "Mimicry" that avoids or bypasses a technological control measure is precisely what the DMCA prohibits. *E.g.*, *Nintendo of Am. Inc. v. Chan*, 2009 WL 2190186, at *4 (C.D. Cal. July 21, 2009) (circumventing device was "designed to precisely mimic the shape and electrical connections of an authorized" game card); *Realnetworks, Inc. v. DVD Copy Control Ass'n*, 641 F. Supp. 2d 913, 939 (N.D. Cal. 2009) (avoiding copy controls by "mimic[king] a human" is circumvention that violates Section 1201(b)). Regardless, SerpApi does far more than "mimic human behavior." Its tools serve as a

type of "skeleton key" so that users like Perplexity can circumvent "the proverbial lock" on Reddit content. *See Corley*, 273 F.3d at 452-53. Defendants' circumvention violates the DMCA.[10]

### 2. Reddit plausibly alleges that Perplexity itself engages in circumvention.

Perplexity, for its part, argues that Reddit fails to adequately allege that it has engaged in any of the circumvention activity described above. That is plainly incorrect. Reddit alleges Perplexity's circumvention in detail, and the Court must credit those allegations at this stage.

To summarize: Perplexity's "answer engine" works by feeding content from across the Internet, including Reddit content, through a large-language model, which provides answers to user queries. FAC ¶¶ 87-89. This means that Perplexity must access content—lots of it, all the time—to achieve what it calls "retrieval-augmented generation." *Id.* ¶ 89. Perplexity encounters a roadblock, however, in that Google's and Reddit's technological control measures prevent Perplexity from accessing the Reddit content it needs for its business. So Perplexity circumvents those measures by using SerpApi's tools. *Id.* ¶ 95; *see id.*, Ex. A.

SerpApi provides what Perplexity needs to circumvent control measures and access Reddit data from Google SERPs in real time. Through SerpApi's interface, Perplexity specifies "when, how, and at what scale circumvention will occur," and then uses SerpApi's tools to elude the measures in its way. *Id.* ¶¶ 65, 81. As SerpApi says, its users "don't need to care" about

---

[10] SerpApi further argues that it cannot be liable under the DMCA because it did not also "infring[e] a protected work or facilitate[] infringement," *i.e.*, no "infringement nexus." ECF 59 at 18. But no such "nexus" is required. *MDY Indus., LLC v. Blizzard Ent., Inc.*, 629 F.3d 928, 952 (9th Cir. 2010) ("[A] fair reading of the [DMCA] (supported by legislative history) indicates that Congress created a distinct anti-circumvention right under § 1201(a) *without* an infringement nexus requirement." (emphasis added)). Only the Federal Circuit has held otherwise. *Green*, 111 F.4th at 96 n.1 ("No other court of appeals has adopted [the Federal Circuit's] interpretation."). Even if a nexus was required, SerpApi's circumvention tools permit users to "scrape text" and "extract the text behind each webpage," FAC ¶ 76—in other words, to infringe Reddit's and its users' copyrights.

CAPTCHA, IP address filtering, bots detection, or SearchGuard. SerpApi tells Perplexity that if it uses the tools, it can "avoid being detected and blocked by Google." *Id.* ¶ 81. Perplexity does precisely that.

In addition, Reddit's First Amended Complaint reproduces an example query through Perplexity and reports the results of a "test post" that appeared only in Google SERPs, both of which revealed Reddit content. *Id.* ¶¶ 90-91, 96. These illustrate that Perplexity is circumventing measures to access Reddit content in real time, fueling its "answer engine."

None of Perplexity's attempts to discredit these allegations holds water. ***First***, Perplexity argues that Reddit fails to allege that Perplexity, as opposed to SerpApi, engaged in "actual, direct circumvention." ECF 62 at 9. But that argument ignores Reddit's allegations that Perplexity is *itself* circumventing. That SerpApi provides the tools of circumvention (or even participates) is irrelevant to Perplexity's liability. Section 1201(a)(2) confirms as much. By separately prohibiting the "offer" of "service[s]" primarily "use[d]" to circumvent, Congress made clear that a party circumvents when it *uses* a service to circumvent a technological measure, whether or not it built the tool itself. *See* 17 U.S.C. § 1201(a)(2). In short, as the Second Circuit has recognized, the DMCA "targets the use of a circumvention technology" and Perplexity uses circumvention technology. *Corley*, 273 F.3d at 441. If Perplexity disputes this fact, it will have its chance. But not at the pleading stage. *See Ticketmaster L.L.C. v. Prestige Ent., Inc.*, 306 F. Supp. 3d 1164, 1174 (C.D. Cal. 2018) (allegations that defendants circumvented control measures "by using bots or 'CAPTCHA farm' laborers" were "sufficient to state a claim under the DMCA"); *see also NNG, KFT. v. AVA Enters., Inc.*, 2015 WL 5442725, at *3 (C.D. Cal. July 8, 2015) (rejecting defendant's

"insist[ence] that a third-party circumvented [plaintiff's] technology measures" rather than the defendant because grappling with this fact issue would be contrary to the Rule 12(b)(6)).[11]

*Second*, Perplexity moves the goalposts, faulting Reddit for not alleging the particulars of Perplexity's circumvention, *i.e.*, "which queries" Perplexity has run using SerpApi's tools, or "how," "when," "how often," or "which Reddit posts" Perplexity obtained in return. ECF 62 at 10-11. But this confuses the "who, what, when, where, and how" test under Federal Rule of Civil Procedure 9(b) for pleading fraud (which Reddit has not alleged) with the requirements of Rule 8(a), under which Reddit must only plausibly allege circumvention—which it has. *Contrast Miller v. United States ex rel. Miller*, 110 F.4th 533, 543-44 (2d Cir. 2024) (detailing particularity standard for fraud pleading), *with* ECF 62 at 7 (Reddit's First Amended Complaint must "state a claim for relief that is plausible on its face" (quoting *Iqbal*, 556 U.S. at 678)). Reddit is not required at the pleading stage to allege the particulars of how Perplexity uses SerpApi's tools to accomplish its circumvention. *Cordova v. Huneault*, 2026 WL 184598, at *10 (N.D. Cal. Jan. 23, 2026) (plaintiff need not identify "the specific tools used to circumvent the technological measures, or a date on which those tools were used, in order to survive a motion to dismiss").[12]

---

[11] Perplexity makes much of Reddit's allegations that Perplexity both "purchases" and "uses" SerpApi's circumvention tools. ECF 62 at 10. But that distinction is immaterial to whether Reddit plausibly alleges that Perplexity circumvents (which Reddit does, at length). Perplexity also maintains that the only possible "proper inference" to draw from Reddit's test post is that Perplexity "received it" from one of the other Co-Defendants. *Id.* at 10. But the only proper inference at this stage is the "***reasonable*** inference **in [Reddit's] favor**" that Perplexity itself circumvented access measures to obtain the post. *Schiebel*, 120 F.4th at 1092 (emphasis added).

[12] Nor are Reddit's allegations based merely on "conjecture" or "sheer possibility," as in *JBCHoldings NY, LLC v. Pakter*, 931 F. Supp. 2d 514, 526 (S.D.N.Y. 2013). There, the plaintiff alleged that "someone[] currently believed" to be the defendant may have unlawfully accessed data. Here, Reddit's specific allegations that Perplexity uses SerpApi's tools to circumvent control measures are based on public and other known information (including SerpApi's marketing materials and how it works, its partnership with Perplexity, and test queries using Perplexity).

30

***Third***, Perplexity claims that it cannot be liable for SerpApi's actions because "there is no secondary liability under the DMCA." ECF 62 at 8. But that is a *non sequitur*. Reddit alleges that Perplexity is directly liable under the DMCA. Regardless, should discovery reveal that vicarious or contributory liability is the more appropriate theory, *see* FAC ¶ 117, courts across the country have concluded that secondary liability **can** arise under the DMCA. *Gordon v. Nextel Commc'ns & Mullen Advert., Inc.*, 345 F.3d 922, 926-27 (6th Cir. 2003) ("inappropriate to permit summary judgment" on DMCA Section 1202 claim where defendant "may be vicariously liable"); *In re Frontier Commc'ns Corp.*, 658 B.R. 277, 304 (Bankr. S.D.N.Y. 2024) (collecting Section 1202 secondary liability cases); *In re Dealer Mgmt. Sys. Antitrust Litig.*, 2019 WL 4166864, at *14 (N.D. Ill. Sept. 3, 2019) (agreeing that secondary liability applies to anti-circumvention under DMCA § 1201(a)). Congress did not intend what Perplexity suggests: that an entity can direct circumvention without reproach, so long as someone else pushes the button.

Nor do any of Perplexity's authorities enable it to circumvent Reddit's well-pleaded allegations. Perplexity relies primarily on *Joint Stock Co. Channel One Russia Worldwide v. Infomir LLC*, where the plaintiffs' allegations were "addressed generally to the conduct of [multiple] 'Defendants' without further specification" and the plaintiffs "d[id] not describe the method used by either of the moving defendants" to circumvent. 2017 WL 696126, at *2-3, 19 (S.D.N.Y. Feb. 15, 2017). The opposite is true here. Reddit describes the method that Perplexity uses to circumvent the technological control measures at issue. Perplexity also relies on certain decisions holding that the circumvention as pleaded in those cases ***would not*** violate the DMCA. *See I.M.S. Inquiry Mgmt. Sys., Ltd. v. Berkshire Info. Sys., Inc.*, 307 F. Supp. 2d 521, 532 (S.D.N.Y. 2004) (no circumvention because defendant obtained password-controlled access "in the way precisely intended"); *Dish Network L.L.C. v. World Cable Inc.*, 893 F. Supp. 2d 452, 463-64

31

(E.D.N.Y. 2012) (similar); *LivePerson, Inc. v. 24/7 Customer, Inc.*, 83 F. Supp. 3d 501, 510 (S.D.N.Y. 2015) ("reverse engineering allegations do not constitute circumvention within the meaning of the DMCA"); *MGE UPS Sys., Inc. v. GE Consumer & Indus., Inc.*, 622 F.3d 361, 366 (5th Cir. 2010) (merely using software after circumvention by another not proscribed by DMCA). These cases are irrelevant here, where Reddit *has pleaded* circumvention as to Perplexity. Perplexity has avoided, bypassed, and otherwise circumvented technological control measures to gain access to Reddit content in a manner prohibited by the DMCA.

### E.    Reddit plausibly pleads that SerpApi is liable under Section 1201(b).

SerpApi also challenges Reddit's claim under Section 1201(b) of the DMCA. That section prohibits trafficking a device that circumvents a measure which "prevents, restricts, or otherwise limits the exercise of" a copyright. 17 U.S.C. § 1201(b)(2)(B). SerpApi contends that Reddit fails to allege that SearchGuard and the other technological measures at issue prevent copying, in addition to controlling access. ECF 59 at 19-20. But Reddit alleges precisely that: the measures at issue "control access *and* prevent scraping." FAC ¶ 53 & n.27 (emphasis added). Meanwhile, SerpApi markets (in its own words) "scraping" technology. *Id.* ¶¶ 73-76. Reddit has plausibly pled claims under both Sections 1201(a) and (b). *See Ticketmaster L.L.C. v. RMG Techs., Inc.*, 507 F. Supp. 2d 1096, 1112 (C.D. Cal. 2007) (technological measure both controlled access and prevented copying).

## IV.    The Copyright Act Does Not Preempt Reddit's Well-Pleaded State Law Claims

SerpApi and Perplexity each argue that the Copyright Act preempts Reddit's state law claims for unfair competition, unjust enrichment, and civil conspiracy (Counts IV-VI), or, in the alternative, that those claims are not adequately pleaded. Neither argument is correct.

A.      **Reddit's state law claims are not preempted.**

Reddit's state law causes of action arise from Defendants' use of and trafficking in tools to circumvent technological control measures, the same acts that give rise to Reddit's DMCA claims. But just because Defendants employ these circumvention tools to obtain copyrightable material does not mean that the state law claims are preempted by the Copyright Act. On the contrary, "[t]he preemptive force of [the Copyright Act] does not apply to the rights protected under the DMCA because the DMCA deals with rights and conduct outside of the 'exclusive rights within the general scope of copyright.'" *Philips N. Am. LLC v. Image Tech. Consulting, LLC*, 2022 WL 17168372, at *7 (N.D. Tex. Nov. 21, 2022).

Section 301 of the Copyright Act only preempts those causes of action that (1) concern works that "come within the subject matter of copyright as specified in sections 102 and 103" and (2) assert rights that "are equivalent to any of the exclusive rights within the general scope of copyright as specified by section 106." 17 U.S.C. § 301(a). Since the Reddit content at issue is within the subject matter of copyright, only the "equivalent rights" element is at issue. When examining the rights a plaintiff is seeking to enforce, "[a] state law claim is not preempted if [an] 'extra element' changes the 'nature of the action so that it is qualitatively different from a copyright *infringement* claim.'" *Computer Assocs. Int'l, Inc. v. Altai, Inc.*, 982 F.2d 693, 716 (2d Cir. 1992) (emphasis added). That analysis is not a rote recitation of the elements of the state cause of action. It instead "look[s] at 'what [the] plaintiff seeks to protect, the theories in which the matter is thought to be protected and the rights sought to be enforced.'" *White House/Black Mkt., Inc. v. Cache Inc.*, 2010 WL 2985232, at *3 (S.D.N.Y. July 27, 2010); *see also Reddit v. Anthropic PBC*, 2026 WL 923020, at *4-5 (bypassing technical safeguards and misrepresentations resulting in defendant's enrichment are among "extra elements").

33

Reddit's state law causes of action seek to protect its right to control access to Reddit data through technological control measures. FAC ¶¶ 137-59. As alleged, SerpApi and Perplexity entered into agreements to circumvent technological control measures to gain access to Reddit data, *id.* ¶ 154; used or trafficked in those circumvention tools to unfairly compete with Reddit, *id.* ¶¶ 139-40; and were unjustly enriched, whether through the tools' sales, by using them to divert business from Reddit, or to avoid paying licensing fees to access that content, *id.* ¶ 149. Reddit's allegations focus on the circumvention and resulting enrichment and competitive benefit from that circumvention—not on "infringement."

The right to control access to copyrighted materials through technological control measures falls outside of the exclusive rights protected in the Copyright Act. Indeed, Congress was explicit in the DMCA that the right to control access to copyrighted works did not affect any rights under the Copyright Act. 17 U.S.C. § 1201(c)(1). This is because a prohibited act occurs under the DMCA when a defendant circumvents technological control measures, regardless of what the defendant does after that circumvention. *Corley*, 273 F.3d at 443 (DMCA "targets the *circumvention* of digital walls guarding copyrighted material (and trafficking in circumvention tools) but does not concern itself with the *use* of those materials after circumvention has occurred"). By contrast, the Copyright Act's preemptive sweep only applies to the subsequent reproduction, distribution, use, or performance of copyrighted works. *See id.*; 17 U.S.C. § 106.

The Northern District of Texas recently addressed similar arguments based on allegations of circumvention and trafficking of software that mimicked certificates to access features in medical equipment. *Philips*, 2022 WL 17168372, at *1. The plaintiff asserted DMCA and unfair competition claims, among others. *Id.* at *2. The court rejected the defendant's argument that the unfair competition claim was preempted, relying on the very distinction at issue between

34

infringement and circumvention. Unlike the exclusive rights specified in the Copyright Act's preemption provision, the DMCA "is targeted at circumvention [and] does not apply to the use of copyrighted works after the technological measure has been circumvented." *Id.* at \*7.

The same logic applies to Reddit's state-law causes of action, and Defendants do not show otherwise. While they suggest Reddit's claims only make "passing references to circumvention of technological controls," ECF 62 at 19, Reddit's allegations illustrate otherwise:

**Unjust Enrichment:** Defendants suggest that Reddit only "alleges that the content was copied and reproduced for display." *Id.* at 20. Not so. Reddit alleges that the Defendants marketed, sold, and provided products and services "for the purpose of circumventing technological control measures . . . in order to access and scrape" Reddit data. FAC ¶ 149. Reddit alleges that this ability to circumvent was material to both Defendants' businesses and that both benefited by avoiding licensing fees. *Id.* ¶¶ 109, 150.

**Unfair Competition:** Defendants suggest that Reddit only alleges Perplexity contracted with SerpApi to "access and scrape" Reddit content. ECF 62 at 18. But Reddit actually alleges that the Defendants "circumvent[ed] technological control measures . . . in order to access and scrape," which the Defendants omit from their quote. FAC ¶ 139. Defendants circumvented these measures to obtain an unfair competitive advantage by avoiding a license to access Reddit data. *Id.* ¶ 109.

**Civil Conspiracy:** Defendants say that "Reddit's civil conspiracy claim alleges nothing more than a conspiracy to violate the Copyright Act." ECF 62 at 21. But Reddit's allegations are instead specific to the Defendants' agreement to circumvent technological measures, not to "violate the Copyright Act." FAC ¶¶ 154-56. Defendants then carried out this scheme by selling and using products or services that enable that circumvention. *Id.*

For each cause of action, Reddit alleges that the Defendants built their businesses (in part) around their ability to circumvent technological control measures. They did so together (conspiracy) and in a way that allowed their businesses to thrive at Reddit's and its partners' expense (unfair competition and unjust enrichment), after Perplexity lied to Reddit about its intentions. FAC ¶¶ 93-94. Monetizing their ability to circumvent technological control measures is not just "scraping," and the state law claims do not abridge or enlarge any right set forth in Section 106 of the Copyright Act. *See Reddit v. Anthropic PBC*, 2026 WL 923020, at *2-7 (unjust enrichment and unfair competition state law claims "predicated on [defendant] allegedly bypassing technical safeguards" to scrape Reddit data, were not preempted by Copyright Act).

None of Defendants' preemption authorities address the types of allegations Reddit makes regarding circumvention and trafficking. In *New York Times Co. v. Microsoft Corp.*, the plaintiffs explicitly based their state law claims on copying, relying on the "hot news" exception to avoid preemption. 777 F. Supp. 3d at 319. So too in *In re OpenAI, Inc. Copyright Infringement Litigation*, where the basis for the plaintiff's "unjust enrichment claim [was] that OpenAI used [plaintiff's] copyrighted works in an unauthorized way." 2025 WL 3635559, at *4. Here, by contrast, circumvention and trafficking of circumvention technologies are the core of Reddit's allegations.[13]

### B.    Reddit has plausibly pleaded its state law claims.

Apart from preemption, Defendants also argue that Reddit fails to state a claim with respect to its state law causes of action. As with their preemption arguments, the Defendants reduce

---

[13] Defendants' various citations holding state law claims preempted by the Copyright Act in some circumstances are beside the point. ECF 59 at 21, 23-24; ECF 62 at 19-21. Courts have permitted state law claims to proceed when based on non-copyright theories, even if the factual allegations concerned copying. *Reddit v. Anthropic PBC*, 2026 WL 923020, at *2-7; *see Am. Movie Classics Co. v. Turner Ent. Co.*, 922 F. Supp. 926, 933-34 (S.D.N.Y. 1996) (collecting cases).

Reddit's claims to scraping and copying and ignore Reddit's allegations about Defendants' circumvention of technological control measures and their deception in doing so.

**Unjust Enrichment:** Defendants argue that Reddit has failed to allege that Perplexity and SerpApi received a benefit from circumventing technological control measures or trafficking in tools to do so. That is plainly wrong, as Reddit has alleged that both companies benefit from their sale, promotion, and use of tools to circumvent technological control measures in the normal course of their business. FAC ¶¶ 35-39, 65-66, 81. Reddit has also alleged that Perplexity benefits by avoiding paying for access to Reddit data, and that such access is to Reddit's detriment through lost revenue and Defendants' free-riding on Reddit's investment in maintaining its systems. *Id.* ¶¶ 92-97.[14] In turn, SerpApi traffics in tools that allow Perplexity to obtain these benefits. These allegations are more than enough to support an unjust-enrichment claim, and are not "conclusory," "hypothetical," or "speculative," unlike in the authorities on which Perplexity relies. *See* ECF 62 at 22-23.

Reddit also alleges bad-faith behavior by Defendants through their efforts to disregard technological restrictions and obtain Reddit data.[15] Perplexity's response to Reddit's cease-and-desist letter was a fortyfold *increase* in Perplexity's use of Reddit data, notwithstanding

---

[14] For the same reasons, Reddit has alleged "specific loss or deprivation of opportunity to profit from that information," unlike in *Mount v. PulsePoint, Inc.*, 684 F. App'x 32, 36 (2d Cir. 2017) (finding that defendant's use of misappropriated data did not come at plaintiff's expense).

[15] Contrary to Perplexity's two-sentence argument, ECF 62 at 22, "the doctrine of unjust enrichment does not require wrongful conduct by the one enriched." *Ultramar Energy Ltd. v. Chase Manhattan Bank, N.A.*, 179 A.D.2d 592, 593 (1st Dep't 1992). *Paramount Film Distributing Corp. v. State*, 30 N.Y.2d 415, 421 (1972) turned on the lack of any benefit to the defendant, not failed allegations of fraud or tortious conduct. Courts in New York have allowed unjust-enrichment claims to proceed to trial even based on a defendant's mistake because the critical inquiry is whether the defendant's enrichment would offend principles of equity and good conscience, not tortious conduct. *Zamor v. L & L Assocs. Holding Corp.*, 85 A.D.3d 1154, 1157 (2d Dep't 2011). Regardless, Reddit alleges that Defendants have committed wrongful conduct, including their actions violating the DMCA.

37

Perplexity's promise to respect Reddit's controls. FAC ¶¶ 6, 93-94. Reddit alleges that Perplexity achieved this increase by partnering with SerpApi, which markets its products as a way to deceive websites and thwart technological control measures. *Id.* ¶ 81 (SerpApi's website advertises that users "don't need to care" about technological control measures because SerpApi's trafficking products are "undetectable" and "bypass sophisticated anti-bot systems").

Finally, Defendants ask the Court to dismiss Reddit's unjust-enrichment claim as duplicative of Reddit's DMCA claim. ECF 62 at 21; ECF 59 at 23. But an unjust-enrichment claim is only duplicative where satisfying the elements of the other claim also establishes the unjust-enrichment claim. *Nuss v. Sabad*, 2016 WL 4098606, at *11 (N.D.N.Y. July 28, 2016) (defendant "failed to demonstrate that no reasonable trier of fact could find unjust enrichment or constructive trust without establishing all the elements for one of Nuss's claims sounding in law"). Here, Reddit's DMCA claims do not eclipse its unjust-enrichment claim. For example, Reddit's unjust-enrichment claim relies on facts sounding in equity and fraud, which have no analog in Reddit's strict-liability DMCA claim. Proving its DMCA claim does not require Reddit to prove these other elements. Likewise, many of the DMCA's statutory requirements have no analog in an unjust-enrichment claim. *See supra.* These differences render Defendants' argument about duplicative authorities inapposite. *See* ECF 59 at 23; ECF 61 at 21.

**Unfair Competition:** Defendants repeat many of the same arguments in seeking to dismiss Reddit's unfair competition claims. They fail for similar reasons. Contrary to Defendants' arguments, Reddit plausibly alleges bad faith. *Supra*; *see* ECF 59 at 22; ECF 62 at 24. Moreover, contrary to SerpApi's claims, ECF 59 at 21, "a court may sustain an unfair competition claim even if the parties are not 'actual competitors.'" *REDF-Organic Recovery, LLC v. Rainbow Disposal Co., Inc.*, 116 A.D.3d 621, 622 (1st Dep't 2014); *PRCM Advisers LLC v. Two Harbors Inv. Corp.*,

2021 WL 2582132, at *17 (S.D.N.Y. June 23, 2021). Regardless, Reddit explains why SerpApi and Reddit compete. FAC ¶¶ 139-41. SerpApi provides access to Reddit data for companies like Perplexity, obviating the need for them to enter into an agreement—with appropriate privacy-protective guardrails—to access that content. *Id.* ¶ 141. Perplexity is a case in point: after declining to license access to Reddit's data, Perplexity's use of Reddit data increased fortyfold by using SerpApi's products to "bypass sophisticated anti-bot systems." *Id.* ¶ 95.[16]

For the same reasons, Reddit has alleged misappropriation of its commercial advantage and special damages through the loss of commercial opportunities and potential reputational damage due to Defendants' actions. *See* ECF 59 at 22; ECF 62 at 24.[17] These injuries support an unfair competition claim. *Cnty. Waste & Recycling Serv., Inc. v. Twin Bridges Waste & Recycling, LLC*, 150 N.Y.S.3d 893 (N.Y. Sup. 2021) (permitting unfair competition claim in part based on impact on "the intangible but real relationship existing between a merchant and [its] usual customers"); *Norbrook Lab'ys Ltd. v. G.C. Hanford Mfg. Co.*, 297 F. Supp. 2d 463, 493 (N.D.N.Y. 2003) (plaintiff "has demonstrated that its reputation as an industry leader [based on use of trade-secreted method] would suffer"), *aff'd*, 126 F. App'x 507 (2d Cir. 2005).

**Civil Conspiracy:** Defendants' arguments to dismiss Reddit's civil conspiracy claim first seek to bootstrap their unsuccessful challenges to Reddit's DMCA claims. They argue that the civil conspiracy claim fails because Reddit has failed to plead a violation of the DMCA or an underlying tort, citing decisions dismissing civil conspiracy claims on that basis. ECF 59 at 25;

---

[16] Given this competition, *Chartwell RX, LLC v. Inmar, Inc.* is inapposite. 620 F. Supp. 3d 59, 77-78 (S.D.N.Y. 2022) (finding plaintiff and defendant did not compete).

[17] *ITC Ltd. v. Punchgini, Inc.* addressed a certified question regarding whether an unjust-enrichment claim can rely on a defendant's misappropriation of a famous mark—a theory Reddit does not raise. 9 N.Y.3d 467, 471 (2007). Likewise, *RBG Management Corp. v. Village Super Market, Inc.*, involved a plaintiff's claim of unjust enrichment based on the defendant's misappropriation of a third-party's trademark. 692 F. Supp. 3d 135, 152 (S.D.N.Y. 2023).

39

ECF 62 at 24. But Reddit's DMCA claims are well-pleaded, as are its state law claims. Perplexity further argues that a civil conspiracy claim cannot rest on a federal statute that does not itself allow secondary liability. ECF 62 at 25. But the DMCA allows for secondary liability, as noted above.[18]

Finally, Perplexity quibbles that Reddit's allegations of an agreement with SerpApi do not describe the parties' private "supposed contract" and Perplexity's state of mind. ECF 62 at 25. But Reddit does not need to plead facts exclusively within the Defendants' possession to maintain a conspiracy claim. *See In re Int. Rate Swaps Antitrust Litig.*, 351 F. Supp. 3d 698, 708 (S.D.N.Y. 2018) (noting that any given conspirator's understanding of a conspiracy's scope presents a fact-intensive and potentially subtle question). And Reddit has provided more than enough to support a conspiracy—more than the existence of a mere "business relationship" like that in *Kitchen Winners NY Inc. v. Rock Fintek LLC*, on which Perplexity relies. 668 F. Supp. 3d 263, 299-300 (S.D.N.Y. 2023); *see* ECF 62 at 25. SerpApi touts its "undetectable" ways to "bypass sophisticated anti-bot systems," including Google's. FAC ¶ 81. SerpApi identifies Perplexity as a trusted user of the only product that SerpApi sells. *Id.* ¶ 83 & Ex. A. Perplexity is known for using underhanded techniques to obtain data, and Reddit's allegations show how its content could only have come through the use of SerpApi's tools accessing Google SERPs. *Id.* ¶¶ 90-91, 96-98. That is enough at the pleadings stage to plausibly allege a conspiracy.

## CONCLUSION

For the foregoing reasons, Reddit respectfully requests that the Court deny Defendants SerpApi's and Perplexity's motions to dismiss.

---

[18] Perplexity's cited authority all relies on the lack of secondary liability in other statutes, not the DMCA. *See, e.g.*, *Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.*, 511 U.S. 164, 184 (1994) (Securities Act); *In re Currency Conversion Fee Antitrust Litig.*, 265 F. Supp. 2d 385, 433 (S.D.N.Y. 2003) (Truth In Lending Act).

40

Dated:  April 17, 2026
        New York, New York

Respectfully submitted,

*/s/ William A. Maher*
William A. Maher
Justin T. Zimnoch
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
wmaher@wmd-law.com
jzimnoch@wmd-law.com

Reid M. Bolton (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
William D. Gohl (*Pro Hac Vice* forthcoming)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
reid.bolton@bartlitbeck.com
matthew.ford@bartlitbeck.com
will.gohl@bartlitbeck.com

Giovanni Sanchez (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
giovanni.sanchez@bartlitbeck.com

*Attorneys for Plaintiff Reddit, Inc.*

41

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure, I hereby certify that a copy of the foregoing document was filed via the Court's CM/ECF system on April 17, 2026, which will send a notification of such filing to all counsel of record.

*/s/ William A. Maher*
William A. Maher