**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153
+1 212 310 8000 tel
+1 212 310 8007 fax

**Jessica L. Falk**
+1 (212) 310-8511
jessica.falk@weil.com

April 27, 2026

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

>    Re:    ___Reddit, Inc. v. SerpApi, LLC, et al.___ **(Case No. 1:25-cv-08736-PAE)**
>            Motion to Dismiss – Renewed Oral Argument Request

Your Honor:

In accordance with Rule 3(F) of Your Honor's Individual Practices, Defendant SerpApi, LLC ("SerpApi") writes to renew its request for oral argument regarding its Motion to Dismiss Plaintiff's Complaint upon completion of the parties' briefing on the pending Motion. SerpApi requests that its Motion to Dismiss be heard on June 30, 2026, the date on which Perplexity AI's oral argument has been scheduled, or alternatively at a time that is most convenient for the Court.

SerpApi respectfully submits that, in light of the nature of the claims asserted, oral argument may benefit the Court in deciding the issues presented.

We thank the Court for its attention and consideration to this matter.

Respectfully submitted,

/s/ *Jessica L. Falk*

Jessica L. Falk