

**KEKER**
**VAN NEST**
**&PETERS**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Benjamin D. Rothstein**
(415) 773-6666
brothstein@keker.com

May 1, 2026

<u>VIA ECF</u>

The Honorable Paul A. Engelmayer
United States District Judge, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re:    *Reddit, Inc. v. SerpApi LLC et al.*, Case No. 25-cv-08736

Dear Judge Engelmayer:

We represent Defendant Perplexity AI, Inc. ("Perplexity") in the above-referenced matter. We write respectfully to bring to the Court's attention a formatting error in Perplexity's Memorandum of Law in Support of its Motion to Dismiss the First Amended Complaint, filed on March 13, 2026 (ECF No. 62).

Although the brief was prepared with what we understood to be double spacing, we used 24-point line spacing rather than the double spacing required by Rule 7.1(b)(3) of the Local Rules and Section 3(C) of Your Honor's Individual Rules and Practices in Civil Cases. The error was completely inadvertent, and we take full responsibility for it. We have since implemented internal procedures to ensure that our team complies with the spacing rules fully in this matter and in all future submissions to the Court.

We respectfully wish to provide the Court with the following context, not to excuse our oversight, but so that the Court has a complete picture in considering whether any further action is warranted. Perplexity served its motion, in its as-filed form, on Plaintiff Reddit, Inc. ("Reddit"), before the parties discussed and agreed on the briefing schedule and page limits for the opposition and reply. After reviewing Perplexity's motion, Reddit thereafter requested 40 pages for its combined opposition to the defendants' motions to dismiss, and the defendants readily agreed. Reddit filed a letter with the Court on March 20, 2026, on behalf of itself and the two moving defendants, requesting the stipulated page limit and briefing schedule. *See* ECF No. 64.

6195176

May 1, 2026

Counsel for Reddit first alerted us to the spacing issue on April 16, 2026, the day before Reddit's stipulated April 17, 2026 opposition deadline. Reddit timely filed its 40-page opposition brief on April 17, and has not requested leave to file additional pages.

Perplexity is, of course, prepared to take whatever additional steps the Court believes are appropriate to address the formatting error. We thank the Court for its attention to this matter and again apologize for the oversight.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Benjamin D. Rothstein

cc: All counsel of record (via ECF)

The Court thanks counsel for bringing this to the Court's attention.  No further action is needed.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date:  May 4, 2026
New York, New York

6195176