UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC.,<br><br>Defendants. | Case No. 1:25-cv-08736-PAE |

**REPLY IN SUPPORT OF DEFENDANT PERPLEXITY AI, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

6190835

**TABLE OF CONTENTS**

**Page**

I.      INTRODUCTION .................................................................................................................1

II.     ARGUMENT .......................................................................................................................2

        A.      Reddit fails to state a DMCA claim against Perplexity. .........................................2

                1.      Reddit fails to allege that Perplexity engaged in circumvention. ................2

                2.      Reddit fails to plead that it (or its users) have any "authority" with
                        respect to the implementation or operation of SearchGuard. .......................5

        B.      Reddit's state-law claims are preempted by the Copyright Act. .............................7

        C.      Reddit's state-law claims also fail on the merits. ...................................................9

III.    CONCLUSION ..................................................................................................................10

6190835

## TABLE OF AUTHORITIES

**Page(s)**

**Federal Cases**

*Andersen v. Stability AI, Ltd.*,
744 F. Supp. 3d 956 (N.D. Cal. 2024) ...................................................................7

*Ashcroft v. Iqbal*,
556 U.S. 662 (2009) .................................................................................................3

*Bell Atlantic Corp. v. Twombly*,
550 U.S. 544 (2007) .................................................................................................4

*Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.*,
511 U.S. 164 (1994) ..............................................................................................2, 9

*Cohen v. Stevanovich*,
722 F. Supp. 2d 416 (S.D.N.Y. 2010) ..................................................................10

*Cooper v. Anheuser-Busch, LLC*,
553 F. Supp. 3d 83 (S.D.N.Y. 2021) ....................................................................10

*Coupons, Inc. v. Stottlemire*,
2008 WL 3245006 (N.D. Cal. July 2, 2008) ...........................................................8

*In re Dealer Management Systems Antitrust Litigation*,
2019 WL 4166864 (N.D. Ill. Sept. 3, 2019) ...........................................................3

*Doe 1 v. GitHub, Inc.*,
2024 WL 235217 (N.D. Cal. Jan. 22, 2024) ...........................................................7

*EchoStar Satellite, L.L.C. v. Viewtech, Inc.*,
543 F. Supp. 2d 1201 (S.D. Cal. 2008) ..................................................................6

*In re Frontier Commc'ns Corp.*,
658 B.R. 277 (Bankr. S.D.N.Y. 2024) ...................................................................2

*Google LLC v. SerpApi, LLC*,
No. 25-cv-10826 (N.D. Cal. filed Dec. 19, 2025) ..................................................6

*Gordon v. Nextel Commc'ns & Mullen Advert., Inc.*,
345 F.3d 922 (6th Cir. 2003) ..................................................................................2

*I.M.S. Inquiry Mgmt. Sys., Ltd. v. Berkshire Info. Sys. Inc.*,
307 F. Supp. 2d 521 (S.D.N.Y. 2004) ....................................................................4

6190835

*Indiaweekly.com, LLC v. Nehaflix.com, Inc.*,
  2011 WL 13228167 (D. Conn. Jan. 19, 2011)..............................................................7

*Joint Stock Co. Channel One Russia Worldwide v. Infomir LLC*,
  2017 WL 696126 (S.D.N.Y. Feb. 15, 2017)..................................................................4

*ML Genius Holdings LLC v. Google LLC*,
  2022 WL 710744 (2d Cir. Mar. 10, 2022)....................................................................8

*Moshik Nadav Typography LLC v. Banana Republic, LLC*,
  2022 WL 624072 (S.D.N.Y. Mar. 2, 2022) ................................................................10

*My Mavens, LLC v. Grubhub, Inc.*,
  2023 WL 5237519 (S.D.N.Y. Aug. 14, 2023)................................................................3

*New York Times Co. v. Microsoft Corp.*,
  777 F. Supp. 3d 283 (S.D.N.Y. 2025).............................................................................7

*Nuss v. Sabad*,
  2016 WL 4098606 (N.D.N.Y. July 28, 2016) ............................................................10

*In re OpenAI, Inc. Copyright Infringement Litig.*,
  2025 WL 3635559 (S.D.N.Y. Dec. 15, 2025) ...............................................................8

*Philips N. Am. LLC v. Image Tech. Consulting, LLC*,
  2022 WL17168372 .........................................................................................................9

*United States, ex rel. Polansky v. Exec. Health Res., Inc.*,
  599 U.S. 419 (2023)........................................................................................................7

*Ranno v. Hartford Life & Accident Ins. Co.*,
  2010 WL 2194526 (S.D.N.Y. May 14, 2010) ...............................................................4

*Reddit v. Anthropic PBC*,
  2026 WL 923020 (N.D. Cal. Mar. 30, 2026)..................................................................9

*Uni-World Cap., L.P. v. Preferred Fragrance, Inc.*,
  43 F. Supp. 3d 236 (S.D.N.Y. 2014).............................................................................10

*Universal City Studios, Inc. v. Corley*,
  273 F.3d 429 (2d Cir. 2001).......................................................................................4, 5

*Yout, LLC v. Recording Industry Ass'n of Am., Inc.*,
  633 F. Supp. 3d 650 (D. Conn. 2022)............................................................................6

**State Cases**

*Columbia Mem'l Hosp. v. Hinds*,
  38 N.Y.3d 253 (2022) .....................................................................................................9

6190835

*Zamor v. L & L Assocs. Holding Corp.*,
    85 A.D.3d 1154 (2d Dep't 2011) ...................................................................................9

**Federal Statutes**

17 U.S.C. § 301(a) .............................................................................................................7

17 U.S.C. § 1202 ...............................................................................................................2

Copyright Act
    17 U.S.C. §§ 101 et seq. ..............................................................................................1, 7

DMCA
    17 U.S.C. § 1201 .................................................................................... *passim*

iv

## I.    INTRODUCTION

Reddit's First Amended Complaint ("FAC") cements rather than cures the fundamental defects in Reddit's claims against Perplexity. Despite amending its original complaint after Perplexity's first motion to dismiss, Reddit still cannot plausibly allege what the DMCA's anti-circumvention provision requires: that Perplexity itself "circumvent[ed] a technological measure." 17 U.S.C. § 1201(a)(1). Nor does Reddit explain how it or its users had any "authority" over the implementation or operation of Google's SearchGuard, a statutory requirement for an actionable access control under § 1201(a)(3). And Reddit's state-law claims remain preempted because they seek to vindicate rights equivalent to those governed by the Copyright Act.

At bottom, these defects persist because Reddit has staked its case against Perplexity on an attenuated chain of allegations. Reddit, which (1) does not operate the alleged technological control measure at issue and (2) does not own the copyright to the vast majority of the underlying works, seeks to impose DMCA liability on Perplexity based on the alleged scraping of publicly available Google search results by *other defendants*. It attempts to sweep in Perplexity—despite not alleging that Perplexity ever accessed Google directly, encountered SearchGuard, or engaged in any act of circumvention. Reddit's Opposition, which tellingly directs only a fraction of briefing to address the arguments raised in Perplexity's motion to dismiss, does not bridge that gap. Instead, Reddit tries to shoehorn Perplexity into a position *it does not occupy*, based only on vague, equivocal statements about Perplexity's association with other defendants' and/or unnamed third parties' conduct—not on any well-pleaded facts as to Perplexity itself.

Reddit has failed to salvage its defective legal theory to state any cognizable claim against Perplexity under the DMCA or state law. For these reasons, and those set forth below, the Court should dismiss Reddit's claims against Perplexity without further leave to amend.

1

## II.    ARGUMENT

### A.    Reddit fails to state a DMCA claim against Perplexity.

#### 1.    Reddit fails to allege that Perplexity engaged in circumvention.

Reddit's Opposition, ECF No. 68 ("Opp."), confirms that the FAC fails to plausibly allege that Perplexity itself "circumvent[ed] a technological measure" under § 1201(a)(1).

*First*, Reddit's argument that Perplexity could be secondarily liable under the DMCA's anti-circumvention provision fails as a matter of statutory interpretation. Section 1201(a)(1) prohibits only the act of circumvention. It does not contain language extending liability to those who aid, abet, induce, or benefit from circumvention or infringement. Where Congress intended to reach other actors who did not personally circumvent, it did so explicitly under the anti-trafficking provisions of §§ 1201(a)(2) and 1201(b). This Court should thus not be the first to impose secondary liability for a § 1201(a)(1) claim. *See Cent. Bank of Denver, N.A. v. First Interstate Bank of Denver, N.A.*, 511 U.S. 164, 184 (1994) (explaining that "courts should not interfere" with Congress's imposition of "some forms of secondary liability, but not others").

None of the cases Reddit relies on support creating secondary liability under § 1201(a)(1). The first two cases found that vicarious liability could apply under *§ 1202*—not § 1201. Unlike for § 1201, Congress expressly tethered § 1202 to the context of copyright infringement—prohibiting the removal of copyright management information and expressly targeting conduct undertaken "to induce, enable, facilitate, or conceal infringement." 17 U.S.C. § 1202. Those cases thus found vicarious liability to apply for § 1202 claims based on the "common-law principles of secondary liability in the context of copyright infringement" that courts "have developed and refined . . . for decades." *In re Frontier Commc'ns Corp.*, 658 B.R. 277, 288 (Bankr. S.D.N.Y. 2024); *see also Gordon v. Nextel Commc'ns & Mullen Advert., Inc.*, 345 F.3d 922, 925–26 (6th Cir. 2003) (citing the "standard for a finding of vicarious liability in the context of copyright

6190835

infringement"). And the only other case Reddit cites—*In re Dealer Management Systems Antitrust Litigation*, 2019 WL 4166864 (N.D. Ill. Sept. 3, 2019)—is also inapposite. There, the court allowed the anti-circumvention claim to proceed because the plaintiff "allege[d] facts sufficient to establish that ***Counter-Defendants themselves circumvented*** a technological measure . . . ." *Id.* at *14 (emphasis added). The court thus discussed secondary liability principles only in passing dicta.

***Second***, the "context-specific" inquiry required under *Iqbal* demonstrates why Reddit fails to allege a plausible DMCA claim against Perplexity. *See Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009). Reddit initially asserted an anti-circumvention claim based on Perplexity's alleged "purchase[]" of data from SerpApi. *See* ECF No. 1 ¶ 89. Once Perplexity exposed the defective nature of this theory in its first motion to dismiss, Reddit amended its complaint. The FAC attempts to rewrite Perplexity's role by replacing references to "purchasing" data-retrieval services with assertions that Perplexity and/or its agents may have "used" tools or input queries. *Compare* ECF No. 1 ¶ 89 *with* FAC ¶ 100. But having tipped its hand, Reddit cannot now salvage its theory through cosmetic rewording. *See My Mavens, LLC v. Grubhub, Inc.*, 2023 WL 5237519, at *17 (S.D.N.Y. Aug. 14, 2023) ("[A] court may consider an earlier version of the complaint when evaluating the plausibility of [Plaintiff's] claims." (internal quotations omitted)). Indeed, Reddit's theory remains unchanged after amendment. The FAC still devotes pages of detailed allegations to the supposed technology, infrastructure, and methods used by the other co-defendants to bypass SearchGuard, while leaving the allegations as to Perplexity cursory and speculative. Even the allegations Reddit relies on, *see* Opp. at 28, confirm that it has not plausibly alleged direct circumvention by Perplexity: "Perplexity ***or its agents*** are ***working with*** one or more of SerpApi, Oxylabs, and AWMProxy to circumvent the technological control measures protecting Reddit data to access this content in bulk from Google SERPs." FAC ¶ 95 (emphasis added).

3

6190835

Broadly alleging that "Perplexity *or its agents*" are "***working with***" one of the other co-defendants to circumvent technological controls says nothing about whether Perplexity engaged in any circumvention within the meaning of § 1201(a)(1).[1] The Court must accept well-pleaded facts, not vague speculation layered onto others' alleged conduct. *See Ranno v. Hartford Life & Accident Ins. Co.*, 2010 WL 2194526, at *2 (S.D.N.Y. May 14, 2010) ("[I]f allegations taken as true are consistent with plaintiff's claim, but there is an 'obvious alternative explanation' the court will find that the plaintiffs [*sic*] claim is not plausible." (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 567 (2007))). To hold otherwise would endorse Reddit's attempt to distort what it means to *engage in circumvention* and capture unauthorized access or downstream use of works as circumvention—an outcome courts have consistently rejected.[2] *See I.M.S. Inquiry Mgmt. Sys., Ltd. v. Berkshire Info. Sys. Inc.*, 307 F. Supp. 2d 521, 532 (S.D.N.Y. 2004) ("[A] cause of action under the DMCA does not accrue upon unauthorized and injurious access alone[.]"); *Universal City Studios, Inc. v. Corley*, 273 F.3d 429, 443 (2d Cir. 2001) (explaining that § 1201 "targets the circumvention of digital walls" rather than the use of copyrighted works). Reddit cannot rely on either secondary liability or speculative allegations to plausibly allege that Perplexity engaged in any act of circumvention under § 1201(a)(1). Its DMCA claim thus fails as a matter of law.

---

[1] Reddit's "test post" argument does not change this analysis. The FAC alleges only that a single post made by Reddit appeared in a Perplexity response. FAC ¶ 96. That fact is equally consistent with Perplexity receiving the data from a co-defendant who circumvented SearchGuard, as Reddit's original complaint alleged and as the FAC implicitly acknowledges. *Id.* ("The only way that Perplexity could have obtained that Reddit content . . . is if it ***and/or its Co-Defendants on Perplexity's behalf*** scraped Google SERPs . . . .") (emphasis added)).

[2] Setting aside Reddit's failure to allege that Perplexity actually entered any "queries" in SerpApi's platform, neither submitting queries for information nor receiving the results of those queries constitutes "circumvention" under the DMCA. *See Joint Stock Co. Channel One Russia Worldwide v. Infomir LLC*, 2017 WL 696126, at *19 (S.D.N.Y. Feb. 15, 2017) (dismissing DMCA claim despite allegation that the defendant accessed the copyrighted shows "after they are [acquired] by another party" or retrieved them through "other misconduct that is not within the reach of § 1201(a)(1)(A)").

6190835

**2.    Reddit fails to plead that it (or its users) have any "authority" with respect to the implementation or operation of SearchGuard.**

Reddit still fails to plausibly allege that it—or its users—have any "authority" with respect to the implementation or operation of SearchGuard, as the DMCA requires. The statute is explicit: a technological measure "*effectively* controls access" only if it controls access "***with the authority of the copyright owner***," and circumvention occurs only when a defendant bypasses such a measure "***without the authority of the copyright owner***." 17 U.S.C. § 1201(a)(3) (emphasis added). These provisions require a nexus between the copyright owner and the access conditions imposed by the measure. *See Corley*, 273 F.3d at 435 (Congress enacted § 1201 to "back[] with legal sanctions the efforts of ***copyright owners*** to protect their works from piracy behind digital walls such as encryption codes or password protections." (emphasis added)). The FAC pleads no such nexus.

Instead, the FAC alleges only the following: First, Reddit claims that it "has always authorized its partners" to protect content. FAC ¶ 111. This is a bare legal conclusion that is not entitled to any weight. Second, Reddit relies on generalized licensing language. *Id.* ¶¶ 51–52. But those allegations do not even mention a specific third party (Google) implementing a specific alleged measure (SearchGuard). Finally, Reddit's reliance on its own access controls (*id.* ¶ 54) is beside the point—the measure at issue is Google's SearchGuard. In short, the FAC pleads no non-conclusory allegations that Reddit (or its users) authorized SearchGuard, had any role in determining how it operates, or—most importantly—had any authority over who may or may not bypass it. Put differently, if Google changed the class of users who could bypass SearchGuard tomorrow, neither Reddit nor its users would have any authority whatsoever over that decision. That is fatal under the statute.

Unable to identify well-pleaded allegations establishing its statutorily required "authority,"

6190835

Reddit attacks a straw man. Reddit mischaracterizes Perplexity's argument as requiring Reddit to build and implement the control measure itself. That is not Perplexity's argument. The statute requires Reddit to have "authority" over the conditions of access. This requirement is evident on the face of the statute and supported by its legislative history. (Tellingly, Reddit offers no alternative construction.) Perplexity's argument is that the FAC fails to plead that authority because, *inter alia*, it concedes Reddit did not even know *what those conditions were* when it filed this lawsuit. Perplexity's argument is fully consistent with *Yout, LLC v. Recording Industry Ass'n of Am., Inc.*, 633 F. Supp. 3d 650, 665 (D. Conn. 2022), which declined to require that the copyright owner personally install the measure—something Perplexity does not contend—but did not eliminate the statutory requirement that the measure operate with the copyright owner's authority.

Reddit's citation to *EchoStar* is similarly inapposite. There, the plaintiff not only obtained distribution rights to the copyrighted works, but also implemented and controlled the technological measures at issue—an encryption system that scrambled satellite signals and limited access to authorized subscribers with approved access cards. *EchoStar Satellite, L.L.C. v. Viewtech, Inc.*, 543 F. Supp. 2d 1201, 1203–04 (S.D. Cal. 2008). On that basis, the court held it was reasonable to infer that the plaintiff also had "the authority to control the measures protecting the programming." *Id.* at 1206. No similar inference is available here. As Reddit acknowledges, Google[3]—not Reddit—designed, developed, and controls SearchGuard, including the rules governing who may access or bypass it. FAC ¶ 56.

Ultimately, Reddit's argument is that any copyright owner may invoke the DMCA's protections whenever its works are made available through a third-party platform that employs

---

[3] A DMCA case involving SearchGuard is already being litigated in the Northern District of California. *See Google LLC v. SerpApi, LLC*, No. 25-cv-10826 (N.D. Cal. filed Dec. 19, 2025).

6190835

access controls—regardless of whether the copyright owner authorized those controls. That reading would read the "with the authority of the copyright owner" and "without the authority of the copyright owner" requirements out of the statute, in violation of basic principles of statutory construction. *See United States, ex rel. Polansky v. Exec. Health Res., Inc.*, 599 U.S. 419, 432 (2023) ("'[E]very clause and word of a statute' should have meaning."). And it would create a world in which thousands (or millions) of copyright owners may or may not have claims, based on choices made by Google without their authorization or input regarding how to configure SearchGuard or otherwise protect Google's own search results pages. That is clearly not what Congress intended with the DMCA.

**B.    Reddit's state-law claims are preempted by the Copyright Act.**

Reddit's Opposition confirms that its state-law claims are preempted. Reddit concedes that the works at issue "come within the subject matter of copyright," thereby satisfying the first prong of the preemption analysis. 17 U.S.C. § 301(a); Opp. at 13, 33. The only question is whether the rights Reddit seeks to vindicate are "equivalent to any of the exclusive rights within the general scope of copyright." 17 U.S.C. § 301(a). They are. Reddit's state-law claims seek to vindicate the same core rights protected by the Copyright Act—namely, the right to control the reproduction, adaptation, and distribution of Reddit content, and to recover for the alleged market harm flowing from that use.

Courts confronting substantially similar claims based on the unauthorized copying of content—including copying to develop or train software systems—have consistently found preemption. *See Indiaweekly.com, LLC v. Nehaflix.com, Inc.*, 2011 WL 13228167, at *17 (D. Conn. Jan. 19, 2011); *New York Times Co. v. Microsoft Corp.*, 777 F. Supp. 3d 283, 320–23 (S.D.N.Y. 2025); *Andersen v. Stability AI, Ltd.*, 744 F. Supp. 3d 956, 972–73 (N.D. Cal. 2024); *Doe 1 v. GitHub, Inc.*, 2024 WL 235217, at *7–8 (N.D. Cal. Jan. 22, 2024). This includes where,

6190835

as here, plaintiffs have alleged violations of the DMCA's anti-circumvention provision. In the OpenAI copyright litigation, for example, the court found the plaintiffs' unjust enrichment claims to be preempted based on allegations that OpenAI "[took]" copyrighted works "outright" and used them without authorization. First Amended Complaint ¶ 235, Ziff Davis, Inc. et al. v. OpenAI, Inc., No. 25-cv-04315 (S.D.N.Y. July 2, 2025), Dkt. No. 105; *In re OpenAI, Inc. Copyright Infringement Litig.*, 2025 WL 3635559, at *3–4 (S.D.N.Y. Dec. 15, 2025). Likewise, in *Coupons, Inc. v. Stottlemire*, the court found a conversion claim preempted because, although the plaintiff framed the conduct as "stealing" coupons through alleged DMCA circumvention, the only viable property interest alleged was the plaintiff's right to distribute copyrighted coupons—a right equivalent to those protected by copyright law. 2008 WL 3245006, at *5 (N.D. Cal. July 2, 2008).

Unable to overcome the weight of case law, Reddit attempts to recast its state-law claims as targeting "circumvention" rather than infringement. Opp. at 34. But that disregards the Second Circuit's instruction that courts must look past labels and assess the "gravamen" of the claim—*i.e.*, "what the plaintiff seeks to protect" and the rights it seeks to enforce. *ML Genius Holdings LLC v. Google LLC*, 2022 WL 710744, at *3 (2d Cir. Mar. 10, 2022) (summary order). Here, the gravamen of each of Reddit's state-law claims sounds in copyright. Reddit's unfair competition claim is based on Perplexity's alleged contract with SerpApi to "access and scrape" Reddit content for its "own commercial gain" and to "damage Reddit's competitive position." FAC ¶¶ 139, 140. Its unjust enrichment claim relies on materially similar allegations, and its conspiracy claim alleges only an agreement to engage in that same conduct. FAC ¶¶ 148, 155. At bottom, all three theories turn on allegations that Perplexity copied, reproduced, and used Reddit content—interests at the core of copyright. Passing references to how Perplexity allegedly obtained that content do not change that conclusion. Nor does Reddit's reliance on additional allegations—such as the

8

"marketing, selling, and providing" of tools to circumvent technological measures—help its case, as those allegations concern other co-defendants and do not pertain to Perplexity. Opp. at 35.

Finally, the authorities Reddit relies on are inapposite. Opp. at 33, 36. *Philips N. Am. LLC v. Image Tech. Consulting, LLC* is a lone out-of-district decision and does not engage with the substantial body of precedent finding preemption in analogous circumstances. 2022 WL 17168372, at *7 (N.D. Tex. Nov. 21, 2022). And *Reddit v. Anthropic PBC* is readily distinguishable because the court relied on contractual obligations—an "extra element" not present here—to sustain certain state-law claims. 2026 WL 923020, at *4–5 (N.D. Cal. Mar. 30, 2026).

### C.    Reddit's state-law claims also fail on the merits.

**Unjust Enrichment:** *First*, Reddit still fails to adequately allege that any enrichment by Perplexity was *at Reddit's expense*. Mot. at 22–23. As Perplexity explained, Reddit's asserted harms are either incognizable (unauthorized access, investment into anti-scraping technology) or insufficiently pled (loss of licensing revenue or users). Reddit does not meaningfully address this argument, instead simply repeating its conclusory allegation that it has "lost revenue." Opp. at 37.

*Second*, Reddit fails to allege that Perplexity's conduct was "tortious or fraudulent." Mot. at 22. In response, Reddit argues that unjust enrichment claims can proceed "even based on a defendant's mistake." Opp. at 37 & n.15. But Reddit ignores that New York courts evaluate whether conduct was based on a "mistake of fact or law" or "tortious or fraudulent" as two *separate* ways of determining whether it would be contrary to equity and good conscience for the defendant to retain a benefit. *E.g.*, *Columbia Mem'l Hosp. v. Hinds*, 38 N.Y.3d 253, 275 (2022); *Zamor v. L & L Assocs. Holding Corp.*, 85 A.D.3d 1154, 1157 (2d Dep't 2011) (Reddit's cited case). In any event, Reddit's assertion is beside the point, as it alleges neither a mistake nor tortious conduct.

*Third*, the only basis for Reddit's claim that Perplexity's conduct was in "bad faith" or "wrongful" is that Reddit sent Perplexity a cease-and-desist with which Perplexity allegedly did

9

6190835

not comply. But "the failure to completely abandon [a] use after receiving a cease-and-desist letter is insufficient, standing alone, to support an allegation of bad faith." *Moshik Nadav Typography LLC v. Banana Republic, LLC*, 2022 WL 624072, at *2 (S.D.N.Y. Mar. 2, 2022).

***Finally***, Reddit's unjust enrichment claim fails as duplicative of its DMCA claim. Mot. at 21. Reddit argues that "an unjust-enrichment claim is only duplicative where satisfying the elements of the other claim also establishes the unjust-enrichment claim." Opp. at 38. That "formulaic" approach is "inconsistent with" the "vast weight of case law" and the Second Circuit's rule that claims are duplicative if, as here, they "arise from the same facts and do not allege distinct damages." *Cooper v. Anheuser-Busch, LLC*, 553 F. Supp. 3d 83, 117 (S.D.N.Y. 2021).[4]

**Unfair Competition:** Reddit's unfair competition claim fails because Reddit has alleged neither misappropriation, nor bad faith, nor damages. Mot. at 24. Reddit's cases prove the point— in those cases, the plaintiff demonstrated that the defendant's conduct would harm its commercial relationships, unlike Reddit, which merely asserts without facts that it will. *See* Opp. at 39.

**Civil Conspiracy**: Because Reddit's DMCA and state-law claims fail, its civil conspiracy claim must also be dismissed. *See Uni-World Cap., L.P. v. Preferred Fragrance, Inc.*, 43 F. Supp. 3d 236, 251 (S.D.N.Y. 2014). And in any event, Reddit still does not identify any plausible allegation that Perplexity and SerpApi formed an agreement to "effectuate an unlawful purpose." *Cohen v. Stevanovich*, 722 F. Supp. 2d 416, 437 (S.D.N.Y. 2010).

## III.    CONCLUSION

The Court should grant Perplexity's motion to dismiss the FAC without leave to amend.

---

[4] *Nuss v. Sabad*, 2016 WL 4098606, at *11 (N.D.N.Y. July 28, 2016), is inapposite. That case presented the "unusual situation[] whe[re], though the defendant ha[d] not . . . committed a recognized tort, circumstances create[d] an equitable obligation running from the defendant to the plaintiff." *Cooper*, 553 F. Supp. 3d at 116. There is no such obligation here.

6190835

Dated:  May 8, 2026

Respectfully submitted,
KEKER, VAN NEST & PETERS LLP


By:   */s/ Eric H. Macmichael*
ERIC H. MACMICHAEL *pro hac vice*
EMacMichael@keker.com
SHARIF E. JACOB *pro hac vice*
SJacob@keker.com
BENJAMIN D. ROTHSTEIN
BRothstein@keker.com
CHRISTINA LEE *pro hac vice*
CLee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant PERPLEXITY AI, INC.

11

6190835