UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

REDDIT, INC.,

                *Plaintiff*,

v.

SERPAPI LLC, OXYLABS UAB,
AWMPROXY, and PERPLEXITY AI, INC.,

                *Defendants*.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 25-cv-8736 (PAE)

## DEFENDANT SERPAPI LLC'S REPLY TO PLAINTIFF'S CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS <u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>

Nili T. Moghaddam
Jessica L. Falk
Sarah Ryu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Jeff Homrig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Tel: (214) 746-7700
jeff.homrig@weil.com

*Attorneys for Defendant SerpApi, LLC*

## **TABLE OF CONTENTS**

**Page**

ARGUMENT ................................................................................................................. 1

    I.      Reddit Lacks Standing .................................................................................. 1

          A.     Reddit's alleged harms still fail to satisfy the Article III requirements ....................................................................................... 1

          B.     Reddit lacks statutory standing under the DMCA ................................... 3

    II.     Reddit Does Not State a Plausible Claim for Relief Under the DMCA ................. 5

          A.     Google's TPMs do not "effectively control access" under Section 1201(a) ............................................................................................. 5

          B.     Reddit fails to allege that the works at issue are protected by copyright ........................................................................................ 7

          C.     Google's TPMs are not copying controls under Section 1201(b) ............... 9

    III.    Reddit's Common Law Claims Fail ....................................................................... 9

CONCLUSION ............................................................................................................ 10

i

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Briarpatch Ltd. v. Phoenix Pictures, Inc.*,
  373 F.3d 296 (2d Cir. 2004)........................................................................................ 10

*Chamberlain Grp., Inc. v. Skylink Techs., Inc.*,
  381 F.3d 1178 (Fed. Cir. 2004)..................................................................................... 7

*Clapper v. Amnesty Int'l USA*,
  568 U.S. 398 (2013)...................................................................................................... 3

*Davis v. City of N.Y.*,
  373 F. Supp. 2d 322 (S.D.N.Y. 2005)........................................................................... 1

*EchoStar Satellite, L.L.C. v. Viewtech, Inc.*,
  543 F. Supp. 2d 1201 (S.D. Cal. 2008)......................................................................... 6

*Green v. U.S. Dep't of Justice*,
  111 F.4th 81 (D.C. Cir. 2024)....................................................................................... 1

*Key Publ'ns, Inc. v. Chinatown Today Pub. Enters., Inc.*,
  945 F.2d 509 (2d Cir. 1991)........................................................................................ 8

*Lexmark Int'l, Inc. v. Static Control Components, Inc.*,
  387 F.3d 522 (6th Cir. 2004) ....................................................................................... 5

*MDY Indus., LLC v. Blizzard Ent., Inc.*,
  629 F.3d 928 (9th Cir. 2010) ....................................................................................... 7

*Miller v. James*,
  751 F. Supp. 3d 21 (N.D.N.Y. 2024), *aff'd*, 2025 WL 1085815 (2d Cir. Apr. 9,
  2025), *cert. denied,* 146 S. Ct. 884 (2025)................................................................... 2

*Post University Inc. v. Learneo, Inc.*,
  2025 WL 2702043 (D. Conn. Sept. 23, 2025) .............................................................. 3

*Real World Media LLC v. Daily Caller, Inc.*,
  744 F. Supp. 3d 24 (D.D.C. 2024)................................................................................ 8

*Reddit, Inc. v. Anthropic PBC*,
  2026 WL 923020 (N.D. Cal. Mar. 30, 2026)............................................................ 7, 9

*Spokeo, Inc. v. Robins*,
 578 U.S. 330 (2016)........................................................................................ 1

*Stevens v. Vodka & Milk, LLC*,
 2018 WL 11222927 (S.D.N.Y. Mar. 15, 2018) ......................................................... 9

*Synopsys, Inc. v. AzurEngine Techs., Inc.*,
 401 F. Supp. 3d 1068 (S.D. Cal. 2019)................................................................... 2

*Travelers Indem. Co. v. U.S. Fire Ins. Co.*,
 2024 WL 295355 (S.D.N.Y. Jan. 25, 2024) ............................................................ 4

*Universal City Studios, Inc. v. Corley*,
 273 F.3d 429 (2d Cir. 2001)............................................................................... 9

*VidAngel LLC v. ClearPlay, Inc.*,
 703 F. Supp. 3d 1329 (D. Utah 2023)................................................................... 4

*Viral DRM LLC v. Seven W. Media Ltd.*,
 768 F. Supp. 3d 1025 (N.D. Cal. 2025) ................................................................ 5

*White House/Black Mkt., Inc. v. Cache Inc.*,
 2010 WL 2985232 (S.D.N.Y. July 27, 2010) ......................................................... 9

*Wierzbic v. Howard*,
 331 F.R.D. 32 (W.D.N.Y. 2019), *aff'd*, 836 F. App'x 31 (2d Cir. 2020)............................... 2

*Yout, LLC v. Recording Indus. Ass'n of Am., Inc.*,
 633 F. Supp. 3d 650 (D. Conn. 2022).................................................................. 6

**Statutes & Rules**

17 U.S.C. § 1201.......................................................................................... passim

17 U.S.C. § 1202............................................................................................. 8

17 U.S.C. § 1203.......................................................................................... 3, 4, 5

Fed. R. Civ. P. 12(b)(6)...................................................................................... 7

Try as Reddit might to paper over its deficient second attempt at a viable pleading, nothing in Reddit's Opposition patches the hole in its claims. ***First,*** Reddit fails to allege both Article III and statutory standing. Reddit neither rebuts SerpApi's arguments that its purported injuries are speculative and conclusory, nor plausibly alleges harm under its newly-minted "trespass" theory because it does not—and cannot—allege that SerpApi accessed Reddit's website. Nor does it allege any cognizable injury to a DMCA-protected interest. ***Second,*** Reddit fails to articulate the circumvention of a DMCA-protected technical measure. Reddit cannot escape its own dispositive admission that Google SERPs are readily accessible to any ordinary user. ***Third,*** the Copyright Act preempts Reddit's state-law claims, and even if not, they mirror Reddit's federal claims and lack essential elements. Thus, Reddit's claims should be dismissed with prejudice.

**ARGUMENT**

## I.    Reddit Lacks Standing

### A.    *Reddit's alleged harms still fail to satisfy the Article III requirements*

The Supreme Court in *Spokeo, Inc. v. Robins* was clear: "Article III standing requires a concrete injury even in the context of a statutory violation." 578 U.S. 330, 341 (2016). Therefore, Reddit's newfound argument that a mere DMCA statutory violation is "analogous to common-law trespass" and provides a *per se* concrete injury (Opp. 6–7) fails on its own terms. The access of publicly available Google SERPs is not "digital trespass" any more than real-world "trespass onto premises which are open to the public." *Davis v. City of N.Y.*, 373 F. Supp. 2d 322, 332 (S.D.N.Y. 2005). Moreover, Reddit's own authority recognizes that the DMCA protects "*copyright owners' use* of 'digital walls' to protect their copyrighted works from piracy." *Green v. U.S. Dep't of Justice*, 111 F.4th 81, 89 (D.C. Cir. 2024) (emphasis added). Reddit alleges no entry beyond any "wall" that Reddit or its users erected.

1

Even assuming that a naked DMCA violation *could* create a concrete injury-in-fact akin to trespass, Reddit fails to plausibly allege any property interest impacted by the alleged trespass. This is fatal to Reddit's argument because New York does not recognize a non-possessor's right to sue for trespass. *See Wierzbic v. Howard*, 331 F.R.D. 32, 49 (W.D.N.Y. 2019) ("[A]n action for trespass may be maintained only by one in actual possession."), *aff'd*, 836 F. App'x 31 (2d Cir. 2020). Here, Reddit makes no allegations that SerpApi accessed Reddit directly, no allegations that Reddit possesses the Google website that *was* allegedly accessed, and no allegations that Reddit supplied the alleged TPM applicable to Google. Reddit's trespass theory is a non-starter.

As for Reddit's other alleged harms, the Opposition does nothing to crystallize them. *First*, Reddit failed, and still fails, to establish how "any reputational harm actually materialized or was likely to materialize." *Miller v. James*, 751 F. Supp. 3d 21, 32–33 (N.D.N.Y. 2024), *aff'd*, 2025 WL 1085815 (2d Cir. Apr. 9, 2025), *cert. denied,* 146 S. Ct. 884 (2025).[1] Reddit's Opposition ignores that its own Privacy Policy expressly notifies users that their "content and information may also be available in search results . . . or in responses provided by an AI chatbot." Mot. 5-6. This is fatal to Reddit's position. *Second*, Reddit fails to plausibly allege any specific lost opportunity attributable to SerpApi; it is legally insufficient to merely speculate without facts that SerpApi's alleged conduct both "jeopardize[s] Reddit's existing [licensing] agreements" and theoretically prevented a licensing agreement with Perplexity. Opp. 8–9. *Third*, Reddit cannot avoid the Supreme Court's mandate that standing cannot stem from "hypothetical future harm." *Clapper v.*

---

[1] Reddit claims that *Miller* is "inapposite" because it does not "involve [DMCA] circumvention." Opp. 8 n.2. However, the standard for concrete injury is the same in DMCA cases as in any other federal case. Moreover, *Synopsys, Inc. v. AzurEngine Techs., Inc.*, which Reddit cites, recognized "reputational harm to the *copyright owner*" as a cognizable harm. 401 F. Supp. 3d 1068, 1074 (S.D. Cal. 2019) (emphasis added). Reddit does not and cannot allege that it owns its users' content.

*Amnesty Int'l USA*, 568 U.S. 398, 416 (2013). Again, Reddit has not alleged that SerpApi accessed or will access *Reddit's* platform. To the contrary, Reddit concedes that "SerpApi has *purposely avoided* [Reddit's] measures" by going directly to Google. Opp. 8–9 (emphasis added).

Lastly, Reddit's argument that it has standing to sue for injuries relating to its own copyrighted works (Opp. 10) falls flat, as Reddit has not alleged (and cannot allege) any concrete, particularized injuries stemming from SerpApi's alleged scraping of Reddit-authored content. While Reddit contends that its arguments about lost licensing opportunities and sunken anti-circumvention investments extend to its own content and not just Reddit user-generated content (*id.* at 10 n.5), those allegations are wholly absent from its Amended Complaint and still fail for the reasons stated in SerpApi's Motion. Reddit cannot manufacture standing via Opposition by retroactively recharacterizing user-generated content harms as Reddit-content harms. As for its reputational harm argument, it is nonsensical for Reddit to claim a loss of reputation with itself.

### B.    Reddit lacks statutory standing under the DMCA

Reddit's Opposition likewise fails to establish statutory standing under the DMCA. Reddit grasps at straws by delving into statutory construction and arguing that a case interpreting the Clayton Act should govern this Court's reading of the DMCA, Opp. 11–12, while ignoring numerous holdings that plaintiffs like Reddit fall outside of Section 1203(a), *see* Mot. 9–11. Reddit cites *Post University Inc. v. Learneo, Inc.* to assert that Section 1203 does not "limit DMCA claims to *only* owners of a copyrighted document." 2025 WL 2702043, at *5 (D. Conn. Sept. 23, 2025). But the *Learneo* injuries are plainly distinguishable. *Learneo* involved infringement of plaintiff's own works and alteration of plaintiff's own copyright management information. *Id.* at *3–6. Reddit, by contrast, does not allege that anything *it* possesses has been injured. That distinction was crucial to the *Learneo* court's DMCA assessment. *Id.* at *5 (recognizing DMCA claims are "grounded in notions of property rights," with central harm involving "an injury to an author's

3

property right in his original work of authorship") (citation modified).

Although, as SerpApi acknowledged, some out-of-circuit courts have extended the DMCA's zone of interests beyond copyright holders, no court has extended Section 1203 standing to a putative plaintiff with interests as attenuated as Reddit's vis-à-vis user content. *See VidAngel LLC v. ClearPlay, Inc.*, 703 F. Supp. 3d 1329, 1335–36 (D. Utah 2023).[2] Reddit's assertion that it falls within the DMCA's zone of interests because it "***is*** a copyright owner, ***is*** a supplier of [TPMs], and ***is*** in privity with [] its users and Google" is incorrect. Opp. 14–15. Reddit's claim of copyright ownership over "its compilations and arrangements of Reddit user content" is irrelevant, as Reddit fails to allege that SerpApi accessed any such collections. Indeed, Reddit admits that SerpApi accessed only snippets of text in Google SERPs. *See* FAC ¶ 69. Reddit also misconstrues its own Privacy Policy to contend that it has the authority to sue on behalf of Reddit users, when that Policy grants no such right. Opp. 13–14, *see* Mot. 12. And while Reddit argues for the first time in its Opposition that it "utilizes various anti-circumvention measures that have been bypassed," Opp. 13, the Amended Complaint simply does not say that. Reddit "cannot amend [its] complaint by asserting new facts or theories for the first time in opposition to [SerpApi's] motion to dismiss." *Travelers Indem. Co. v. U.S. Fire Ins. Co.*, 2024 WL 295355, at *4 (S.D.N.Y. Jan. 25, 2024).

Reddit's contention that it has a "contract with Google under which Google is obligated to protect Reddit data from unauthorized third parties," Opp. 13–14, fundamentally misrepresents the only contract identified in the Amended Complaint. That agreement enables "programmatic access" to Reddit data to "support[] new ways to display Reddit content and provid[e] more

---

[2] Reddit attempts to distinguish *VidAngel* and SerpApi's numerous other cases solely on their facts, Opp. 14–15, but ignores their holdings. Reddit argues that *VidAngel* "was a patent dispute," but does not mention that *VidAngel* also involved DMCA claims, and offers no reason why that context should nullify that plaintiff lacked DMCA standing because it was not a copyright owner nor a supplier of a circumvented TPM. *VidAngel*, 703 F. Supp. 3d at 1336.

efficient ways to train models." *See* FAC ¶ 52 & n.26.[3] Reddit does not allege that this agreement concerns Google SERPs, nor that, through it, Reddit contractually outsourced copyright enforcement duties to Google. Such agreement, thus, does not give Reddit statutory standing to sue SerpApi. Reddit's reliance on *Viral DRM LLC v. Seven W. Media Ltd.* only digs a deeper hole—there, the plaintiff *did* have a contractually-granted right to "enforce and protect . . . copyrighted works from non-licensed users." 768 F. Supp. 3d 1025, 1031 (N.D. Cal. 2025).

Finally, if Reddit relies on its own content for standing, it must allege injury from SerpApi's alleged scraping of *Reddit-authored* content, which it has not. *See* 17 U.S.C. § 1203(a) (only persons "*injured* by a violation of section 1201 or 1202" may bring action) (emphasis added).

## II.    Reddit Does Not State a Plausible Claim for Relief Under the DMCA

### A.    *Google's TPMs do not "effectively control access" under Section 1201(a)*

Reddit's TPMs are not implicated in this case, but Reddit again conflates its position with Google's. Opp. 24 ("Reddit alleges that access to its content is controlled both on Reddit itself and again on Google's SERPs."). Crucially, Reddit's Opposition does not even try to conquer the core issue: the content SerpApi allegedly collects is freely and publicly accessible to any ordinary human user, and a measure that leaves one route of access "wide open" does not "effectively control access" under the DMCA. *Lexmark Int'l, Inc. v. Static Control Components, Inc.*, 387 F.3d 522, 546–47 (6th Cir. 2004). The DMCA defines an effective access control as one that, "in the ordinary course of its operation, requires the application of information, or a process or a treatment[] . . . to gain access to the work." 17 U.S.C. § 1201(a)(3)(B). That inquiry is inherently human-centric: it "requires evaluating efficacy from the point of view of an ordinary consumer using the platform in the ordinary course of its operation." *Yout, LLC v. Recording Indus. Ass'n of*

---

[3] Citing Reddit, *Expanding our Partnership with Google* (Feb. 22, 2024), https://redditinc.com/news/reddit-and-google-expand-partnership (last accessed May 7, 2026).

*Am., Inc.*, 633 F. Supp. 3d 650, 670 (D. Conn. 2022).[4] Thus, a process that resolves itself automatically and requires no overt action from the ordinary consumer cannot "effectively control access." SerpApi's argument does not turn on "how much difficulty authorized users face in clearing [a measure]," Opp. 25, but rather whether ordinary users are required to do anything at all. And by Reddit's own telling, the JavaScript challenge posed by SearchGuard is resolved "seamlessly [for humans], without disrupting the user experience." FAC ¶ 58. This is dispositive.

Reddit also fails to allege that Google received authorization from the relevant purported copyright owners—Reddit's users—to deploy SearchGuard as a TPM over their content. An "effective[]" control measure under the DMCA requires "the authority of the copyright owner[] to gain access to the work," 17 U.S.C. § 1201(a)(3)(B), and if the purported measure does not operate with such authority, it cannot qualify. Reddit points to its Public Content Policy and its licensing agreement with Google, Opp. 23, but those agreements between Reddit and Google do not constitute authorization from *Reddit's users*.[5] In any event, Reddit does not allege that its contract with Google has any bearing on Google SERPs. *See* FAC ¶ 52 & n.26.

Reddit's preferred reading of Section 1201(a)(3)(B) interprets the phrase "with the authority of the copyright owner" to ask "whether the person gaining access [to a copyrighted work] had the copyright owner's authority to do so." Opp. 20. That interpretation would require each copyright owner whose works are allegedly protected by SearchGuard—to the extent it protects copyrightable works at all—to individually authorize each Google Search. *See id.*

---

[4] Reddit's reliance on the holding of *Yout* is misplaced. In *Yout*, the measures prevented ordinary users from downloading content in the ordinary course. 633 F. Supp. 3d at 670–72. Reddit alleges nothing of the sort. *See* Mot. 14 n.6.

[5] *EchoStar Satellite, L.L.C. v. Viewtech, Inc.*, 543 F. Supp. 2d 1201 (S.D. Cal. 2008) actually supports SerpApi. There, plaintiff purchased distribution rights directly from the copyright owners, making it "reasonable to infer" authority to control the TPMs. *Id.* at 1206. Here, Reddit holds only a non-exclusive license and has not alleged that any user authorized Google to implement TPMs.

("Neither Perplexity nor SerpApi have Reddit's authorization to access Reddit content."). Besides the impossibility of this conceit, it undermines Reddit's own position. As Reddit does not allege that SearchGuard requires Google users to obtain copyright-owner authorization before accessing a SERP, then by Reddit's own admission, SearchGuard does not "effectively control[] access."

Lastly, Reddit still fails to allege that SerpApi's alleged circumvention infringed any protected work or facilitated infringement (an "infringement nexus"). *Chamberlain Grp., Inc. v. Skylink Techs., Inc.*, 381 F.3d 1178, 1195 (Fed. Cir. 2004) ("[D]efendants whose circumvention devices do not facilitate infringement are not subject to § 1201 liability."). Reddit argues that "no such 'nexus' is required," citing *MDY Indus., LLC v. Blizzard Ent., Inc.*, 629 F.3d 928, 952 (9th Cir. 2010) and falsely represents that "only the Federal Circuit has held otherwise." Opp. 28 n.10. In fact, the Ninth Circuit is the lone outlier from the consensus that an infringement nexus is paramount. Reddit ignores the comprehensive authority cited in SerpApi's Motion following *Chamberlain*. Mot. 18–19. Even so, Reddit cannot allege infringement because the alleged collected content is not protected by the Copyright Act.

B.      *Reddit fails to allege that the works at issue are protected by copyright*

Under Rule 12(b)(6), it is Reddit's burden to plausibly establish that snippets found in Google SERPs are copyrightable, yet the Amended Complaint fails to allege a single instance of copyrightable content actually scraped by SerpApi. Reddit had ample opportunity to identify copyrightable material, yet of the four examples Reddit provided, none of them were copyrightable as a matter of law. *See* Mot. 17. Instead, Reddit engages in misdirection. Notably, Reddit continuously argues for the copyrightability of content *appearing on Reddit*, Opp. 15–16, while ignoring SerpApi's actual argument that the Reddit snippets on Google SERPs are uncopyrightable. For example, Reddit cites *Reddit, Inc. v. Anthropic PBC*, which discusses not the copyrightability of Google SERP snippets, but rather that of the Reddit *website*, "represented

7

through subreddit[s], upvote, and downvote counts . . . taken as a whole." 2026 WL 923020, at *2 (N.D. Cal. Mar. 30, 2026). The copyrightability of Reddit's website is not implicated here.

Moreover, Reddit claims that it alleges that SerpApi accesses "the full, untruncated text" rather than mere snippets. Opp. 16. However, Reddit's misleading claim is based on a blog post stating that "SerpApi focuses on scraping search results," and that scraping more than Google SERPs requires "visit[ing] the page URL." Mot. 17–18. Again, Reddit never alleges that SerpApi actually visited Reddit's website at all, and Reddit sidesteps this point in its Opposition.

Reddit's Opposition then veers the Court's attention to Reddit content found on *Perplexity's* platform to suggest copyrightable content scraped by *SerpApi*. Opp. 16–17. But Reddit concedes SerpApi is not the sole provider of data to Perplexity. FAC ¶¶ 63, 122. Without more, Reddit's contention does not plausibly establish that SerpApi accessed the content.

Lastly, Reddit's argument that SerpApi accessed Reddit's "arrangements of content" flops. Opp. 18. Reddit cannot claim that its arrangement of Reddit content (to the extent actually copyrightable) is implicated by SerpApi's alleged scraping of isolated text snippets.[6] Reddit's cited cases are inapposite. *Key Publications* rejects the notion that one may avoid an infringement suit by adding a single fact to a complete compilation, *Key Publ'ns, Inc. v. Chinatown Today Pub. Enters., Inc.*, 945 F.2d 509, 514 (2d Cir. 1991), and *Real World Media* rejects that a defendant can evade liability under Section 1202 by "removing or altering CMI in a copied work but only disseminating *99% rather than 100%* of that work." *Real World Media LLC v. Daily Caller, Inc.*, 744 F. Supp. 3d 24, 40-41 (D.D.C. 2024) (emphasis added). Neither case found that accessing an uncopyrightable snippet of text within a larger compilation implicates the compilation as a whole.

---

[6] Indeed, Reddit did not bother to make this implausible copyrightability claim in its original Complaint. Only now, belatedly, does it seek to piece together a makeshift claim to copyright protection.

C.      *Google's TPMs are not copying controls under Section 1201(b)*

Beyond Reddit's conclusory statement that the TPMs at issue "prevent scraping," FAC ¶ 53; Opp. 32, the Amended Complaint does not allege that SearchGuard prevents *copying* of content. Instead, Reddit asserts that SearchGuard allegedly "prevents unauthorized *access* to Google's search data." FAC ¶¶ 56–59 (emphasis added). This is insufficient to support a Section 1201(b) claim, which governs technology "designed to *permit access* to a work but *prevent copying* of the work[.]" *Universal City Studios, Inc. v. Corley*, 273 F.3d 429, 441 (2d Cir. 2001).

## III.    Reddit's Common Law Claims Fail

Reddit's sole preemption defense is that its state law claims are purportedly based on SerpApi's alleged circumvention of TPMs and not on infringement. Opp. 33. Reddit seeks to evade this Court's well-established position that the Copyright Act presumptively extends to the DMCA, *Stevens v. Vodka & Milk, LLC*, 2018 WL 11222927, at *3 (S.D.N.Y. Mar. 15, 2018),[7] by turning to Texas. But Reddit's reliance on one out-of-circuit case is neither binding nor persuasive.

Even if the DMCA did not broadly preempt Reddit's state law claims, this Court must still determine whether Reddit's circumvention claims constitute an "extra element," looking beyond a "rote recitation of the elements" of claims to what Reddit "seeks to protect." Opp. 33; *White House/Black Mkt., Inc. v. Cache Inc.*, 2010 WL 2985232, at *3 (S.D.N.Y. July 27, 2010). Here, Reddit seeks to protect access to *copyrighted* content on its platform, supposedly implicating Section 106 of the Copyright Act. Circumvention itself, thus, does not constitute an "extra element," and the holding in *Anthropic* is not to the contrary. Critical to that holding was the court's finding that Reddit's allegations that Anthropic violated contractual access restrictions and

---

[7] In *Stevens*, the Court opined that, in addition to the Copyright Act's express preemption provision, "[f]ederal law's near total occupation of the field of copyright law further supports an inference that . . . the federal system will be assumed to preclude enforcement of state laws on the same subject." 2018 WL 11222927, at *3 (citation omitted).

misrepresented its compliance with Reddit constituted the necessary "extra elements." 2026 WL 923020, at *4, *6-7. Reddit does not, and cannot, allege that SerpApi did anything of the sort here.

Preemption aside, Reddit fails to cure the pleading deficiencies identified by SerpApi.

**Unjust Enrichment:** Reddit asserts that SerpApi benefits from "[its] sale, promotion, and use of tools to circumvent technological control measures." Opp. 37. But Reddit fails to show any specific and direct benefit conferred by Reddit on SerpApi, as required under New York law. *Briarpatch Ltd. v. Phoenix Pictures, Inc*., 373 F.3d 296, 306 (2d Cir. 2004). Moreover, Reddit's argument that its unjust enrichment claim is not duplicative because it "relies on facts sounding in equity and fraud, which have no analog in Reddit's strict-liability DMCA claim," Opp. 38, is contradicted by Reddit's own brief, which expressly disclaims that it had pled fraud **at all**. *See* Opp. 30 (faulting Perplexity for invoking fraud "***which Reddit has not alleged***"). Nor does Reddit allege any equity-driven facts or damages distinct from its anti-circumvention claims.

**Unfair Competition:** The authority Reddit invokes only undermines its claim. Reddit's cited cases stand for the principle that unfair competition claims may also protect *commercially valuable property rights* from unfair invasion. Opp. 38-39. But again, Reddit only possesses a non-exclusive license in its users' content, and, as discussed above, because it fails to allege injury resulting from SerpApi's alleged scraping of Reddit-authored content, such content ostensibly provides it no commercial value. Regardless, SerpApi does not plausibly compete with Reddit.

**Civil Conspiracy:** Finally, Reddit's conspiracy claims rest solely on Perplexity's status as a SerpApi customer, *id.* 40, which is insufficient. Nor does Reddit plausibly allege it was targeted, as opposed to SERP content generally.

## CONCLUSION

For the foregoing reasons, the Court should grant SerpApi's Motion to Dismiss.

Dated: New York, New York
       May 8, 2026

Respectfully submitted,

*/s/ Nili T. Moghaddam*

Nili T. Moghaddam
Jessica L. Falk
Sarah Ryu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
nili.moghaddam@weil.com
jessica.falk@weil.com
sarah.ryu@weil.com

Jeff Homrig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Tel: (214) 746-7700
jeff.homrig@weil.com

*Attorneys for Defendant SerpApi, LLC*

11