UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REDDIT, INC.,

                              Plaintiff,

              -v-

SERPAPI LLC *et al.*,

                              Defendants.

---

25 Civ. 8736 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Oral argument in this case was previously scheduled for June 30, 2026.  Dkts. 67, 70.

Due to an unavoidable conflict with an upcoming trial, the Court adjourns the oral argument to

**Thursday, July 23, 2026 at 10 a.m.**, a date that the Court confirmed with counsel.  The

argument will take place in Courtroom 1305 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 15, 2026
         New York, New York