UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

REDDIT, INC.
                          Plaintiff,

                                                    Case No.  25-cv-8736 (PAE)

        -against-
SERPAPI LLC, OXYLABS UAB,
AWMPROXY, and PERPLEXITY AI    Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending                 [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Jeffrey G. Homrig
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __215890_____

I am,

[✓]     An attorney

[ ]     A Government Agency attorney

[ ]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_WEIL, GOTSHAL & MANGES LLP_____
              FIRM ADDRESS:_200 Crescent Court, Suite 300, Dallas, TX 75201_____
              FIRM TELEPHONE NUMBER:_(214) 746-7700_____
              FIRM FAX NUMBER:_(214) 746-7777_____

NEW FIRM:     FIRM NAME:_WEIL, GOTSHAL & MANGES LLP_____
              FIRM ADDRESS:_600 Congress Ave., Suite 2170, Austin, TX 78701_____
              FIRM TELEPHONE NUMBER:_(512) 487-1480_____
              FIRM FAX NUMBER:_(512) 487-1520_____

[✓]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: May 26, 2026                 /s/ Jeffrey G. Homrig_____
                                    ATTORNEY'S SIGNATURE