**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REDDIT, INC., | |
| Plaintiff, | Case No.: 1:25-cv-08736-PAE |
| - against - | **CERTIFICATES OF SERVICE** |
| SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD**:

In accordance with Article 5 of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Plaintiff Reddit, Inc. ("Reddit") effected service of the Summons, Complaint, and related documents on Defendant Oxylabs UAB ("Oxylabs") through the Central Authority in Lithuania on February 17, 2026. Furthermore, Reddit effected service of the First Amended Complaint on Oxylabs through the Central Authority in Lithuania on June 16, 2026.

Attached as **Exhibit 1** and **Exhibit 2** are true and correct copies of the Certificates of Service issued by the Central Authority in Lithuania, as well as Reddit's applications to the Central Authority for Hague Service, which identify the documents that were served on Oxylabs.

Dated: June 26, 2026          Respectfully submitted,
     New York, New York

                                   */s/ William A. Maher*
                                   William A. Maher
                                   Justin T. Zimnoch
                                   **WOLLMUTH MAHER & DEUTSCH LLP**
                                   500 Fifth Avenue
                                   New York, NY 10110
                                   wmaher@wmd-law.com
                                   jzimnoch@wmd-law.com

Reid M. Bolton (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
**BARTLIT BECK LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
reid.bolton@bartlitbeck.com
matthew.ford@bartlitbeck.com

Giovanni Sanchez (*Pro Hac Vice*)
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
giovanni.sanchez@bartlitbeck.com

*Attorneys for Plaintiff Reddit, Inc.*

2