# Exhibit 2



LIETUVOS RESPUBLIKA
**ANTSTOLĖ NEMIRA ŠIUGŽDAITĖ STAKELIŪNĖ**
ANTSTOLIŲ NEMIROS ŠIUGŽDAITĖS STAKELIŪNĖS IR DARIAUS STAKELIŪNO
KONTORA
Konstitucijos pr. 15/5-74, Vilnius,
mob. (+370698) 47779, el.paštas N.Siugzdaite@antstoliai.lt,
depozitinė sąskaita LT077044060000469161, AB SEB bankas

Karina J.Shreefer, Esq.                                    2026-06-23 Nr. Nr. 6.17-15-26-33-4
SHREEFER LAW FIRM, LLC
5820 Knox Street, Merriam, KS 66203
United States of Amerika
karina@ShreeferLaw.com

Copy to: Lithuanian Chamber of Bailiffs
dokumentai@antstoliurumai.lt

**REGARDING THE SERVICE OF DOCUMENTS**

We hereby inform you that on 16 June 2026, the documents requested by you in Case No. 1:25-cv-08736-PAE were duly served on UAB Oxylabs.

The documents were served against signature and received by Ms. Milda Daugalaitė, office Administrator of UAB Oxylabs.

For your information, we attach a Certificate of Receipt of Documents, drawn up in the Lithuanian language in the form approved by Order No. 202 of the Minister of Justice of the Republic of Lithuania dated 8 July 2002, bearing the recipient's signature.

ENCLOSURE: Certificate of Service dated 16 June 2026 UAB Oxylabs No. 1627 1:25-cv-08736-PAE

Certificate of Receipt of Documents No. 6.17-15-26-33-4.

Bailiff                                                                        Nemira Šiugždaitė Stakeliūnė

**Certificate**

UAB Oxylabs

1627

1:25-
cv-08736-PAE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at The Hague on 15 November 1965**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention:

1.      that the documents listed in Part 1 have been served*

–      the (**addressee ,date**)

*32, Svitrigailos, Vilnius 16.06.2026*

at (**place, street, number**) *Lithuania*

in one of the following methods authorised by Article 5:

a)   in accordance with the provisions of subparagraph (a) of the first paragraph of Article 5 of the Convention*,

b)   in accordance with the following particular method*:

(c)  by delivery to the addressee, who accepted it voluntarily*.

The document referred to in the request, has been delivered to:

–   (identity and description of person)

*administrator Milda Daugalaitė UAB Oxylabs*

–   relationship to the addressee (family, business or other)

2.      that the document has not been served, **by reason of the following facts***

In conformity with the second paragraph of Article 12 of the Convention, the forwarding authority is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*

**Documents returned**:

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

In appropriate cases, documents, establishing the service:

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

-----------------------------------------------------------------------

16.06.2026

Done at *bailiff* Nemira Šiugždaitė-Stakeliūne

Signature or stamp, (or both).

. *Delete if inappropriate

PATVIRTINTA
Lietuvos Respublikos teisingumo ministro
2002 m. liepos 8 d. įsakymu Nr. 202

DOKUMENTO GAVIMO PAŽYMA          *Nr. 6.17. - 15- 26- 93- h*

Nurodyti dokumentai ___*UAB Oxylabs*_____
              (gavėjo vardas, pavardė, įmonės pavadinimas, kai įteikta kitam, su gavėju susijusiam asmeniui – nurodomas šio
asmens vardas, pavardė ir ryšys su
                        gavėju)

2026 m. ___*06*___ mėn. *16* d. buvo įteikti/gavėjas <u>nurodytu adresu</u> nerastas/gavėjas atsisakė priimti_____
                                        (nereikalingą išbraukti)

Atžyma apie teisių išaiškinimą_____
                                        (jei nepildoma - perbraukti)

Aš,_*Milda Daugalaitė  Oxylabs  Administratorė*_____
       (asmens  vardas, pavardė, įmonės pavadinimas, dokumentus priėmusio asmens  pareigos arba ryšys su gavėju)

dokumentus gavau/teisės išaiškintos/atsisakau priimti _____
              (nereikalingą išbraukti)
                                        (asmens parašas, juridinio asmens
spaudas)

Antstolio (antstolio padėjėjo) vardas, pavardė, parašas__*Namira Šiugždaitė*_____
Antstolio spaudas                    *Stakelienė*

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or
Commercial Matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina J. Shreefer, Esq. | HAGUE CENTRAL AUTHORITY – LITHUANIA |
| SHREEFER LAW FIRM, LLC | Ministry of Foreign Justice |
| 5820 Knox Street, Merriam, KS 66203 | Gedimino ave. 30 |
| UNITED STATES OF AMERICA | LT-01104 Vilnius |
| Tel. 1.913.999.4526 | LITHUANIA |
| Karina@ShreeferLaw.com | |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés,*
*en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*     **OXYLABS UAB,** 32 Svitrigailos Street, 03230 Vilnius, Lithuania

☒    (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐    ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
    ~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*~~ _____

☐    ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
    ~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec*
*l'attestation figurant au verso.*
**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO
ARTICLE 3 INCLUDE ANY COURT OFFICIAL; <u>ANY ATTORNEY</u>; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES
OF THE COURT.  (See U.S. declarations to the 1965 Convention at Hague Conference website: http://www.hcch.net/index_en.php?act=authorities.details&aid=279).**

List of documents provided in duplicate, in English and in Lithuanian
*Enumération des pièces*

| | |
|---|---|
| Summons in a Civil Action | Done at _Merriam, Kansas, U.S.A._ , the _2 April 2026_ |
| First Amended Complaint with Exhibits A, B, C | *Fait à* _____ *, le* _____ |
| Civil Cover Sheet | Signature and/or stamp. |
| Rule 7.1 Statement | *Signature et/ou cachet.* |
| Judge Engelmayer Individual Rules and Practices | |
| Magistrate Judge Moses Individual Practices | |
| Electronic Case Filing and Instructions | |

*Delete if inappropriate                                    (Formerly OBD-116 which was formerly LAA-116,       USM-94
*Rayer les mentions inutiles.*                              both of which may still be used)            (Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served ***
*1. que la demande a été exécutée*

> **- the (date)**
> *- le (date)* _____
> **- at (place, street, number)**
> *- à (locatlité, rue numéro)* _____
> _____
> _____

> **- in one of the following methods authorised by article 5-**
> *-dans une des formes suivantes prévues à l'article 5:*
>> ☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
>> *a) selon les formes légales (article 5, alinéa premier, lettre a).*
>> ☐ **(b) in accordance with the following particular method*:**
>> *b) selon la forme particulière suivante :* _____
>> _____

>> ☐ **(c) by delivery to the addressee, who accepted it voluntarily. ***
>> *c) par remise simple*
> **The documents referred to in the request have been delivered to:**
> *Les documents mentionnés dans la demande ont été remis à:*
>> **-(identity and description of person)**
>> *-(identité et qualité de la personne)* _____
>> _____

>> **-relationship to the addressee (family, business, or other):**
>> *-liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____
>> _____

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Piéces renvoyées:* _____
_____      **Done at** _____ **, the** _____
_____      *Fait à* _____ *, le* _____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'execution:*      **Signature and / or stamp.**
_____      *Signature et / ou cachet.*
_____
_____

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante :*

Karina Shreefer, Esq., SHREEFER LAW FIRM, LLC

5820 Knox Street, Merriam, Kansas, U.S.A.

Tel. 1.785.550.2353  Karina@ShreeferLaw.com

**Particulars of the parties*:**
*Identité des parties :*   Reddit, Inc., *Plaintiff* v. **OXYLABS UAB,** *Defendant.*

## JUDICIAL DOCUMENT**
### ACTE JUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   To give notice to the Defendant that Defendant has been sued and to summon it to

to answer.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   A lawsuit has been filed against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :*   Within 21 days after service of this summons on Defendant, not counting the day

received, Defendant must serve on the plaintiff's attorney an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure. Plaintiff's attorney is William A. Maher, Esq.,
WOLLMUTH MAHER & DEUTSCH LLP, 500 Fifth Avenue, New York, New York 10110, USA.
Defendant must also file its answer or motion with the United States District Court, Southern District of
New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :*   N/A

**Date of judgment**:**
*Date de la décision :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   Within 21 days after service of this summons on Defendant, not counting the

day received, Defendant must serve on the plaintiff's attorney an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, judgment by
default will be entered against it for the relief demanded in the complaint.

## EXTRAJUDICIAL DOCUMENT**
### ACTE EXTRAJUDICIAIRE

**Nature and purpose of the document:**
*Nature et objet de l'acte :*   N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :*   N/A

\*   If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*          ★U.S. Government Printing Office: 1990-262-211/15302

\*\*   **Delete if inappropriate.**
*Rayer les mentions inutiles.*

# WARNING

*(recommended by the Fourteenth Session of*
*Hague Conference of October 1980)*

**identity and address of the addressee**
*identité et adresse du destinataire*

---

**OXYLABS UAB**
**32 Svitrigailos Street**
**03230 Vilnius**
**LITHUANIA**

---

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

LEGAL AID SOCIETY
199 Water Street
New York, New York 10038
U.S.A.
Tel. 1.212.577.3300

### TRÈS IMPORTANT

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :*

*LEGAL AID SOCIETY*
*199 Water Street*
*New York, New York 10038*
*U.S.A.*
*Tel. 1.212.577.3300*