

Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York
10022
www.wiggin.com

Kate E. Cassidy
212.551.2636
212.551.2888 fax
kcassidy@wiggin.com

VIA ECF

July 1, 2026

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Reddit Inc. v. Serpapi LLC, Oxylabs UAB, AWMProxy, and Perplexity AI, Inc.,*
       Case No.: 1:25-cv-08736-PAE

Dear Judge Engelmayer:

Pursuant to Rule 1.E of Your Honor's Individual Rules and Practices in Civil Cases, Defendant Oxylabs UAB ("**Oxylabs**") respectfully moves for a six-week extension of time to respond to Reddit's First Amended Complaint, from **July 7, 2026** to **August 18, 2026**.

This is Oxylabs' first request for an extension of this deadline. Plaintiff Reddit, Inc. ("**Reddit**") does not consent to the requested six-week extension, for the reasons outlined in **Exhibit A**, although it has offered to consent to a two-week extension only.

Good cause exists for the requested extension. Oxylabs, a company based in Lithuania, has not requested any prior extensions, and seeks this short, defined extension to conserve party and Court resources, and to ensure that its response to the First Amended Complaint proceeds in a manner consistent with the substantial pleadings process already underway. The requested extension is also consistent with the extensions that Reddit and the other defendants have extended each other in this case several times already.

The parties and the Court have already engaged in a months-long process concerning the pleadings, including two rounds of briefing on motions to dismiss and an upcoming oral argument scheduled for July 23. Those motions are fully briefed. The two-week extension that Reddit has agreed to would put Oxylabs' deadline for responding to the First Amended Complaint on July 21, two days before the hearing. Requiring Oxylabs to file its own motion or other response before that hearing would not promote efficiency. It would instead risk creating a separate and potentially duplicative track of motion practice immediately before the Court hears argument on overlapping pleadings issues.

Oxylabs seeks to proceed in a way that complements, rather than disrupts, the Court's management of the pleadings. The July 23 hearing will likely provide guidance as to the issues the

Page 2
July 1, 2026

Court views as central, the arguments that warrant further motion practice (if any), and the issues that can be narrowed or avoided altogether. Allowing Oxylabs to respond after that hearing would permit Oxylabs to account for the Court's guidance and to align its response with the schedule and posture of the case, rather than filing a motion that may be duplicative, premature, or inconsistent with the Court's anticipated handling of the pleadings.

This approach is likely to reduce burden for all parties and the Court. If Oxylabs file a motion to dismiss before the hearing, the parties may be required to brief issues that the July 23 argument could clarify, narrow, or render unnecessary. By contrast, a short extension would allow Oxylabs to file a more targeted response that incorporates the Court's guidance and fits within the broader pleadings schedule. That is a more efficient course than requiring motion practice now simply to meet a deadline that falls before the Court has heard argument on already-briefed motions raising related issues.

Reddit's position that Oxylabs should file now because the First Amended Complaint has been available for several months does not overcome these efficiency concerns. Oxylabs' deadline to respond follows service and its formal appearance in the action. In any event, the requested extension is modest and targeted. Oxylabs seeks only enough time to take account of the July 23 hearing and then file an appropriately focused response to the First Amended Complaint.

Oxylabs' requested extension is also consistent with the extensions the parties have been agreeing to in this case already. *See, e.g.*, Dkt. No. 27 (Reddit stipulating to extend Perplexity's deadline to respond to complaint from November 14 to December 22); Dkt. No. 22 (Reddit stipulating to extend response deadline from November 17 to December 22); Dkt. No. 56 (Reddit stipulation to extend Perplexity's and SerpApi's deadlines to respond to Amended Complaint from February 20 to March 13). When setting these prior deadlines, the parties worked together to accommodate pre-planned vacations and the end-of-year holidays. The same is warranted here given the upcoming Fourth of July holiday and pre-planned family vacations and a public holiday in Lithuania on July 6, 2026.

The requested extension does not affect any other scheduled dates, and is likely to bring the Oxylabs' schedule into alignment with the other defendants in this case. For these reasons, Oxylabs respectfully requests that the Court extend Oxylabs' deadline to respond to the First Amended Complaint from July 7, 2026 to August 18, 2026.

Respectfully submitted,

*Kate E. Cassidy*

Counsel for Defendant Oxylabs UAB

GRANTED IN PART.  The Court grants a two-week extension, until **July 21, 2026**, for Oxylabs to respond to the First Amended Complaint.  The Court agrees with plaintiff that permitting Oxylabs to tailor its response based on the July 23, 2026 oral argument would give Oxylabs an unfair tactical advantage in this litigation.  The Court is also not persuaded that such a prolonged extension would promote efficiency.  The oral argument is an opportunity for the Court to gain clarity from the parties as to the issues and arguments raised by the motions to dismiss; the Court will not forecast any decision on those motions.  Accordingly, the Court grants Oxylabs a two-week extension, which will provide it with more time to prepare its response to the First Amended Complaint.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: July 2, 2026
New York, New York