

Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York
10022
www.wiggin.com

Kate Cassidy
212.551.2636
212.551.2888 fax
kcassidy@wiggin.com

VIA ECF

July 20, 2026

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Reddit Inc. v. SerpApi LLC, Oxylabs UAB, AWMProxy, and Perplexity AI, Inc.,
        Case No. 1:25-cv-08736-PAE.

Dear Judge Engelmayer:

I, along with Alex Reese, partner at Farella Braun + Martel, represent Oxylabs UAB in the above captioned case.  Oral argument on the pending motions to dismiss filed by Defendants SerpApi LLC ("SerpApi") and Perplexity AI, Inc. ("Perplexity") is scheduled for July 23, 2026, at 10 a.m.

I write to respectfully ask the Court to make remote video or telephone access available for this hearing.  My client, who is located outside the United States, and my co-counsel, who is located in California, do not seek to participate or address the Court at hearing, but only to observe the hearing.  Providing remote access would allow them to stay informed of the proceedings without posing a burden to the Court or the other parties.

We have conferred with the other parties regarding this request.  Both Reddit Inc. ("Reddit") and SerpApi stated that they do not oppose this request if (1) the Court may facilitate such a setup while remaining an in-person hearing and (2) all parties can also share the link or dial-in with their own respective client representatives who are not able to attend in-person.  If both conditions may be accommodated, then neither Reddit nor SerpApi object to this request. As of the time of filing, Perplexity AI did not state a position on the request.

Therefore, we respectfully request that the Court make available a Zoom link or other listen-only access available for the July 23, 2026 hearing.

Very truly yours,

Kate Cassidy