IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., | Case No.: 1:25-cv-08736-PAE |
| Plaintiff, | |
| v. | |
| SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC., | |
| Defendant. | |

## Notice of Oxylabs UAB's Motion to Dismiss

PLEASE TAKE NOTICE that, upon this Notice of Motion and the accompanying

Memorandum of Law in Support of Oxylabs UAB's Motion to Dismiss, Defendant Oxylabs

UAB will move this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil

Procedure, before the Honorable Paul A. Engelmayer, at a date and time to be designated by the

Court, for an Order dismissing Plaintiff's claims, and for such other and further relief as this

Court may deem just and proper.

DATED: July 21, 2026

Respectfully submitted,

*/s/ Kate E. Cassidy*

Kate E. Cassidy
WIGGIN & DANA LLP
437 Madison Ave, 35th Floor
New York, NY 10022
T: 212.551.2600
Email: kcassidy@wiggin.com

Jeffrey M. Fisher *(Pro Hac Vice application pending)*
Alex Reese *(Pro Hac Vice)*
Winston Liaw *(Pro Hac Vice application forthcoming)*
Victoria Constance Huang *(Pro Hac Vice)*
Raven Quesenberry *(Pro Hac Vice)*
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
jfisher@fbm.com
areese@fbm.com
wliaw@fbm.com
vhuang@fbm.com
rquesenberry@fbm.com

*Attorneys for Defendant Oxylabs UAB.*