IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reddit, Inc.,<br><br>                  Plaintiff,<br><br>     v.<br><br>SerpApi LLC, Oxylabs UAB, AWMProxy,<br>and Perplexity AI, Inc.,<br><br>                  Defendants. | Case No.: 1:25-cv-08736-PAE |

**Memorandum of Law in Support of Oxylabs UAB's Motion to Dismiss Plaintiff's First Amended Complaint**

Kate E. Cassidy
WIGGIN & DANA LLP
437 Madison Ave, 35th Floor
New York, NY 10022
T: 212.551.2600
Email: kcassidy@wiggin.com

Jeffrey M. Fisher *(Pro Hac Vice application pending)*
Alex Reese *(Pro Hac Vice)*
Winston Liaw *(Pro Hac Vice application forthcoming)*
Victoria Constance Huang *(Pro Hac Vice)*
Raven Quesenberry *(Pro Hac Vice)*
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
jfisher@fbm.com
areese@fbm.com
wliaw@fbm.com
vhuang@fbm.com
rquesenberry@fbm.com

*Attorneys for Defendant Oxylabs UAB.*

TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ..................................................................................................1

II.   FACTUAL BACKGROUND...............................................................................1

III.  LEGAL STANDARD...........................................................................................4

IV.   ARGUMENT........................................................................................................4

    A.    Reddit Lacks Standing Under the DMCA. ..............................................4

        1.    *Reddit is not within the "zone of interests" as to user-generated content.*..........................................................................5

        2.    *Reddit fails to allege that Oxylabs accessed any Reddit-authored content.*.............................................................................................8

    B.    Reddit Lacks Article III Standing. ...........................................................9

    C.    Reddit Does Not Adequately Allege the Existence of Effective "Technological Measures."......................................................................10

        1.    *The FAC concedes that Google's anti-bot technology prevents only one narrow type of use.*.....................................................11

        2.    *Reddit fails to plead that it or its users have any "authority" with respect to the implementation or operation of SearchGuard.* ...................14

    D.    Reddit's DMCA Claims Against Oxylabs Fail Because the DMCA Does Not Apply Extraterritorially................................................................15

    E.    Reddit Fails to Allege Facts Supporting a Direct Circumvention or Trafficking Violation Claim Against Oxylabs........................................17

        1.    *Reddit fails to allege that Oxylabs circumvented any technological measure.*..............................................................................17

        2.    *Reddit fails to allege trafficking of circumvention technology under any prong of sections 1201(a)(2) and 1201(b).*.......................19

        3.    *Reddit does not allege that Google's technological control measures are copying controls.*.............................................20

    F.    Reddit's State Law Claims Are Preempted. ...........................................21

    G.    Reddit Fails to Adequately Plead Its State Law Claims. ......................23

V.    CONCLUSION...................................................................................................25

## TABLE OF AUTHORITIES

**Page(s)**

### FEDERAL CASES

*Andersen v. Stability AI Ltd.*,
   744 F. Supp. 3d 956 (N.D. Cal. 2024) ........................................................................23

*Apple Mortgage Corp. v. Barenblatt*,
   162 F. Supp. 3d 270 (S.D.N.Y. 2016).........................................................................23

*Ardis Health, LLC v. Nankivell*,
   2012 WL 5290326 (S.D.N.Y. Oct. 23, 2012)..............................................................23

*Associated Gen. Contractors of Cal., Inc. v. Cal. State Council of Carpenters*,
   459 U.S. 519 (1983)........................................................................................................4

*Atrium Grp. De Ediciones Y Publicaciones, S.L. v. Harry N. Abrams, Inc.*,
   565 F. Supp. 2d 505 (S.D.N.Y. 2008).........................................................................23

*Avaya, Inc. v. Telecom Labs., Inc.*,
   2012 WL 13035096 (D.N.J. May 1, 2012)...................................................................12

*Axel Johnson, Inc. v. Arthur Andersen & Co.*,
   830 F. Supp. 204 (S.D.N.Y. 1993)...............................................................................25

*BanxCorp v. Costco Wholesale Corp.*,
   723 F. Supp. 2d 596 (S.D.N.Y. 2010)..........................................................................22

*Bardwil Indus. Inc. v. Kennedy*,
   2020 WL 2748248 (S.D.N.Y. May 27, 2020) ................................................................8

*Bell Atl. Corp. v. Twombly*,
   550 U.S. 544 (2007)......................................................................................................4,8

*Braver v. Diversified Adjustment Serv., Inc.*,
   2023 WL 8435825 (S.D.N.Y. Dec. 5, 2023) ................................................................10

*Briarpatch Ltd. v. Phoenix Pictures, Inc.*,
   373 F.3d 296 (2d Cir. 2004)......................................................................................21,24

*Bungie, Inc. v. Aimjunkies.com*,
   2022 WL 16853626 (W.D. Wash. Nov. 10, 2022)......................................................18

*Chamberlain Grp., Inc. v. Skylink Techs., Inc.*,
   381 F.3d 1178 (Fed. Cir. 2004)..................................................................................6,17

*Chambers v. Amazon.com Inc.*,
  632 F. App'x 742 (4th Cir. 2015) ........................................................................6

*Chartwell RX, LLC v. Inmar, Inc.*,
  620 F. Supp. 3d 59 (S.D.N.Y. 2022).................................................................23

*Clapper v. Amnesty Int'l USA*,
  568 U.S. 398 (2013).........................................................................................10

*Comcast of Ill. X, LLC. v. Hightech Elecs., Inc.*,
  2004 WL 1718522 (N.D. Ill. July 29, 2004).......................................................8

*Cortlandt St. Recovery Corp. v. Hellas Telecomms, S.a.r.l*,
  790 F.3d 411 (2d Cir. 2015)................................................................................4

*Couponcabin LLC v. Savings.com, Inc.*,
  2016 WL 3181826 (N.D. Ind. June 8, 2016) ....................................................12

*Dane v. UnitedHealthcare Ins. Co.*,
  974 F.3d 183 (2d Cir. 2020)..........................................................................4,16

*Digital Drilling Data Sys., L.L.C. v. Petrolink Servs., Inc.*,
  965 F.3d 365 (5th Cir. 2020) ...........................................................................12

*Dish Network L.L.C. v. World Cable Inc.*,
  893 F. Supp. 2d 452 (E.D.N.Y. 2012) ..............................................................13

*Echostar Satellite, L.L.C. v. Viewtech, Inc.*,
  543 F. Supp. 2d 1201 (S.D. Cal. 2008).............................................................8

*Express Gold Cash, Inc. v. Beyond 79, LLC*,
  2019 WL 4394567 (W.D.N.Y. Sep. 13, 2019) ..................................................24

*I.M.S. Inquiry Mgmt. Sys., Ltd. v. Berkshire Info. Sys., Inc.*,
  307 F. Supp. 2d 521 (S.D.N.Y. 2004)...............................................................13

*Indiaweekly.com, LLC v. Nehaflix.com, Inc.*,
  2011 WL 13228167 (D. Conn. Jan. 19, 2011)...................................................22

*In re Jackson*,
  972 F.3d 25 (2d Cir. 2020)............................................................................21,22

*John Wiley & Sons, Inc. v. DRK Photo*,
  998 F. Supp. 2d 262, 277 (S.D.N.Y. 2014), *aff'd*, 882 F.3d 394 (2d Cir. 2018) ......................7

*Joint Stock Co. Channel One Russia Worldwide v. Infomir LLC,*
   2017 WL 696126 (S.D.N.Y. Feb. 15, 2017), *report and recommendation*
   *adopted sub nom. Joint Stock Co. v. Infomir LLC*, 2017 WL 2988249
   (S.D.N.Y. Mar. 27, 2017) ...................................................................................................17

*Keane v. Early Warning Servs., LLC*,
   2026 WL 685842 (S.D.N.Y. Mar. 11, 2026) ...........................................................................18

*Kregos v. Associated Press*,
   3 F.3d 656 (2d Cir. 1993) ......................................................................................................21

*Lexmark Int'l, Inc. v. Static Control Components*,
   387 F.3d 522 (6th Cir. 2004) ..............................................................................................6,11

*Lexmark Int'l Inc. v. Static Control Components Inc.*,
   572 U.S. 118 (2014).........................................................................................................4,5,12

*LivePerson, Inc. v. 24/7 Customer, Inc.*,
   83 F. Supp. 3d 501 (S.D.N.Y. 2015)......................................................................................17

*Lujan v. Defs. of Wildlife*,
   504 U.S. 555 (1992)..................................................................................................................9

*Mango v. BuzzFeed, Inc.*,
   970 F.3d 167 (2d Cir. 2020)..................................................................................................5,6

*Miller v. James*,
   751 F. Supp. 3d 21 (N.D.N.Y. 2024)...................................................................................9,10

*ML Genius Holdings LLC v. Google LLC*,
   2022 WL 710744 (2d Cir. Mar. 10, 2022).............................................................................22

*Mount v. PulsePoint, Inc.*,
   684 F. App'x 32 (2d Cir. 2017) .............................................................................................25

*Myrieckes v. Woods*,
   2009 WL 884561 (S.D.N.Y. Mar. 31, 2009).........................................................................22

*Nat'l Basketball Ass'n v. Motorola, Inc.*,
   105 F.3d 841 (2d Cir. 1997)..................................................................................................22

*New York Times Co. v. Microsoft Corp.*,
   777 F. Supp. 3d 283 (S.D.N.Y. 2025)....................................................................................22

*OpenAI, Inc. Copyright Infringement Litig.*,
   2025 WL 3635559 (S.D.N.Y. Dec. 15, 2025) ............................................................13, 14, 22

*Point 4 Data Corp. v. Tri-State Surgical Supply & Equip., Ltd.*,
  2013 WL 5502852 (E.D.N.Y. Oct. 1, 2013)*, report and recommendation
  adopted*, 2014 WL 12769275 (E.D.N.Y. Sept. 17, 2014)............................................6

*Prysm Grp., LLC v. Emeritus Inst. of Mgmt. PTE LTD*,
  2025 WL 1827274 (S.D.N.Y. July 2, 2025) ..........................................................3

*Raw Story Media v. OpenAI, Inc.*,
  756 F. Supp. 3d 1 (S.D.N.Y. 2024)......................................................................9

*RBG Mgmt. Corp. v. Vill. Super Mkt., Inc.*,
  692 F. Supp. 3d 135 (S.D.N.Y. 2023)................................................................23

*Rubio v. Barnes & Noble, Inc.*,
  2014 WL 6769150 (S.D.N.Y. Nov. 12, 2014)....................................................23

*Shafran v. Harley-Davidson, Inc.*,
  2008 WL 763177 (S.D.N.Y. Mar. 20, 2008) .....................................................25

*Sheldon v. Plot Com.*,
  2016 WL 5107072 (E.D.N.Y. Aug. 26, 2016) *report and recommendation
  adopted,* 2016 WL 5107058 (E.D.N.Y. Sept. 19, 2016)..................................6,7

*Spokeo, Inc. v. Robins*,
  578 U.S. 330 (2016).............................................................................................9

*Squires v. Lancaster Cnty. Prison*,
  2025 WL 3298948 (E.D. Pa. Nov. 26, 2025) ......................................................5

*Storage Tech. Corp. v. Custom Hardware Eng'g & Consulting, Inc.*,
  421 F.3d 1307 (Fed. Cir. 2005)...........................................................................6

*Superama Corp., Inc. v. Tokyo Broad. Sys. Television, Inc.*,
  2024 WL 3616945 (9th Cir. Aug. 1, 2024).......................................................15

*Synopsys, Inc. v. AzurEngine Techs., Inc.*,
  401 F. Supp. 3d 1068 (S.D. Cal. 2019)..........................................................15,16

*United States v. Reichert*,
  747 F.3d 445 (6th Cir. 2014) ..............................................................................6

*Universal City Studios, Inc. v. Corley*,
  273 F.3d 429 (2d Cir. 2001)...........................................................................12,21

*Universal City Studios, Inc. v. Reimerdes*,
  111 F. Supp. 2d 294 (S.D.N.Y. 2000),..............................................................12

*VidAngel LLC v. ClearPlay, Inc.*,
    703 F. Supp. 3d 1329 (D. Utah 2023).............................................................................7,8

*Viral DRM LLC v. Seven W. Media Ltd.*,
    768 F. Supp. 3d 1025 (N.D. Cal. 2025) ...........................................................................7

*Walker v. Time Life Films, Inc.*,
    615 F. Supp. 430 (S.D.N.Y. 1985)..................................................................................22

*X Corp. v. Bright Data Ltd.*,
    733 F. Supp. 3d 832 (N.D. Cal. 2024) ...........................................................................19

*Yount v. Acuff Rose-Opryland*,
    103 F.3d 830 (9th Cir. 1996) ..........................................................................................16

## STATE CASES

*Edelman v. Starwood Capital Grp., LLC*,
    892 N.Y.S.2d 37 (1st Dep't 2009) ..................................................................................25

*Georgia Malone & Co. v. Rieder*,
    19 N.Y.3d 511 (2012)......................................................................................................25

*ITC Ltd. v. Punchgini, Inc.*,
    9 N.Y.3d 467 (2007) ........................................................................................................23

*Mandarin Trading Ltd. v. Wildenstein*,
    16 N.Y.3d 173 (2011) ......................................................................................................25

*Paramount Film Distrib. Corp. v. State of New York*,
    30 N.Y.2d 415 (1972) ......................................................................................................24

*Sperry v. Crompton Corp.*,
    8 N.Y.3d 204 (2007) ........................................................................................................25

## FEDERAL STATUTES

17 U.S.C.
    § 301(a) ............................................................................................................................21
    § 1201.......................................................................................................................*passim*
    § 1201(a) ........................................................................................................................6,16
    § 1201(a)(1) ..................................................................................................................16,17
    § 1201(a)(2) ..................................................................................................................17,21
    §§ 1201(a)(2) and 1201(b).............................................................................................19
    § 1201(a)(2)(A)–(C).......................................................................................................19
    § 1201(a)(3) ......................................................................................................................6
    § 1201(a)(3)(A)..............................................................................................................7,14
    § 1201(a)(3)(B).........................................................................................................6,11,14

§ 1201(b)..............................................................................................................17,21
§ 1201(b)(1) ................................................................................................................21
§ 1201(b)(1)(A)–(C) ...................................................................................................19
§ 1202.......................................................................................................................6,9
§ 1202(b) .....................................................................................................................6
§ 1203..........................................................................................................................8
§ 1203(a) ...................................................................................................................4,6

47 U.S.C.
§ 230...........................................................................................................................2

## FEDERAL RULES AND REGULATIONS

Fed. R. Civ. P. 12(b)(1)................................................................................................4

Fed. R. Civ. P. 12(b)(6)................................................................................................4

## LEGISLATIVE MATERIALS

H.R. Rep. No. 105–551 (I)........................................................................................6,11

S. Rep. No. 105–190 ...................................................................................................6

## I.    INTRODUCTION

This case concerns whether Reddit can prevent the collection of widely available data, to which it has a non-exclusive license, that is found on a third-party website (Google.com) that is accessible to anyone in the world with an internet connection. The copyright holders of the information at issue—Reddit's users—have instructed Reddit to "share this information publicly and freely," but Reddit nonetheless sues to police the alleged circumvention of Google's technological control measures, which Reddit admittedly does not implement or control in any way. Reddit's claims must fail because the Digital Millennium Copyright Act (DMCA) does not authorize Reddit to sue for alleged infractions on the internet at large. Reddit has no standing under the DMCA or Article III of the U.S. Constitution, and its allegations do not show that Google's measures qualify as technological control measures under the DMCA.

Reddit's claims also fail as to Defendant Oxylabs UAB, a Lithuanian company with no office or physical presence in this country, for several additional reasons unique to Oxylabs. First, Reddit identifies no wrongful acts by Oxylabs in the United States, and the DMCA does not apply extraterritorially. Second, Reddit's claims for direct circumvention fail because, as the First Amended Complaint (FAC) acknowledges, Oxylabs is merely a provider of "services" and "tools" that can be used by others to collect data that is widely available. Even assuming that accessing publicly available data is somehow prohibited, the DMCA does not allow Reddit to impose liability on Oxylabs for merely providing general purpose tools to others. Third, Reddit fails to allege sufficient facts supporting its "trafficking" claims. Finally, copyright law preempts Reddit's state law claims, which also fail for inadequate factual support. For all these reasons, the Court should dismiss the FAC.

## II.    FACTUAL BACKGROUND

Reddit is a website that hosts a "vast corpus" of online discussion authored by its users,

1

comprising "billions of posts and comments." Dkt. 55 ("FAC") ¶¶ 2, 44. Through Reddit's

agreements, its users have "direct[ed]" Reddit "to share this information publicly and freely."

Reddit Privacy Policy.[1] Reddit has only a non-exclusive license to this user content, which

makes up the vast majority of Reddit's data; the users retain any copyrights in their posts. FAC

¶ 46.[2] Though Reddit alleges that it also has authored "tens of thousands" of posts itself, FAC

¶ 47, this amounts to less than one thousandth of one percent of the content on the site, if the

FAC's claim about "billions" of user posts is credited.

Oxylabs is a technology company located in Vilnius, Lithuania. FAC ¶ 10. The FAC

alleges that "Oxylabs provides products and services to enable web scraping," *id.*, but it alleges

no facts supporting Reddit's contention that Oxylabs itself bypasses any technological control

measures or directly collects Reddit's (or anyone else's) data. Instead, the only allegations that

identify conduct by Oxylabs in particular appear in paragraphs 23–24 and 79–80, which allege

that Oxylabs provides "proxy servers" and offers tutorials on how to use them for data scraping,

and an unexplained "access" chart at paragraph 85 that does not explain whether Oxylabs or its

customers are responsible for the alleged "access." Proxy servers are a technology widely used

on the modern internet that act as intermediaries to connect users with internet websites, and they

have many use cases. Oxylabs' proxy servers have a range of commercial applications, including

enhanced security, market research, search engine optimization monitoring, brand protection,

---

[1] REDDIT, *Reddit Privacy Policy*, https://www.reddit.com/policies/privacy-policy (last visited July 20, 2026). The FAC relies repeatedly on Reddit's Privacy Policy and therefore incorporates it by reference. *See* FAC ¶¶ 50, 109.
[2] The reason for this arrangement is so that Reddit can claim immunity for any damages caused by user-generated content under the Communications Decency Act, 47 U.S.C. § 230. As Reddit explained in an *amicus* brief submitted to the Supreme Court: "The overwhelming majority of content rules on Reddit are made and enforced by *users*, not by Reddit itself. It is users who decide the topic of any given community and what content the community will accept or reject. Those rules are enforced by volunteer user-moderators. . . . All of those activities are protected by Section 230[.]" Ex. 1, Brief for Reddit, Inc. & Reddit Moderators as Amici Curiae Supporting Respondent at 3, *Gonzalez v. Google LLC*, No. 21-1333 (U.S. Jan. 19, 2023) ("Gonzalez Amicus Brief"). Unless otherwise indicated, citations to exhibits refer to exhibits to the Declaration of Alex Reese in Support of Oxylabs UAB's Motion to Dismiss Plaintiff's First Amended Complaint.

academic data collection, advertising verification, and competitive pricing intelligence. *See, e.g.*, FAC at 8 fn.10 (citing https://oxylabs.io/location-proxy/usa).

Reddit contends that Oxylabs' proxy servers were used to collect Reddit data from publicly accessible Google search result pages (i.e., the pages that appear any time a search is entered into Google.com, abbreviated as "SERPs" throughout the Complaint). FAC ¶¶ 1, 55, 63–64, 79–80. But materials attached to the FAC show that Oxylabs urges its customers to use its services to collect only publicly available information and cautions users not to collect data such as "personal information" and "copyrighted content." FAC, Ex. C at 16. Oxylabs' Acceptable Use Policy expressly prohibits customers from using Oxylabs' infrastructure for "[c]ircumventing user authentication or security of any host, network or account" and from collecting data "in violation of relevant terms of use/service or other legal documents."[3]

Despite Oxylabs' clear rules for its customers, Reddit alleges that, by providing proxy servers (i.e., general purpose infrastructure that *could be* used for scraping), Oxylabs has violated the DMCA because some Oxylabs customers may use proxies to scrape data from Google's public search results. FAC ¶¶ 5, 63. Critically, however, Reddit does not allege any specific facts that *Oxylabs* accessed *Reddit's* website, circumvented any *Reddit* technological control measures, or scraped the 0.001% of content on the site authored by *Reddit*. *Id.* ¶¶ 44, 47. On multiple occasions, the FAC instead lumps together Oxylabs and the other Defendants to generically allege that they all "scrape" or "are circumventing" *Google's* technological control measures. *See, e.g., id.* ¶¶ 5, 63, 64, 86. None of these allegations identify any conduct by

---

[3] OXYLABS, *Oxylabs Acceptable Use Policy*, https://oxylabs.io/legal/oxylabs-acceptable-use-policy (last visited July 20, 2026). The Court may consider this page because it is part of Oxylabs' website, which the FAC references repeatedly. *See Prysm Grp., LLC v. Emeritus Inst. of Mgmt. PTE LTD*, 2025 WL 1827274, at *1 n.2 (S.D.N.Y. July 2, 2025) ("[w]here the complaint incorporates a website by reference, a district court may consider the website in its totality in adjudicating a motion to dismiss") (citation omitted).

Oxylabs specifically. While the FAC includes allegations regarding how other Defendants scrape and/or circumvent Google's technological control measures, *see, e.g.*, FAC ¶¶ 66–76, 78, 95–100, or how they use Reddit's data, *id.* ¶¶ 6, 88, the only specific conduct by Oxylabs that the FAC identifies has to do with Oxylabs providing proxy servers to customers.

## III.    LEGAL STANDARD

"A district court properly dismisses an action under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction if the court 'lacks the statutory or constitutional power to adjudicate it,' such as when . . . the plaintiff lacks constitutional standing to bring the action." *Cortlandt St. Recovery Corp. v. Hellas Telecomms, S.a.r.l*, 790 F.3d 411, 416–17 (2d Cir. 2015). A complaint must also be dismissed under Rule 12(b)(6) if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Although the Court must "accept as true all factual allegations and draw from them all reasonable inferences," it is "not required to credit conclusory allegations or legal conclusions." *Dane v. UnitedHealthcare Ins. Co.*, 974 F.3d 183, 188 (2d Cir. 2020).

## IV.    ARGUMENT

### A.    Reddit Lacks Standing Under the DMCA.

SerpApi's pending motion to dismiss explains why Reddit lacks statutory standing under the DMCA. Dkt. No. 59 at 8–13. In response, Reddit has incorrectly argued that DMCA standing is broad under 17 U.S.C. § 1203(a), covering "[a]ny person injured by a violation of section 1201 or 1202." Dkt. 68 at 11–12. But this language in Section 1203(a) does not provide statutory standing here. *See Associated Gen. Contractors of Cal., Inc. v. Cal. State Council of Carpenters*, 459 U.S. 519, 529, 535 (1983) (rejecting a "literal reading" of statutes authorizing suit by "any person … injured"). Instead, a plaintiff who brings a statutorily created cause of action must fall within the "zone of interests" protected by the law. *See Lexmark Int'l Inc. v. Static Control*

4

*Components Inc.*, 572 U.S. 118, 128–30 (2014). In *Lexmark*, the Court construed a statute with language similar to the DMCA provision Reddit relies on, authorizing suit by "'any person who believes that he or she is likely to be damaged' by a defendant's false advertising." *Id*. at 129. The Court nonetheless narrowed this language under the zone of interests test, holding that the statute was designed to protect only "commercial interests" and did not extend to individuals or businesses "hoodwinked" by false advertising. *Id.* at 132, 137.

Reddit—which is merely a non-exclusive licensee of the user-generated content on its website, FAC ¶ 46—falls outside the DMCA's zone of interests with respect to user content. In the FAC, Reddit identifies a vanishingly small percentage of the content on its site that it authored (less than 0.001%, as explained above), but Reddit fails to allege that Oxylabs or its customers ever copied this content, and it alleges no injury qualifying it as a "person injured" by Oxylabs' purported Section 1201 violations. Likewise, although Reddit contends in its consolidated Opposition that it owns copyrights in its compilations and arrangements of user-authored content, Dkt. 68 at 12–13, Reddit does not allege that Oxylabs accessed or copied any such compilations and arrangements.[4]

          1.       *Reddit is not within the "zone of interests" as to user-generated content.*

The DMCA's anti-circumvention provisions establish a clear zone of interests: protecting the *copyright owner's* rights. *See Mango v. BuzzFeed, Inc.*, 970 F.3d 167, 172 n.2 (2d Cir. 2020) (noting that the DMCA is designed to provide "protections to copyright owners"); *Squires v. Lancaster Cnty. Prison*, 2025 WL 3298948, at *3 (E.D. Pa. Nov. 26, 2025) (DMCA zone of

---

[4] Reddit's allegation is also contrary to its representations to the U.S. Supreme Court, where it argued at length that the way user-authored content is arranged and compiled is decided by the users themselves. "[C]ontent on Reddit is primarily ranked and curated by the upvotes and downvotes of the users themselves. Moderators take an active role as well, such as by 'pinning' content . . . at the top of a given subreddit, or by providing a list of 'related' subreddits[.]" Gonzalez Amicus Brief at 14; *see also* "*Why is Subreddit? Or, a Brief History of the Subreddit*" (cited by FAC at 16 fn.22, explaining that "in 2008 we opened the floodgates and let users create their own subreddits").

interests "does not include a party who alleges injury but who has no legal interest whatsoever in any of the material").[5] The DMCA's legislative history confirms that Congress enacted the law to "protect the [copyright] owner" from internet piracy by barring circumvention of measures "**used by copyright owners** to protect their works." Ex. 2, H.R. Rep. No. 105–551 (I), 1998 WL 261605, at *10 (1998) (emphasis added); Ex. 3, S. Rep. No. 105–190, 1998 WL 239623, at *28 (1998) (stating § 1201(a) applies when "**the copyright owner** has put in place a technological measure") (emphasis added).[6]

In its consolidated Opposition, Reddit argues that because the DMCA authorizes "any person injured by a violation" of the statute to sue (17 U.S.C. § 1203(a)), DMCA standing must therefore be "broad and inclusive." Dkt. 68 at 11. This argument, however, ignores the fact that a violation occurs only if someone circumvents a "technological measure" that was enacted "with the authority of the copyright owner." 17 U.S.C. § 1201(a)(3)(B). There can be no violation, and thus no standing, when (as here) a nonparty's technological measures were allegedly circumvented and the (also nonparty) copyright owner had nothing whatsoever to do with the creation, authorization, or implementation of the technological measures.[7] The technological

---

[5] *Mango* and *Sheldon v. Plot Com.*, 2016 WL 5107072 (E.D.N.Y. Aug. 26, 2016), *report and recommendation adopted,* 2016 WL 5107058 (E.D.N.Y. Sept. 19, 2016) discussed below involved claims under Section 1202 of the DMCA, but their reasoning applies equally to Reddit's Section 1201 claims. First, both sections explicitly mention "the authority of the copyright owner." *Compare* 17 U.S.C. § 1201(a)(3) *with* 17 U.S.C. § 1202(b). Second, Section 1203(a) confers statutory standing on both Section 1201 and Section 1202 plaintiffs. Thus, the "zone of interests" protected by each section is the same.

[6] Consistent with the understanding that the DMCA is meant to protect the copyright owner's interests, many courts have held that there is no anti-circumvention claim without a demonstrated nexus between the circumvention and actual copyright infringement. *See Chamberlain Grp., Inc. v. Skylink Techs., Inc.*, 381 F.3d 1178, 1195 (Fed. Cir. 2004) ("[D]efendants whose circumvention devices do not facilitate infringement are not subject to § 1201 liability."); *Storage Tech. Corp. v. Custom Hardware Eng'g & Consulting, Inc.*, 421 F.3d 1307, 1319 (Fed. Cir. 2005); *United States v. Reichert*, 747 F.3d 445, 448 (6th Cir. 2014); *Lexmark Int'l, Inc. v. Static Control Components*, 387 F.3d 522, 547 (6th Cir. 2004) (abrogated on other grounds) (favorably citing *Chamberlain*); *Chambers v. Amazon.com Inc.*, 632 F. App'x 742, 744 (4th Cir. 2015). At least one court in the Second Circuit has agreed. *See Point 4 Data Corp. v. Tri-State Surgical Supply & Equip., Ltd.*, 2013 WL 5502852, at *7 (E.D.N.Y. Oct. 1, 2013) (citing *Chamberlain), report and recommendation adopted*, 2014 WL 12769275 (E.D.N.Y. Sept. 17, 2014).

[7] Further emphasizing that the anti-circumvention provisions were meant to protect the interests of copyright owners—not non-exclusive licensees like Reddit—"circumvention" is defined as an action "to descramble a scrambled work, to decrypt an encrypted work, or otherwise to avoid, bypass, remove, deactivate, or impair a

---

measures at issue here belong to nonparty Google, and the copyright owners are nonparty Reddit

users (and, as noted, Reddit-authored posts comprising less than 0.001% of the content).

Reddit cannot transmogrify itself into a party within the DMCA's zone of interests

simply by signing a non-exclusive license with its users, then signing a separate "partnership"

with Google that "enabled programmatic access by Google" to the content Reddit non-

exclusively licenses. *See e.g., Sheldon,* 2016 WL 5107072, at *10 ("[T]o bring a valid claim for

copyright infringement under either statute, [the plaintiff] must demonstrate that he is the owner

of the copyright interests in the Photograph."). According to Reddit's User Agreement, Reddit

users "retain any ownership rights [they] have in [their] Content," and Reddit holds only a "non-

exclusive" license to user-generated content. Reddit User Agreement § 5. "[T]he holder of a

nonexclusive license may not sue others for infringement." *John Wiley & Sons, Inc. v. DRK

Photo*, 998 F. Supp. 2d 262, 277 (S.D.N.Y. 2014) (citation omitted), *aff'd*, 882 F.3d 394 (2d Cir.

2018). Because Reddit does not have any copyright interest in its users' content (to the extent

such content is even copyrightable), Reddit falls outside the DMCA's zone of interests.

There are some DMCA cases recognizing that anti-circumvention protection extends to

parties who "supply anti-circumvention technologies" at the copyright owner's request, or who

are "in privity" with copyright owners. *VidAngel LLC v. ClearPlay, Inc.*, 703 F. Supp. 3d 1329,

1335–36 (D. Utah 2023). For example, some cases outside the Second Circuit have recognized

DMCA standing for plaintiffs that either had a contractual right to enforce a copyright or that

controlled the technological measures at issue, neither of which is true for Reddit with regard to

user-generated content. *See, e.g., Viral DRM LLC v. Seven W. Media Ltd.*, 768 F. Supp. 3d 1025,

1031–32 (N.D. Cal. 2025) (plaintiff had contract "rights to enforce and protect the content

---

technological measure, ***without the authority of the copyright owner***." 17 U.S.C. § 1201(a)(3)(A) (emphasis added).

holders['] copyrighted works from non-licensed users"); *Echostar Satellite, L.L.C. v. Viewtech, Inc.*, 543 F. Supp. 2d 1201, 1205–06 (S.D. Cal. 2008) (inferring plaintiff had authority to control the technological control measures); *Comcast of Ill. X, LLC. v. Hightech Elecs., Inc.*, 2004 WL 1718522, at *6 (N.D. Ill. July 29, 2004) (plaintiff "control[led] access").[8]

Oxylabs has been able to identify only a single case in which a party attempted to expand the boundaries of DMCA standing in the way Reddit does here. In *VidAngel*, the plaintiff (like Reddit) did not own the copyright at issue, and (like Reddit) it did not control the technological measures. The court concluded that the plaintiff did not have DMCA standing. *VidAngel LLC*, 703 F. Supp. 3d at 1335–36 ("The court is not aware of any cases extending the cause of action in Section 1203 beyond copyright owners and owners of an access control measure."). This Court should reach the same result and refuse Reddit's invitation to expand DMCA standing in a manner that no court has yet recognized.

2.     *Reddit fails to allege that Oxylabs accessed any Reddit-authored content.*

Likewise, Reddit cannot establish standing by alleging that it authored some minuscule percentage of the content on its website, because it has not alleged that Oxylabs has accessed any Reddit-authored content. In response to the first round of motions to dismiss, Reddit added allegations that it authored "tens of thousands of posts," and that in particular, its "public data policy" had been scraped. FAC ¶ 66. Reddit does not allege any injury associated with scraping this policy document (or any of its other posts), a necessary element of its claims, *see* Mem. in Supp. of SerpApi LLC's Mot. to Dismiss, Dkt. 59 at 12–13, but even if it had alleged injury,

---

[8] Reddit vaguely alleges that "one of the Defendants *may* also be scraping Reddit data directly from its servers." *Id.* ¶ 63 n.31 (emphasis added). But this fails to "raise a right to relief above the speculative level." *Twombly*, 550 U.S. at 555. It also impermissibly lumps together the defendants. *See Bardwil Indus. Inc. v. Kennedy*, 2020 WL 2748248, at *3 (S.D.N.Y. May 27, 2020) (dismissing allegations that failed to "specif[y] which defendant engaged in what misconduct"). And beyond such misleading and conclusory statements, Reddit has not alleged in any detail that Oxylabs actually accessed Reddit's platform.

Reddit does not allege that Oxylabs (rather than customers of Oxylabs) scraped any Reddit-authored content, *see* FAC ¶ 66. Reddit's claims against Oxylabs should therefore be dismissed.

### B.    Reddit Lacks Article III Standing.

To bring suit in federal court, a plaintiff "must have (1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision." *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016). The injury in fact must be "concrete and particularized" and "actual or imminent, not conjectural or hypothetical." *Id.* at 339 (quoting *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992)). Because the FAC's allegations regarding Reddit's injuries are vague, speculative, and attenuated from Oxylabs' alleged conduct, Reddit fails to establish Article III standing. *See Raw Story Media v. OpenAI, Inc.,* 756 F. Supp. 3d 1, 5–6 (S.D.N.Y. 2024) (finding no standing for DMCA § 1202 violation without concrete injury-in-fact).

The FAC alleges that Defendants have damaged Reddit's reputation and business relationships by depriving Reddit of the ability to control access to its users' data. FAC ¶¶ 102–108. However, the FAC fails to allege "any reputational harm actually materialized or was likely to materialize" or that the harm is traceable to Oxylabs. *Miller v. James*, 751 F. Supp. 3d 21, 32–33 (N.D.N.Y. 2024) (collecting cases), *aff'd*, 2025 WL 1085815 (2d Cir. Apr. 9, 2025), *cert. denied*, 146 S. Ct. 884 (2025). Reddit identifies no user that has ceased using Reddit because of Oxylabs' alleged conduct, nor could it plausibly identify such a user considering that Reddit requires its users to make their content widely available on the internet, including "on internet search engines like Google or in responses provided by an AI chatbot like OpenAI's ChatGPT as well as reshared by others without permission or where Reddit has no control." Reddit Privacy Policy. Because the FAC fails to allege "anything beyond conclusory assertions that [its] public reputation has been harmed," and does not establish the alleged harm is traceable to Oxylabs,

9

this assertion has no Article III merit. *Miller*, 751 F. Supp. 3d at 32; *see also Braver v. Diversified Adjustment Serv., Inc.*, 2023 WL 8435825, at *3 (S.D.N.Y. Dec. 5, 2023) (denying Article III standing where plaintiff failed to allege among other things "specific evidence of reputational or monetary harm").

Likewise, allegations that Reddit has lost licensing fees or other commercial opportunities are entirely speculative and unsupported by any concretely alleged facts. FAC ¶ 109. Threatened or possible future injury "not certainly pending" is not sufficient to confer Article III standing. *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 409 (2013).

Moreover, Supreme Court precedent forecloses a determination of standing based on allegations concerning Reddit's investment in anti-scraping resources because Reddit has not alleged that Oxylabs accessed Reddit's platform or is likely to do so in the future. *See Clapper*, 568 U.S. at 415–16 (allegations of "costly and burdensome measures to protect the confidentiality of their communications" insufficient to confer standing). Accordingly, Reddit cannot show how the harm of expending resources to improve its own anti-scraping efforts is fairly traceable to Oxylabs' alleged access to Google's search result pages. FAC ¶ 112. Reddit's DMCA claims also therefore fail for lack of Article III standing.

### C.  Reddit Does Not Adequately Allege the Existence of Effective "Technological Measures."

Even if Reddit had standing to pursue its DMCA claims, they would still fail because the FAC does not adequately allege the existence of "technological measures" for two reasons. First, Google's anti-bot technology described in the FAC does not "effectively" control access to Google search results, which are available to anyone with an internet connection. Second, Google implemented its anti-bot technology of its own accord and without the "authority of the copyright owner" as required by the DMCA.

10

1.      *The FAC concedes that Google's anti-bot technology prevents only one narrow type of use.*

Reddit's claims against Oxylabs are premised on alleged circumvention of non-party Google's anti-bot technology called "SearchGuard" and a document embedded on Google's website called a "robots.txt file." *Id.* ¶¶ 55–57, 63–64, 78, 86, 123, 125, 131, 133. According to the FAC, SearchGuard has a narrow purpose: it is "designed to prevent automated systems from accessing and obtaining wholesale search results and indexed data," but SearchGuard does nothing to prevent many other types of users from accessing search result pages. *Id.* ¶ 56. Indeed, the FAC admits that SearchGuard allows "individual users—i.e., humans—access to Google's search results, including results that feature Reddit data." *Id.*[9] And even according to Reddit, the robots.txt file is nothing more than "machine-readable instructions" that "disallow" only automated access to the site. *Id.* ¶ 55.

"[T]he DMCA not only requires the technological measure to 'control[] access' but also requires the measure to control that access 'effectively[.]'" *Lexmark Int'l, Inc. v. Static Control Components*, 387 F.3d at 547. A measure "effectively controls access" only if it "**requires** the application of information, or a process or a treatment, with the authority of the copyright owner, to gain access to the work." 17 U.S.C. § 1201(a)(3)(B) (emphasis added). There is no DMCA violation if, as the FAC concedes, the exact same content is widely available without the need to bypass any technological barrier at all. Congress has likened effective control measures to a "locked room," and the Second Circuit has compared them to "digital walls" and identified examples such as "encryption codes or password protections." Ex. 2 at 17; *Universal City*

---

[9] The Court can observe that there is no meaningful protection over Google search result pages featuring Reddit by simply entering a search query that includes the word "Reddit" into Google.com, such as "best laptop Reddit." The search result pages will not be blocked from the Court's access—no "application of information, or a process or a treatment" as required by 17 U.S.C. § 1201(a)(3)(B) is needed to access the search result.

*Studios, Inc. v. Corley,* 273 F.3d 429, 435, 453 (2d Cir. 2001). Accordingly, a technological control effectively controls access when it "'actually works' to prevent access to the protected work." *Universal City Studios, Inc. v. Reimerdes*, 111 F. Supp. 2d 294, 317–18 (S.D.N.Y. 2000), *aff'd sub nom. Universal City Studios, Inc. v. Corley*, 273 F.3d 429 (2d Cir. 2001). Conversely, a technological measure that "restricts one form of access but leaves another route wide open" does not "effectively control access" under the DMCA, as courts around the country have held. *Static Control Components*, 387 F.3d at 546–47 ("Just as one would not say that a lock on the back door of a house 'controls access' to a house whose front door does not contain a lock . . . it does not make sense to say that [Section 1201] applies to otherwise-readily-accessible copyrighted works."). In a case presenting similar facts, a DMCA plaintiff claimed that it protected its website by blocking certain servers from accessing the website, but it admitted that the defendants "continued their scraping activity" by using "a variety of servers and/or internet service providers throughout the United States and/or from outside the United States." *Couponcabin LLC v. Savings.com, Inc.*, 2016 WL 3181826, at *6 (N.D. Ind. June 8, 2016). In other words, just as here, parties were able to access the website through some servers but not others. The court dismissed the DMCA claims because this was not an "effective" technological measure—the "website remains accessible to users of servers and/or internet service providers that have not been blocked by the Plaintiff's technology." *Id.*; *see also Avaya, Inc. v. Telecom Labs., Inc.*, 2012 WL 13035096, at *9 (D.N.J. May 1, 2012) (measures not effective because they "d[id] not prevent all forms of access to the copyrighted work at issue"); *Digital Drilling Data Sys., L.L.C. v. Petrolink Servs., Inc.*, 965 F.3d 365, 376–77 (5th Cir. 2020) (measures not effective because "access to the database itself was available via third party programs without ever encountering those measures").

Here, the FAC fails to allege that Google employs any technological control measures similar to a lock or that require any application of information like a password by the general public. Instead, SearchGuard is designed only to prevent a very specific use—"automated systems" that seek to obtain "wholesale search results and indexed data." FAC ¶ 56. And it apparently is not uncommon for even those kinds of users to succeed in accessing the information—the FAC alleges only that such users "typically" cannot access the information. *Id.* Reddit admits that SearchGuard allows "individual users—i.e., humans" and other "recognized" sources to access Google search results. FAC ¶¶ 56, 58. Many users access the search results with ease; Reddit concedes that human users "seamlessly" access Google SERPs while SearchGuard works in the background "without disrupting the user experience." *Id.*[10] Thus, access to Google's SERPs is "wide open" by design such that the content is readily accessible, except for a specific type of user, and even then the information is only unavailable sometimes.

Likewise, the FAC's allegations regarding "machine-readable instructions" such as "robots.txt files," FAC ¶¶ 54–55, 77, fail to demonstrate that such instructions are anything more than "mere[] requests" that "do not effectively control access to copyrighted works." *OpenAI, Inc. Copyright Infringement Litig.*, 2025 WL 3635559, at *4–5 (S.D.N.Y. Dec. 15, 2025); *see also I.M.S. Inquiry Mgmt. Sys., Ltd. v. Berkshire Info. Sys., Inc.*, 307 F. Supp. 2d 521, 532–33 (S.D.N.Y. 2004) (distinguishing bypassing "permission" from bypassing digital walls guarding copyrighted material); *Dish Network L.L.C. v. World Cable Inc.*, 893 F. Supp. 2d 452, 464 (E.D.N.Y. 2012) (dismissing DMCA claim where there was no basis to infer that alleged conduct

---

[10] Notably, the content that Reddit seeks to block Defendants from accessing in this case is also available directly on Reddit's own website. As Reddit's Public Content Policy states: "anyone who has access to the internet can see public posts, comments, usernames, profiles, karma scores, and related metadata. You do not need an account to view the Reddit platform or public content contributed by other Redditors." Reddit Public Content Policy, cited at FAC at 17 fn.23.

13

"avoided a 'digital wall,' as opposed to a contractual restriction"). A measure like that does not control access "any more than a sign requesting that visitors 'keep off the grass' effectively controls access to a lawn." *In re OpenAI*, 2025 WL 3635559, at *4.

In its consolidated Opposition, Reddit focuses heavily on the fact that SearchGuard allegedly requires internet browsers that are being used both by automated systems and by individual users to solve a "JavaScript challenge." Dkt. 68 at 24 (emphasizing that Google presents this challenge to "***all relevant users***"). This is a red herring. The question is not whether all or just some users face this JavaScript challenge—it is undisputed that, in the ordinary course, all individual users access Google search results "seamlessly." FAC ¶ 58. If every individual can access the content merely by using an internet browser in the ordinary course, as Reddit concedes, this cannot constitute an "effective" measure for controlling access as a matter of law. In addition, merely "solving" a challenge is not avoiding, bypassing, removing, deactivating, or impairing a technological measure, as required by the statute. 17 U.S.C. § 1201(a)(3)(A). For all these reasons, Reddit's DMCA claims fail.

2. *Reddit fails to plead that it or its users have any "authority" with respect to the implementation or operation of SearchGuard.*

Reddit also fails to plead that SearchGuard operates "with the authority of the copyright owner," as required by Section 1201(a)(3)(B). The relevant copyright owners are Reddit's users, who retain ownership of their posts and comments. FAC ¶ 46. Yet the FAC alleges no facts showing that those users authorized Google to design, implement, or operate SearchGuard to control access to their works. It identifies no agreement between Google and Reddit's users, no agency or privity relationship, and no mechanism through which users directed Google to apply SearchGuard or any other mechanism for copyright-protection purposes.[11] Indeed, Reddit admits

---

[11] On July 20, 2026, a court in the Northern District of California dismissed a complaint filed by Google against

that Google independently developed and operates SearchGuard and that Reddit did not understand how the system functioned until after this action began. FAC ¶ 56, fn. 29.

Reddit's reliance on its own policies does not cure that defect. The FAC alleges only that Reddit's Privacy Policy "authorizes Reddit" to protect user information. FAC ¶ 50. But this is not an allegation that the copyright owners authorized Google to take steps to protect their content, and in any case, Reddit misstates its Privacy Policy. What the Policy actually does is provide notice that Reddit keeps users' *personal information* secure, including by limiting "which of our employees have access to non-public personal information." Reddit Privacy Policy. As to user *content*, the Privacy Policy says the opposite, requiring users to agree that their content may be reshared "where Reddit has no control" and that by using Reddit's services, users "are directing [Reddit] to share this information publicly and freely." *Id*. At most, the FAC alleges that Google uses SearchGuard to regulate automated access to its own search-results infrastructure. It does not plausibly allege that Google applies the measure with authority traceable to the owners of the allegedly protected works.

**D.      Reddit's DMCA Claims Against Oxylabs Fail Because the DMCA Does Not Apply Extraterritorially.**

It is well established that a circumvention claim under 17 U.S.C. § 1201 cannot apply to wholly extraterritorial conduct. *See, e.g.*, *Superama Corp., Inc. v. Tokyo Broad. Sys. Television, Inc.*, 2024 WL 3616945, at *2 (9th Cir. Aug. 1, 2024) (affirming district court's ruling that a circumvention claim cannot rest on wholly extraterritorial conduct); *Synopsys, Inc. v. AzurEngine Techs., Inc.*, 401 F. Supp. 3d 1068, 1073 (S.D. Cal. 2019) (focusing on whether circumvention occurred in the United States). Indeed, "[i]t is axiomatic that United States copyright law does not apply extraterritorially." *Yount v. Acuff Rose-Opryland*, 103 F.3d 830,

---

Defendant SerpApi for this very reason. *See* Ex. 4 at 12-13.

835 (9th Cir. 1996). Here, Reddit's DMCA claims fail because it does not adequately allege that Oxylabs committed any violation in the United States.

"The 'focus' of section 1201(a)(1) is to prevent circumvention of technological measures to gain access to copyrighted works." *Synopsys, Inc.*, 401 F. Supp. 3d at 1073. Where defendants "gain[] access to copyrighted works by circumventing technological access controls" outside the United States, there is no permissible domestic application of the DMCA. *Id.* Thus, the circumvention itself is the conduct relevant to the focus of § 1201(a). Reddit alleges that Oxylabs violates the DMCA by providing "large-volume proxy networks" to its customers. FAC ¶ 116. However, as Reddit concedes, Oxylabs is a Lithuanian company with its principal place of business in Vilnius. *Id.* ¶ 10. The FAC contains only two paragraphs identifying services that Oxylabs offers. *Id.* ¶¶ 79-80. Those paragraphs are based entirely on marketing statements on Oxylabs' website, and there is no allegation in the FAC that Oxylabs offers these services in the United States. There is only a single paragraph identifying any actions Oxylabs allegedly took in the United States, and that paragraph is too conclusory and vague to sustain a claim. Reddit alleges:

> Oxylabs unlawfully accessed and obtained Reddit data on computers located in New York *and/or* by using proxy servers located in New York, *and/or* by circumventing technological control measures on servers located in New York.

FAC ¶ 26 (emphasis added).

This boilerplate jurisdictional allegation is not sufficient, especially considering the many other allegations in the FAC demonstrating that Reddit contends that Oxylabs provides tools and services for scraping, not (contrary to paragraph 26) that Oxylabs accesses and copies data itself. *See Dane*, 974 F.3d at 189 ("[T]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice."). In addition, even interpreting this vague allegation as generously as possible in Reddit's favor, Oxylabs (based in Lithuania) has merely

16

provided access to a tool located in the U.S. that a customer (which could be based anywhere) used to avoid unspecified technological measures from an unspecified source in New York.[12] Reddit's claims fail because it has not adequately pleaded any violation inside the United States.

### E.    Reddit Fails to Allege Facts Supporting a Direct Circumvention or Trafficking Violation Claim Against Oxylabs.

Even setting aside the threshold problems with Reddit's DMCA claims explained above, Reddit fails to adequately allege facts supporting a claim that Oxylabs (1) directly circumvented any effective control measures under Section 1201(a)(1), or that it (2) trafficked in circumvention goods or services under Section 1201(a)(2) or 1201(b). Further, (3) Reddit's Section 1201(b) claims fail for the additional reason that SearchGuard is not a copying control.

#### 1.    *Reddit fails to allege that Oxylabs circumvented any technological measure.*

To plead a Section 1201(a)(1)(A) claim, a plaintiff must allege that the defendant "affirmatively perform[ed] an action that disables or voids the measure" that effectively controls access. *LivePerson, Inc. v. 24/7 Customer, Inc.*, 83 F. Supp. 3d 501, 509 (S.D.N.Y. 2015) (cleaned up). But here, Reddit at most alleges that Oxylabs provides general purpose tools that ***can be used by others*** for circumvention, which is insufficient.

Multiple courts have held that a Section 1201(a)(1)(A) claim requires an affirmative action. *Chamberlain*, 381 F.3d at 1195 ("Subsection 1201(a)(1) . . . targets ***the use of*** a circumvention technology, ***not the trafficking*** in such a technology.") (emphasis added); *see also Joint Stock Co. Channel One Russia Worldwide v. Infomir LLC*, 2017 WL 696126 (S.D.N.Y. Feb. 15, 2017). Because of the "use of the words 'avoid' and 'bypass' in the statute, 'as well as the remainder of the words describing circumvent," a violation occurs only when a party

---

[12] Reddit does not identify any facts suggesting it could know where Google's servers are located.

"affirmatively performs an action that disables or voids the measure." *Dish*, 893 F. Supp. 2d at 464 (citation omitted).

The FAC does not allege that Oxylabs engaged in any such conduct. The FAC alleges that Oxylabs offers "a proxy service that provides web-scraping solutions through a network of proxies that allow for human-like scraping without IP blocking" and "products and services" to facilitate "web scraping" through the network of proxies. FAC ¶¶ 125, 133. The FAC is clear that Oxylabs does not itself bypass any alleged technological controls; instead, the FAC alleges that Oxylabs "provides products and services to enable web scraping and allows **users** to bypass" technological measures. FAC ¶ 10; *see also id.* ¶ 64 (Oxylabs "created tools" that customers allegedly used for circumvention); ¶ 80 (Oxylabs provides "tutorials" on "how to use their services" for circumvention). The printout from Oxylabs' website attached to the FAC also shows that Oxylabs is at most providing tools and services that **others** may use for scraping: using proxies "can help you bypass restrictions and avoid getting blocked," and "even if your Google search scraper isn't a threat, it may still get banned." FAC Ex. C at 1, 4–5. Oxylabs even advises customers to seek legal counsel before engaging in scraping activities. *Id*. at 4. Although the FAC refers vaguely to Oxylabs and the other Defendants "circumventing" measures at various points, *see, e.g.*, FAC ¶¶ 5, 63, 64, 86, there is no factual support for these allegations— instead, they merely parrot the elements of a circumvention claim. This is insufficient. *See Keane v. Early Warning Servs., LLC*, 2026 WL 685842, at *3 (S.D.N.Y. Mar. 11, 2026) (finding "barebones recitation of statutory language" insufficient); *Bungie, Inc. v. Aimjunkies.com*, 2022 WL 16853626, at *3 (W.D. Wash. Nov. 10, 2022) (dismissing DMCA counterclaim for merely alleging party "defeated and compromised technological measures").

Reddit's Section 1201(a)(1)(A) claim fails because it does not identify any affirmative act

18

of circumvention actually performed by Oxylabs.

> 2.    *Reddit fails to allege trafficking of circumvention technology under any prong of sections 1201(a)(2) and 1201(b).*

Sections 1201(a)(2) and 1201(b) prohibit trafficking of technology that (a) is "primarily designed or produced for the purpose" of circumventing technological measures, (b) has "only limited commercially significant purpose or use other than" circumventing technological measures, or (c) is marketed for use in circumventing technological measures. 17 U.S.C. § 1201(a)(2)(A)–(C); *id.* § 1201(b)(1)(A)–(C). Reddit alleges that Oxylabs has engaged in trafficking by offering proxy servers, which customers can use to facilitate web scraping, FAC ¶¶ 125, 133, but this theory fails because proxy servers are not "primarily designed or produced" or "marketed" for the purpose of "circumventing a technological measure" or "circumventing protection afforded by a technological measure that effectively protects a right of a copyright owner," as required by the DMCA. 17 U.S.C. § 1201(a)(2)(A)–(C); *id.* § 1201(b)(1)(A)–(C).

***First***, proxy servers are not primarily designed or produced for the purpose of circumvention. Using a "proxy server" to access the internet simply means routing a request to access a website through a server that "serv[es] as an intermediary computer—a middle man—between the website and the internet user." *X Corp. v. Bright Data Ltd.*, 733 F. Supp. 3d 832, 844-45 (N.D. Cal. 2024) (cleaned up).[13] Oxylabs' customers route internet traffic through proxy servers for many different reasons, including to "gather data about counterfeit sites or domain squatting," for enhanced "cybersecurity," for "ad verification," "video streaming" and "live calls," and other purposes.[14] Reddit does not allege, and cannot plausibly allege, that circumventing technological control measures is the "primary" purpose of a proxy server.

---

[13] *See also* Adomas Sulcas, *What Is a Proxy Server & How Does It Work* (Mar. 22, 2024), https://oxylabs.io/blog/what-is-proxy-server.
[14] *See* OXYLABS, https://oxylabs.io/location-proxy/usa (last visited July 20, 2026) (cited in FAC at 8 fn.10).

***Second***, proxy servers have commercially significant purposes other than circumvention. In addition to the uses discussed above, proxy servers are "widely used" by companies to "control and monitor internet usage," for "ad verification," and for monitoring pricing, i.e., commercially significant purposes completely unrelated to circumvention of any technological measures protecting copyrighted works.[15]

***Third***, Oxylabs does not market its proxy servers for circumventing technological measures for protecting copyright. Because the content that users may scrape using Oxylabs' proxy server networks is publicly available, these services and products are not designed or produced or marketed for the purpose of circumvention. Indeed, even the FAC acknowledges that Oxylabs markets its services for access to "publicly-available web data," FAC ¶ 79, and the printout from Oxylabs' website attached to the FAC encourages customers to "seek legal advice about [their] specific case," *id.*, Ex. C at 4—statements wholly inconsistent with marketing a product for circumventing access or copying controls. Although the FAC asserts that Oxylabs "markets its products and services" specifically for circumventing Google's SearchGuard, FAC ¶ 125, the FAC provides no factual support for this assertion. The only marketing materials Reddit identifies (Ex. C to the FAC) do not mention SearchGuard or JavaScript challenges, and there is no suggestion in Exhibit C that any of Oxylabs' products or services "descramble" or "decrypt" or otherwise "avoid, bypass, remove, deactivate, or impair" any effective technological measure. Thus, the FAC fails to allege trafficking under any prong.

> 3.    *Reddit does not allege that Google's technological control measures are copying controls.*

Reddit's claim under Section 1201(b) fails for the additional reason that the FAC fails to allege that Google's technological control measures are copying controls. "[A]lthough both

---

[15] *See* Sulcas, *supra* note 13.

subsections [1201(a)(2) and 1201(b)(1)] prohibit trafficking in a circumvention technology, the focus of subsection 1201(a)(2) is circumvention of technologies designed to *prevent access* to a work, and the focus of subsection 1201(b)(1) is circumvention of technologies designed to *permit access* to a work but *prevent copying* of the work or some other act that infringes a copyright." *Corley*, 273 F.3d at 441. Here, however, the Google technological control measures at issue allegedly control access to public Google search results, i.e., the technological control measures are alleged to be *access* controls. *See* FAC ¶¶ 55, 79. Reddit argues in its consolidated Opposition that the measures at issue both control access and prevent scraping, Dkt. 68 at 32, but the FAC merely contains conclusory statements that fail to allege facts showing that Google's technological control measures prevent copying.

In sum, Reddit's DMCA claims against Oxylabs fail at every step and the DMCA claims in the FAC should be dismissed.

### F.    Reddit's State Law Claims Are Preempted.

Reddit also alleges state law claims for unfair competition and unjust enrichment against Oxylabs (Counts IV and V). These fail because federal copyright law preempts the claims. *See, e.g., Kregos v. Associated Press*, 3 F.3d 656, 666 (2d Cir. 1993); *In re Jackson,* 972 F.3d 25, 42–43 (2d Cir. 2020); 17 U.S.C. § 301(a). Courts will not find preemption if a state law claim contains "extra elements that make it qualitatively different from a copyright infringement claim," but courts take a "restrictive view" of what extra elements qualify. *Briarpatch Ltd. v. Phoenix Pictures, Inc.*, 373 F.3d 296, 305–06 (2d Cir. 2004). The "critical inquiry is whether such extra elements . . . 'change[] the nature of the action so that it is qualitatively different from a copyright infringement claim.'" *Jackson*, 972 F.3d at 43–44. Both Reddit's unfair competition claim and its unjust enrichment claim are preempted.

The Second Circuit and districts within the Second Circuit have repeatedly held that

unfair competition claims are preempted where they focus on copying or misappropriation of content without an additional element. *See, e.g., New York Times Co. v. Microsoft Corp.*, 777 F. Supp. 3d 283, 301 (S.D.N.Y. 2025); *ML Genius Holdings LLC v. Google LLC*, 2022 WL 710744, at *3 (2d Cir. Mar. 10, 2022); *Indiaweekly.com, LLC v. Nehaflix.com, Inc.*, 2011 WL 13228167, at *17 (D. Conn. Jan. 19, 2011); *BanxCorp v. Costco Wholesale Corp.*, 723 F. Supp. 2d 596, 618 (S.D.N.Y. 2010); *Myrieckes v. Woods*, 2009 WL 884561, at *5 (S.D.N.Y. Mar. 31, 2009); *Walker v. Time Life Films, Inc.*, 615 F. Supp. 430, 441 (S.D.N.Y. 1985), *aff'd*, 784 F.2d 44 (2d Cir. 1986). That is the case here because Reddit's unfair competition claim is premised on the same core allegations as its DMCA claims—that Oxylabs provided tools to circumvent technological control measures. FAC ¶¶ 139–40. But New York courts have rejected unfair competition claims based on web scraping where, as here, they allege no extra elements beyond "the acts of reproduction, performance, distribution or display ... [that] lie within the general scope of copyright." *New York Times*, 777 F. Supp. 3d at 320 (quoting *Nat'l Basketball Ass'n v. Motorola, Inc.*, 105 F.3d 841, 850 (2d Cir. 1997)).

Reddit attempts to avoid preemption by alleging that Oxylabs has gained undue competitive advantage by "avoiding the need for any licensing agreement or other commercial arrangement" with Reddit, FAC ¶ 141, but this is more of the same. Claiming that a party avoided licensing copyrighted material does not meaningfully distinguish it from a claim for copyright infringement. *Myrieckes*, 2009 WL 884561, at *5 (dismissing unfair competition claim as preempted where plaintiff sought to recover for the unauthorized publishing and distribution of a continuation of his novel).

Reddit's unjust enrichment claim fails for the same reason, and multiple cases have rejected such claims in analogous situations. *See, e.g.*, *In re OpenAI*, 2025 WL 3635559;

*Andersen v. Stability AI Ltd.*, 744 F. Supp. 3d 956 (N.D. Cal. 2024); *Rubio v. Barnes & Noble, Inc.*, 2014 WL 6769150 (S.D.N.Y. Nov. 12, 2014); *Ardis Health, LLC v. Nankivell*, 2012 WL 5290326 (S.D.N.Y. Oct. 23, 2012); *Atrium Grp. De Ediciones Y Publicaciones, S.L. v. Harry N. Abrams, Inc.*, 565 F. Supp. 2d 505 (S.D.N.Y. 2008).

### G.    Reddit Fails to Adequately Plead Its State Law Claims.

Even if they are not preempted, Reddit's claims for unfair competition and unjust enrichment fail because Reddit does not allege sufficient facts to support them.

To state an unfair competition claim based on misappropriation, Reddit must allege that Oxylabs "(1) misappropriated the plaintiff's labors, skills, expenditures, or good will; and (2) displayed some element of bad faith in doing so." *Apple Mortgage Corp. v. Barenblatt,* 162 F. Supp. 3d 270, 284 (S.D.N.Y. 2016) (internal quotations omitted). Reddit fails to plausibly plead either element.

Reddit does not plausibly allege that Oxylabs misappropriated its "skill, expenditures, and labors." *Chartwell RX, LLC v. Inmar, Inc.*, 620 F. Supp. 3d 59, 78 (S.D.N.Y. 2022). Oxylabs is alleged to provide tools for its customers to retrieve Reddit user content from Google's public search results. Reddit's conclusory assertions of "undue competitive advantage" do not cure this defect. Moreover, because Reddit holds only a non-exclusive license to user content, it lacks the exclusive "goodwill constituting property or a commercial advantage" in the content at issue required under New York law for a misappropriation theory of unfair competition. *ITC Ltd. v. Punchgini, Inc.*, 9 N.Y.3d 467, 479 (2007); *see also RBG Mgmt. Corp. v. Vill. Super Mkt., Inc.*, 692 F. Supp. 3d 135, 152–53 (S.D.N.Y. 2023) (dismissing unfair competition claim where "the only property or commercial advantage at issue in the pleadings" was goodwill derived from plaintiff's non-exclusive association with a third party's intellectual property).

Reddit also fails to plausibly allege bad faith. Reddit's only bad faith allegations are

23

conclusory and against the Defendants collectively: that they "misappropriated Reddit's labor, skill, expenditures, and/or goodwill, and have displayed bad faith in doing so," FAC ¶ 138, and that they "knowingly circumvent[ed] the technological control measures at issue," *id*. ¶ 143. These allegations merely recite the elements of the claim and are insufficient.

Reddit's unjust enrichment claim fails for similar reasons. For this claim, Reddit must allege that (1) Oxylabs was enriched, (2) at Reddit's expense, and (3) equity and good conscience weigh against permitting Oxylabs to retain what Reddit seeks to recover. *Briarpatch Ltd.*, 373 F.3d at 306. Reddit has alleged neither that "equity and good conscience" support its claim nor that Oxylabs was enriched at its expense.

Reddit fails to plead that Oxylabs' conduct is contrary to "equity and good conscience" because it does not adequately allege "tortious or fraudulent" conduct. *See Paramount Film Distrib. Corp. v. State of New York*, 30 N.Y.2d 415, 421 (1972). Reddit merely recycles the same factual allegations from its defective DMCA claim without alleging any other wrongdoing.

Nor has Reddit adequately alleged that Oxylabs was enriched at Reddit's expense. Reddit alleges that "scraping" of Reddit content harmed it in "various ways." FAC ¶ 102. But Reddit only makes vague claims to lost licensing fees and "commercial opportunities." *Id*. ¶ 109. Reddit alleges no facts about any lost opportunities—such as their value, the parties involved, or why the loss is Oxylabs' fault. Reddit thus fails to plead that, but for Oxylabs' alleged conduct, it would have retained or entered any licensing arrangements. *See Express Gold Cash, Inc. v. Beyond 79, LLC*, 2019 WL 4394567, at *9 (W.D.N.Y. Sep. 13, 2019) (dismissing unjust enrichment claim based only on "conclusory allegation" of harm). Reddit also claims some form of reputational harm by asserting that its users "place great trust in Reddit," and this trust is harmed by scraping. FAC ¶¶ 102, 104. But Reddit's own User Agreement contradicts this

theory, as explained above.[16] Reddit also cannot sustain a claim by alleging that its data was accessed "without [its] permission" and "without authorization." FAC ¶¶ 110–11. Unauthorized access—absent any "specific loss or deprivation of opportunity to profit from that information"—does not create a cognizable injury. *Mount v. PulsePoint, Inc.*, 684 F. App'x 32, 36–37 (2d Cir. 2017) (affirming dismissal of unjust enrichment claim based on "misappropriation of their browsing information"). Finally, Reddit cannot rely on its allegation that it invested "significant resources into [its] anti-scraping efforts." FAC ¶ 112. The "time and expense" spent to combat a perceived risk are not cognizable injuries. *Shafran v. Harley-Davidson, Inc.*, 2008 WL 763177, at *3 (S.D.N.Y. Mar. 20, 2008) (dismissing unjust enrichment claim where plaintiff's alleged injury was cost of monitoring to prevent future harm).

Separately, Reddit's unjust-enrichment claim fails because the FAC alleges no sufficiently direct relationship between Reddit and Oxylabs. New York law requires a connection between the parties that is not "too attenuated." *Mandarin Trading Ltd. v. Wildenstein*, 16 N.Y.3d 173, 182 (2011); *Georgia Malone & Co. v. Rieder*, 19 N.Y.3d 511, 516–18 (2012). The FAC alleges no contract, communication, transaction, request, or course of dealing between Reddit and Oxylabs. As in *Sperry v. Crompton Corp.*, the chain between Reddit's alleged loss and Oxylabs' alleged gain is too attenuated to support unjust enrichment. 8 N.Y.3d 204, 215–16 (2007). For all these reasons, Reddit's state law claims fail.

## V.    CONCLUSION

For the foregoing reasons, the Court should grant Oxylabs' motion to dismiss.

---

[16] Even if Reddit had plausibly alleged that Oxylabs negatively affected users' trust, that would be insufficient. Reddit must allege that it "*suffered a loss*." *Edelman v. Starwood Capital Grp., LLC,* 892 N.Y.S.2d 37, 40 (1st Dep't 2009). Reddit does not allege that any users have quit or even expressed concern about Oxylabs' alleged conduct. While Reddit speculates that Defendants "*threaten* Reddit's ability to attract and retain users," FAC ¶ 141 (emphasis added), "no cause of action for unjust enrichment lies for hypothetical future liabilities." *Axel Johnson, Inc. v. Arthur Andersen & Co.,* 830 F. Supp. 204, 212 (S.D.N.Y. 1993).

DATED: July 21, 2026

Respectfully submitted,

*/s/ Kate E. Cassidy*

Kate E. Cassidy
WIGGIN & DANA LLP
437 Madison Ave, 35th Floor
New York, NY 10022
T: 212.551.2600
Email: kcassidy@wiggin.com

Jeffrey M. Fisher *(Pro Hac Vice application pending)*
Alex Reese *(Pro Hac Vice)*
Winston Liaw *(Pro Hac Vice application forthcoming)*
Victoria Constance Huang *(Pro Hac Vice)*
Raven Quesenberry *(Pro Hac Vice)*
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
jfisher@fbm.com
areese@fbm.com
wliaw@fbm.com
vhuang@fbm.com
rquesenberry@fbm.com

*Attorneys for Defendant Oxylabs UAB.*

26

**CERTIFICATE OF COMPLIANCE**

In accordance with Local Civil Rule 7.1(c), the undersigned certifies that the foregoing Memorandum of Law is 8,618 words, exclusive of the caption page, table of contents, table of authorities, and signature block. The basis of my knowledge is the word-count feature of the word-processing system used to prepare this memorandum.

DATED: July 21, 2026

>                              /s/ Kate E. Cassidy
>                              Kant E. Cassidy