IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reddit, Inc.,<br><br>       Plaintiff,<br><br>    v.<br><br>SerpApi LLC, Oxylabs UAB, AWMProxy,<br>and Perplexity AI, Inc.,<br><br>       Defendants. | Case No.: 1:25-cv-08736-PAE |

**Declaration of Alex Reese in Support of Oxylabs UAB'S Motion to Dismiss Plaintiff's First Amended Complaint**

I, Alex Reese, declare as follows:

1. I am an attorney admitted to practice in California and admitted *pro hac vice* to this Court in this action. I am a partner with Farella Braun + Martel LLP, attorneys of record for Defendant Oxylabs UAB ("Oxylabs"). I have personal knowledge of the facts set forth below. I make this declaration in support of Oxylabs' Motion to Dismiss Plaintiff's First Amended Complaint. If called as a witness, I could and would competently testify to the following matters.

2. Attached as **Exhibit 1** is a true and correct copy of a brief submitted by Plaintiffs Reddit, Inc. to the U.S. Supreme Court in 2023 entitled "Brief for Reddit, Inc. & Reddit Moderators as Amici Curiae Supporting Respondent," in a case captioned *Gonzalez v. Google LLC*, No. 21-1333 (U.S. Jan. 19, 2023).

3. Attached as **Exhibit 2** is a true and correct copy of House Report (Judiciary Committee) No. 105-551(I), which is also available on Westlaw at 1998 WL 261605 (1998).

4. Attached as **Exhibit 3** is a true and correct copy of Senate Report (Judiciary Committee) No. 105-190, which is also available on Westlaw at 1998 WL 239623 (1998).

5.      Attached as **Exhibit 4** is a true and correct copy of Order Granting Motion to Dismiss; Denying Motion to Stay As Moot; Denying Request to Stay Obligation to Respond to Discovery Requests As Moot, and Denying Request to Compel Responses to Discovery Requests, Dkt. 42, *Google LLC v. SerpApi, LLC*, Case No. 4:25-cv-10826-YGR (N.D. Cal. July 20, 2026). I downloaded this document from the Court's Pacer system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2026, in Berkeley, California.


_____
Alex Reese