# BartlitBeck LLP

Reid M. Bolton
Reid.Bolton@BartlitBeck.com

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
main: (312) 494-4400
direct: (312) 494-4464

BartlitBeck.com

July 21, 2026

**Via ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Reddit, Inc. v. SerpApi, LLC, et al.*, Case No. 25-cv-8736-PAE

Dear Judge Engelmayer,

I represent Reddit, Inc. in the above-referenced matter and write to inform the Court of a decision yesterday by Chief Judge Yvonne Gonzalez Rogers of the United States District Court for the Northern District of California in *Google LLC v. SerpApi LLC*, 4:25-cv-10826-YGR, ECF No. 42 (July 20, 2026) (attached as Exhibit A). The defendant in that matter is the same SerpApi named as a defendant in this action before Your Honor and that case concerns the same Google SearchGuard technology that Reddit alleges SerpApi, Perplexity, and others have unlawfully circumvented in this action.

Chief Judge Gonzalez Rogers granted SerpApi's motion to dismiss Google's complaint with leave to amend as to copyrighted subject matter and without leave to amend as to non-copyrighted subject matter. Because the opinion addresses similar issues also raised in SerpApi's and Perplexity's pending motions before Your Honor (ECF Nos. 58 & 61, and associated briefing at ECF Nos. 59, 62, 73-74), Reddit brings it to the Court's attention in advance of the parties' hearing on Thursday.

Reddit looks forward to Thursday's argument and will be prepared to address any questions the Court has about the *Google v. SerpApi* decision, including how it supports Reddit's arguments in this case.

Sincerely,

*Reid Bolton*

Reid M. Bolton

Attachment

The Court thanks counsel for this supplemental authority.

SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge

Date: July 22, 2026
New York, New York