IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

REDDIT, INC.,

        Case No.: 1:25-cv-08736-PAE

        Plaintiff,

v.

SERPAPI LLC, OXYLABS UAB,
AWMPROXY, and PERPLEXITY AI, INC.,

        Defendant.

### Notice of Oxylabs UAB's Motion to Dismiss

PLEASE TAKE NOTICE that, upon this Notice of Motion and the accompanying Memorandum of Law in Support of Oxylabs UAB's Motion to Dismiss, Defendant Oxylabs UAB will move this Court, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Paul A. Engelmayer, at a date and time to be designated by the Court, for an Order dismissing Plaintiff's claims, and for such other and further relief as this Court may deem just and proper.

DATED: July 21, 2026

Respectfully submitted,

*/s/ Kate E. Cassidy*

Kate E. Cassidy
WIGGIN & DANA LLP
437 Madison Ave, 35th Floor
New York, NY 10022
T: 212.551.2600
Email: kcassidy@wiggin.com

Jeffrey M. Fisher *(Pro Hac Vice application pending)*
Alex Reese *(Pro Hac Vice)*
Winston Liaw *(Pro Hac Vice application forthcoming)*
Victoria Constance Huang *(Pro Hac Vice)*
Raven Quesenberry *(Pro Hac Vice)*
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
jfisher@fbm.com
areese@fbm.com
wliaw@fbm.com
vhuang@fbm.com
rquesenberry@fbm.com

*Attorneys for Defendant Oxylabs UAB.*

The Court has received Oxylabs's motion to dismiss. Because there is substantial overlap between the arguments made by Oxylabs and those made by SerpApi and Perplexity in their earlier filed and pending motions to dismiss, the Court anticipates that resolution of those motions will enable a more efficient resolution of Oxylabs's motion. Accordingly, the Court stays briefing on Oxylabs's motion pending resolution of its co-defendants' motions to dismiss. Upon the issuance of a decision as to those motions, the Court will issue an order as to next steps with respect to Oxylabs's motion.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Date: July 27, 2026
New York, New York

2