AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| REDDIT, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-08736-PAE |
| SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC., | ) ) | |
| *Defendant* | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Oxylabs UAB

Date: July 29, 2026

/s/ Jeffrey M. Fisher
*Attorney's signature*

Jeffrey M. Fisher (SBN 155284)
*Printed name and bar number*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA 94104
*Address*

jfisher@fbm.com
*E-mail address*

(415) 954-4400
*Telephone number*

(415) 954-4480
*FAX number*

47761\21220674.1