# Public Content Policy

Updated 1 year ago

Reddit

Account Status

Getting Started

Features & Experiences

Rules & Reporting

Privacy & Security

Account security

Privacy & Account settings

Age assurance

Teen accounts

Accessing your Reddit data

Deleting your Reddit data

Data Licensing & Privacy

Public Content Policy

Reddit Mobile App

Cited in Reddit Inc v Serpapi LLC
25Civ8736 Decided 7/31/26
Archived on 8/5/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

> This is a policy about how we handle information that is made public on Reddit. This is not a privacy policy. Please consult our privacy policy for how we collect, use, and share your personal/private information.

Cited in Reddit Inc v SerpApi LLC 25Civ8736 Decided 7/31/26
Archived on 8/5/26
This document is protected by copyright. Further reproduction is prohibited without permission.

## Introduction

In this public content policy, we want to help you understand what happens when you create, submit, and make content publicly available on the Reddit platform, and how and why Reddit protects and, where appropriate, licenses public content and related data. Reddit has long supported the open internet and protecting user rights. This policy outlines how those values apply to public content in a new AI era. If you have any questions on this policy, please ask us.

## Reddit is a public platform and so is the content you post on it

Most of Reddit's platform is public and accessible to everyone, even without an account. This is intentional. We believe in the open internet and in keeping Reddit publicly accessible to foster human learning and research, and to ensure Reddit is a place where all people can find community, belonging, and empowerment. As a result, anyone who has access to the internet can see public posts, comments, usernames, profiles, karma scores, and related metadata (collectively, "**public content**").

You do not need an account to view the Reddit platform or public content contributed by other Redditors. You also do not need to contribute public posts or comments on the Reddit platform to use it. You choose how much (or how little) you want to interact with the Reddit platform and contribute publicly. If you choose to contribute public content on the Reddit platform, you are making that public content available to the general public.

## Reddit may provide public content to others, but never private Redditor data

Reddit may share public content on the Reddit platform with others, including moderators, researchers, developers, and other data licensees. But Reddit does not license or make publicly available private data about Redditors, including:

- Private messages, private group chats, mod mail, and deleted posts and comments;
- Non-public account information (e.g., email address, IP address, phone number, etc.);
- Posts and comments in quarantined or private communities; and
- Browsing or purchasing history.

Cited in Reddit Inc v. SerpApi LLC 25-cv-8736 Decided 7/31/26 Archived on 8/5/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Redditors place great trust in us to respect their private, non-public information, and we take our role as stewards of this information seriously. That's why we never license private Redditor data, nor do we otherwise share it without your permission unless legally compelled to do so. See our privacy policy for further details.

## Reddit believes in an open internet, but not the misuse of public content

One of Reddit's values is Default Open. We believe that the free flow of ideas and conversation is the lifeblood of a healthy internet. Our terms have always aligned with our Default Open value — you can use Reddit content for non-commercial uses, such as learning and community, but talk to us if you have commercial purposes in mind.

Unfortunately, we see more and more entities using unauthorized access (for example, by scraping or using data brokers) or misusing authorized access to collect public data in bulk, especially with the rise of use cases like generative AI. These entities amass public data, including Reddit content, for their own commercial gain, with no perceived limits to their use of that data, and with no regard for user rights or privacy. This sort of misuse of

public data has become more prominent as more and more platforms close themselves off from the open internet.

We still believe in an open internet, but we do not believe that third parties have a right to misuse public content just because it's public.

## Reddit may license public content for commercial or non-commercial use

To address this misuse of public Reddit content, we enter into licensing arrangements that allow us to put into place meaningful protections. The arrangements provide licensees with enterprise-grade performance and access to Reddit public content. This is the same public content that you see on the Reddit platform.

Data licensing arrangements enable Reddit to:

- Know who is accessing Reddit public content and why;
- Place contractual restrictions on prohibited use of public content to protect user rights; and
- Ensure data licensees honor public content deletions by Redditors and Reddit.

Cited in Reddit Inc v Serpapi LLC 25CV8736 Decided 7/31/26 Archived on 8/5/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Our data licensees are primarily:

- Companies that help brands monitor trends associated with their brands;
- Large language model makers that share our values that not all public data on the open internet is free to use without restraint; and
- Researchers trying to better humanity and the open internet, to whom we continue to provide access to Reddit public content for research.

## Protecting Redditors in our data licensing arrangements is essential

Our data licensing arrangements include strict restrictions – that we will strongly enforce – to protect Redditors and the anonymity and privacy that is core to our platform. Our licensees cannot, for example:

- Continue to use or display public content deleted by Redditors or Reddit for content policy violations;
- Access or display sexually explicit content;
- Use public content to segment, target, or profile Redditors based on their health, negative financial status or condition, political affiliation or beliefs, sex life or sexual orientation, racial or ethnic origin, religious or philosophical affiliation or beliefs, trade union membership, criminal data, or other legally restricted sensitive personal information;
- Combine third-party data with Reddit public content to target ads to Redditors or build customer data sets without Reddit or Redditor consent;
- Use public content to spam or harass Redditors;
- Track, alert, monitor, or investigate sensitive events (for example, protests or rallies) or sensitive groups or organizations (for example, unions or activist groups) using public content;
- Perform background checks, extreme vetting, credit or risk insurance analyses, individual profiling, psychographic segmentation, or facial recognition using public content;
- Make public content available to the government or other third parties for surveillance, intelligence, or other law enforcement purposes; or
- Use public content for any illegal, deceptive, unethical, false, misleading, or improper purpose, including the infringement of third-party intellectual property rights.

Cited in Reddit Inc v SerpApi LLC 25CV08736 Decided 7/31/26 Archived on 8/5/26. This document is protected by copyright. Further reproduction is prohibited without permission.

## How to make your content non-public

Reddit is inherently a public platform. You choose whether you want to create an account, publicly post, or comment on the Reddit platform, and what you include about yourself in any posts or comments you make publicly available.

If you prefer not to contribute content publicly, you have a number of options:

- You can choose to participate in private communities, which are excluded from our data licensing arrangements.
- You can delete posts and comments. Deleted posts and comments are no longer publicly displayed on the Reddit platform. We also require licensees in our data

licensing arrangements to stop using deleted posts and comments and provide them with compliance tools to help automate public content deletions. We cannot guarantee that third parties have deleted copies of Reddit public content they've made without your or our permission. See our help center articles on "How do I delete a post " and "How do I delete a comment " for more information.

- You can also disassociate your Reddit account from public content you've shared on the Reddit platform by deleting your Reddit account. See our help center article on "How do I delete my account? ".

For more information on how and why Reddit collects, uses, and shares information about you when you use the Reddit platform, please review our Privacy Policy . For more information on how to delete your data from the Reddit platform, please review our help center article, "Deleting Your Reddit Data ".

Cited in Reddit Inc v Serpapi LLC
25Civ8736 Decided 7/31/26
Archived on 8/5/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

**Company**

About

Advertising

Careers

Investors

Press Contact

Reddit Blog

Vendor Help Center

**Resources**

Policies

Developer Platform

Reddit App

Reddit Premium

Reddit Rules | Privacy Policy | User Agreement

Reddit, Inc. © 2026. All rights reserved.

Cited in Reddit Inc v Serpapi LLC
25Civ8736 Decided 7/31/26
Archived on 8/5/26
This document is protected by copyright.
Further reproduction is prohibited without permission.