BartlitBeck LLP

Reid M. Bolton
Reid.Bolton@BartlitBeck.com

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
main: (312) 494-4400
direct: (312) 494-4464

BartlitBeck.com

August 14, 2026

**Via ECF**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Reddit, Inc. v. SerpApi LLC, Oxylabs UAB, AWMProxy, and Perplexity AI, Inc.*, Case No. 25-cv-8736

Dear Judge Engelmayer,

As requested by the Court at Docket No. 105, Reddit provides the following update as to its efforts to serve the fourth co-defendant, AWMProxy:

Despite undertaking an investigation to identify the entity(ies) or person(s) responsible for operating as AWMProxy, Reddit has been unable to locate it and therefore has been unable to complete service of process. Based on Reddit's investigation, it is also unclear if AWMProxy is a pseudonym for some other service, such that there is ultimately a different potential defendant that Reddit would sue once that entity or person is identified.

At this point, given Reddit's difficulties in identifying the entity(ies) or person(s) operating as AWMProxy, Reddit respectfully asks that the Court allow Reddit's case against the currently served Defendants (SerpApi LLC, Perplexity AI, Inc., and Oxylabs UAB) to proceed on a separate schedule while Reddit continues to try and identify AWMProxy. To the extent Reddit is successful in identifying and serving AWMProxy at some point, Reddit would then submit the issue to the Court of whether/how the case against AWMProxy should proceed as part of this same docket or as a separate case.

Sincerely,

Reid Bolton

Reid M. Bolton

The Court appreciates this update. As to counsel's proposal to move forward without the participation of defendant AWMProxy, the Court will resolve any case managements presented by the absence of AWMProxy at the October 1, 2026 initial pretrial conference, at which it will set a pretrial schedule for this case. The Court asks counsel for the plaintiff and the defendants who have appeared to confer on this point in connection with preparing the proposed case management plan and joint letter due in an advance of that conference.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: August 17, 2026
New York, New York