UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDDIT, INC.,

*Plaintiff*,

v.

SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC.,

*Defendants*.

Case No.: 25-cv-8736 (PAE)

**SERPAPI LLC'S ANSWER AND COUNTERCLAIMS TO REDDIT, INC.'S FIRST AMENDED COMPLAINT**

Nili T. Moghaddam
Jessica L. Falk
Sarah Ryu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Jeff Homrig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
600 Congress Ave,
Suite 2170
Austin, TX 78701
Tel.: (512) 487-1480
Fax: (512) 487-1520
jeff.homrig@weil.com

*Attorneys for Defendant SerpApi, LLC*

Defendant SerpApi, LLC ("SerpApi"), by and through its undersigned counsel, hereby answers the First Amended Complaint ("Complaint" or "FAC") filed by Plaintiff Reddit, Inc. ("Reddit") on February 6, 2026.

## PRELIMINARY STATEMENT

Reddit built a public forum, promised to share users' content "publicly and freely," and then made a deal to give access to a single search engine while locking out everyone else—including technology companies like SerpApi and even nonprofits like the Internet Archive. This case is about Reddit's effort to punish a company that makes public search results usable, because that usability threatens the price Reddit charges for access to content it does not own.

SerpApi provides information infrastructure—in the form of structured, ready-to-use data—critical for the effective deployment of AI, the development of sophisticated software tools, and the automation of highly-regulated workflows such as law enforcement background checks, among other applications. Its services have become a foundational source of truth and knowledge for developers, researchers, government bodies, and organizations of all sizes. Several top providers of large language models ("LLMs") and enterprise productivity software are SerpApi customers. Confidentiality obligations prevent SerpApi from identifying those companies publicly. Customers without such restrictions include Salesforce, Adobe, NVIDIA, Samsung, Shopify, KPMG, Experian, Morgan Stanley, Thomson Reuters, the United Nations, and the New York Times. The New York Times has been using SerpApi's services for their "AI initiatives" and also in their regular operations. In total, over 1.5 million activated user accounts turn to SerpApi's search engine results page ("SERP") scraping services for news monitoring, price monitoring, market research, data analysis, search engine optimization, cybersecurity intelligence, background checks, plagiarism checks, copyright enforcement, and more. Even Reddit employees and Google employees have SerpApi accounts and appear to use SerpApi's services for their work at Reddit and Google, respectively.

One of SerpApi's popular product offerings is a service to "scrape" web search results and provide the resulting information to its customers in a form that they can use. As one Reddit user explained on a thread entitled "What's the benefits of Web Scraping?": "Think of it this way: the internet is the biggest database in the world, but most sites don't give you a download button. Scraping is how you turn web pages into structured data you can actually code with."[1] SerpApi and other scrapers do this by taking data from publicly available search results containing publicly available content from publicly available websites and organizing it in files that are easy for other software applications to read and interpret. It is the same content that a user sees if they were to conduct a web search on a browser, without logging into any platform or website. Put most simply, the open internet, while flush with useful information for the general public, is disordered. SerpApi was the first company to build a dependable solution to that problem, and to this day continues to bring order to that chaos and play a vital role in promoting the free flow of ideas and information.

For this same reason, SerpApi is an integral part of the AI ecosystem. AI companies need timely access to publicly available data to refine and update their models and power performance for their billions of weekly active users. But AI models cannot simply ingest raw data from the open internet; they need data that has been organized into a structured format. The internet contains billions of existing webpages with new content being added by the second, making the ability to source, structure, and access that data at scale essential for AI companies looking to serve the most relevant and up-to-date information to the public. Scrapers such as SerpApi address this critical need, providing the structured data that AI engines need to provide real-time, relevant results to their users. Scraping is not only legal—

[1] u/BeginningEngine8292, Comment to *What's the benefit of Web Scraping*, Reddit: r/learnpython, https://www.reddit.com/r/learnpython/comments/pm7tsx/whats_the_benefits_of_web_scraping/ (last visited Aug. 28, 2026).

it is good for the public and necessary to power the AI tools on which the global economy increasingly depends.

Reddit's own founding principles and policies embrace the very access that scraping provides. Reddit was launched as a public forum for dialogue and, from the outset, a core tenet of the company was "default open." Reddit users created content that anyone on the internet could access without a Reddit account. Even today, Reddit's Privacy Policy advises its users: "By using the Services, you are ***directing us to share*** this information ***publicly and freely***." Scraping search results serves that purpose.

So why, in its Complaint, does Reddit impugn scraping and accuse a company that provides vital infrastructure for AI of being "shady," a "would-be bank robber," and a "bad actor?"[2]

Because Reddit has lost its way. While it still pays lip service to its origins in the "open internet," Reddit stopped caring about nurturing an open forum for public dialogue and fostering public access to information. These days, it cares most about extracting profits from the content its users create and own.

From the contributions of its users, Reddit built an advertising empire netting hundreds of millions of dollars per quarter. And critical to that empire were search results from Google, Bing, DuckDuckGo, and others that contained links that led internet users to Reddit.

Then the technology shifted. AI-powered search engines and assistants began answering users' questions with synthesized text rather than links, and the referral traffic that had carried the public to Reddit became, in Reddit's own description, "choppy" and "volatile."[3] Reddit's CEO Steve Huffman admitted that, while "the 10 blue links [on Google] have driven

---

[2] FAC ¶ 1.

[3] *Reddit Inc: Reddit Q2'26 Earnings Call,* Reddit: Investor Relations (July 30, 2026), https://s203.q4cdn.com/380862485/files/doc_financials/2026/q2/Reddit-Q2-26-Earnings-Call_Transcript.pdf

a tremendous amount of value for the whole ecosystem," Google's "AI Overviews has yet to make a similar level of positive impact," and rather, referral traffic has gone down.[4] Reddit's answer was not to compete or innovate, but to try to make its users' public content scarce so it could charge for access.

Reddit saw the writing on the virtual wall and looked to the most valuable thing within reach: the public content that Reddit users own. Undeterred by the fact that Reddit does not own this data, Reddit's CEO saw an opportunity to sell it: "[t]he Reddit corpus of data is really valuable . . . [b]ut we don't need to give all of that value to some of the largest companies in the world for free."[5]

So, to prepare for its 2024 IPO, Reddit reneged on its promise to users and transformed itself from a "default open" ecosystem to one that is now "pay-to-play." It struck a deal that gave Google's Gemini access to reddit.com and shortly thereafter made Google the only search engine with programmatic access to Reddit users' public content. In particular and with limited notice, Reddit changed the robots.txt file for every other search engine than Google to lock them out—no more access for Bing, or DuckDuckGo, or even the non-profit Internet Archive (despite Reddit's claims to the contrary). Then, Reddit sought to extract supra-competitive fees from AI companies, landing, for example, a deal with OpenAI.[6]

That Reddit's actions were motivated by profit, and not to protect its users or their rights, is confirmed by the timeline gleaned from Reddit's Complaint and further detailed in SerpApi's Counterclaims below:

---

[4] *See* Jonathan Vanian, *Reddit CEO says Google's AI Overviews can't replace '10 blue links' for referral traffic* (July 30, 2026 at 6:53 ET), https://www.cnbc.com/2026/07/30/reddit-ceo-says-googles-ai-overviews-cant-replace-10-blue-links-.html.

[5] Angela Watercutter, *Reddit Won't Be the Same. Neither Will the Internet*, Wired (June 30, 2023 at 09:00 ET), https://www.wired.com/story/reddit-api-changes-ai-labor/.

[6] *OpenAI Strikes Deal to Bring Reddit Content to ChatGPT*, Reuters (May 16, 2024), https://www.reuters.com/markets/deals/openai-strikes-deal-bring-reddit-content-chatgpt-2024-05-16/.

- On **February 22, 2024**, Reddit and Google announced their agreement to "enable[] programmatic access by Google to Reddit content for use in Google's products and services."[7] Both sides told the public that the deal was to foster access to Reddit's publicly available content and cultivate Reddit's unique position as an open forum for authentic, human conversation.[8]
- On **July 1, 2024**, that claim was proven false. Reddit blocked all non-Google crawlers from accessing reddit.com via an updated robots.txt file thereafter served to everyone but Google. Only Google was allowed search engine access.
- From **July 2024 to January 2025**, by Reddit's own admission, Google had no technological control measures in place to protect copyrighted material.
- Not until **January 2025**, almost a year after the Google/Reddit partnership was announced, did Google deploy SearchGuard, which Reddit now claims is supposedly implemented to protect Reddit users' copyrights on Reddit users' behalf.

This timeline confirms that, ***for at least six months, Reddit was blocking all non-Google crawlers with no purported DMCA-covered technological control measure in place.*** This, combined with its own statements to investors, makes clear that Reddit's conduct is part of a deliberate effort to exert exclusive control over and monetize access to content it does not own, all without disclosing the true nature of its arrangements to its users or the public. In doing so, Reddit has broken the very promise it made to its users: to share their content "publicly and freely."

[7] FAC ¶ 52.

[8] *Expanding our Partnership with Google*, Reddit (Feb. 22, 2024), https://redditinc.com/news/reddit-and-google-expand-partnership; Rajan Patel, *An expanded partnership with Reddit*, Google: News from Google (Feb. 22, 2024), https://blog.google/company-news/inside-google/company-announcements/expanded-reddit-partnership/.

Among the fundamental flaws with Reddit's scheme is that Google search results are open and accessible to the public. When Google Search returns bits and pieces of Reddit users' content with its results, the public (including scrapers) has access to that data. And when scrapers provide structured public data to AI companies and other customers, the bits and pieces of Reddit users' content are included along with the rest of the search data. Reddit sees that as a threat—not genuinely to its users and their ability to engage in dialogue with each other, as Reddit professes, but rather to Reddit's ability to extract profit from the content that its users—and not Reddit—own. SerpApi is the most established and successful company in this essential industry and so, in Reddit's eyes, the greatest threat.

So, without any prior outreach to SerpApi, Reddit filed this action, painted SerpApi the villain, and leveled false accusations. SerpApi welcomes this opportunity to set the record straight.

In its Answer, SerpApi denies Reddit's core allegations and supplies key information that Reddit omitted. SerpApi also sets forth its defenses, including that none of its conduct is at odds with the DMCA.

In the first two counts of its counterclaims, SerpApi explains how Reddit's conduct—its monopolization of Reddit users' content, the steps it took to lock out search engines, and its effort to extract supra-competitive prices from the select few able and willing to pay that ransom—is anticompetitive and violates antitrust laws.

In the third, fourth, and fifth counts, SerpApi explains that Reddit has licensed people, LLM providers, and other entities to access Reddit and Reddit users' content. Reddit cannot now throw up technological measures to block Reddit licensees from accessing that content, or claim that SerpApi is liable or should pay damages for permitting those same Reddit licensees to use its services to obtain Reddit's or Reddit users' content.

And in the last count, SerpApi explains that Google SearchGuard—the technological measures on which Reddit relies to wrongly allege DMCA circumvention—did not even exist before January 2025. Indeed, Reddit's own lawyer admitted to the Court that, prior to 2025, Reddit had no "cognizable" claims against SerpApi under the DMCA.

As outlined in its prayer for relief, SerpApi seeks a declaration of its rights, injunctive relief barring Reddit's anticompetitive conduct, damages resulting from that conduct, attorneys' fees and costs, and other relief that the Court deems warranted.

SerpApi sets forth its Answer, Defenses, and Counterclaims below:

## NATURE OF THE ACTION[9]

1. SerpApi denies the allegations against it in Paragraph 1, except SerpApi admits that it is a Texas company. To the extent Paragraph 1 contains allegations regarding Oxylabs UAB ("Oxylabs"), AWMProxy, and Perplexity AI, Inc. ("Perplexity"), SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

2. SerpApi admits that Reddit was reportedly founded over 20 years ago, and that Reddit is organized by interest-based communities called "subreddits." SerpApi also admits Reddit's 2025 SEC Form 10-K reported an average of 121.4 million "daily active uniques" globally in the three months ended December 31, 2025, and that the same filing described Reddit as "one of the internet's largest corpuses of information." SerpApi further admits that Reddit users' conversational data has commercial value to AI companies. SerpApi otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and on that basis, SerpApi denies them.

[9] SerpApi repeats headings used by Reddit in the Complaint for purposes of organization only, but this should not be construed as an admission of any kind by SerpApi. To the extent a response is required for any of Reddit's headings in the Complaint, SerpApi denies each and every allegation set forth in any such headings.

3. SerpApi admits that, in exchange for tens of millions of dollars, Reddit has given Google programmatic access to the very Reddit users' content that Reddit purports to protect, and that others seeking similar access to publicly available Reddit users' content are barred. SerpApi also admits that Reddit has extracted millions of dollars in payments from OpenAI for access to Reddit users' content. SerpApi otherwise denies the allegations in Paragraph 3.

4. SerpApi admits that Reddit serves one robots.txt file to Google permitting crawling and scraping of reddit.com, and every other search engine or agent receives a different robots.txt file prohibiting it from doing the same. SerpApi otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and on that basis, SerpApi denies them.

5. SerpApi admits that, but-for Reddit's exclusionary robots.txt file, SerpApi would have direct programmatic access to reddit.com, and it currently only accesses snippets of Reddit data as they appear in Google SERPs. SerpApi otherwise denies the allegations against it in Paragraph 5. To the extent the allegations of Paragraph 5 refer to other Defendants, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, SerpApi denies them.

6. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6, and on that basis, SerpApi denies them.

7. SerpApi denies the allegations against it in Paragraph 7. To the extent the allegations of Paragraph 7 refer to other Defendants, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis, SerpApi denies them.

## PARTIES

8. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and on that basis, SerpApi denies them.

9. SerpApi denies the allegations against it in Paragraph 9, except SerpApi admits that it is a Texas LLC with its principal place of business at 5540 N. Lamar Blvd., Austin, Texas 78756 and that it provides products that enable SERP scraping to developers, researchers, and a broad range of other customers. Several top providers of LLMs and enterprise productivity software are SerpApi customers. Confidentiality obligations prevent SerpApi from identifying those companies publicly. Customers without such restrictions include Salesforce, Adobe, NVIDIA, Samsung, Shopify, KPMG, Experian, Morgan Stanley, Thomson Reuters, the United Nations, and the New York Times. The New York Times has been using SerpApi's services for their "AI initiatives" and also in their regular operations. SerpApi avers that Reddit employees have SerpApi accounts registered with their @reddit.com work email addresses and, on information and belief, SerpApi avers that these Reddit employees use SerpApi's services to perform their work at Reddit. So, too, do Google employees have SerpApi accounts registered with their @google.com work email addresses and, upon information and belief, these Google employees use SerpApi's services to perform their work at Google.

10. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and on that basis, SerpApi denies them.

11. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, and on that basis, SerpApi denies them.

12. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in the first three sentences of Paragraph 12, and on that basis, SerpApi denies them. SerpApi admits that, on the webpages cited in Footnote 4, Perplexity is listed as

one of its customers, but denies that Perplexity is a currently active customer of SerpApi's services.

**SerpApi Personal Jurisdiction**

16. Paragraph 16 contains legal conclusions to which no response is required.

17. Paragraph 17 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi admits that it offers a Google Search API tool and that the webpage cited in Footnote 6 has a page of "SerpApi supported locations" with a "Locations" file containing, among others, New York-based locations. SerpApi otherwise denies the remaining allegations of Paragraph 17.

18. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and on that basis, SerpApi denies them.

19. Paragraph 19 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi admits that it permits employees to work remotely.

20. Denied.

21. Paragraph 21 states legal conclusions to which no response is required.

**Oxylabs Personal Jurisdiction**

22. Paragraph 22 states legal conclusions to which no response is required. To the extent a response is required, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and on that basis, SerpApi denies them.

23. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and on that basis, SerpApi denies them.

24. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and on that basis, SerpApi denies them.

25. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and on that basis, SerpApi denies them.

26. Paragraph 26 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and on that basis, SerpApi denies them.

27. Paragraph 27 contains legal conclusions to which no response is required.

**AWMProxy Personal Jurisdiction**

28. Paragraph 28 contains legal conclusions to which no response is required.

29. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29, and on that basis, SerpApi denies them.

30. Paragraph 30 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and on that basis, SerpApi denies them.

31. Paragraph 31 contains legal conclusions to which no response is required.

**Perplexity Personal Jurisdiction**

32. Paragraph 32 contains legal conclusions to which no response is required.

33. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33, and on that basis, SerpApi denies them.

34. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34, and on that basis, SerpApi denies them.

35. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35, and on that basis, SerpApi denies them.

36. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36, and on that basis, SerpApi denies them.

37. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37, and on that basis, SerpApi denies them.

38. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38, and on that basis, SerpApi denies them.

39. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39, and on that basis, SerpApi denies them.

40. Paragraph 40 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40, and on that basis, SerpApi denies them.

41. Paragraph 41 contains legal conclusions to which no response is required.

**FACTUAL BACKGROUND — I. AI Companies Need Massive Amounts of Data and Target Reddit's Human Content**

42. SerpApi admits the allegations in Paragraph 42, and avers that AI companies, including companies licensed to use public Reddit user data, purchase data from SerpApi to meet their data needs.

43. SerpApi admits that a challenge for AI companies is procuring additional and current data, especially with increased competition in the market, and that AI companies are seeking creative means to obtain such data. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegation that any AI company has used "underhanded" means to obtain data, and on that basis, SerpApi denies it.

44. SerpApi admits that Reddit was reportedly founded in 2006, and that Reddit is organized by interest-based communities called "subreddits." SerpApi also admits Reddit's 2025 SEC Form 10-K reported an average of 121.4 million "daily active uniques" globally in the three months ended December 31, 2025, and that the same filing described Reddit as "one of the internet's largest corpuses of information." SerpApi further admits that Reddit is a large source of human conversational data.

45. SerpApi admits that Reddit conversational data has commercial value to AI companies. SerpApi also admits that the quoted language in Paragraph 45 appears on the webpages cited in Footnotes 18-20.

## II. Reddit's Agreements with its Users and its Licensing Partners

46. SerpApi admits that, under the Reddit User Agreement, cited in Footnote 21 of the Complaint, and attached hereto as **Exhibit 1** to this Answer, Reddit has no copyright ownership of Reddit users' content and only possesses a non-exclusive license to such content. As to the remaining allegations in Paragraph 46, SerpApi respectfully refers the Court to the Reddit User Agreement for its full and accurate contents and denies any allegations inconsistent with that document.

47. Paragraph 47 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 47.

48. SerpApi admits that, under the Reddit User Agreement, Reddit has no copyright ownership of Reddit users' content and only possesses a non-exclusive license to such content. SerpApi otherwise respectfully refers the Court to the Reddit User Agreement and the Public Content Policy, cited in Footnote 23 of the Complaint, and attached hereto as **Exhibit 2** to this Answer, for their full and accurate contents and denies any allegations inconsistent with those documents.

49. SerpApi admits that the quoted language in Paragraph 49 appears in Reddit's User Agreement. SerpApi otherwise respectfully refers the Court to the User Agreement for its full and accurate contents and denies any allegations inconsistent with that document.

50. SerpApi admits that the quoted language in the third sentence of Paragraph 50 appears in Reddit's Privacy Policy, cited in Paragraph 50 of the Complaint, and attached hereto as **Exhibit 3** to this Answer, but denies the characterization of that language. SerpApi avers that the immediately following sentence of the Privacy Policy illustrates what is meant by

"tak[ing] measures" by stating, "[f]or example, we use HTTPS while information is being transmitted. We also enforce technical and administrative access controls to limit which of our employees have access to non-public personal information." SerpApi also denies that the User Agreement, the Public Content Policy, and the Privacy Policy contain provisions authorizing Reddit to enforce Reddit users' copyrights. SerpApi respectfully refers the Court to the Reddit User Agreement, Public Content Policy, and Privacy Policy, each of which is incorporated by reference and attached to this Answer as **Exhibits 1, 2**, and **3**, for their full and accurate contents, and denies any allegations inconsistent with those documents.

51. SerpApi respectfully refers the Court to the Public Content Policy for its full and accurate contents, and denies any allegations inconsistent therewith.

52. Reddit has, to date, refused to provide any partnership agreements with Google, despite an explicit request from SerpApi after Reddit represented that the Google/Reddit agreement would be produced "almost immediately as one of the first documents" produced in discovery, and despite referring to the Google/Reddit agreement in its Complaint. As such, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52, and on that basis, SerpApi denies them. SerpApi incorporates the Google/Reddit agreement into this Answer, attaches it as **Exhibit 4** such that it will appear as an exhibit to the Answer once produced, and respectfully refers the Court to that agreement for its full and accurate contents. SerpApi denies any allegations inconsistent with the contents therein, including any allegation that such agreement gives Google authorization to implement SearchGuard or any other alleged technological measure that effectively controls access to a work within the definition of 17 U.S. Code § 1201(a)(3)(B) ("technological control measure") to protect Reddit or Reddit users' content to the extent such content is copyrightable. In fact, based on Reddit's selective references to its agreement with Google, its failure to attach that agreement to its Complaint, and its refusal to provide SerpApi with a copy of that agreement

when asked to do so, upon information and belief, SerpApi avers that the Google/Reddit agreement does not authorize Google to enforce Reddit copyrights on Reddit's behalf or to enforce Reddit users' copyrights on behalf of the copyright holders. SerpApi also respectfully refers the Court to the Public Content Policy for its full and accurate contents, and SerpApi denies any allegations inconsistent therewith.

**III. SerpApi Denies that "Reddit and Its Partners Utilize Technological Measures to Control Access and Prevent Scraping"**

53. Paragraph 53 states legal conclusions to which no response is required. To the extent a response is required, SerpApi denies them.

54. SerpApi respectfully refers the Court to the Reddit User Agreement for its full and accurate contents, and SerpApi denies any allegations inconsistent therewith. SerpApi otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54, and on that basis, SerpApi denies them.

55. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55, and on that basis, SerpApi denies them.

56. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and on that basis, SerpApi denies them.

57. Paragraph 57 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 57.

58. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58, and on that basis, SerpApi denies them.

59. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and on that basis, SerpApi denies them. Paragraph 59 also contains legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 59.

60. SerpApi admits that it does not have any agreements with Reddit concerning Google's alleged technological control measures. SerpApi avers that one or more of its customers has entered into an agreement with Reddit that permits that customer to access Reddit users' content. SerpApi otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60, and on that basis, SerpApi denies them.

61. SerpApi admits that it does not have any agreements with Google concerning Google's alleged technological control measures. SerpApi otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61, and on that basis, SerpApi denies them.

62. SerpApi admits that Google filed a Complaint against SerpApi on December 19, 2025 that was dismissed by Judge Yvonne Gonzalez Rogers on July 20, 2026. SerpApi denies the remainder of the allegations in Paragraph 62.

## IV. SerpApi Denies that "Data Scrapers Unlawfully Access and Obtain Reddit Content to Sell to AI Companies"

63. Paragraph 63 contains legal conclusions to which no response is required. To the extent a response is required and to the extent the allegations concern SerpApi, SerpApi denies them. To the extent Paragraph 63 contains allegations regarding Oxylabs, AWMProxy, or Perplexity, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

64. Paragraph 64 contains legal conclusions to which no response is required. To the extent a response is required and to the extent the allegations concern SerpApi, SerpApi denies them. To the extent Paragraph 64 contains allegations regarding Oxylabs, AWMProxy, or Perplexity, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

65. Paragraph 65 contains legal conclusions to which no response is required. To the extent a response is required and to the extent the allegations concern SerpApi, SerpApi

denies them. To the extent Paragraph 65 contains allegations regarding Oxylabs, AWMProxy, or Perplexity, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

66. Paragraph 66 contains legal conclusions to which no response is required. To the extent a response is required and to the extent the allegations concern SerpApi, SerpApi admits that its Google Search API product allows users to access and scrape data in Google SERPs, but denies that it is an end-run around Reddit's and Google's restrictions. SerpApi also lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Reddit's cited "Reddit public data policy" example, and on that basis, SerpApi denies them. To the extent Paragraph 66 contains allegations regarding Oxylabs, AWMProxy, or Perplexity, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

67. SerpApi admits that its Google Search API product allows users to access and scrape data in Google SERPs, including snippets referencing Reddit that may appear organically in response to a search query on Google. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Reddit's cited "classic movies" example, and on that basis, SerpApi denies them.

68. SerpApi admits that Google search results returned through its services may include snippets referencing Reddit. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Reddit's cited "When Should I Visit Yellowstone" example, and on that basis, SerpApi denies them.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. SerpApi respectfully refers the Court to the cited web page for its full and accurate contents, including that the web page instructs that the user must "visit the page URL" in order to obtain a full snippet, and denies any allegations inconsistent therewith.

74. SerpApi respectfully refers the Court to the cited web page for its full and accurate contents, including that the web page instructs that the user must "visit the page URL" in order to obtain a full snippet, and denies any allegations inconsistent therewith.

75. SerpApi respectfully refers the Court to the cited web page for its full and accurate contents, including that the web page instructs that the user must "visit the page URL" in order to obtain a full snippet, and denies any allegations inconsistent therewith.

76. Denied.

77. Paragraph 77 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 77.

78. Paragraph 78 contains legal conclusions to which no response is required. To the extent a response is required and to the extent the allegations concern SerpApi, SerpApi denies them. To the extent Paragraph 78 contains allegations regarding Oxylabs or AWMProxy, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

79. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79, and on that basis, SerpApi denies them.

80. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80, and on that basis, SerpApi denies them.

81. SerpApi respectfully refers the Court to the cited web pages for their full and accurate contents, and denies any allegations inconsistent therewith. Paragraph 81 otherwise states legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the remaining allegations of Paragraph 81.

82. SerpApi respectfully refers the Court to the cited web pages for their full and accurate contents, and denies any allegations inconsistent therewith. Paragraph 82 otherwise states legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the remaining allegations of Paragraph 82.

83. SerpApi admits that the quoted language in Paragraph 83 appears on the webpage cited in Footnote 49. SerpApi refers the Court to the web page cited in Footnote 49 for its full and accurate contents and denies any allegations inconsistent therewith.

84. SerpApi admits that it offers a Zero Trace Mode and that the quoted language in Paragraph 84 appears on the webpage cited in Footnote 50.

85. Paragraph 85 contains legal conclusions to which no response is required. To the extent a response is required and to the extent the allegations concern SerpApi, SerpApi denies them. To the extent Paragraph 85 contains allegations regarding Oxylabs or AWMProxy, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

86. Paragraph 86 states legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 86 to the extent they concern SerpApi. To the extent Paragraph 86 contains allegations regarding Oxylabs, AWMProxy, or their customers and licensees, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

## V. SerpApi Denies that "AI Companies Like Perplexity Unlawfully Circumvent Technological Protections to Access and Obtain Reddit Content Despite Promising Not to Do So"

87. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and on that basis, SerpApi denies them.

88. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88, and on that basis, SerpApi denies them.

89. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and on that basis, SerpApi denies them.

90. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90, and on that basis, SerpApi denies them.

91. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91, and on that basis, SerpApi denies them.

92. Paragraph 92 states legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 92 to the extent they concern SerpApi. To the extent Paragraph 92 contains allegations regarding Oxylabs, AWMProxy, or Perplexity, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

93. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93, and on that basis, SerpApi denies them.

94. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94, and on that basis, SerpApi denies them.

95. Paragraph 95 states legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 95 to the extent they concern SerpApi. To the extent Paragraph 95 contains allegations regarding Oxylabs, AWMProxy, or Perplexity, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

96. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96, and on that basis, SerpApi denies them.

97. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 97, and on that basis, SerpApi denies them.

98. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 98, and on that basis, SerpApi denies them.

99. Paragraph 99 states legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 99 to the extent they concern SerpApi. To the extent Paragraph 99 contains allegations regarding Oxylabs, AWMProxy, or Perplexity, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

100. SerpApi refers the Court to its Google Search Engine Results API web page for its full and accurate contents and denies any allegations inconsistent therewith. Paragraph 100 otherwise states legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 100 to the extent they concern SerpApi. To the extent Paragraph 100 contains allegations regarding Perplexity, SerpApi lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and on that basis, SerpApi denies them.

## VI. SerpApi Denies that "Defendants' Actions Have Harmed Reddit"

101. Paragraph 101 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 101.

102. Paragraph 102 contains legal conclusions to which no response is required. To the extent a response is required, SerpApi denies the allegations in Paragraph 102.

103. Reddit has, to date, refused to provide any partnership agreements with Google, despite an explicit request from SerpApi after Reddit represented that the Google/Reddit agreement would be produced "almost immediately as one of the first documents" produced in discovery. SerpApi lacks knowledge or information sufficient to form a belief as to the truth

of the allegations in Paragraph 103, and on that basis, SerpApi denies them. SerpApi respectfully refers the Court to the Google/Reddit agreement (once Reddit produces it), which is attached as **Exhibit 4** of this Answer, and denies any allegations inconsistent therewith. SerpApi also respectfully refers the Court to the Public Content Policy for its full and accurate contents, and SerpApi denies any allegations inconsistent therewith.

104. SerpApi admits that the quoted language in the fifth sentence of Paragraph 104 appears in the article cited in Footnote 58. Reddit has, to date, refused to provide any partnership agreements with Google, despite an explicit request from SerpApi after Reddit represented that the Google/Reddit agreement would be produced "almost immediately as one of the first documents" produced in discovery. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 104, and on that basis, SerpApi denies them. SerpApi respectfully refers the Court to the Google/Reddit agreement (once Reddit produces it), which is attached as **Exhibit 4** to this Answer, and denies any allegations inconsistent therewith.

105. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105, and on that basis, SerpApi denies them.

106. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106, and on that basis, SerpApi denies them.

107. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107, and on that basis, SerpApi denies them.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

**COUNT I — DIGITAL MILLENNIUM COPYRIGHT ACT — Circumvention of Technological Control Measures (17 U.S.C. § 1201(a)(1)(A)) [All Defendants]**

114. SerpApi repeats and incorporates its responses to the previous paragraphs as if fully set forth herein.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

**COUNT II — DIGITAL MILLENNIUM COPYRIGHT ACT — Trafficking in Circumvention Technology (17 U.S.C. § 1201(a)(2)) [SerpApi and Oxylabs]**

121. SerpApi repeats and incorporates its responses to the previous paragraphs as if fully set forth herein.

122. Denied.

123. Denied.

124. SerpApi denies any allegations that Google's SearchGuard is a technological control measure. SerpApi otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and on that basis, SerpApi denies them.

125. SerpApi denies any allegations that Google's SearchGuard is a technological control measure. SerpApi otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, and on that basis, SerpApi denies them.

126. Denied.

127. Denied.

128. Denied.

**COUNT III — DIGITAL MILLENNIUM COPYRIGHT ACT — Trafficking in Technology Circumventing Protection of Copyright Owner Rights (17 U.S.C. § 1201(b)) [SerpApi and Oxylabs]**

129. No response is required because the Court dismissed Count III against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

130. No response is required because the Court dismissed Count III against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

131. No response is required because the Court dismissed Count III against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

132. No response is required because the Court dismissed Count III against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

133. No response is required because the Court dismissed Count III against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

134. No response is required because the Court dismissed Count III against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

135. No response is required because the Court dismissed Count III against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

136. No response is required because the Court dismissed Count III against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

**COUNT IV — UNFAIR COMPETITION [All Defendants]**

137. No response is required because the Court dismissed Count IV against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

138. No response is required because the Court dismissed Count IV against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

139. No response is required because the Court dismissed Count IV against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

140. No response is required because the Court dismissed Count IV against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

141. No response is required because the Court dismissed Count IV against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

142. No response is required because the Court dismissed Count IV against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

143. No response is required because the Court dismissed Count IV against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

144. No response is required because the Court dismissed Count IV against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

**COUNT V — UNJUST ENRICHMENT [All Defendants]**

145. No response is required because the Court dismissed Count V against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

146. No response is required because the Court dismissed Count V against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

147. No response is required because the Court dismissed Count V against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

148. No response is required because the Court dismissed Count V against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

149. No response is required because the Court dismissed Count V against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

150. No response is required because the Court dismissed Count V against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

151. No response is required because the Court dismissed Count V against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

152. No response is required because the Court dismissed Count V against SerpApi in the Court's July 31, 2026 Order (ECF No. 104).

**COUNT VI — CIVIL CONSPIRACY [SerpApi and Perplexity AI]**

153. SerpApi repeats and incorporates its responses to the previous paragraphs as if fully set forth herein.

154. Denied.

155. Denied.

156. Denied.

157. SerpApi lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157, and on that basis, SerpApi denies them.

158. Denied.

159. Denied.

**GENERAL DENIAL**

Unless specifically admitted above, SerpApi denies each and every allegation in the First Amended Complaint.

**DEFENSES**

SerpApi expressly reserves the right to assert any and all defenses based on, *inter alia,* discovery and factual developments. Without waiving any such right, SerpApi avers the following defenses to the claims asserted in the First Amended Complaint, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition, SerpApi specifically reserves the right

to allege additional defenses, including affirmative defenses, that become known during this action.

**FIRST DEFENSE**

*Failure to State a Claim*

Reddit's claims against SerpApi are barred because Reddit has failed to state a claim against SerpApi for which relief may be granted.

**SECOND DEFENSE**

*Lack of Standing*

Reddit's claims against SerpApi are barred because Reddit lacks both Article III standing as well as statutory standing under the Digital Millennium Copyright Act, 17 U.S.C. § 1201.

**THIRD DEFENSE**

*Invalid Copyright Interests*

Reddit's claims against SerpApi are barred, in whole or in part, because Reddit lacks a valid and enforceable copyright in the content allegedly accessed by SerpApi.

**FOURTH DEFENSE**

*Lack of Effective Technical Measures*

Reddit's claims against SerpApi are barred because the technical measures allegedly circumvented are not a "technological measure that effectively controls access" as defined in 17 U.S.C. § 1201(a).

**FIFTH DEFENSE**

*No Predicate Act*

Reddit's civil conspiracy claim against SerpApi is barred because there is no underlying unlawful act that was the aim of the conspiracy.

**SIXTH DEFENSE**

*Copyright Misuse*

Reddit's claims against SerpApi are barred, in whole or in part, on the grounds that Reddit misused copyright rights in violation of antitrust law and public policy by entering into an arrangement with Google in or about February 2024, granting Google the exclusive right to crawl both Reddit-created and user-created content from Reddit's platform, thereby precluding any other third-party access to content posted on Reddit's platform.

**SEVENTH DEFENSE**

*Unclean Hands*

Reddit's claims against SerpApi are barred by the doctrine of unclean hands. To the extent Reddit's claims are based on its asserted right to control downstream access to or commercialization of publicly available Reddit content that Reddit itself makes available to others to distribute or use, Reddit has engaged in inequitable, inconsistent, or bad-faith conduct directly related to the subject matter of its claims. Reddit therefore is not entitled to equitable relief, restitution, disgorgement, injunctive relief, or any other relief that would reward Reddit for selectively enforcing or mischaracterizing rights in the same Reddit content to which Reddit has granted Google exclusive access.

**EIGHTH DEFENSE**

*License, Implied License*

Reddit's claims against SerpApi are barred in whole or in part by the existence of an express license, an implied license, or both.

Reddit users retain ownership of their content but, under the Reddit User Agreement, grant Reddit a worldwide, transferable, and sublicensable license to that content. Reddit exercised that sublicensable right by licensing people and entities to access, collect, and use Reddit users' content. For example, Reddit authorizes any person, whether or not they have a

Reddit account, to access its content and Reddit users' content on reddit.com. Reddit has also entered into agreements with two top providers of LLMs, Google and OpenAI, granting them programmatic access to Reddit's and Reddit users' content. To the extent that any of Reddit's licensees are also SerpApi customers, those licensees use SerpApi's services as a tool to access and obtain, at their direction and on their behalf, the snippets of Reddit and Reddit users' content that Reddit has already authorized them to access and use.

The totality of Reddit's conduct—including its public representations that Reddit users' content would be shared "publicly and freely," its User Agreement granting Reddit transferable and sublicensable rights, its licensing of Reddit users' content to entities that include SerpApi customers, and the fact that Reddit employees themselves appear to use SerpApi's services—manifests an objective intent to permit access to Reddit and Reddit users' content through intermediary tools and services, including SerpApi, that Reddit's own licensees use to obtain content they are already authorized to access.

To the extent that Reddit's claims are based on the use of SerpApi's services or technology by people or entities that Reddit has authorized to access reddit.com, Reddit content, and/or Reddit users' content, or on SerpApi's actions to collect and provide data to such people or entities, those claims are barred. Reddit has directly or indirectly licensed SerpApi and its technology to be used by, and to provide services to, such people and entities, and Reddit has therefore exhausted its right to collect additional license fees therefrom. By way of example, Reddit's agreements with Google and OpenAI bar Reddit from pursuing claims against SerpApi to the extent that either Google or OpenAI is a customer and uses SerpApi's technology or services, or SerpApi uses its technology or services to provide data to Google or OpenAI.

**NINTH DEFENSE**

*Estoppel, Waiver, Acquiescence*

Reddit's claims are barred by the equitable doctrines of estoppel and waiver. Reddit has consistently represented to its users, investors, and the general public—all contexts in which reliance is reasonably expected—that its platform is "public and accessible to everyone," that Reddit was "born of the open internet," and that users should expect their content to appear in Google search results and in responses from AI chatbots. Reddit has repeatedly made this representation to drive traffic to reddit.com and user engagement and establish what it calls one of the largest repositories of human conversational data. SerpApi justifiably relied on Reddit's repeated public representations of openness in developing and operating its public search result-based services, which are now the subject of this litigation. Through these representations and its course of conduct, Reddit knowingly and voluntarily relinquished any right it may have had to restrict or object to the access and use of its or its users' publicly available content in the manner now challenged in this litigation. Reddit's prolonged acquiescence to—and active encouragement of—the very conduct it now seeks to prohibit constitutes a waiver of any claims arising therefrom. Permitting Reddit to pursue its claims against SerpApi under these circumstances would cause SerpApi significant undue harm and would be fundamentally inconsistent with Reddit's own prior conduct and public statements.

**TENTH DEFENSE**

*First Amendment*

Reddit's claims are barred in whole or in part to the extent that SerpApi's use of publicly available information implicates First Amendment interests that limit the scope of liability.

## ELEVENTH DEFENSE

*Statute of Limitations*

To the extent that Reddit asserts any claims arising under 17 U.S.C. § 1201 that are predicated on alleged violations that took place more than three years prior to the filing of this action, such claims are time-barred as a matter of law pursuant to 17 U.S.C. § 507(b).

## TWELFTH DEFENSE

*Copyright Act Preemption*

Reddit's civil-conspiracy claim is preempted under 17 U.S.C. § 301 to the extent it is based upon rights equivalent to the exclusive rights protected by the Copyright Act and concerns material within the subject matter of copyright.

## THIRTEENTH DEFENSE

*No Damages*

Reddit's claims against SerpApi are barred, in whole or in part, on the ground that Reddit cannot demonstrate that it suffered any actual damages or non-speculative injury as a result of the conduct alleged in the First Amended Complaint.

## FOURTEENTH DEFENSE

*Failure to Mitigate Damages*

Reddit's claims are barred, in whole or in part, because Reddit failed to mitigate its alleged damages. To the extent Reddit suffered any cognizable injury, which SerpApi denies, Reddit failed to take reasonable steps to avoid those injuries. Reddit therefore may not recover damages, restitution, disgorgement, lost profits, alleged lost licensing opportunities, reputational harm, loss of goodwill, loss of user trust, or other relief to the extent any such alleged harm could have been avoided, reduced, or limited through reasonable mitigation efforts.

**FIFTEENTH DEFENSE**

*Setoff*

Any damages awarded to Reddit must be reduced by amounts received from other persons or entities for the same alleged injury, to the extent permitted by applicable law.

**SIXTEENTH DEFENSE**

*Innocent Violation*

Without admitting liability, SerpApi was not aware and had no reason to believe that its conduct constituted a violation of 17 U.S.C. § 1201. Any damages must therefore be reduced or remitted pursuant to 17 U.S.C. § 1203(c)(5)(A).

**SEVENTEENTH DEFENSE**

*No Basis for Attorneys' Fees and Costs*

Reddit is barred from recovering the costs of this action, including attorneys' fees, because the First Amended Complaint does not allege a cause of action that allows recovery of attorneys' fees and costs in this action.

**EIGHTEENTH DEFENSE**

*Additional Defenses*

SerpApi expressly and specifically reserves the right to amend this Answer to add, delete, and/or modify defenses if and when they become appropriate in this action.

## COUNTERCLAIMS

SerpApi, now having fully answered, asserts the following Counterclaims against Reddit and alleges as follows:

### INTRODUCTION

1. "By using the Services, you are ***directing us*** to share this information publicly and freely."[10] That is the compact between Reddit and its users. In that Privacy Policy provision, Reddit users ***direct*** Reddit to ***distribute*** their content ***publicly and freely.*** That is significant, because Reddit users (not Reddit) own the content that they create, including any copyrights that apply.

2. Of course, for those who already know to go there, reddit.com is one way that Reddit users' content is shared with the public. But it is not nearly the only way. Search engines, and the results they return, play a critical role in distributing Reddit users' content freely and publicly. Reddit itself has told investors as much: in its S-1 filing with the SEC, Reddit disclosed that "[o]ur success depends partly on our ability to attract online visitors to our website. We rely, in part, on internet search engines, such as Google, to generate traffic to our website, primarily through free or organic searches."[11] Reddit's CEO has confirmed that search engines account for approximately half of all traffic to reddit.com.[12] Running a search on Google, Bing, DuckDuckGo, or another search engine is how members of the general public (*i.e.*, people without Reddit user accounts) discover Reddit users' content on any given subject. And, as more and more people obtain their information from AI, both search engines and scrapers that provide AI companies with structured information play a vital role in distributing

---

[10] *See Reddit Privacy Policy,* Ex. 3, at 1.

[11] Reddit, Inc., Registration Statement (Form S-1) (Feb. 22, 2024), at 25.

[12] *Reddit Inc: Reddit Q3'25 Earnings Call,* Reddit: Investor Relations (Oct. 30, 2025), https://s203.q4cdn.com/380862485/files/doc_financials/2025/q3/Reddit-Q3-25-Earnings-Call_Transcript.pdf.

Reddit users' content to the public. In the modern world, ***all*** of these tools are necessary to ensure free and public distribution.

3. But Reddit has been violating its users' directive since at least July 1, 2024, when it blocked all search engines other than Google from accessing reddit.com. That interferes with the business activities of search engines and scrapers. Worse yet, Reddit blocked access for anti-competitive reasons: to stifle the free flow of Reddit users' content to the public so that Reddit could extract huge sums of money from those able and willing to pay for access. This is a naked attempt to exploit Reddit users to boost Reddit's corporate profits in a way that harms search engine providers, other players in the AI ecosystem, Reddit users, and the public.

4. Courts have warned that giving platforms "free rein to decide, on any basis, who can collect and use data that companies do not own, that they otherwise make publicly available to viewers, and that the companies themselves collect and use — risks the possible creation of information monopolies that would disserve the public interest." *X Corp. v. Bright Data Ltd.*, 733 F. Supp. 3d 832, 837 (N.D. Cal. 2024) (quoting *hiQ Labs, Inc. v. LinkedIn Corp.*, 31 F.4th 1180, 1202 (9th Cir. 2022)). Reddit has done precisely what these courts warned against. From the contributions of millions of Reddit users, Reddit obtained and maintains an information monopoly over the largest corpus of authentic human conversation on the internet. The resulting harm to independent data providers like SerpApi, search engines and AI companies competing with Google, and consumers more broadly is substantial, and Reddit's anti-competitive gatekeeping of public discourse must be stopped.

5. These counterclaims detail how Reddit promised to promote its users' content freely and publicly and how that compact was instrumental in growing reddit.com into—in

Reddit's words—the "most human place on the Internet."[13] They also detail how Reddit broke that promise, monopolized access to Reddit users' content, and leveraged that control to charge exorbitant prices for information that is public and free—all while telling its users the changes were for their protection, and telling its investors the changes were for profit. Reddit must be held accountable for its antitrust violations.

6. The counterclaims also lay out how, in this lawsuit, Reddit is trying to shut down SerpApi's and other scrapers' services even when those services are performed for people and entities that Reddit itself has authorized access to Reddit users' content. Reddit cannot grant access with one hand and sue the companies that facilitate it with the other. As such, SerpApi seeks declaratory judgment vindicating its rights.

## THE PARTIES

7. SerpApi, LLC is a Texas limited liability company with its principal place of business in Austin, Texas. SerpApi was founded in 2017 on a simple idea: that access to search data leads to truth, knowledge, and progress. Before SerpApi, structured access to search data was fragmented, unstable, and overly complex. Without a way to convert search results into a structured format, the information they contain is largely inaccessible to the software applications, AI systems, and research tools that depend on it. SerpApi was the first company to build a dependable solution to that problem. Developers use SerpApi to build applications, researchers use it to gather and analyze data from across the web, and businesses of all sizes rely on it to automate important processes related to safety, security, and even intellectual property protection. In doing so, SerpApi fundamentally changed how search data can be used at scale.

---

[13] *See Reddit Inc: Reddit Q4'25 Earnings Call*, Reddit: Investor Relations (Feb. 5, 2026), https://s203.q4cdn.com/380862485/files/doc_financials/2025/q4/Reddit-Q4-25-Earnings-Call-Transcript.pdf; *Reddit Inc: Reddit Q1'26 Earnings Call*, Reddit: Investor Relations (Apr. 30, 2026), https://s203.q4cdn.com/380862485/files/doc_financials/2026/q1/Reddit-Q1-26-Earnings-Call-Transcript.pdf.

8. Today, SerpApi provides structured, ready-to-use data to developers, researchers, and a broad range of other customers. Several top providers of LLMs and enterprise productivity software are SerpApi customers. Confidentiality obligations prevent SerpApi from identifying those companies publicly. Customers without such restrictions include Salesforce, Adobe, NVIDIA, Samsung, Shopify, KPMG, Experian, Morgan Stanley, Thomson Reuters, the United Nations, and the New York Times. The New York Times has been using SerpApi's services for their "AI initiatives" and also in their regular operations. SerpApi has over 1.5 million activated user accounts. Both Reddit and Google employees have SerpApi accounts registered with their Reddit and Google work email addresses and, upon information and belief, they use SerpApi's services in their work at Reddit and Google, respectively.

9. One of SerpApi's products is its Search Index API, which is a proprietary search infrastructure designed to help AI applications, autonomous agents, and LLMs access fresh web information in real time built upon its own independent index of the web. Rather than retrieving these results by accessing a third-party search engine (such as Google or Bing) at the moment the request is made, Search Index API consults its own, previously assembled index of web content. The results are then returned to the requesting program in a standardized, machine-readable format, so that the information may be readily incorporated into other software applications—like AI systems that require current information from the internet to support or verify their output. At present, SerpApi does not include reddit.com in its assembled index of web content.

10. Reddit, Inc. is a Delaware corporation with its principal place of business in San Francisco, California. Reddit operates one of the largest online discussion platforms in the world, with, by its own account, more than 100 million unique visitors per day. FAC ¶ 44.

## JURISDICTION AND VENUE

11. These counterclaims arise under Section 2 of the Sherman Act, 15 U.S.C. § 2, Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26, and Sections 2201 and 2202 of the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

12. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331, 1337, 2201 and 2202 and 15 U.S.C. §§ 15 and 26.

13. This Court has personal jurisdiction over Reddit, which commenced this action in this District, transacts substantial business in this District, and lists its common stock on the New York Stock Exchange under the ticker RDDT, an exchange located in this District. Venue is proper under 28 U.S.C. § 1391 and 15 U.S.C. § 22.

14. Reddit's conduct alleged herein occurred in and substantially affected interstate trade and commerce. Reddit sells access to Reddit users' conversational data to counterparties throughout the United States, and its exclusionary conduct forecloses commerce in this District and nationwide.

## FACTUAL ALLEGATIONS

### I. Reddit Users' Content Is Public Information

15. Reddit was founded in 2005 as a "default open" company where, per one report, "participation was open for everyone, but visibility was earned."[14] Anyone could read Reddit users' conversational data without an account, and every search engine could crawl it. Reddit's CEO recently acknowledged that, "[h]istorically, Reddit . . . [was] born of the open internet

[14] Philip Svensson, *Upvoted: The Story of Reddit*, Quartr: Insights (Mar. 6, 2026), https://quartr.com/insights/edge/upvoted-the-story-of-reddit; *see also* Reddit, Inc., Annual Report (Form 10-K) (Feb. 5, 2026), at 26 (stating that Reddit's mission is "open discourse"); Harry McCracken, *As the AI era begins, Reddit is leaning into its humanity*, Fast Company (Dec. 19, 2023), https://www.fastcompany.com/90997770/reddit-steve-huffman-interview-ai-ipo-2024 ("Reddit is an open platform, and we love that.").

and Reddit has been open and very permissive for access to its data."[15] In June 2008, Reddit even open-sourced its entire codebase on GitHub, which remained publicly available until Reddit archived it in September 2017.[16] Consistent with Reddit's "default open" ethos, Reddit's Public Content Policy states: "Most of Reddit's platform is public and accessible to everyone, even without an account. This is intentional."

16. That Reddit users' content is public information is not just intentional—it is the policy directed by Reddit users. Reddit's Privacy Policy advises: "By using the Services, **you are directing us** to share this information publicly and freely."[17] As a result, any content they post to the platform "may also be available in search results on internet search engines like Google or in responses provided by an AI chatbot."[18] Consistent with this, the Public Content Policy advises, "anyone who has access to the internet can see public posts, comments, usernames, profiles, karma scores, and related metadata (collectively, 'public content')."[19]

17. Reddit's users contribute over 99.99% of the content that Reddit hosts on its platform.[20] And in Reddit's User Agreement, Reddit alerts users that "You retain any ownership rights you have in Your Content," while Reddit only holds "a worldwide, royalty-

---

[15] Steven Huffman interview, Fast Company Summit, May 2026, available at https://www.youtube.com/watch?v=cRkwqehHXRc.

[16] David Chartier, *Reddit social news site goes transparent, open source*, Ars Technica (June 18, 2008 at 08:00 ET), https://arstechnica.com/information-technology/2008/06/reddit-social-news-site-goes-transparent-open-source/; when asked why Reddit open sourced its code base, Steve Huffman explained that Reddit's value was "more in the loyalty of our community than it is in our technology. . . it seems only fair that we release the code of reddit."

[17] *See* Ex. 3 at 1.

[18] *Id.*

[19] *See Public Content Policy*, Ex. 2, at 1.

[20] Reddit alleges that it authored in the order of tens of thousands of the posts on its platform out of the full corpus of billions. *See* FAC ¶¶ 44, 47.

free, perpetual, irrevocable, ***non-exclusive***, transferable, and sublicensable license" to such user content.[21] This is Reddit users' data, and they told Reddit that they want it to be public.

**II. Reddit's Open Ecosystem Grew Into the "Most Human Place on the Internet"**

18. In addition to making Reddit users' content public, Reddit's open web ecosystem helped drive visibility and growth. Search engines had open access to index the publicly posted user content that Reddit hosts on its platform. In return, those search engines would direct visitors to Reddit. As Reddit itself has acknowledged, search engines were responsible for a substantial share of the traffic that fueled this growth. This symbiotic exchange spurred user engagement, promoted Reddit's growth, and benefitted everyone—Reddit users, Reddit, and the public, alike.

19. With that open model, Reddit user engagement thrived. According to Reddit, it grew to reach over 500 million people on a weekly basis and now consists of over 25 billion posts and comments[22] ("Reddit user conversational data")—making it "one of the largest repositories of human conversation in existence."[23] Around 40% of Reddit conversations are reportedly "commercial in nature, where people are actively discussing products, services, and purchase decisions,"[24] but Reddit claims that, at its core, reddit.com is where users "find trusted, human perspectives and participate in communities that share their interests—no matter how niche or mainstream."[25] Reddit claims to be "the most human place on the internet"[26] and boasts a "trove of knowledge and conversation organized by topic . . .

[21] *See Reddit User Agreement*, Ex. 1, at 3 (emphasis added).

[22] *Reddit Q1'26 Earnings Call*, *supra* note 13; *Reddit Q2'26 Earnings Call, supra* note 3.

[23] FAC ¶ 2.

[24] *Reddit Q1'26 Earnings Call, supra* note 13.

[25] Reddit, Inc., Annual Report (Form 10-K), *supra* note 14, at 7.

[26] *Reddit Q2'26 Earnings Call, supra* note 3.

unmatched by any other internet platform, covering a wide variety of interests—r/ parenting, r/ NFL, r/ meditation, and r/ solotravel, to name a few."[27]

## III. As AI Advanced, It Disrupted Reddit's Business Model

20. Reddit parlayed users' and the public's engagement with its ecosystem into a robust advertising business. But while that business still spins off huge revenues—it generated $762 million in revenues in Q2 2026 alone—Reddit saw that advancing technology was increasingly undermining its bottom line. Beginning with ChatGPT's launch in November 2022, the proliferation of AI-powered search engines providing synthesized content, rather than links, began steering fewer people to Reddit. That, in turn, led to fewer clicks, lower engagement, and tempered profits. This dynamic also threatened Reddit's cachet with investors. As AI adoption accelerated, so, too, did Reddit's struggles. Reddit recognized the risk.[28]

21. Reddit planned to go public in 2024, so 2023 was a terrible time for Reddit to fall behind. It needed another way to make money. So it looked to the most valuable thing it could control: Reddit users' public content—*i.e.*, their conversational data.

## IV. Reddit Knows the Value of its Users' Conversational Data

22. Reddit is keenly aware of the commercial value of Reddit users' conversational data that it hosts on its platform. As part of its appeal to investors, Reddit touted its "massive corpus of conversational data and knowledge [as] what makes [it] unique,"[29] and in every

[27] Reddit, Inc. Annual Report (Form 10-K), *supra* note 14, at 9.

[28] Reddit, Inc., Registration Statement (Form S-1), *supra* note 11, at 25; Reddit, Inc., Quarterly Report (Form 10-Q) (Aug. 6, 2024), at 41, advising that Reddit "rel[ies], in part, on internet search engines, such as Google, to generate traffic to our website, primarily through free or organic searches," and warning that ranking or visibility could decline if search engines change their algorithms or display logic. The filing further stated that "[i]f a major search engine changes its algorithms in a manner that negatively affects the search engine ranking of our website or those of our partners, our business, results of operations, financial condition, and prospects could be adversely affected."

[29] Reddit, Inc., Registration Statement (Form S-1), *supra* note 11, at 2.

quarter since its March 2024 IPO, Reddit has emphasized the market appeal of such data—*e.g.*:

- "Platforms like Reddit . . . are the backbone of building AI and training large language models ('LLMs') . . . . You can't have artificial intelligence without *actual* intelligence."[30] "Reddit is one of the few platforms positioned to become a true search destination[,]" and "[a]dvertisers of all sizes rely on Reddit to find highly engaged, high-intent customers in conversations that drive decisions at every stage of the path to purchase."[31]
- "In a world increasingly dominated by algorithms and automation, the need for human voices has never been greater . . . . ~80% of users in a recent survey said they believe some questions can only be answered by humans, as opposed to AI-generated summaries. For LLMs and AI search engines, these conversations and the knowledge they create are essential for training."[32]
- "Reddit's conversations are like oil for the modern internet: a foundational resource powering the next generation of technology."[33]

23. Companies that would benefit from leveraging Reddit users' conversational data—like search engines and AI companies—have no reasonable substitutes for such data, even among other social media platforms. Reddit users' content is organized into topic-specific communities (subreddits) where content is organized by ranked community voting and conversations are threaded in question-and-answer style discussions organized in the same

---

[30] Reddit, Inc., Annual Report (Form 10-K), *supra* note 14, at 7.

[31] *Id.* at 8-9.

[32] *Letter to Shareholders: Q2 2025*, Reddit: Investor Relations, https://s203.q4cdn.com/380862485/files/doc_financials/2025/q2/Q2-25-Shareholder-Letter.pdf (last visited Aug. 28, 2026), at 3.

[33] *Reddit Q1'26 Earnings Call*, *supra* note 13.

democratic manner. Reddit users' conversational data illuminates not just what people say about, for example, the best restaurants in a particular neighborhood of New York City or the potential benefits of incorporating creatine into your diet, but which answers other human readers found most useful, since upvotes function as a built-in relevance signal that raw text scraping does not afford. With this structure, subreddits reflect real, human conversation.

24. That Reddit users' conversational data is authentically human is precisely what makes it so useful for training LLMs. Training on this data teaches AI models how humans actually respond to each other over the course of an ongoing conversation: how debates unfold, how people ask follow-up questions, how disagreement and consensus form. Twenty years' worth of Reddit threads track the real-time evolution of public opinion and slang. Exposure to Reddit threads teaches chatbots to emulate the tenor of dynamic, human conversation rather than, for example, a static Wikipedia article.

25. Data from other platforms that host user content on the internet are not a substitute for Reddit users' conversational data because they offer entirely different constructs. Micro-blogging sites like X, Threads, Truth, or Bluesky reward users for short, concise, and often decontextualized statements. For example, on X users react to each other's tweets and spar back and forth, but the platform does not afford non-Premium users, who comprise the vast majority of total users, the ability to express themselves fully, without a word-limit on each individual post. Other social media websites, like Meta's (Facebook and Instagram) tend toward sharing of personal content and images, to which users may react and respond, but the core function of those products is not authentic, language-based engagement.

26. No other source mirrors Reddit's combined scale (billions of posts), authenticity (human-to-human, natural language conversations), breadth (the sheer variety of subreddits), and longitudinal depth (20 years of archived user conversational threads). Reddit CEO Steve Huffman himself has noted how uniquely valuable Reddit's user content is to those who seek

programmatic access: "***LLMs would not exist as we know them without Reddit.*** Reddit is one of the single largest sources of training data for the LLMs."[34] Reddit's executives knew, in their words, that there is no substitute for Reddit user data: it is **"1-of-1**."[35]

27. The problem was tapping into that value. Reddit users' content is public information. And as Reddit warned investors, it's hard to charge for information that is freely and publicly distributed: "some companies may decline to license Reddit data and use such data without a license given its open nature."[36]

28. But Reddit's executives knew about the principle of scarcity. As they observed on an earnings call: "Scarce assets tend to become valuable over time, and authentic human conversation at scale is becoming increasingly rare. ***Reddit's conversations are like oil for the modern internet:*** a foundational resource powering the next generation of technology."[37] Forgetting whose data it is (users'), Reddit's CEO Steven Huffman put it bluntly: "The Reddit corpus of data is really valuable . . . we don't need to give all of that value to some of the largest companies in the world for free."[38] Those executives knew that, if they could make human conversation even more scarce—by making Reddit users' public content scarce for AI companies—they could charge a whole lot of money for it. And that's just what they set out to do.

---

[34] Matt G. Southern, *Reddit CEO Says LLMs 'Would Not Exist' Without Reddit Data*, Search Engine Journal (May 25, 2026), https://www.searchenginejournal.com/reddit-ceo-llms-would-not-exist-without-reddit-data/575786/.

[35] Chris Katje, *EXCLUSIVE: Reddit Isn't a Social Media Company, CFO Says it's a True '1 of 1,'* Yahoo! Finance (July 5, 2026), https://finance.yahoo.com/media-advertising/articles/exclusive-reddit-isn-t-social-203103036.html.

[36] Reddit, Inc., Registration Statement (Form S-1), *supra* note 11, at 39.

[37] *Reddit Q1'26 Earnings Call*, *supra* note 13.

[38] Watercutter, *supra* note 5.

**V. Reddit's Anti-Competitive Conduct**

29. Reddit has willfully acquired, maintained, and extended its monopoly power through at least the following interrelated conduct:

**A. <u>Reddit's shift from "default open" to "pay-to-play"</u>**

30. As the operator of reddit.com, Reddit has monopoly control over access to Reddit users' content. In 2023, as it prepared for its IPO, Reddit executives set in motion a series of technical changes that converted Reddit to a closed system, ultimately shutting off programmatic access to Reddit users' public content for nearly all search engines, scrapers, and their customers, along with developers, researchers, and academics.

31. In April 2023, Reddit put widespread access changes into motion when its CEO (also known by his username, u/KeyserSosa) announced via a Reddit post that there would be significant updates to Reddit's API.[39] Although Reddit's API had been free and open for developer use since 2008, in Spring of 2023, the gate crashed down.[40] Reddit imposed new API policies and tiered service, with the free-tier API allowing only 60-100 requests per minute depending on the type of app seeking data, and paid tiers were introduced at $0.24 per 1,000 API calls for high-volume users.[41] These changes caused significant and immediate disruption in the developer world.[42] Pushshift—"the most widely used Reddit data archive for academic research"—lost its API access. Third-party apps, such as Apollo and Reddit is Fun, folded.[43]

---

[39] u/KeyserSosa, *An Update Regarding Reddit's API*, Reddit: r/Reddit, https://www.reddit.com/r/reddit/comments/12qwagm/an_update_regarding_reddits_api/ (last visited Aug. 28, 2026).

[40] Umar Shakir, *Reddit's upcoming API changes will make AI companies pony up*, The Verge (April 18, 2023 at 18:52 ET) https://www.theverge.com/2023/4/18/23688463/reddit-developer-api-terms-change-monetization-ai.

[41] *Reddit API Pricing: What It Costs in 2026 and the free Alternative*, Comment Exporter, http://redditcommentscraper.com/article-reddit-api-pricing-alternative.html (last visited Aug. 28, 2026).

[42] *Id.*

[43] *Id.*

32. Reddit communities were outraged. On June 12, 2023, nearly 9,000 Reddit communities went dark to protest Reddit's new API policies and pricing model.[44] Instead of responding to its users and restoring its promise to them, Reddit held the line on its new policy and pricing models. "The problem with this [user-led blackout] is it's not going to change anything because we made a business decision that we're not negotiating on," Mr. Huffman told the AP.[45] "We can't subsidize other people's businesses. We didn't ban third-party apps—we said, 'You need to cover your costs.'"[46]

33. Then, in Reddit's February 22, 2024 S-1 filing, Mr. Huffman noted that "advertising is [Reddit's] first business" but "Reddit's vast and unmatched archive of real, timely, and relevant human conversation on literally any topic is an invaluable dataset for a variety of purposes, including search, AI training, and research . . . . We expect our data advantage and intellectual property to continue to be a key element in the training of future LLMs." In his eagerness to create profit, Mr. Huffman again forgot *who* owns the data (users) and what *they* want to do with it (distribute it freely and publicly).

34. The same day that Reddit filed its S-1 with the SEC, it also announced an expanded partnership with Google, reportedly worth $60 million per year. To investors, Reddit's strategic objective was described as "positioning itself as a data supplier to some of the largest AI ecosystems," and moving away from a revenue stream "depend[ing] on page views."[47] But Reddit told a very different story to its users and the public, framing the

[44] Bobby Allyn and Tilda Wilson, *Thousands of Reddit communities 'go dark' in protest of new developer fees*, NPR (June 12, 2023 at 05:00 ET), https://www.npr.org/2023/06/12/1181376050/reddit-communities-go-dark-protest-new-api-developer-fees.

[45] Wyatte Grantham-Philips, *Despite widespread protest, Reddit CEO says company is 'not negotiating' on 3rd-party app charges*, Associated Press (June 16, 2023), https://apnews.com/article/reddit-blackout-steve-huffman-ceo-api-0a4f7b344ecfbf50c924b030c344c55e.

[46] *Id.*

[47] *Reddit's AI Data Licensing With Google Recasts Growth And Valuation Story*, Yahoo! Finance: Simply Wall St (May 14, 2026), https://finance.yahoo.com/markets/stocks/articles/reddit-ai-data-licensing-google-121250434.html; Taylor Craig, *Social network Reddit's IPO is an 'AI play,' says Herb Greenberg*, CNBC: Last

partnership as a win for the open internet. In its public announcement, Reddit reiterated that it was "one of the internet's largest open archives of authentic and constantly-updated human-generated conversations and experience," and reassured that the aim of the partnership was to "make it easier for people to find, discover, and engage in content and communities on Reddit that are most relevant to them" and thereby "uphold [Reddit's] belief in the open internet."[48] In a companion blog post, Google similarly described Reddit as "play[ing] a unique role on the open internet" and the partnership as "mak[ing] it easier for people to benefit from [the] useful information" found in Reddit users' conversational data.[49] Reddit's CEO reinforced this narrative on a subsequent earnings call, telling analysts that "Reddit being well indexed is good for our respective companies, but most importantly, it's good for the end user who gets to find answers to their questions."[50]

35. But those platitudes were false. Just a few months later, Reddit revealed the true purpose of the arrangement.

**B. <u>Default closed: Reddit's changes to its robots.txt file</u>**

36. In June 2024, Reddit began to erect digital walls to exclude every search engine from reddit.com, except Google. On June 25, 2024, Reddit's Chief Legal Officer, Ben Lee, alerted the r/redditdev community to the soon-to-be-operative robots.txt on Reddit's root

---

Call (Feb. 23, 2024 at 11:29 ET), https://www.cnbc.com/2024/02/23/social-network-reddits-ipo-is-an-ai-play-says-herb-greenberg.html.

[48] *Expanding our Partnership with Google*, *supra* note 8; Anna Tong et al., *Exclusive: Reddit in AI content licensing deal with Google*, Reuters (Feb. 21, 2024), https://www.reuters.com/technology/reddit-ai-content-licensing-deal-with-google-sources-say-2024-02-22.

[49] Patel, *supra* note 8.

[50] *Reddit Inc: Reddit Q1'24 Earnings Call,* Reddit: Investor Relations (May 7, 2024), https://s203.q4cdn.com/380862485/files/doc_financials/2024/q1/Reddit-Q1-24-Earnings-Call_Transcript.pdf.

directory. Effective July 1, a new robots.txt served to everyone (except Google) would read as follows:

```
# Welcome to Reddit's robots.txt
# Reddit believes in an open internet, but not the misuse
of public content.
[policy-link comment lines omitted]
User-agent: *
Disallow: /
```

Mr. Lee warned that, "if you are using an automated agent to access Reddit, you need to abide by our terms and policies, and you need to talk to us."[51] But he also promised that "folks like the Internet Archive"—a provider of "free access to researchers, historians, scholars, people with print disabilities, and the general public" to over 30 years of web history through the Wayback Machine[52]—"will continue to be allowed to crawl Reddit."[53]

37. On July 1, 2024, nearly all search engines, including Microsoft's Bing, DuckDuckGo, Mojeek, and Qwant, lost the ability to index new Reddit conversations.[54] Microsoft publicly confirmed that Bing stopped crawling Reddit upon the July 1 change.[55] And

[51] Reddit, *Updating our robots.txt file and Upholding our Public Content Policy*, https://www.reddit.com/r/redditdev/comments/1doc3pt/updating_our_robotstxt_file_and_upholding_our/ (last visited Aug. 28, 2026).

[52] Internet Archive, *About* the *Internet Archive*, https://archive.org/about/ (last visited Aug. 28, 2026).

[53] u/traceroo, *Updating our robots.txt file and Upholding our Public Content Policy*, Reddit: r/redditdev, https://www.reddit.com/r/redditdev/comments/1doc3pt/updating_our_robotstxt_file_and_upholding_our/ (last visited Aug. 28, 2026).

[54] TOI Tech Desk, *Reddit has banned Microsoft Bing, DuckDuckGo and all other search engines except Google, here's why*, The Times of India (July 25, 2024), https://timesofindia.indiatimes.com/technology/tech-news/reddit-has-banned-microsoft-bing-duckduckgo-and-all-other-search-engines-except-google-heres-why/articleshow/112011295.cms. Reddit also went dark on Pushshift, a social media data collection, analysis, and archiving platform that, since 2015, collected Reddit data and made it available to researchers, allowing them to reduce time spent in the data collection, cleaning, and storage phases of their projects. Jason Baumgartner et al., *The Pushshift Reddit Data Set*, Arxiv (Jan. 23, 2020) https://arxiv.org/abs/2001.08435.

[55] Danny Goodwin, *Reddit CEO to Microsoft and AI search engines: Pay for our content*, Search Engine Land (Aug. 1, 2024), https://searchengineland.com/reddit-ceo-microsoft-ai-search-content-444616.

Mojeek's CEO, Colin Hayhurst, described the effect as "killing everything for search but Google."[56]

38. That was right: the one exception ***was*** Google. On July 4, 2024, Merj, a tech consultancy, confirmed this when it tested whether Reddit's updated robots.txt file really would be served to any crawler agent.[57] Suspicious that the new robots.txt would not be served to Google, since Reddit still needed its content to show up in Google SERPs, a Merj Managing Director used Google's own Rich Results testing tool to fetch Reddit's raw HTML/response as Googlebot actually sees it.[58] The results showed that the Googlebot was being served a different robots.txt than everyone else—one that still allowed indexing.[59] But, even there, Reddit took steps to block others' access to Reddit users' public content: according to Google, Reddit "directs Google not to enable third parties to extract and independently commercialize the licensed content[.]"[60] Just like Reddit's lockdown, that directive to ***curtail*** distribution is the opposite of what Reddit users (who own the content and any copyrights arising from it) directed Reddit to do.

39. And despite its assurances to the contrary, in August 2025, Reddit ultimately reneged on its promise and cut off the Internet Archive.[61] Claiming that it caught AI companies scraping data from the Wayback Machine, Reddit went dark on the non-profit archive the way

[56] Arol Wright, *Reddit is Blocking Most Search Engines*, How-To Geek (July 24, 2024 at 17:19 ET), https://www.howtogeek.com/reddit-search-engine-indexing/.

[57] Ryan Siddle, *Investigating Reddit's robots.txt Cloaking Strategy*, Merj: Blog (July 4, 2024), https://merj.com/blog/investigating-reddits-robots-txt-cloaking-strategy.

[58] *Id*. Googlebot is the automated web crawler software used by Google to discover, fetch, and scan web pages across the internet to build its searchable index. *Googlebot*, Google Search Central (Feb. 3, 2026), https://developers.google.com/search/docs/crawling-indexing/googlebot.

[59] *See* Siddle, *supra* note 57. The Merj Managing Director posted the results of the test on Merj's blog.

[60] *See* Amended Complaint, *Google LLC v. SerpApi, LLC*, No. 4:25-cv-10826-YGR (N.D. Cal. Aug. 10, 2026), ECF No. 45.

[61] *See* Jay Peters, *Reddit will block the Internet Archive*, The Verge (Aug. 11, 2025 at 13:00 ET), https://www.theverge.com/news/757538/reddit-internet-archive-wayback-machine-block-limit.

it had for all other agents. And although Reddit claims that it provides free access to Reddit users' content "to sponsored academic researchers affiliated with higher education institutions conducting non-commercial research,"[62] Reddit blocks scrapers on which researchers and universities depend to actually access Reddit users' content.

**C. Reddit's claim that it is protecting its users is false**

40. Reddit has claimed, repeatedly, that it made these changes to protect its users. Indeed, about the Google arrangement, it said it was to "**make it easier** for people to find, discover, and engage in content and communities on Reddit that are most relevant to them" and thereby "**uphold [Reddit's] belief in the open internet**."[63] In fact, Reddit did the opposite. It shut off access to reddit.com for every search engine except Google, making Reddit users' content harder to find, for the multitude of people who discover it through non-Google search engines and for the AI companies whose tools increasingly serve as the public's gateway to information.

41. In this action, Reddit has claimed that it shut off access to SerpApi and other scrapers and search engines, and that Google implemented its SearchGuard to deny access to Google SERPs, to protect Reddit users' copyrights. *See, e.g.*, FAC ¶¶ 47, 59. That makes no sense, because all Reddit users direct Reddit to distribute their content freely and publicly. Indeed, Reddit's own admission in this case belies its claim: Reddit admits that Google, the only company that can serve search results with current content from reddit.com, had no purported DMCA-protected technological control measures in place from July 1, 2024 (when everyone else was shut out of reddit.com) to January 2025 (when Google deployed SearchGuard, which Reddit now claims is for copyright protection). Reddit is not protecting

[62] *Reddit for Researchers Program*, Reddit: Help Center, https://support.reddithelp.com/hc/en-us/articles/49381918834964-Reddit-for-Researchers-Program (last visited Aug. 28, 2026).

[63] *Expanding our Partnership with Google*, *supra* note 8.

users' content. Its own executives have compared their users' conversations to "oil for the modern internet." Reddit is now acting like the baron who controls the wellhead, restricting the supply of a resource it does not own to drive up the price.

42. On information and belief, Reddit's true purpose for its arrangement with Google is multifold: (a) to obtain a $60 million annual payment from Google for Gemini access to Reddit users' content; (b) to maintain as much Google traffic to reddit.com as it could so that the corpus of Reddit user data continues to grow and it can continue to sell advertisements; and (c) to extract exorbitant payments from other AI companies by (i) blocking access for all scrapers and search engines other than Google and (ii) making it as technically difficult as possible for SerpApi and others to obtain structured data from Google SERPs (interfering with their ability to provide that structured data to AI companies and other customers).[64]

43. Therefore, the purpose of Reddit's exclusionary and restrictive licensing conduct is purely anti-competitive and simply to benefit Reddit's bottom line as a monopolist.

**VI. The Relevant Market and Reddit's Monopoly Power**

44. The relevant product market is the market for the sale of large-scale, authentic human conversational data in online threaded discussion forums organized by topic for use in search indexing and in the training and grounding of AI systems. In the alternative, the relevant product market is the market for online public discourse. The relevant geographic market is the United States (or, in the alternative, the world).

---

[64] *Expanding our Partnership with Google*, *supra* note 8; Tong et al., *supra* note 48. There is no announcement in Reddit's press release archive that mentions "SearchGuard," and in the only press release that mentions protecting against scraping, Reddit did not refer to any technological control measures or Google at all. *See Modernizing Reddit's Infrastructure and Moderation Tools*, Reddit (Aug. 5, 2026), https://redditinc.com/news/modernizing-reddits-infrastructure-and-moderation-tools.

Moreover, in Google's Amended Complaint against SerpApi, filed in the Northern District of California on August 10, 2026, Google alleges that its agreement with Reddit "directs Google not to enable third parties to extract and independently commercialize the licensed content[.]" *See* Amended Complaint, *Google LLC v. SerpApi, LLC*, *supra* note 60.

45. As alleged in paragraphs 25-26 above, there is no reasonable substitute for Reddit users' conversational data as an input for search indexing or AI training, whether among social media platforms or elsewhere. Reddit's own executives say so: its CFO describes Reddit's platform as a "1-of-1" and its CEO states that large language models "would not exist as we know them without Reddit."

46. On information and belief, Reddit has, through its arrangement with Google, afforded Google the exclusive right to scrape Reddit's user content for display on a search engine results page. As Reddit proclaims in public filings, news articles, and its pleadings in this action, Reddit hosts users' conversational data that "AI companies . . . desperately need[.]"[65] If not for Reddit's walling off of its platform to all search engines except for Google, SerpApi would utilize its Search Index API product to scrape directly from Reddit, to meet the needs of its customers and compete in the market for the repackaging and sale of Reddit users' conversational data in a structured format.

47. In the alternative, the relevant product market is the United States market for the sale of public-square conversational data, *i.e.*, authentic, large-scale public human conversation. As "one of the internet's largest corpuses of information," "one of the most sourced and cited domains in AI across all models[,]" and "where half of all product conversations online take place," Reddit maintains a dominant share in these relevant markets.[66]

48. Participants in the relevant markets include: Reddit, as the sole merchant of user's data obtained on the Reddit platform; would-be competitors like SerpApi, which would compete in the market for the sale of Reddit users' conversational data but for Reddit's

[65] FAC ¶ 2.

[66] Reddit, Inc., Annual Report (Form 10-K), *supra* note 14, at 7; *Reddit Inc: Reddit Q1'25 Earnings Call*, Reddit: Investor Relations (May 1, 2025), https://s203.q4cdn.com/380862485/files/doc_financials/2025/q1/Reddit-Q1-25-Earnings-Call-Transcript.pdf.

exclusionary conduct; and customers who purchase the data, including search engines and AI developers. Reddit itself alleges that such services could "reduc[e] the value and desirability of" Reddit's user data and content, "avoiding the need for" Reddit's licensing agreements.[67]

**VII. Harm to Competition and to SerpApi**

49. Reddit's conduct has harmed and will continue to harm competition in the relevant markets, including by: (a) precluding non-Google search engines, like SerpApi's Search Index API, from accessing Reddit users' conversational data, which forecloses competition; (b) precluding independent data-access providers, like SerpApi, from meeting customer demand for Reddit users' conversational data by repackaging and selling data scraped from reddit.com with Search Index API to willing customers; and (c) raising the price of access to Reddit users' conversational data from $0 to supra-competitive levels, increasing rivals' and purchasers' costs—OpenAI, for example, was forced to pay millions of dollars for access to Reddit users' public content.[68] Reddit's conduct also harms Reddit users by depriving them of their stated goal (to have the content they own distributed freely and publicly), and consumers by depriving them of access to Reddit users' content through the medium of their choice (*e.g.*, Bing, DuckDuckGo, Perplexity). Reddit's denial of access reverberates throughout the digital world.

50. Reddit's antitrust violations have injured SerpApi's business and property. SerpApi is a would-be competitor with Reddit in the business of repackaging and selling the user content that Reddit hosts on its platform. SerpApi would like to leverage its Search Index API product to scrape user content directly from Reddit and repackage that content in a structured, JSON format for its purchasers seeking to use that structured data to train their AI

---

[67] FAC ¶¶ 109, 141.

[68] *OpenAI Strikes Deal to Bring Reddit Content to ChatGPT*, *supra* note 6; Barry Schwartz, *OpenAI may pay Reddit $70M for licensing* deal, Search Engine Land (Feb. 13, 2025), https://searchengineland.com/openai-may-pay-reddit-70m-for-licensing-deal-451882.

models. However, by making its data inaccessible to SerpApi, Reddit has precluded it from competing in the relevant markets and caused SerpApi antitrust injury.

51. SerpApi has antitrust standing because it is the target of Reddit's exclusionary scheme and its injury is a direct result of Reddit's anti-competitive conduct. As an independent data provider whose business includes providing structured data from publicly available SERPs (using its SERP API offerings) and publicly available websites (using its Search Index API offering), SerpApi's injury is inextricably intertwined with the harm to competition in the relevant markets. SerpApi would like to compete with Reddit to repackage and sell structured data based on Reddit users' content, but Reddit has walled off that content to all search engines except for Google. Reddit licenses out its users' content at supra-competitive prices, precluding access to anyone but the most powerful tech companies. But for these Reddit-made roadblocks, SerpApi is ready, willing, and able to compete in the relevant markets.

52. SerpApi's injuries include being foreclosed from the relevant markets by Reddit's exclusionary conduct, being denied access to the Reddit users' public content that would allow SerpApi to compete in the relevant markets, lost customers, lost sales and contract opportunities, reputational and competitive harm arising from Reddit's foreclosure of access to Reddit users' conversational data, and increased costs of doing business. Antitrust law exists precisely to prevent this kind of harm: a market where independent players are shut out, where access comes only at an inflated, monopolistic price, and where nearly every segment of the public is harmed, including AI users, the AI ecosystem, and Reddit users themselves.

53. SerpApi is uniquely situated to stand up against Reddit's anti-competitive conduct. Excluded search engines cannot fight back as they have already acquiesced to Reddit's demands to cease indexing its platform and Reddit's licensees are contractually bound and commercially dependent on Reddit users' content. The damages SerpApi has sustained

are concrete and ascertainable, calculable by reference to its own financial records and the market prices Reddit itself has fixed.

**CLAIMS FOR RELIEF**

**COUNT I — Monopolization (Sherman Act § 2, 15 U.S.C. § 2)**

54. SerpApi incorporates and realleges Paragraphs 1-53 as if fully set forth herein.

55. Reddit possesses monopoly power in the relevant market for programmatic access to large-scale, authentic human conversational data in online threaded discussion forums organized by topic for use in search indexing and in the training and grounding of AI systems in at least the United States (if not globally) and in the alternative, in the United States market for online public discourse.

56. Reddit has willfully acquired and maintained that monopoly through the exclusionary conduct alleged herein, including conditional and discriminatory dealing with selected paying market participants, requester-specific technical discrimination, and restrictive licensing terms to prevent residual programmatic access to Reddit users' conversational data.

57. Reddit's conduct has no legitimate procompetitive justification, and any asserted justification is pretextual and achievable by substantially less restrictive means. Reddit is not withholding its own property: by the terms of Reddit's own User Agreement, users retain any ownership rights in their content and Reddit itself only has a non-exclusive license.

58. Reddit's conduct has harmed competition and injured SerpApi in its business and property, in an amount to be proven at trial. SerpApi is entitled to treble damages, injunctive relief, attorneys' fees, and costs under 15 U.S.C. §§ 15 and 26.

**COUNT II — Attempted Monopolization (Sherman Act § 2, 15 U.S.C. § 2)**

59. SerpApi incorporates and realleges Paragraphs 1-58 as if fully set forth herein.

60. In the alternative to Count I, Reddit has engaged in the exclusionary conduct alleged herein with the specific intent to monopolize the relevant markets. This intent is evidenced by, among other things, the design and timing of the July 1, 2024 robots.txt wall relative to the Google agreement, the requester-specific dual-file implementation, Reddit's public statements conditioning access on payment, and Reddit's revocation of its announced Internet Archive exemption.

61. There is a dangerous probability that, to the extent not already obtained (particularly as to Reddit users' conversational data) Reddit has achieved or will achieve monopoly power in the relevant markets.

62. Reddit's conduct has no legitimate procompetitive justification, and any asserted justification is pretextual and achievable by substantially less restrictive means. Reddit is not withholding its own property: by the terms of Reddit's own User Agreement, users retain any ownership rights in their content and Reddit itself only has a non-exclusive license.

63. Reddit's attempted monopolization has harmed competition and injured SerpApi in its business and property, entitling SerpApi to treble damages, injunctive relief, attorneys' fees, and costs under 15 U.S.C. §§ 15 and 26.

**COUNT III — Declaratory Judgment – Reddit May Not Authorize Technological Measures to Restrict Licensed Access**

64. SerpApi incorporates and realleges Paragraphs 1-63 as if fully set forth herein.

65. Reddit users retain ownership of their content, and the copyrights pertaining to that content, under the Reddit User Agreement.

66. Under the Reddit Privacy Policy, users direct Reddit to share their content "publicly and freely."

67. Under the Reddit User Agreement, Reddit users grant Reddit a worldwide, transferable, and sublicensable license to that content to make that content available for

syndication, broadcast, distribution, or publication by other companies, organizations, or individuals, and to use that content to train AI and machine learning models.

68. Reddit exercised that sublicensable right by licensing people and entities to access, collect, and use Reddit users' content. For example, Reddit authorizes any person, whether or not they have a Reddit account, to access its content and Reddit users' content on reddit.com. Reddit has also entered into agreements with two top providers of LLMs, Google and OpenAI, granting them programmatic access to Reddit's and Reddit users' content. All such people and entities are "Reddit Licensees."

69. Any Reddit or Reddit users' content that is scraped from Google's search engine results is content for which Reddit has licensed, or sublicensed, the Reddit Licensees to access and use.

70. Accordingly, "scraping [of] Reddit content directly from Google's search engine results,"[69] by, for, or on behalf of SerpApi customers who are Reddit Licensees is conducted *with the authority of the copyright holder*.

71. Under 17 U.S.C. 1201(a)(3)(A) "to 'circumvent a technological measure' means to descramble a scrambled work, to decrypt an encrypted work, or otherwise to avoid, bypass, remove, deactivate, or impair a technological measure, *without the authority of the copyright owner*[.]" (emphasis added).

72. SerpApi therefore seeks a declaration that, to the extent Reddit has authorized Google or any other third party to implement a technological measure protecting Reddit content, that authorization does not extend to requests submitted by, at the direction of, or on behalf of a Reddit Licensee where the requested access and resulting use fall within the scope of the licensee's authorization from Reddit and the applicable copyright owners.

---

[69] FAC ¶ 1.

**COUNT IV — Declaratory Judgment – Use of SerpApi's Technology or Services By or For SerpApi Customers to which Reddit Has Granted Access to Reddit.com Does Not Violate the DMCA**

73. SerpApi incorporates and realleges Paragraphs 1-72 as if fully set forth herein.

74. Reddit users retain ownership of their content, and the copyrights pertaining to that content, under the Reddit User Agreement.

75. Under the Reddit Privacy Policy, users direct Reddit to share their content "publicly and freely."

76. Under the Reddit User Agreement, Reddit users grant Reddit a worldwide, transferable, and sublicensable license to that content to make that content available for syndication, broadcast, distribution, or publication by other companies, organizations, or individuals, and to use that content to train AI and machine learning models.

77. Reddit exercised that sublicensable right by licensing people and entities to access, collect, and use Reddit users' content. For example, Reddit authorizes any person, whether or not they have a Reddit account, to access its content and Reddit users' content on reddit.com. Reddit has also entered into agreements with two top providers of LLMs, Google and OpenAI, granting them programmatic access to Reddit's and Reddit users' content. All such people and entities are "Reddit Licensees."

78. A significant portion, and potentially all, of SerpApi's accused conduct is performed by, for, or on behalf of Reddit Licensees.

79. Any Reddit or Reddit users' content that is scraped from Google's search engine results is content for which Reddit has licensed, or sublicensed, the Reddit Licensees to access and use.

80. Accordingly, "scraping [of] Reddit content directly from Google's search engine results,"[70] by, at the direction of, or on behalf of SerpApi customers who are Reddit Licensees is conducted *with the authority of the copyright holder*.

81. Under 17 U.S.C. 1201(a)(3)(A) "to 'circumvent a technological measure' means to descramble a scrambled work, to decrypt an encrypted work, or otherwise to avoid, bypass, remove, deactivate, or impair a technological measure, *without the authority of the copyright owner*[.]" (emphasis added).

82. SerpApi therefore seeks a declaratory judgment from this Court that, to the extent any SerpApi scraping of Reddit content directly from Google's search engine results is performed by, at the direction of, or on behalf of customers who are Reddit Licensees, such conduct does not constitute circumvention in violation of 17 U.S.C. § 1201(a).

**COUNT V — Declaratory Judgment – Use of SerpApi's Technology or Services By or For SerpApi Customers to Which Reddit Has Granted Access to Reddit.com Does Not Damage Reddit**

83. SerpApi incorporates and realleges Paragraphs 1-82 as if fully set forth herein.

84. Reddit users retain ownership of their content, and the copyrights pertaining to that content, under the Reddit User Agreement.

85. Under the Reddit Privacy Policy, users direct Reddit to share their content "publicly and freely."

86. Under the Reddit User Agreement, Reddit users grant Reddit a worldwide, transferable, and sublicensable license to that content to make that content available for syndication, broadcast, distribution, or publication by other companies, organizations, or individuals, and to use that content to train AI and machine learning models.

87. Reddit exercised that sublicensable right by licensing people and entities to access, collect, and use Reddit users' content. For example, Reddit authorizes any person,

---

[70] *Id.*

whether or not they have a Reddit account, to access its content and Reddit users' content on reddit.com. Reddit has also entered into agreements with two top providers of LLMs, Google and OpenAI, granting them programmatic access to Reddit's and Reddit users' content. All such people and entities are "Reddit Licensees."

88. A significant portion, and potentially all, of SerpApi's accused conduct is performed by, for, or on behalf of Reddit Licensees.

89. Any Reddit or Reddit users' content that is scraped from Google's search engine results is content for which Reddit has licensed, or sublicensed, the Reddit Licensees to access and use.

90. Therefore, to the extent any SerpApi "scraping [of] Reddit content directly from Google's search engine results,"[71] is performed by, at the direction of, or on behalf of SerpApi customers who are Reddit Licensees, Reddit cannot assert any "lost licensing fees or other commercial opportunities,"[72] from such conduct.

91. SerpApi therefore seeks a declaratory judgment from this Court that, to the extent any SerpApi scraping of Reddit or Reddit users' content directly from Google's search engine results is performed by, at the direction of, or on behalf of SerpApi customers who are Reddit Licensees, Reddit has not suffered and is not entitled to any damages arising from such conduct.

**COUNT VI — Declaratory Judgment – Reddit Has Not Alleged Any Violation of the Digital Millennium Copyright Act ("DMCA"), Nor Any Civil Conspiracy Claim, Prior to January 2025**

92. SerpApi incorporates and realleges Paragraphs 1-91 as if fully set forth herein.

93. Reddit's surviving claims from the First Amended Complaint alleging the circumvention of technological control measures pertain specifically to Google's

---

[71] *Id.*

[72] *Id.* ¶ 109.

SearchGuard.[73] Reddit's claim for civil conspiracy is also premised on the alleged circumvention of Google's SearchGuard.[74]

94. Google did not deploy SearchGuard until January 2025.

95. During oral argument before this Court on SerpApi's Motion to Dismiss, Reddit's counsel unequivocally, though belatedly, admitted that Reddit does not have cognizable claims under the DMCA for the period before January 2025: "We're just not alleging that in the 2024 time period that these are cognizable claims under the DMCA."[75]

96. Reddit therefore concedes that Reddit has not asserted cognizable DMCA claims for the time period prior to January 2025.

97. SerpApi therefore seeks a declaratory judgment from this Court that Reddit has no cognizable DMCA claims for the period prior to January 2025 and, accordingly, no cognizable civil conspiracy claim for the period prior to January 2025.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38, SerpApi demands a trial by jury on all counterclaims so triable.

**PRAYER FOR RELIEF**

WHEREFORE, SerpApi respectfully requests that the Court enter judgment in its favor and against Reddit as follows:

A. Adjudging and decreeing that Reddit has violated Section 2 of the Sherman Act;

B. Awarding SerpApi its actual damages, trebled, under 15 U.S.C. § 15, together with pre- and post-judgment interest;

---

[73] *Id.* ¶¶ 114-136.

[74] *Id.* ¶¶ 153-159.

[75] *See* Tr. 81:1-3.

C. Permanently enjoining Reddit, under 15 U.S.C. § 26, from conditioning crawler access to public Reddit content on payment or discriminatory terms; from serving requester-specific robots.txt directives that discriminate among crawlers on the basis of licensing status; from enforcing or entering agreements that grant any party exclusive crawl or indexing access to public Reddit content or that restrict licensees from dealing with independent data providers; and from authorizing or procuring technical measures directed at third-party access to public Reddit content appearing on third-party websites;

D. Declaring that Reddit has no cognizable DMCA claims for the period prior to January 2025 and, accordingly, no cognizable civil conspiracy claim for the period prior to January 2025;

E. Declaring that Reddit may not authorize, direct, procure, or invoke a technological measure to prevent access requested by or on behalf of a Reddit Licensee, or to impose DMCA liability arising from such access, to the extent the access and resulting use are within the scope of the licensee's authorization;

F. Declaring that to the extent that any SerpApi scraping of Reddit or Reddit users' content directly from Google's search engine results is performed by, at the direction of, or on behalf of Reddit Licensees, such conduct does not constitute circumvention in violation of 17 U.S.C. § 1201(a);

G. Declaring that to the extent that any SerpApi scraping of Reddit or Reddit users' content directly from Google's search engine results is performed by, at the direction of, or on behalf of Reddit Licensees, Reddit cannot allege any damages arising from such conduct;

H. Awarding SerpApi its reasonable attorneys' fees and costs of suit; and

I. Granting such other and further relief as the Court deems just and proper.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Jeff Homrig*
Nili T. Moghaddam
Jessica L. Falk
Sarah Ryu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
jessica.falk@weil.com
nili.moghaddam@weil.com
sarah.ryu@weil.com

Jeff Homrig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
600 Congress Ave,
Suite 2170
Austin, TX 78701
Tel.: (512) 487-1480
Fax: (512) 487-1520
jeff.homrig@weil.com

*Attorneys for SerpApi, LLC*