IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reddit, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>SerpApi LLC, Oxylabs UAB, AWMProxy, and Perplexity AI, Inc.,<br><br>Defendants. | Case No.: 1:25-cv-08736-PAE |

**DEFENDANT OXYLABS UAB'S REPLY MEMORANDUM TO PLAINTIFF REDDIT, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT OXYLABS UAB'S MOTION TO DISMISS**

Kate E. Cassidy
WIGGIN & DANA LLP
437 Madison Ave, 35th Floor
New York, NY 10022
T: 212.551.2600
Email: kcassidy@wiggin.com

Jeffrey M. Fisher *(Pro Hac Vice)*
Alex Reese *(Pro Hac Vice)*
Winston Liaw *(Pro Hac Vice)*
Victoria Constance Huang *(Pro Hac Vice)*
Raven Quesenberry *(Pro Hac Vice)*
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
jfisher@fbm.com
areese@fbm.com
wliaw@fbm.com
vhuang@fbm.com
rquesenberry@fbm.com

*Attorneys for Defendant Oxylabs UAB.*

# TABLE OF CONTENTS

**Page**


I. INTRODUCTION ....................1

II. FACTS RELATING TO THE UNDISCLOSED REDDIT-GOOGLE PARTNERSHIP AGREEMENT ....................2

III. REDDIT FAILS TO ALLEGE A DOMESTIC DMCA VIOLATION BY OXYLABS ....................3

IV. THE COURT'S RULING ON PRIOR MOTIONS DOES NOT RESOLVE OXYLABS' MOTION ....................5

A. The FAC Does Not Plausibly Allege Copyright-Owner Authorization ....................5

B. Reddit Fails to Allege that Oxylabs' Proxy Servers Constitute Direct Circumvention or Trafficking in Circumvention Technology ....................8

C. Reddit's State Law Claims Are Preempted and Fail on the Merits ....................9

V. CONCLUSION ....................10

## TABLE OF AUTHORITIES

**Page(s)**

### FEDERAL CASES

*In re AppHarvest Sec. Litig.*,
684 F. Supp. 3d 201 (S.D.N.Y. 2023)....................10

*Glendora v. Gannett Co. Inc.*,
858 F. Supp. 369 (S.D.N.Y. 1994), *aff'd sub nom. Glendora v. Gannett Co.*,
40 F.3d 1238 (2d Cir. 1994)....................5

*Google LLC v. SerpApi, LLC*,
Case No. 4:25-cv-10826-YGR (N.D. Cal. Dec. 19, 2025) ....................7

*Norex Petroleum Ltd. v. Access Indus., Inc.*,
631 F.3d 29 (2d Cir. 2010)....................3, 4

*Prysm Grp., LLC v. Emeritus Inst. of Mgmt. PTE LTD*,
2025 WL 1827274 (S.D.N.Y. July 2, 2025) ....................8

*Sandoval v. Uphold HQ Inc.*,
2025 WL 1268291 (S.D.N.Y. May 1, 2025), *appeal dismissed* (Aug. 28,
2025) ....................7

*Superama Corp., Inc. v. Tokyo Broad. Sys. Television, Inc.*,
2024 WL 3616945 (9th Cir. Aug. 1, 2024)....................5

*Synopsys, Inc. v. AzurEngine Techs., Inc.*,
401 F. Supp. 3d 1068 (S.D. Cal. 2019)....................5

*Universal City Studios, Inc. v. Corley*,
273 F.3d 429 (2d Cir. 2001)....................10

*Yout, LLC v. Recording Indus. Ass'n of Am., Inc.*,
633 F. Supp. 3d 650 (D. Conn. 2022)....................8, 9

### FEDERAL STATUTES

17 U.S.C.
§ 106....................10

# I. INTRODUCTION

Reddit claims to be different from other social media platforms because it is an "open" and "public" platform requiring no user credentials to access Reddit-hosted content. Its Privacy Policy describes Reddit as "a public platform" and warns users that their content may be "reshared by others without permission or where Reddit has no control." Reddit further advises that "anyone who has access to the internet can see public posts," and Reddit concedes that users cannot authorize or deauthorize any particular use of their content short of deleting it, but even then, Reddit does not guarantee that its licensees will honor the user's deletion request.

Nonetheless, Reddit now seeks to control downstream uses of that content by purportedly requiring Google to "protect Reddit's licensed data" from "automated actors" (Dkt. 68 at 22), not to protect users' copyrights, but to protect its own revenues derived from content that its users (the owners of that data) have intentionally made "available to the general public." Reddit makes this claim based on an agreement with Google that Reddit has refused to attach to or quote in either the original or the First Amended Complaint ("FAC").

Against this backdrop, Reddit's claims against Oxylabs are not plausible. First, as to Oxylabs specifically, Reddit's only allegations regarding any conduct in the United States are barebones jurisdictional allegations that Oxylabs offers some proxy servers based in New York. But Reddit does not allege any connection between those proxy servers and any purported acts of circumvention, and thus fails to connect any purported violations by Oxylabs to the United States.

Second, Reddit has not plausibly alleged that Google's "technological control measure," called SearchGuard, was authorized by the relevant copyright owners. Nor could it, considering that its agreements inform users that when they post content to Reddit, "they are allowing [Reddit] to use that content as we see fit." Reddit's user agreements strip users of any authority

to require Reddit to protect their content. Although the Court found otherwise with regards to other defendants' motions to dismiss, Oxylabs respectfully submits that the full context of Reddit's user agreements, its failure to provide the Google agreement, and the press releases incorporated into the FAC make Reddit's allegations implausible.

Third, Reddit's DMCA claims fail because it fails to adequately plead that Oxylabs itself violated the DMCA. Rather, the alleged conduct was performed by Oxylabs' customers, and there is no plausible allegation that Oxylabs itself circumvents technological control measures, only that it provides services that *may be used by others* for that purpose. The trafficking claim fails for a similar reason—proxy servers may be used for many purposes.[1]

Finally, Reddit's state law claims remain preempted for the same reasons this Court already rejected them as to Oxylabs' co-defendants, and also fail on their merits.

## II. FACTS RELATING TO THE UNDISCLOSED REDDIT-GOOGLE PARTNERSHIP AGREEMENT

The Court heard motions to dismiss filed by SerpApi LLC ("SerpApi") and Perplexity AI, Inc. ("Perplexity") on July 23, 2026. At this hearing, Reddit conceded that its DMCA claims are based entirely on Google's SearchGuard and that any circumvention in "the period of time pre-SearchGuard" is not "well pled." Ex. 5[2], July 23, 2026 Hr'g Tr., at 76:11–19. Reddit also conceded that Google did not implement SearchGuard until January 2025 (*id.* at 74:24–25), but Reddit entered the Google partnership in February 2024 (FAC ¶ 52).

Reddit does not quote its partnership agreement with Google, but the FAC incorporates

[1] Reddit's opposition emphasizes Oxylabs' advertisements regarding New York-based proxy servers being capable of assisting in "data gathering projects." Dk. 114 at 1, 2, 5. "Data gathering" is not the same as "circumvention" under the DMCA. Although Exhibit C to the FAC discusses Google's "techniques to prevent malicious bots from harvesting its data," a vast amount of information on Google is not copyrightable. *See* Dkt. 96-6, Google Opinion at 10-11 ("To the extent that Google Search results do not contain any copyrighted content, SearchGuard cannot be said to effectively control access to a work protected under the Copyright Act.")

[2] Unless otherwise indicated, citations to exhibits refer to the exhibits to the Declaration of Winston Liaw filed concurrently.

by reference a press release about the agreement. FAC ¶ 52 n.26. This press release in turn incorporates a Google press release.[3] Neither press release mentions anything about protecting Reddit user information. The Reddit statement claims that the partnership will "make it easier to discover and access" Reddit information, create "new ways for Reddit content to be displayed across Google products," and provide "more efficient ways to train models."[4] Google's statement similarly claims that the partnership will make it "even easier for people to benefit from" and "access [Reddit information] across Google products."[5]

Accordingly, the partnership allows Google to use Reddit data for Google's AI products, and is unrelated to protecting Reddit user content.[6] The FAC nearly admits as much, alleging that "Reddit has entered into licensing agreements with several AI companies" and that Defendants' conduct "diminishes the value" of those relationships, and identifying the Google partnership as one such relationship. FAC ¶ 109. The partnership agreement, then, is central to Reddit's claims that it required protections relating to Google Search and could refute those claims.

## III. Reddit Fails to Allege a Domestic DMCA Violation by Oxylabs

Reddit's DMCA claims as to Oxylabs specifically fail because Reddit does not adequately allege that Oxylabs committed any DMCA violation in the U.S. Reddit's Opposition summarizes its U.S.-specific allegations: that Oxylabs "offers IP addresses" located in New York for some proxy servers (Dkt. 114 at 5, citing FAC ¶¶ 23, 26) and advertises a "New York proxy network." But "simply alleging that some domestic conduct occurred cannot support a claim of

---

[3] Ex. 6, https://blog.google/company-news/inside-google/company-announcements/expanded-reddit-partnership/ (last visited Sep. 3, 2026).
[4] Ex. 7, https://redditinc.com/news/reddit-and-google-expand-partnership (last visited Sep. 3, 2026).
[5] Ex. 6.
[6] Though not part of the FAC, contemporaneous news articles explicitly state that the purpose of this agreement was for Google to use Reddit data in its AI model. *See, e.g.*, Ex. 11, "Reddit strikes $60M deal allowing Google to train AI models on its posts, unveils IPO plans," AP News, available at: https://apnews.com/article/google-reddit-ai-partnership-a7f131c7cb4225307134ef21d3c6a708 (last visited Sep. 3, 2026).

domestic application." *Norex Petroleum Ltd. v. Access Indus., Inc.*, 631 F.3d 29, 33 (2d Cir. 2010). Reddit further argues that "the FAC expressly alleges that Oxylabs circumvented technological control measures on servers located in New York," citing to the FAC. Dkt. 114 at 5, citing FAC ¶ 85. This is not what the FAC says. Instead, the FAC at best alleges access to Google generally, and says nothing about access through servers located in the U.S. or New York, or the proxy servers it references above. Reddit's DMCA claims must be dismissed because Reddit fails to connect any purported violations by Oxylabs to the United States.

The inadequacy of Reddit's allegations becomes clearer if the Court examines each of its DMCA claims in turn. For its Section 1201(a)(1) direct circumvention claims, Reddit does not identify who ***in the U.S.*** circumvented a technological measure or how. Reddit also conflates Oxylabs' customers' conduct with Oxylabs' own conduct. Reddit's theory is that Oxylabs' ***customers*** initiate the scraping requests that traverse the Oxylabs proxy server infrastructure. FAC ¶¶ 10, 79, 125, 133. The mere location of a proxy server used by a customer says nothing about where ***Oxylabs'*** own conduct (developing, marketing, and maintaining that infrastructure from Lithuania) occurred. Accordingly, Reddit has failed to allege where any act of direct circumvention by Oxylabs, as opposed to by a customer, took place.

Similarly, for its trafficking claims, Reddit acknowledges that Oxylabs is a Lithuanian company (FAC ¶ 10), but it fails to allege that Oxylabs engaged in any prohibited trafficking act (i.e. "manufacture, import, offer to the public, provide, or otherwise traffic") in the U.S. Reddit does not allege that Oxylabs is a manufacturer or importer, and any "offer to the public" or act to "provide" services took place from Lithuania. Thus, these claims should also be dismissed.

Even if the Court credits Reddit's conclusory allegations about New York servers, Reddit's DMCA claims still lack a territorial nexus because it never identifies where ***Google's***

servers are located. In *Synopsys, Inc. v. AzurEngine Techs., Inc.*, the court focused on U.S.-based circumventions, conducted by a California-based company with engineers operating in the U.S. 401 F. Supp. 3d 1068, 1073 (S.D. Cal. 2019). By contrast, Reddit has not alleged with any specificity where any act of circumvention took place. Likewise, Reddit relies on *Superama Corp., Inc. v. Tokyo Broad. Sys. Television, Inc.* to argue that a DMCA claim is domestic where the alleged conduct occurred in the U.S. or the circumvention is aimed at U.S.-based protections. 2024 WL 3616945, at *2 (9th Cir. Aug. 1, 2024). But Reddit has not pleaded that any specific Oxylabs customer leased any specific proxy server in New York or accessed any specific content owned by Reddit users on a Google server based in New York.[7] Reddit purportedly relied on data obtained through a subpoena of Google to allege millions of instances of circumvention and scraping. FAC ¶ 85.[8] But these allegations do not identify any facts about whether this alleged access was conducted by Oxylabs directly, or by its customers, or where they were located at the time, or where Google servers were located. The Court should not credit this allegation. *See, e.g.*, *Glendora v. Gannett Co. Inc.*, 858 F. Supp. 369, 372-373 (S.D.N.Y. 1994) ("Where a party has direct knowledge about a matter known to be relevant…and fails to assert facts which if true would have assisted that party, the logical conclusion is that such facts do not exist."), *aff'd sub nom. Glendora v. Gannett Co.*, 40 F.3d 1238 (2d Cir. 1994).

For these reasons, Reddit's DMCA claims fail and should be dismissed.

## IV. THE COURT'S RULING ON PRIOR MOTIONS DOES NOT RESOLVE OXYLABS' MOTION

### A. The FAC Does Not Plausibly Allege Copyright-Owner Authorization

Although the Court found authorization of SearchGuard plausible based on the FAC's

---

[7] Reddit undercuts its own position by arguing that one purpose of proxy servers is to obfuscate the location of an actor (Opp'n. at 5 n.2), demonstrating the alleged location of a proxy does not show domestic conduct.

[8] This allegation does not make Reddit's claim plausible because it does not explain what Oxylabs did, if anything, to enable these millions of "access" incidents.

general allegations regarding the Reddit-Google partnership, Oxylabs respectfully requests that the Court consider an argument that only Oxylabs advanced: that Reddit's allegations of user-authorization are implausible in light of its longstanding statements that it is an "open" platform where users actually give up control of their content. *See* Dkt. 96-1 at 1-2, 15. Reddit's allegations describing the Reddit-Google partnership are also implausible, and the better reading is that the agreement concerns use of Reddit data in Google's AI products (not Google Search).

Reddit's policies repeatedly inform users that their content cannot be controlled once posted. "Reddit is a public platform" where user content may be "reshared by others without permission or where Reddit has no control." Dkt. 111-1, Reddit Privacy Policy, at 3. Reddit tells users: "By using the Services, you are directing us to share this information publicly and freely." Ex. 8, at 1. Reddit's Public Content Policy repeats the refrain: "Reddit is inherently a public platform," and users who contribute public content "mak[e] that public content available to the general public." Dkt. 111, at 3, 5. Reddit's users grant it a license for "syndication, broadcast, distribution, or publication by other companies, organizations, or individuals" of their content and Reddit has free rein to "modify, adapt" or "distribute, store, perform, and display" the content "in all media formats and channels ***now known or later developed anywhere in the world***." Dkt. 111-2, User Agmt., at 4 (emphasis added).[9]

At the July 23 hearing, Reddit conceded that users give up control of their content: "when [a user] post[s] content to Reddit as a platform, they are allowing [Reddit] to use that content as

[9] Reddit alleges that its users authorize it to enter agreements, like the Google partnership, that protect user content, pointing to one statement in Reddit's Public Content Policy that such licenses empower Reddit to "[e]nsure data licensees honor public content deletions by Redditor and Reddit." FAC ¶ 51. That is not a plausible interpretation of this policy, which states: "[W]e enter into licensing arrangements that ***allow us*** to put into place meaningful protections. The arrangements provide licensees with enterprise-grade performance and access to Reddit public content." Dkt. 111, at 4 (emphasis added). Further, Reddit disclaims the ability to guarantee user-requested deletions: "We cannot guarantee that third parties have deleted copies of Reddit public content they've made without your or our permission." *Id.*, at 6.

we see fit." Ex. 5, at 70:22–24; *see also id.* at 69:24-70:10 (a user cannot sue to enforce Reddit's privacy policy because "the agreement does not provide that type of right to the users when they post onto Reddit"). It is implausible that users "authorized" Reddit to implement any protective measures, let alone SearchGuard, when they lack authority over Reddit.

The idea that users authorize Reddit to protect their content, and Reddit honored that in the Google agreement, is all the more implausible considering that Reddit has twice refused (in the Complaint and FAC) to attach or quote the agreement, has not provided a copy to any Defendant, and instead incorporates by reference press releases that do not indicate Google is obligated to protect Reddit user content. The Reddit announcement discusses only "eas[ier]" discovery of Reddit content and "new ways for Reddit content to be displayed across Google products"—it never mentions SearchGuard, user protection, or any technological control measure. Ex. 7.[10] The partnership is apparently not even about Google Search but is instead aimed at "providing more efficient ways to train models." *Id.*[11]

Overlaying all this is Reddit's timing problem. Reddit and Google announced their partnership on February 22, 2024. FAC ¶ 52. But SearchGuard was not released until January 2025, as Reddit has acknowledged. *See* Ex. 5, 74:24-25; Dkt. 104 at 7; Ex. 10[12] ¶ 30 ("When SearchGuard launched in January 2025…"). Reddit cannot retroactively authorize a measure that did not exist when the partnership was formed—particularly where the FAC concedes that Reddit did not understand how SearchGuard functioned until after this lawsuit was filed. FAC ¶

[10] On August 4, counsel for SerpApi requested that Reddit produce a copy of the Reddit-Google agreement on an attorneys'-eyes-only basis. Ex. 9. Counsel for Reddit declined. *Id.*
[11] The Google announcement similarly describes the partnership as making it "easier for people to access and benefit from Reddit's uniquely helpful content." Ex. 6. Because the documents the FAC relies on contradict Reddit's allegations, "the document[s], not the allegations, control." *Sandoval v. Uphold HQ Inc.*, 2025 WL 1268291, at *7 (S.D.N.Y. May 1, 2025), *appeal dismissed* (Aug. 28, 2025).
[12] Ex. 10 is Dkt. 1, *Google LLC v. SerpApi, LLC*, Case No. 4:25-cv-10826-YGR (N.D. Cal. Dec. 19, 2025), cited in the FAC. FAC ¶ 56, n.29.

56 n.29. And Reddit does not plead that the agreement required Google to implement SearchGuard in the future, another glaring omission.

Therefore, Reddit's allegations that its users authorized it to obligate Google to enact SearchGuard (or any other measure) are implausible. The Court should dismiss Reddit's DMCA claims for failure to plausibly allege authorization by the copyright holders.

### B. Reddit Fails to Allege that Oxylabs' Proxy Servers Constitute Direct Circumvention or Trafficking in Circumvention Technology

Reddit's Opposition argues that the FAC plausibly alleges that Oxylabs directly circumvented Google's technological control measures because the Court noted that Section 1201(a)(1) "can also reach manufacturers like SerpApi, where they are alleged, as here, to have engaged in circumvention using their tool." Dkt. 114 at 6. However, Reddit's direct circumvention theory fails because the FAC's conclusory allegations regarding Oxylabs' marketing materials and the purported Google data do nothing to show that ***Oxylabs itself*** performed any act of circumvention. Indeed, the Court relied on allegations that SerpApi "uses, or encourages its customers to use" certain techniques (Dkt. 104 at 44-45). The FAC alleges no comparable function performed by Oxylabs' own infrastructure: Oxylabs provides general-purpose proxy servers, and its Acceptable Use Policy expressly prohibits customers from "[c]ircumventing user authentication or security of any host, network or account."[13] *Yout, LLC v. Recording Indus. Ass'n of Am., Inc.*, which Reddit relies on to argue that Oxylabs is a circumventer rather than a passive supplier, belies this very argument. 633 F. Supp. 3d 650 (D. Conn. 2022). There, the defendant's own software "affirmatively act[ed] to modify the Request

[13] OXYLABS, *Oxylabs Acceptable Use Policy,* https://oxylabs.io/legal/oxylabs-acceptable-use-policy (last visited July 20, 2026). The Court may consider this page of Oxylabs' website, which the FAC references repeatedly. *See Prysm Grp., LLC v. Emeritus Inst. of Mgmt. PTE LTD,* 2025 WL 1827274, at *1 n.2 (S.D.N.Y. July 2, 2025) ("where the complaint incorporates a website by reference, a district court may consider the website in its totality in adjudicating a motion to dismiss").

URL," the critical step enabling access (*id.*, 673); whereas here, any such step is performed by a customer's own scraping efforts rather than by Oxylabs' proxy servers themselves.

Reddit's trafficking claim is likewise implausible. Oxylabs' Motion identified numerous non-circumvention commercial uses for proxy servers (cybersecurity, ad verification, brand protection, market research, academic data collection, pricing intelligence)[14] that Reddit's Opposition does not rebut. Further, even accepting Reddit's characterization of Oxylabs' service as "bypassing or circumventing technical restrictions" to "allow for human-like scraping without IP blocking" (FAC ¶ 125), much of the content in Google SERPs is not copyrightable. Indeed, the Court found only that "at least some" scraped snippets plausibly meet the minimal creativity threshold (Dkt. 104 at 34-35), not that all the data returned by search results is protected. A trafficking theory premised on generalized "bypass" allegations, untethered to any showing that Oxylabs' service is primarily used, designed, or marketed to circumvent access to copyrightable material specifically, cannot support liability under either 1201(a)(2) or 1201(b).

### C. Reddit's State Law Claims Are Preempted and Fail on the Merits

The Court has already considered—and rejected—Reddit's arguments regarding its state law claims in dismissing those claims against SerpApi and Perplexity. Reddit argues that its allegations against Oxylabs have an additional element of "marketing, selling, and providing" services for the purpose of copying. Dkt. 114 at 9, citing FAC ¶ 149. However, Reddit made this same allegation against SerpApi as well: "By marketing, selling, and providing products and services for the purpose of circumventing the technological control measures described above in order to access and scrape Reddit data on a large-scale, unauthorized, and automated basis, ***SerpApi, Oxylabs, and AWMProxy*** have been unjustly enriched at Reddit's expense." FAC ¶

[14] Finding proxy servers constitute circumvention technology would condemn an entire category of neutral, multipurpose technology, extending the DMCA far beyond its intended scope.

149 (emphasis added). Thus, the Court has already rejected Reddit's theory. *See* Dkt. 104 at 55.

Reddit also argues that its claims against Oxylabs concern access rather than copying, and that "access" is not one of the exclusive rights protected by the Copyright Act. Dkt. 114 at 9. This is a semantic distinction and Reddit identifies no case law supporting this argument. In addition, access is incidental to all the rights protected by 17 U.S.C. § 106 (reproduction, creating derivative works, distribution, public performance, and public display).[15] Reddit's own allegations undermine its theory; the FAC repeatedly refers to "access and scrap[ing]" in combination. *See, e.g.*, FAC ¶¶ 140 (alleging that Oxylabs trafficked in products "to **access and scrape** timely Reddit data…"), 141 ("**accessing and scraping** timely Reddit data…"), 148 ("**access to and scraped** Reddit data…"). Reddit's argument that the alleged enrichment or competitive advantage depends only on access and not copying thus has no basis in the FAC.

Finally, Reddit's Opposition ignores several of Oxylabs' merits arguments, asserting only that it incorporates by reference its arguments as to SerpApi and Perplexity. Dkt. 114 at 10 n.4. Accordingly, it does not challenge Oxylabs' argument that Reddit's allegations are conclusory and impermissibly group-pleaded (Dkt. 96-1 at 23-24). Reddit also fails to address Oxylabs' argument that its unjust enrichment claim fails for lack of any direct relationship between Reddit and Oxylabs (*id.*, at 25). The Court should treat these unrebutted arguments as conceded. *See, e.g.*, *In re AppHarvest Sec. Litig.*, 684 F. Supp. 3d 201, 255 (S.D.N.Y. 2023).

## V. CONCLUSION

For the foregoing reasons, the Court should grant Oxylabs' motion to dismiss.

[15] Reddit mischaracterizes *Universal City Studios, Inc. v. Corley*, 273 F.3d 429 (2d Cir. 2001). Dkt. 114 at 9. *Universal City Studios* merely clarifies that the DMCA targets "circumvention of digital walls guarding copyrighted material" rather than "the use of those materials after circumvention has occurred," and therefore should not be read to prohibit fair use. 273 F.3d at 443. Nothing in *Universal City Studios* suggests that access to materials is sufficiently different from the exclusive rights protected by the Copyright Act to save a state law claim from preemption.

DATED: September 4, 2026

Respectfully submitted,

*/s/ Kate E. Cassidy*

Kate E. Cassidy
WIGGIN & DANA LLP
437 Madison Ave, 35th Floor
New York, NY 10022
T: 212.551.2600
Email: kcassidy@wiggin.com

Jeffrey M. Fisher *(Pro Hac Vice)*
Alex Reese *(Pro Hac Vice)*
Winston Liaw *(Pro Hac Vice)*
Victoria Constance Huang *(Pro Hac Vice)*
Raven Quesenberry *(Pro Hac Vice)*
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
jfisher@fbm.com
areese@fbm.com
wliaw@fbm.com
vhuang@fbm.com
rquesenberry@fbm.com

*Attorneys for Defendant Oxylabs UAB.*

## CERTIFICATE OF COMPLIANCE

In accordance with Local Civil Rule 7.1(c), the undersigned certifies that the foregoing Memorandum of Law is 3,494 words, exclusive of the caption page, table of contents, table of authorities, and signature block. The basis of my knowledge is the word-count feature of the word-processing system used to prepare this memorandum.

DATED: September 4, 2026

*/s/ Kate E. Cassidy*
Kate E. Cassidy