IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Reddit, Inc.,

Plaintiff,

v.

SerpApi LLC, Oxylabs UAB, AWMProxy, and Perplexity AI, Inc.,

Defendants.

Case No.: 1:25-cv-08736-PAE

**DECLARATION OF WINSTON LIAW IN SUPPORT OF DEFENDANT OXYLABS UAB'S REPLY MEMORANDUM TO PLAINTIFF REDDIT, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT OXYLABS UAB'S MOTION TO DISMISS**

I, Winston Liaw, declare as follows:

1. I am an attorney admitted to practice in California and admitted *pro hac vice* to this Court in this action. I am a partner with Farella Braun + Martel LLP, attorneys of record for Defendant Oxylabs UAB. I have personal knowledge of the facts set forth below. I make this declaration in support of Oxylabs' Reply Memorandum to Plaintiff Reddit, Inc.'s Memorandum of Law in Opposition to Defendant Oxylabs' Motion to Dismiss Plaintiff's First Amended Complaint. If called as a witness, I could and would competently testify to the following matters.

1. Attached as **Exhibit 5** is a true and correct copy of excerpts from a transcript of a July 23, 2026 hearing in this matter with relevant portions highlighted.

2. Attached as **Exhibit 6** is a true and correct copy of an announcement entitled "An expanded partnership with Reddit" dated February 22, 2024, available at https://blog.google/company-news/inside-google/company-announcements/expanded-reddit-partnership/ (last visited September 3, 2026).

3. Attached as **Exhibit 7** is a true and correct copy of an announcement entitled "Expanding our Partnership with Google" dated February 22, 2024, available at https://redditinc.com/news/reddit-and-google-expand-partnership (last visited September 3, 2026).

4. Attached as **Exhibit 8** is a true and correct copy of the Reddit Privacy Policy last revised on May 26, 2026, available at https://www.reddit.com/policies/privacy-policy (captured August 18, 2026).

5. Attached as **Exhibit 9** is a true and correct copy of an email thread between counsel for the parties, showing an email from Jessica Falk, counsel for Defendants SerpApi LLC, dated August 4, 2026 and an email from Reid Bolton, counsel for Plaintiff Reddit, Inc.,

dated August 7, 2026.

6. Attached as **Exhibit 10** is a true and correct copy of Complaint For: 1. Circumvention of Technological Measures (17 U.S.C. § 1201(a)(1)(A)); 2. Trafficking in Technology Designed for Circumvention of Technological Measures (17 U.S.C. § 1201(a)(2)), Dkt. 1, *Google LLC v. SerpApi, LLC*, Case No. 4:25-cv-10826-YGR (N.D. Cal. Dec. 19, 2025). This document was downloaded from the Court's Pacer system.

7. Attached as **Exhibit 11** is a true and correct copy of a news article dated February 22, 2024 published on AP News, entitled "Reddit strikes $60M deal allowing Google to train AI models on its posts, unveils IPO plans," available at: https://apnews.com/article/google-reddit-ai-partnership-a7f131c7cb4225307134ef21d3c6a708 (last visited September 3, 2026).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 4, 2026, in Alhambra, California.

Winston Liaw