# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

REDDIT, INC.,

Plaintiff,

v. 25 Civ. 8736 (PAE)

SERPAPI LLC, *et al.*,

Oral Argument

Defendants.

------------------------------x

New York, N.Y.
July 23, 2026
10:00 a.m.

Before:

HON. PAUL A. ENGELMAYER,

District Judge

APPEARANCES

BARTLIT BECK LLP
Attorneys for Plaintiff
BY: REID BOLTON
GIOVANNI SANCHEZ
-and-
WOLLMUTH MAHER & DEUTSCH LLP
BY: WILLIAM MAHER
JUSTIN ZIMNOCH

WEIL GOTSHAL & MANGES LLP
Attorneys for Defendant SerpApi LLC
BY: JESSICA FALK
JEFF HOMRIG
NILI MOGHADDAM

KEKER, VAN NEST & PETERS LLP
Attorneys for Defendant Perplexity AI, Inc.
BY: BEN ROTHSTEIN
ERIC MACMICHAEL

(Case called; appearances noted)

THE COURT: Good morning to you all. Good morning as well to the large number of people here. I'm informed now that there are executives from multiple of the parties. Welcome to you.

I also want to state the following at the beginning. I thought the briefs in this case by everybody were absolutely first rate, and I am mindful that quality legal work like this necessarily reflects a team effort. And so for those who are here, associates, summer associates, others who've worked on the project, for whose who are back in the shop, please, partners who are here, convey to all of them my admiration and thanks for hard work that went into the really first-rate work product that I got. One of the real pleasures of a job like mine is to be the consumer of first-rate legal work product and in many cases I get it. This is a great example of it. There's a lot that a young lawyer could learn reading the briefs in this case about how to engage in sharp, focused, fact-driven, legally astute advocacy. So huge thanks, huge props to all of you.

With that, I think my law clerk has notified all of you what I propose to be the sequence this morning. I expect each defendant will have 30 minutes to argue. We'll then take a short comfort break, and then we'll hear from Reddit. And then I will have a brief period for each defendant to reply.

technological protection measure because that goes beyond what the statute is talking about with just authority.

THE COURT: Okay. And how is it that it's well pled that the users authorized — put aside the specifics — the Google measures in play here?

MR. BOLTON: So the way that it flows is through the privacy policy and the fact that we are promising that we will protect their content and their information from misuse and unauthorized access. So that's literally what it says in the privacy policy. And then, if you look at paragraphs 51 to 52, we describe how when we enter any agreement with another third party, we will make sure that there are meaningful protections in place as to all of the content we license.

THE COURT: And this is not a contract, right? I mean, in other words, there's language in the back table's argument that a contract was required. Are you contending you have a contract with your users? What are we --

MR. BOLTON: It's an agreement.

THE COURT: The policies that you're describing, are they contracts? Are they something else?

MR. BOLTON: They're agreements between the user and Reddit over how any content that they put onto the platform will be treated and how we will protect that information.

THE COURT: And if I were a user and I felt that Reddit had breached the privacy policy — just go with it — I

appreciate your point that after the fact I could say I'm no longer interested, delete my material, and I'm no longer a user. But could I, for example, sue for injunctive relief to enforce the policy?

MR. BOLTON: No, your Honor.

THE COURT: Why not?

MR. BOLTON: Because the agreement does not provide that type of right to the users when they post onto Reddit. They're not retaining the exclusive license to prevent us from using that content for our --

THE COURT: All right. Let's suppose that I'm a user and I plausibly plead that Reddit has failed to heed the promises in its privacy policy and that I've been injured because, even granting the significant leeway that the privacy policy gives Google in the implementation, hypothetically, I plausibly plead that you've blown well past that. Can I then as a user bring a claim for damages based on whatever injury I suffered because what you've called a policy, a contract, has been breached?

MR. BOLTON: No, your Honor.

THE COURT: Why?

MR. BOLTON: Because when they post content to Reddit as a platform, they are allowing us to use that content as we see fit.

THE COURT: So what good is your contract? It sounds

contended it is incorporated by reference. Methodologically is that right?

MR. BOLTON: That is right.

THE COURT: So I don't have it. I only have the characterizations of it in the complaint.

MR. BOLTON: Well, you have several statements in paragraphs 51, 52, and footnotes 24, 25, and 26 that give you not just a bare bones, but specific details about the partnership relevant to this dispute. And the reason that we do have a DMCA violation, because Google did have a TPM with the authority of the copyright owner.

THE COURT: When I read the complaint, I took it that the Google mechanism here that was at issue was — forgive me the name — remind me just the Google policy that --

MR. BOLTON: The SearchGuard?

THE COURT: SearchGuard. Yes. Thank you. Sorry about that.

So I perhaps wrongly read the complaint to say that it is Google's SearchGuard that at all times covered was what was circumvented. Mr. Rothstein says putting aside cognizability, that in fact Google SearchGuard doesn't enter the arena until a year into the span covered by the complaint. Putting aside just for a moment what's cognizable, is that right?

MR. BOLTON: The fact is that SearchGuard was implemented in January of 2025. That is cognizable.