# EXHIBIT 6

# An expanded partnership with Reddit

Feb 22, 2024 | 1 min read

Rajan Patel
Vice President

We've had a longstanding relationship with Reddit for many years, and today we're sharing a number of ways that we're deepening our partnership across the company. Reddit plays a unique role on the open internet as a large platform with an incredible breadth of authentic, human conversations and experiences, and we're excited to partner to make it even easier for people to benefit from that useful information.

First, we're pleased to announce a new Cloud partnership that enables Reddit to integrate new AI-powered capabilities using Vertex AI. Reddit intends to use Vertex AI to enhance search and other capabilities on the Reddit platform.

Over the years, we've seen that people increasingly use Google to search for helpful content on Reddit to find product recommendations, travel advice and much more. We know people find this information useful, so we're developing ways to make it even easier to access across Google products. This partnership will facilitate more content-forward displays of Reddit information that will make our products more helpful for our users and make it easier to participate in Reddit communities and conversations.

To enable these and other experiences, Google now has access to Reddit's Data API, which delivers real-time, structured, unique content from their large and dynamic platform. With the Reddit Data API, Google will now have efficient and structured access to fresher information, as well as enhanced signals that will help us better understand Reddit content and display, train on, and otherwise use it in the most accurate and relevant ways. This expanded partnership does not change Google's use of publicly available, crawlable content for indexing, training, or display in Google products.

We look forward to what's to come with this partnership, and to making it easier for people to access and benefit from Reddit's uniquely helpful content across their product and our own.

## Posted in:

Company announcements

## Related stories




Company announcements

Welcome to Sail Tower, our newest Austin office

By Scott Foster




Company announcements

Google for Brazil 2026: Helping people make the most of AI

By Fabio Coelho



AI Products

The latest AI nev announced in N

By News from Google