# EXHIBIT 7




# Expanding our Partnership with Google

**Announcements**

February 22, 2024

Over the last 18 years, Reddit has become one of the internet's largest open archives of authentic and constantly-updated human-generated conversations and experiences. Aligned with our belief that everyone should be able to find the information they need and the experiences they want online, we've expanded our partnership with Google to make it easier to discover and access the communities and conversations people are looking for on Reddit.

With this partnership, and via our Data API, we're ushering in new ways for Reddit content to be displayed across Google products by providing programmatic access to new, constantly evolving, and dynamic public posts, comments, etc., on Reddit. This enhanced collaboration provides Google with an efficient and structured way to access the vast corpus of existing content on Reddit and enables Google to use the Reddit Data API to improve its products and services – including supporting new ways to display Reddit content and providing more efficient ways to train models.

Our work with Google will make it easier for people to find, discover, and engage in content and communities on Reddit that are most relevant to them.

By making Reddit content and communities easier to find, we're able to uphold our belief in the open internet while better serving current users and reaching new audiences. All of this builds on our existing partnership with Google Cloud to integrate new AI-powered capabilities to improve Reddit and help achieve our mission of bringing community, belonging, and empowerment to everyone in the world.

reddit

Company Values News Support

*You can learn more by reading Google's post on our partnership here.*

## Related articles

Reddit Will Be Added to the S&P 500

Paul Cappuccio Named Reddit's New Chief Legal Officer

Modernizing Reddit's Infrastructure and Moderation Tools

reddit

**Company**

Reddit, Inc.
Reddit for Business
Careers
Investors
Press Contact
News
r/RDDT

**Community**

Reddit.com
Reddit for Community
Reddit Rules
Help Center
Moderator Code of Conduct

**Privacy & Safety**

Privacy Policy
User Agreement
Transparency Report
r/redditsafety
Other Terms and Policies

Your Privacy Choices

Copyright 2026 Reddit, Inc. All rights reserved.