# EXHIBIT 9

**From:** Reid Bolton <reid.bolton@bartlitbeck.com>
**Sent:** Friday, August 7, 2026 12:30 PM
**To:** Falk, Jessica; Giovanni Sanchez; Matthew Ford; Will Gohl; William Maher; Xternal User - jzimnoch
**Cc:** Homrig, Jeff; Moghaddam, Nili; Ryu, Sarah; Eric MacMichael; Ben D. Rothstein; Christina Lee; sjacob_keker_com; Reese, Alex x4914; Cassidy, Kate; Fisher, Jeffrey x4912; Quesenberry, Raven x4403; tsebastian@wiggin.com; Huang, Victoria C. x4498
**Subject:** RE: Reddit, Inc. v. SerpApi LLC et al, 25cv8736 - Production of Google Agreement

**External Sender**

Hi Jessica,

It looks like discovery will start in October. I assume you saw the Court's Order that Reddit is still in motion practice with Oxylabs for the next few weeks and that a pretrial conference has been set for October 1. Once discovery starts and we get a protective order in place, we expect that all parties will start producing materials.

Have a great weekend,

Reid

BartlitBeck LLP
Reid M. Bolton | p: 312.494.4464 | c: 786.303.1003 | Reid.Bolton@BartlitBeck.com | Courthouse Place, 54 West Hubbard Street, Chicago, IL 60654
This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

**From:** Falk, Jessica <Jessica.Falk@weil.com>
**Sent:** Tuesday, August 4, 2026 9:37 AM
**To:** Reid Bolton <reid.bolton@bartlitbeck.com>; Giovanni Sanchez <giovanni.sanchez@bartlitbeck.com>; Matthew Ford <matthew.ford@bartlitbeck.com>; Will Gohl <will.gohl@bartlitbeck.com>; William Maher <wmaher@wmd-law.com>; Xternal User - jzimnoch <jzimnoch@wmd-law.com>
**Cc:** Homrig, Jeff <Jeff.Homrig@weil.com>; Moghaddam, Nili <Nili.Moghaddam@weil.com>; Ryu, Sarah <Sarah.Ryu@weil.com>; Eric MacMichael <emacmichael@keker.com>; Ben D. Rothstein <brothstein@keker.com>; Christina Lee <clee@keker.com>; sjacob_keker_com <sjacob@keker.com>; Reese, Alex x4914 <areese@fbm.com>; Cassidy, Kate <kcassidy@wiggin.com>; Fisher, Jeffrey x4912 <jfisher@fbm.com>; rquesenberry@fbm.com; tsebastian@wiggin.com; vhuang@fbm.com
**Subject:** Reddit, Inc. v. SerpApi LLC et al, 25cv8736 - Production of Google Agreement

**Caution: External Message**
Counsel,

Per Reddit's representation to the Court that its agreement with Google "will be produced as part of discovery almost immediately as one of the first documents" (Tr. 78:4-14), SerpApi writes to request that

a copy of said agreement be provided now. SerpApi is willing to treat the agreement as Attorneys' Eyes Only while the parties negotiate a final Protective Order.

Please promptly provide a copy of the agreement, no later than this Friday, August 7th.

Best,
Jessica

Weil

**Jessica L. Falk**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jessica.falk@weil.com
+1 212 310 8511 Direct
+1 212 310 8007 Fax

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.