**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REDDIT, INC.,

Plaintiff,

v.

SERPAPI LLC,
OXYLABS UAB, AWMPROXY, and
PERPLEXITY AI, INC.,

Defendants.

Case No. 25-cv-08736-PAE

Hon. Paul A. Engelmayer, USDJ

**MEMORANDUM OF LAW IN SUPPORT OF PERPLEXITY AI, INC.'S MOTION FOR AN ORDER AUTHORIZING PROSKAUER ROSE LLP TO APPEAR AS COUNSEL**

# TABLE OF CONTENTS

I. INTRODUCTION ..... 1

II. FACTS ..... 3

A. When Reddit Filed Suit, Perplexity Initially Selected Proskauer to Represent It. ..... 3

B. Proskauer Declined the Perplexity Representation. ..... 4

C. Proskauer Prevails in the Google Action. ..... 4

D. Perplexity's Renewed Request to Retain Proskauer. ..... 5

III. PERPLEXITY SHOULD NOT BE DEPRIVED OF ITS CHOSEN COUNSEL. ..... 5

IV. CONCLUSION ..... 8

# TABLE OF AUTHORITIES[1]

**Page(s)**

**CASES**

*Bd. of Educ. of the City of New York v. Nyquist*,
590 F.2d 1241 (2d Cir. 1979) 6

*Evans v. Artek Systems Corp.*,
715 F.2d 788 (2d Cir. 1983) 5

*Google LLC v. SerpApi, LLC*,
No. 4:25-cv-10826-YGR (N.D. Cal.) 4, 5, 6

*Gov't of India v. Cook Industries, Inc.*,
569 F.2d 737 (2d Cir. 1978) 5

*Hempstead Video, Inc. v. Incorporated Village of Valley Stream*,
409 F.3d 127 (2d Cir. 2005) 5

*Hogan v. Higgins*,
2008 WL 3200252 (E.D.N.Y. 2008) 7

*John Wiley & Sons, Inc. v. Book Dog Books, LLC*,
126 F. Supp. 3d 413 (S.D.N.Y. 2015) 5

*Meta Platforms, Inc. v. Bright Data Ltd.*,
2024 WL 251406 (N.D. Cal. 2024) 4, 6, 7

*Murray v. Metropolitan Life Ins. Co.*,
583 F.3d 173 (2d Cir. 2009) 5, 7

*Network Apps, LLC v. AT&T Mobility LLC*,
598 F. Supp. 3d 118 (S.D.N.Y. 2022) 5

*Reilly v. Computer Assocs. Long-Term Disability Plan*,
423 F. Supp. 2d 5 (E.D.N.Y. 2006) 6

*Solow v. W.R. Grace & Co.*,
83 N.Y.2d 303 (1994) 6

---

[1] Unless otherwise noted, all emphasis added, internal citations and quotation marks omitted, and capitalizations conformed.

*X Corp. v. Bright Data Ltd.*,
733 F. Supp. 3d 832 (N.D. Cal. 2024) 4, 6

**STATUTES**

17 U.S.C. §§ 1201-1205 (“DMCA”) *passim*

**RULES**

N.Y. R. Prof. Conduct 1.7(a) 1

N.Y. R. Prof. Conduct 1.9(a) 1

**OTHER AUTHORITIES**

John Adams, 3 *Diary and Autobiography of John Adams* 292–93 (L.H. Butterfield
ed., Harvard Univ. Press 1961) 1

## I. INTRODUCTION

In the words of John Adams, a person "ought to have the counsel they preferred."[2] He stood up to the redcoats. Perplexity is seeking its preferred counsel to stand up to Reddit. The law generally respects a party's right to choose its counsel. Only where a conflict of interest might impact the fairness of the trial does the law step in. If it were otherwise, litigants could use the conflict rules as a strategic weapon to strip their opponents of their chosen counsel. Thankfully, that is not how it works. Here, Perplexity has chosen Proskauer and the law should protect that choice.

There are two basic exceptions to a party's right to choose its counsel. Absent consent, (1) counsel cannot act directly adverse to another existing client, N.Y. R. Prof. Conduct 1.7(a); and (2) counsel cannot act directly adverse to a former client in the same or a substantially related matter, N.Y. R. Prof. Conduct 1.9(a). Neither applies here. Reddit is a former client of Proskauer, which previously represented Reddit in an unrelated matter.[3] The claims here arise in a developing area of law at the intersection of web scraping, automated data collection, Internet technology, and the DMCA. Perplexity seeks lawyers with deep experience in this emerging field. Proskauer has that.

For years, Proskauer has represented companies seeking access to publicly available Internet information. It successfully defended Bright Data, a provider of scraping services and public web data, against claims brought by Meta and X Corp., obtaining important rulings limiting

---

[2] John Adams, 3 *Diary and Autobiography of John Adams* 292–93 (L.H. Butterfield ed., Harvard Univ. Press 1961).

[3] Perplexity does not have information as to Proskauer's prior Reddit representation, and thus Proskauer instead addresses those subjects in its separate request to file a brief and supporting declarations discussing the conflict analysis, including substantial relatedness.

the ability of online platforms to use ordinary state-law causes of action as broad anti-scraping prohibitions. And Proskauer currently represents SerpApi in a lawsuit brought by Google involving Section 1201 of the DMCA, Google's SearchGuard technology, and SerpApi's collection of Google public search results, recently securing dismissal of Google's claims without prejudice. Thus, Proskauer not only has uniquely relevant experience in these types of cases, but is also currently litigating many of the same technical and legal issues that feature in Reddit's claims against Perplexity.

From the outset of this matter, Perplexity wanted Proskauer to defend it. But when Perplexity initially asked Proskauer to defend it after this case was filed, Proskauer declined. As Proskauer informed Perplexity, Reddit was then a current client in a prior engagement, and Proskauer accordingly could not take the matter. That engagement has ended.

Now that this Court has permitted Reddit's DMCA claim against Perplexity to proceed, and Perplexity must prepare this case for a potential trial, Perplexity again seeks to retain Proskauer. Perplexity understands that Reddit is no longer a client of Proskauer. This is a serious and significant litigation for Perplexity, in large part because public access to public information is both the foundation of Perplexity's technology and business model and the very issue at stake in this litigation. Defending this case will likely require extensive discovery, as well as complex analysis of highly technical facts. Perplexity seeks counsel with years of experience litigating scraping disputes and applying Section 1201 to the technologies and services in Reddit's allegations.

Perplexity understands that Reddit objects to Proskauer's involvement because it used to be a Proskauer client. That objection, however, risks depriving Perplexity of its choice of counsel in a case that could impact not just its bottom line but the very basis of how its business and

technology operate. Perplexity has made a considered judgment about the legal team it wants defending the company. That judgment should be respected.

## II. FACTS

### *A. When Reddit Filed Suit, Perplexity Initially Selected Proskauer to Represent It.*

On October 22, 2025, Reddit filed suit against Perplexity, SerpApi, and others, claiming in part that Perplexity, as a customer of SerpApi, circumvented Google's anti-bot technology, called SearchGuard, in the course of searching for and collecting publicly available information in response to user requests. ECF No. 1, Compl. Reddit claims this violates the Digital Millennium Copyright Act, 17 U.S.C. § 1201 ("DMCA"), because some Google search results contained snippets of data that Google itself scraped from Reddit.com. ECF No. 1, Compl. & No. 55, First Am. Compl. ("FAC").

After the case was filed, Perplexity sought counsel. Perplexity takes defending the case very seriously. Given the number of server requests alleged (over 3 billion in one two-week sample (FAC ¶ 85)), Reddit's statutory damages demand ($2,500 per circumvention under the DMCA) could theoretically be into the trillions of dollars. And Reddit's request for an injunction prohibiting, among other things, access to public Google search results if they happen to contain Reddit information, could deprive Perplexity of the ability to locate the publicly available information its customers are seeking. Perplexity therefore sought lawyers with experience not merely in complex commercial litigation generally, but also who were knowledgeable and familiar with Perplexity's technology and systems, as well as in the specialized legal and technical issues inherent in scraping disputes. Perplexity viewed Proskauer Rose LLP, which has for years successfully defended data scrapers, and has also been counsel to Perplexity on a wide range of

transactional and scraping-related matters, as particularly well qualified. Barksdale Decl. ¶¶ 5-6, 8, 13, 17.

Perplexity is well aware of the critical precedent Proskauer has helped establish in other scraping litigation, advocating for an Internet that is an open, publicly accessible forum making the world's public information available to all. Barksdale Decl. ¶¶ 5-7, 11-13. By the time Reddit filed suit, Proskauer had successfully represented Bright Data in scraping litigation against Meta and X Corp. In doing so, it secured landmark rulings preventing social media platforms from transforming ordinary contract and tort causes of action into broad anti-scraping statutes. *See Meta Platforms, Inc. v. Bright Data Ltd.*, 2024 WL 251406 (N.D. Cal. 2024); *X Corp. v. Bright Data Ltd.*, 733 F. Supp. 3d 832 (N.D. Cal. 2024). In *Meta*, the court ruled that Meta's Terms of Use could not prevent public web scraping. And in *X Corp.*, the court initially dismissed X's claims as preempted by the Copyright Act, and subsequently found that Bright Data plausibly alleged antitrust violations with respect to X's attempts to restrict access to public information on its site. *Id.*

Perplexity therefore asked Proskauer to represent it in this case, too.

***B. Proskauer Declined the Perplexity Representation.***

Proskauer declined Perplexity's request. When Reddit sued Perplexity, Reddit was a Proskauer client in an unrelated matter. Kass Decl. ¶¶ 11-12. Reddit did not consent to Proskauer representing Perplexity, so Proskauer declined the representation. Perplexity retained other counsel. Barksdale Decl. ¶¶ 8-10; Kass Decl. ¶ 13.

***C. Proskauer Prevails in the Google Action.***

On December 19, 2025, Google filed its own action against SerpApi in the Northern District of California under the DMCA. *Google LLC v. SerpApi, LLC*, No. 4:25-cv-10826-YGR

(N.D. Cal.). Like Reddit, Google claims SerpApi violates the DMCA by scraping publicly available Google search results, relying in part on the same Google-Reddit partnership agreement at issue here. *Id.*, ECF 1, 45. SerpApi hired Proskauer, which secured dismissal (without prejudice) of Google's initial complaint. *Id.*, ECF 42. Google's claims relating to non-copyrighted content were dismissed with prejudice. The court also dismissed all claims relating to copyrighted content because Google failed to allege that it employed SearchGuard "with the authority" of any copyright owner. *Id.*

### ***D. Perplexity's Renewed Request to Retain Proskauer.***

A few weeks after the *Google* decision, this Court largely denied Perplexity's motion to dismiss Reddit's amended complaint. ECF 104. Perplexity then approached Proskauer again, asking it to help Perplexity defend this case. Barksdale Decl. ¶¶ 13-16.

On September 1, 2026, Proskauer informed Reddit that Perplexity wished to retain it in this matter. Kass Decl. ¶ 14. On September 4, 2026, Reddit objected to Proskauer's representation of Perplexity. *Id.* This motion follows.

## **III. PERPLEXITY SHOULD NOT BE DEPRIVED OF ITS CHOSEN COUNSEL.**

While courts may "disqualify attorneys," *Hempstead Video, Inc. v. Incorporated Village of Valley Stream*, 409 F.3d 127, 132 (2d Cir. 2005), that authority must be exercised with restraint. The Second Circuit has long recognized the "particularly trenchant reason for requiring a high standard of proof on the part of one who seeks to disqualify his former counsel, for in disqualification matters we must be solicitous of a client's right freely to choose his counsel." *Evans v. Artek Systems Corp.*, 715 F.2d 788, 791 (2d Cir. 1983) (quoting *Gov't of India v. Cook Industries, Inc.*, 569 F.2d 737, 739 (2d Cir. 1978)). Motions to disqualify are therefore "disfavored and subject to a high standard of proof" and "strict scrutiny." *Network Apps, LLC v. AT&T Mobility*

*LLC*, 598 F. Supp. 3d 118, 127 (S.D.N.Y. 2022); *Murray v. Metropolitan Life Ins. Co.*, 583 F.3d 173, 178 (2d Cir. 2009).

Indeed, disqualification is warranted only "in the rare circumstance where an attorney's conduct poses a significant risk of trial taint." *John Wiley & Sons, Inc. v. Book Dog Books, LLC*, 126 F. Supp. 3d 413, 419 (S.D.N.Y. 2015). "When there is no claim that the trial will be tainted, appearance of impropriety is simply too slender a reed on which to rest a disqualification order except in the rarest cases." *Bd. of Educ. of the City of New York v. Nyquist*, 590 F.2d 1241, 1247 (2d Cir. 1979).

Perplexity did not select Proskauer simply because it prefers one capable litigation firm to another. It selected Proskauer because Proskauer possesses specialized expertise that no other firm can replicate—expertise developed through obtaining what are some of the only, and most recent, scraping defense decisions supporting access to public data, and by litigating the very legal and technical issues that Reddit's claims present. *See, e.g.*, *Meta Platforms, Inc. v. Bright Data Ltd.*, 2024 WL 251406 (N.D. Cal. 2024); *X Corp. v. Bright Data Ltd.*, 733 F. Supp. 3d 832 (N.D. Cal. 2024).

Additionally, Proskauer's representation of SerpApi and recent motion to dismiss victory over Google on issues parallel to those in this case make it uniquely positioned to represent Perplexity here. The *Google* matter in which Proskauer currently represents SerpApi and the *Reddit* matter here both concern an alleged violation of the DMCA centered, in part, on Google's anti-scraping technology. Perplexity seeks to retain Proskauer based on the firm's demonstrated success in handling the precise legal and factual issues raised in this action. No other firm has this track record.

Courts recognize that a party's right to its chosen counsel carries particular weight where, as here, the proposed counsel offers specialized expertise. Disqualification in that circumstance can deprive a litigant not merely of a preferred lawyer, but of "the benefit of a chosen counsel's expertise in a field and specialized knowledge of the party's affairs." *Reilly v. Computer Assocs. Long-Term Disability Plan*, 423 F. Supp. 2d 5, 8–9 (E.D.N.Y. 2006); *Solow v. W.R. Grace & Co.*, 83 N.Y.2d 303, 310 (1994) (per se disqualification risks "depriving the client of the specialized knowledge of counsel of choice"); *Hogan v. Higgins*, 2008 WL 3200252, at *2 (E.D.N.Y. 2008) ("a court must keep in mind that disqualification is a 'drastic measure' and that our legal system affords considerable deference to a party's right to select counsel of her choice").

Enabling a litigant's choice of counsel is particularly important in complex, high-stakes litigation like this one. *See Murray*, 583 F.3d at 180 (prejudice resulting from disqualification would be "intensif[ied]" where "several billions of dollars are at stake, [and] the legal issues are complex"). Given the number of server requests Reddit alleges, and its statutory damages demand of $2,500 per violation, potential damages could be trillions of dollars. FAC ¶¶ 85, 118–20. And Reddit's requested injunction threatens to cordon off what would otherwise be publicly accessible information that should be available to all, including Perplexity and its users. In a case of this magnitude, involving a developing body of law and technically complex facts, Perplexity is entitled to assemble the legal team it believes best equipped to defend it.

No substitute counsel could replicate what Proskauer offers. Proskauer has spent years developing the legal strategy and technical understanding that produced the *Bright Data* victories against Meta and X Corp., and the dismissal of Google's claims against SerpApi. Another firm would have to start from scratch in an area of law where Proskauer has established the leading precedent.

Perplexity should be allowed to retain Proskauer.

## IV. CONCLUSION

For the foregoing reasons, and those in Proskauer's separate submission, the Court should grant Perplexity's Motion.

Dated: New York, New York
September 11, 2026

Respectfully submitted,

**N. READ & CO. PLLC**

By: Nathaniel P. T. Read
Nathaniel P. T. Read

260 Madison Ave. 16th Floor
New York, NY 10016
Phone: (212) 750-3771
nread@readandco.com

*Attorneys for Defendant Perplexity AI, Inc.*