**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REDDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI LLC,<br>OXYLABS UAB, AWMPROXY, and<br>PERPLEXITY AI, INC.,<br><br>Defendants. | Case No. 25-cv-08736-PAE<br><br>Hon. Paul A. Engelmayer, USDJ |

**DECLARATION OF COLIN R. KASS IN SUPPORT OF PERPLEXITY AI, INC.'S MOTION FOR AN ORDER AUTHORIZING PROSKAUER ROSE LLP TO APPEAR AS COUNSEL**

I, Colin Kass, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this Declaration in support of Perplexity AI, Inc.'s Motion for an Order Authorizing Proskauer Rose LLP to Appear as Counsel. Unless otherwise stated, the following facts are based on my personal knowledge, and if called as a witness, I could and would testify as follows:

2. I am a partner of the law firm Proskauer Rose LLP and Co-Head of the Firm's Antitrust Group. I also lead the Firm's Scraping Defense Team, an informal practice area within the Firm's Litigation Department and Antitrust Group.

***A. The Proskauer Scraping Defense Team Has Never Worked on Any Reddit Matter and Has Not Had and Will Not Have Access to Any Reddit Confidential Information.***

3. A significant portion of my practice concerns representing companies that engage in the collection of, or make use of, information collected from the public web. As part of this practice, we have developed substantial expertise in this area, and have a robust team of partners,

associates, staff attorneys, and paralegals who have likewise devoted a significant portion of their time to these matters. These individuals include Partner David Munkittrick; Associates Timothy Burroughs, Tzvi Levitin, Kim Ly, KaDee Ru, Jana Ruthberg, and Reut Samuels; Staff Attorney and e-discovery expert Marlynda Romero; and Senior Paralegal Julia Zaiser ("Proskauer Scraping Defense Team").

4. If the Court permits Proskauer to appear as counsel for Perplexity, I would be the lead Proskauer Partner representing Perplexity in this matter. I would be joined by the members of the Proskauer Scraping Defense Team, among others.

5. Neither I, nor any member of the Proskauer Scraping Defense Team, has ever represented Reddit, or worked on any Reddit matters. Neither I, nor any member of the Proskauer Scraping Defense Team, has received or reviewed any confidential Reddit information obtained by the Proskauer attorneys who were involved in those matters.

***B. Proskauer's Leading Scraping Defense Practice.***

6. Over the last several years, Proskauer has developed one of the leading scraping defense practices in the nation, defending companies' right to access and use publicly available information on the internet. Along with my colleagues, I have led and developed that practice, which has become a meaningful part of Proskauer's litigation practice, and my own. Proskauer represents many firms that either engage in scraping or make use of scraped data.

7. Even before Reddit filed this Action, Perplexity had engaged our Firm to represent it in connection with other pre-litigation scraping matters. As such, we had become one of Perplexity's trusted legal advisors on scraping matters – none of which involved Reddit – prior to commencement of this action.

8. These matters by their nature involve application of old(er) laws to new technologies and activities. Through our work, we have developed an intimate understanding of

how the technologies work on both sides of public scraping (access and blocking), and an overarching approach that, we believe, is compelling: the public web should be open and free. No one owns the internet.

9. Perhaps most prominently, we successfully defended Bright Data, a provider of scraping services and access to public web data, in lawsuits filed by Meta and X Corp. *See Meta Platforms, Inc. v. Bright Data Ltd.*, 2024 WL 251406 (N.D. Cal. 2024) (holding Meta's Terms of Use did not prohibit public web scraping); *X Corp. v. Bright Data Ltd.*, 733 F. Supp. 3d 832 (N.D. Cal. 2024) (dismissing X's initial complaint on copyright preemption grounds, among others); *X Corp. v. Bright Data Ltd.*, 782 F. Supp. 3d 770 (N.D. Cal. 2025) (denying motion to dismiss Bright Data's antitrust counterclaim).

10. We are also Lead Counsel for SerpApi in *Google LLC v. SerpApi, LLC*, No. 4:25-cv-10826-YGR, pending in the United States District Court for the Northern District of California (the "Google Action"). Reddit is not a party to this action. The initial Complaint contained allegations relating to the Google/Reddit relationship, but focused more broadly on Google's efforts to prevent alleged scraping by SerpApi with respect to all content displayed on google.com, not just the alleged scraping of Reddit posts. After Google's initial claim was dismissed (in a decision this Court cited in its own decision on the defendants' motion to dismiss), Google amended its complaint to add additional allegations relating to the Google/Reddit agreement, which are now subject to a motion to dismiss directed at the Amended Complaint.

***C. Perplexity's Initial Request to Engage Proskauer and Proskauer's Declination.***

11. Shortly after Reddit filed this Action, Perplexity asked Proskauer to represent it in this litigation. As noted, we had already represented Perplexity in connection with other scraping matters, and so we were a natural choice for Perplexity, given our familiarity with Perplexity's business and Perplexity's familiarity with the Proskauer Scraping Defense Team.

12. Before undertaking any work on the matter, we conducted a conflict search and learned, from our firm's conflicts database, that Reddit was a client of the Firm. Because the matters were unrelated, however, I raised the issue with Proskauer's Office of General Counsel to explore the feasibility of obtaining a waiver.

13. I did not have any direct communication with Reddit about a waiver. But I understand Proskauer did in fact seek Reddit's consent to the proposed representation of Perplexity and that Reddit declined to provide consent. Proskauer, therefore, did not undertake the Perplexity representation at that time, and has not represented Perplexity in this Action to this day.

***D. Perplexity's Renewed Request to Retain Proskauer.***

14. Following this Court's July 31, 2026 ruling on the motions to dismiss, Perplexity approached Proskauer anew about representing it in this Action. On September 1, 2026, Proskauer informed Reddit that Perplexity wished to retain it in this matter. On September 4, 2026, Reddit objected to the representation.

15. By this point, Reddit was no longer a current client of the Firm. As such, we agreed that, before beginning any representation of Perplexity in this Action, we would seek Court permission to allow Proskauer to appear as counsel for Perplexity. If and only if such permission was first granted would Perplexity engage Proskauer.

16. Given Proskauer's familiarity and experience in scraping defense cases, and the posture of this case, I believe we would be able to appear without any disruption to the pace and management of the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2026, in Washington, D.C.

/s/ *Colin R. Kass*

Colin R. Kass
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

*Partner at Proskauer Rose LLP*