Read & Co.

N. Read & Co. PLLC
260 Madison Avenue, 16th Floor
New York, NY 10016

Nathaniel P. T. Read
212-750-3771
nread@readandco.com

September 11, 2026

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Reddit, Inc. v. SerpApi LLC, et al.*, 1:25-cv-08736-PAE

Dear Judge Engelmayer:

I write on behalf of Defendant Perplexity AI, Inc. ("Perplexity"). Pursuant to Section 3.J of the Court's Individual Rules of Practice, Perplexity respectfully requests oral argument on its Motion for an Order Authorizing Proskauer Rose LLP to Appear as Counsel, which was filed earlier today. *See* ECF Nos. 126-29. This request is made for good cause. In particular, given the significance of Perplexity's choice of counsel to its defense of this action, Perplexity submits that oral argument is warranted to fully address the issues bearing on whether it may retain its counsel of choice.

Your Honor's time and attention are greatly appreciated.

Respectfully submitted,

/s Nathaniel P. T. Read

Nathaniel P.T. Read

cc: All Counsel of Record – by ECF