UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., Plaintiff, -v- SERPAPI LLC *et al.*, Defendants. | 25 Civ. 8736 (PAE) <br> ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from defendant Perplexity AI, Inc. ("Perplexity"), seeking an order from the Court authorizing Proskauer Rose LLP ("Proskauer") to appear as its counsel in this matter, notwithstanding Proskauer's prior representation in a different matter of plaintiff Reddit Inc. ("Reddit"). *See* Dkt. 127 (memorandum of law). Consistent with Local Rule 6.1(b), Reddit's response is due **September 25, 2026**. Perplexity's reply is due **October 2, 2026**. In the event that co-defendant SerpAPI LLC believes that its interests are implicated by this motion, any submission on its behalf is due September 25, 2026.

The Court has separately received, by email, a letter from Proskauer, signed by its general counsel and partner Kevin Perra, seeking leave to enter a limited-purpose appearance on Proskauer's behalf, solely in connection with the motion, and to submit a memorandum and supporting declaration "concerning Proskauer's former representation of Reddit and the resulting conflict issue." The letter states that it was copied to all counsel of record. The Court authorizes Mr. Perra to appear in this action for non-party Proskauer for the limited purpose of representing Proskauer in connection with the representation issue raised by Perplexity. The Court directs the

Clerk of Court to take such steps as are necessary to facilitate Mr. Perra's limited appearance in this action.

To the extent, however, that Proskauer's letter seeks leave to take other actions – including to submit materials to the Court *in camera* – the Court does not grant such leave at this time. That is for two reasons. First, Proskauer's letter, although stating that the materials it submits *in camera* will not be served on Perplexity or the Proskauer attorneys proposed to represent Perplexity, does not state that it would disclose these materials to its former client, Reddit, as would appear warranted and appropriate given that the materials, as described, concern Proskauer's prior representation of Reddit. Second, Proskauer's letter does not indicate whether it has conferred with Reddit about its proposal to make submissions to the Court about the prior representation, or what Reddit's view is on Proskauer's proposal. Although the Court will welcome, in a manner to be determined, Proskauer's input on the representation issue, as a matter of good process, Proskauer's former client, Reddit should be heard on this point before leave to Proskauer to make any substantive submission is granted. The Court accordingly directs Proskauer (via Mr. Perra) and Reddit to confer forthwith, and, by **September 18, 2026**, to submit a joint letter setting forth their agreement (or, in the absence of an agreement), their respective positions on the manner, scope, and nature of any submissions to be made to the Court by Proskauer with respect to the representation issue.

For avoidance of doubt, the initial pretrial conference scheduled for October 1, 2026 – at which the Court will put in place a case management plan – remains as scheduled, as does the deadline for submissions in advance of that conference. Perplexity is one party among five in this case; Perplexity is currently represented by able counsel, whose withdrawal it does not seek;

and the representation issue that has arisen as to Perplexity, which may take time to resolve, is not a reason to defer that important conference.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 11, 2026
New York, New York