**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REDDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC.,<br><br>Defendants. | Case No. 25-cv-8736 |

**DEFENDANT PERPLEXITY AI, INC.'S NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4 and upon the annexed Declaration of Eric MacMichael, Esq., and the accompanying Memorandum of Law in Support of the Motion to Withdraw, Keker, Van Nest & Peters LLP will move this Court for an Order permitting Keker, Van Nest & Peters LLP and its attorneys to withdraw as counsel of record for Defendant Perplexity AI, Inc. Keker, Van Nest & Peters LLP does not assert any retaining or charging lien in connection with its representation of Perplexity AI, Inc. in this action.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: September 15, 2026

By: */s/ Eric H. MacMichael*

ERIC H. MACMICHAEL *pro hac vice*
EMacMichael@keker.com
SHARIF E. JACOB *pro hac vice*
SJacob@keker.com
BENJAMIN D. ROTHSTEIN
BRothstein@keker.com
CHRISTINA LEE *pro hac vice*
CLee@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant PERPLEXITY AI, INC.