Proskauer

Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

Kevin J. Perra
Partner and General Counsel
d +1.212.969.3454
f 212.969.2900
kperra@proskauer.com
www.proskauer.com

September 18, 2026

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Reddit, Inc. v. SerpApi LLC, OxyLabs UAB, AWMProxy, and Perplexity AI, Inc.*, Case No. 1:25-cv-08736-PAE—Joint Letter Stipulation by Proskauer Rose LLP and Reddit, Inc. Regarding Procedure and Schedule for *In Camera* Submission

Dear Judge Engelmayer:

Non-party Proskauer Rose LLP ("Proskauer") and Plaintiff Reddit, Inc. ("Reddit") respectfully submit this joint letter in accordance with the Court's September 11, 2026 Order (ECF No. 131).

As directed by the Court, Proskauer and Reddit met and conferred and reached agreement regarding the "manner, scope and nature of any submissions to be made to the Court by Proskauer with respect to the representation issue" (Order at 2) raised by Defendant Perplexity AI, Inc.'s Motion to Authorize Proskauer Rose LLP to Appear as Counsel (ECF No. 127).

Proskauer and Reddit have agreed to exchange the materials they intend to rely upon in their respective submissions by **Monday, September 21, 2026.** Each will then advise the other by **Wednesday, September 23, 2026** whether it believes that any such material—or any reference to that material in the submissions—should be filed under seal and provided solely to Proskauer, Reddit, and the Court for *in camera* review (collectively, "Confidential Material"). Confidential Material would not be disclosed to Perplexity, its counsel, or any other party or counsel in this action, absent further order of the Court. Any Confidential Material filed electronically under seal would be served by email only on Proskauer and Reddit. The parties would publicly file appropriately redacted versions of their submissions to the extent feasible.

To permit efficient briefing of the issues raised in Perplexity's Motion, Proskauer and Reddit further propose the following modifications to the briefing schedule set forth in the Order:

1. The deadline for Proskauer's submission concerning Perplexity's motion shall be **September 25, 2026**;

2. The deadline for Reddit's joint response to Perplexity's motion and Proskauer's submission shall be extended from **September 25, 2026**, to and including **October 9,**

**2026**, and it shall be permitted to submit a response to Proskauer's submission on the same date; and

3. The deadline for any replies in further support of Perplexity's motion, submitted separately by Proskauer and Perplexity, shall be **October 16, 2026**.

Proskauer has consulted Perplexity and it consents to this briefing schedule.

Proskauer and Reddit respectfully request that the Court approve the foregoing procedure and schedule and modify the deadlines established in ECF No. 131 accordingly. In agreeing to this modification, Reddit does not believe the above schedule should delay the October 1st case-management conference.

Respectfully submitted,

PROSKAUER ROSE LLP

/s/ *Kevin Perra*

Kevin Perra
Partner and General Counsel
11 Times Square
New York, New York 10036
kperra@proskauer.com
212.969.3454

Reddit, Inc.

/s/ *William Maher*

William A. Maher
Justin T. Zimnoch
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
wmaher@wmd-law.com
jzimnoch@wmd-law.com

Reid M. Bolton (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300

Chicago, IL 60654
(312) 494-4400
reid.bolton@bartlitbeck.com
matthew.ford@bartlitbeck.com

Giovanni Sanchez (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
giovanni.sanchez@bartlitbeck.com

*Attorneys for Plaintiff Reddit, Inc*.

cc: All counsel of record (via ECF)