UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., Plaintiff, -v- SERPAPI LLC *et al.*, Defendants. | 25 Civ. 8736 (PAE) <br> ORDER |

PAUL A. ENGELMAYER, District Judge:

In a joint letter dated September 18, 2026, plaintiff Reddit, Inc. and non-party Proskauer Rose LLP, propose a briefing schedule with respect to the representation issue presented by the motion of defendant Perplexity AI, Inc. to retain Proskauer. See Dkt. 137. The Court approves the briefing schedule proposed in that letter.

In a motion filed September 15, 2026, Perplexity's current counsel, the law firm of Keker, Van Nest, & Peters LLP, moves to withdraw, in anticipation of the possibility that Proskauer will appear as successor counsel. *See* Dkt. 132; *see also* Dkt. 133 (memorandum of law in support). The Court will reserve ruling on that motion pending a determination whether Proskauer will be permitted to appear. Neither Perplexity nor Keker indicates that there has been a breakdown in the attorney-client relationship, so as to impede Keker's continuing representation of Perplexity pending that determination.

In the interest of maintaining forward progress in this case, in which Perplexity is one of multiple parties, and in light of the uncertain outcome (and resolution date) of Perplexity's motion to retain Proskauer, the Court maintains the current schedule, in which an initial pretrial conference is scheduled for October 1, 2026, at 2:00 p.m. Counsel are instructed that – contrary

to the Court's earlier order scheduling the conference, *see* Dkt. 105, that conference will be held **in person**, in courtroom 1305 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 21, 2026
New York, New York