KEKER
VAN NEST
& PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Eric H. MacMichael**
(415) 773-6624
emacmichael@keker.com

September 23, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: *Reddit, Inc. v. SerpApi LLC, et al.*, Case No. 25-cv-8736 (PAE)

Dear Judge Engelmayer:

I write on behalf of Defendant Perplexity AI, Inc. ("Perplexity"). In light of the pending motions concerning Keker, Van Nest & Peters LLP's withdrawal and the appearance of successor counsel, *see* ECF Nos. 126, 132, and 138, Perplexity respectfully advises the Court that Nathaniel Read is currently serving as Perplexity's principal trial counsel and will appear on its behalf at the October 1, 2026 Initial Pretrial Conference. Mr. Read is familiar with the action and prepared to address the matters pertinent to the conference.

Sincerely,

KEKER, VAN NEST & PETERS LLP

Eric H. MacMichael

cc: All counsel of record (*via ECF*)