**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REDDIT, INC., Plaintiff,<br><br>- against -<br><br>SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC.,<br><br>Defendants. | Case No.: 25-cv-8736 (PAE) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon this Notice of Motion to Dismiss, the accompanying Memorandum of Law in Support of Plaintiff Reddit, Inc.'s Motion to Dismiss SerpApi's Counterclaims, and upon all prior pleadings and proceedings, Plaintiff Reddit, Inc. will move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, before the Honorable Paul A. Engelmayer, at a date and time to be designated by the Court, for an Order dismissing Defendant SerpApi LLC's Counterclaims, and for such other and further relief as this Court may deem just and proper.

Dated: September 25, 2026
New York, New York

Respectfully submitted,

*/s/ William A. Maher*

William A. Maher
Justin T. Zimnoch
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
wmaher@wmd-law.com
jzimnoch@wmd-law.com

Reid M. Bolton (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
**BARTLIT BECK LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
reid.bolton@bartlitbeck.com
matthew.ford@bartlitbeck.com

Karma M. Giulianelli (*Pro Hac Vice* Pending)
Giovanni Sanchez (*Pro Hac Vice*)
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
karma.giulianelli@bartlitbeck.com
giovanni.sanchez@bartlitbeck.com

*Attorneys for Plaintiff Reddit, Inc.*