**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REDDIT, INC.,<br>Plaintiff,<br><br>- against -<br><br>SERPAPI LLC, OXYLABS UAB, AWMPROXY, and PERPLEXITY AI, INC.,<br><br>Defendants. | Case No.: 25-cv-8736 (PAE) |

# PLAINTIFF REDDIT, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS SERPAPI LLC'S COUNTERCLAIMS

William A. Maher
Justin T. Zimnoch
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
wmaher@wmd-law.com
jzimnoch@wmd-law.com

Reid M. Bolton (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
BARTLIT BECK LLP
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
reid.bolton@bartlitbeck.com
matthew.ford@bartlitbeck.com

Karma M. Giulianelli (*Pro Hac Vice Pending*)
Giovanni Sanchez (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
karma.giulianelli@bartlitbeck.com
giovanni.sanchez@bartlitbeck.com

*Attorneys for Plaintiff Reddit, Inc.*

# TABLE OF CONTENTS

INTRODUCTION ........ 1

FACTUAL BACKGROUND ........ 2

LEGAL STANDARDS ........ 5

ARGUMENT ........ 5

I. SerpApi's Monopolization Claim (Count 1) Fails at Every Step ........ 5

A. SerpApi Has Not Pleaded a Plausible Relevant Antitrust Market ........ 6

1. SerpApi Improperly Defines the Market by Reddit's Alleged Advantages Rather Than by Reasonably Interchangeable Economic Substitutes ........ 7

2. SerpApi Does Not Plausibly Exclude Substitute Sources of Data from the Market ........ 9

3. SerpApi's Alternative Market Is Equally Implausible ........ 10

B. SerpApi's Theory Imposes a Duty to Deal That the Law Does Not Recognize ........ 11

1. Reddit Has No Antitrust Duty to Allow SerpApi to Be a Free Rider ........ 12

2. The Existence of Licensing Agreements Does Not Save SerpApi's Otherwise Insufficient Refusal to Deal Theory ........ 16

C. SerpApi's Claims Do Not Plead Cognizable Harm to Competition ........ 19

D. SerpApi's Claims Must Be Dismissed for Failure to Plead Antitrust Injury ........ 21

II. SerpApi's Attempted Monopolization Claim (Count 2) Fails ........ 22

III. SerpApi's Declaratory Relief Claims (Counts 3–6) Serve No Useful Purpose ........ 22

IV. SerpApi's DMCA Counterclaims (Counts 3–5) Fail to State a Claim Upon Which Relief Can Be Granted ........ 24

CONCLUSION ........ 25

## TABLE OF AUTHORITIES

### Cases

*Admiral Ins. Co. v. Niagara Transformer Corp.*,
57 F.4th 85 (2d Cir. 2023) .......... 23

*Aerotec Int'l, Inc. v. Honeywell Int'l, Inc.*,
836 F.3d 1171 (9th Cir. 2016) .......... 17

*Ashcroft v. Iqbal*,
556 U.S. 662 (2009) .......... 5

*Aspen Skiing Co. v. Aspen Highlands Skiing Corp.*,
472 U.S. 585 (1985) .......... 13

*B.V. Optische Industrie De Oude Delft v. Hologic, Inc.*,
909 F. Supp. 162 (S.D.N.Y. 1995) .......... 8

*Bayer Schering Pharma AG v. Sandoz, Inc.*,
813 F. Supp. 2d 569 (S.D.N.Y. 2011) .......... 9

*Bell Atl. Corp. v. Twombly*,
550 U.S. 544 (2007) .......... 5

*Bookhouse of Stuyvesant Plaza, Inc. v. Amazon.com, Inc.*,
985 F. Supp. 2d 612 (S.D.N.Y. 2013) .......... 11, 20

*Brunswick Corp. v. Pueblo Bowl-O-Mat, Inc.*,
429 U.S. 477 (1977) .......... 21

*Bus. Elecs. Corp. v. Sharp Elecs. Corp.*,
485 U.S. 717 (1988) .......... 12

*CBC Cos., Inc. v. Equifax, Inc.*,
561 F.3d 569 (6th Cir. 2009) .......... 17, 20, 21

*Chapman v. New York State Div. for Youth*,
546 F.3d 230 (2d Cir. 2008) .......... 10

*Charych v. Siriusware, Inc.*,
790 F. App'x 299 (2d Cir. 2019) .......... 5

*City of Pontiac Police & Fire Ret. Sys. v. BNP Paribas Sec. Corp.*,
92 F.4th 381 (2d Cir. 2024) .......... 5

*Concord Assocs., L.P. v. Ent. Props. Tr.*,
817 F.3d 46 (2d Cir. 2016) .......... 6, 8

*Creative Copier Servs. v. Xerox Corp.*,
344 F. Supp. 2d 858 (D. Conn. 2004) .......... 15

*Duane Reade, Inc. v. St. Paul Fire & Marine Ins. Co.*,
411 F.3d 384 (2d Cir. 2005) .......... 23

*Dubov v. Lewis*,
2019 WL 1060652 (S.D.N.Y. Mar. 6, 2019) ........ 23

*FTC v. Qualcomm Inc.*,
969 F.3d 974 (9th Cir. 2020) ........ 22

*hiQ Labs, Inc. v. LinkedIn Corp.*,
485 F. Supp. 3d 1137 (N.D. Cal. 2020) ........ 15

*Honeywell Int'l Inc. v. Ecoer Inc.*,
2024 WL 3521591 (S.D.N.Y. July 23, 2024) ........ 23

*In re Elevator Antitrust Litig.*,
502 F.3d 47 (2d Cir. 2007) ........ 5

*Indeck Energy Servs., Inc. v. Consumers Energy Co.*,
250 F.3d 972 (6th Cir. 2000) ........ 18

*Interscope Recs. v. Kimmel*,
2007 WL 1756383 (N.D.N.Y. June 18, 2007) ........ 23

*K.M.B. Warehouse Distributors, Inc. v. Walker Mfg. Co.*,
61 F.3d 123 (2d Cir. 1995) ........ 19

*Linzer Products Corp. v. Sekar*,
499 F. Supp. 2d 540 (S.D.N.Y. 2007) ........ 10

*MiniFrame Ltd. v. Microsoft Corp.*,
551 F. App'x 1 (2d Cir. 2013) ........ 15

*Morris Commc'ns Corp. v. PGA Tour, Inc.*,
364 F.3d 1288 (11th Cir. 2004) ........ 16

*New York v. Facebook, Inc.*,
549 F. Supp. 3d 6 (D.D.C. 2021) ........ 14, 16

*Novell, Inc. v. Microsoft Corp.*,
731 F.3d 1064 (10th Cir. 2013) ........ 13, 22

*Pac. Bell Tel. Co. v. linkLine Commc'ns, Inc.*,
555 U.S. 438 (2009) ........ 14

*Paul E. Volpp Tractor Parts v. Caterpillar, Inc.*,
917 F. Supp. 1208 (W.D. Tenn. 1995) ........ 21

*PepsiCo, Inc. v. Coca-Cola Co.*,
315 F.3d 101 (2d Cir. 2002) ........ 11, 22

*Port Dock & Stone Corp. v. Oldcastle Ne., Inc.*,
507 F.3d 117 (2d Cir. 2007) ........ 12

*Pulse Network, L.L.C. v. Visa, Inc.*,
30 F.4th 480 (5th Cir. 2022) ........ 18

*Queen City Pizza, Inc. v. Domino's Pizza, Inc.*,
124 F.3d 430 (3d Cir. 1997) ........ 8

*Re-Alco Indus., Inc. v. National Ctr. for Health Education, Inc.*,
812 F. Supp. 387 (S.D.N.Y. 1993) ........ 9

*Realnetworks, Inc. v. DVD Copy Control Ass'n*,
641 F. Supp. 2d 913 (N.D. Cal. 2009) ........ 25

*Regeneron Pharms., Inc. v. Novartis Pharma AG*,
96 F.4th 327 (2d Cir. 2024) ........ 6, 8

*Reveal Chat Holdco, LLC v. Facebook, Inc.*,
471 F. Supp. 3d 981 (N.D. Cal. 2020) ........ 16

*Schor v. Abbott Laboratories*,
457 F.3d 608 (7th Cir. 2006) ........ 13

*Todd v. Exxon Corp.*,
275 F.3d 191 (2d Cir. 2001) ........ 6, 8

*Tops Markets, Inc. v. Quality Markets, Inc.*,
142 F.3d 90 (2d Cir. 1998) ........ 11, 22

*United States v. Am. Express Co.*,
838 F.3d 179 (2d Cir. 2016) ........ 6

*United States v. Colgate & Co.*,
250 U.S. 300 (1919) ........ 13

*United States v. E.I. du Pont de Nemours & Co.*,
351 U.S. 377 (1956) ........ 8, 9

*United States v. Microsoft Corp.*,
253 F.3d 34 (D.D.C. 2001) ........ 20

*Universal City Studios, Inc. v. Corley*,
273 F.3d 429 (2d Cir. 2001) ........ 24

*Verizon Commc'ns Inc. v. Law Offices of Curtis V. Trinko, LLP*,
540 U.S. 398 (2004) ........ 12, 13, 14

*X Corp., Inc. v. Bright Data Ltd.*,
782 F. Supp. 3d 770 (N.D. Cal. 2025) ........ 18

*Yout, LLC v. Recording Industry Association of America*,
633 F. Supp. 3d 650 (D. Conn. 2022) ........ 25

**Statutes**

28 U.S.C. § 2201(a) ........ 22

**Rules**

Fed. R. Civ. P. 8(a)(2) ........ 5

## INTRODUCTION

Having built its business on mass-scraping without permission, SerpApi now asks this Court to declare that Reddit's decades of investment in fostering a vibrant community for authentic human conversation creates an antitrust duty to hand over data for free and without restriction so that SerpApi can turn a profit by selling it to AI companies. Survival of SerpApi's counterclaims would turn antitrust liability on its head.

SerpApi's claims fail at every step. First, its market definition—which boils down to Reddit data as a market of one—is incoherent, let alone plausible. For good reason, courts consistently reject such cherry-picked market definitions as efforts to subject one market participant (among many) to *in terrorem* monopolist claims. Nor does SerpApi even attempt to allege any of the special and rare circumstances in which courts have countenanced such a one-product market definition, as any such allegations would ignore the vast ecosystem of alternative data sources and economic substitutes available for AI training and search indexing.

What's more, SerpApi does not allege any plausible anticompetitive conduct or antitrust injury. On the contrary, limiting unauthorized access and requiring commercial entities to agree to reasonable terms and privacy protections are commonplace in competition, not anticompetitive conduct. Nor does Reddit have an antitrust duty to subsidize its commercial competitors or act as a compulsory free supplier to data scrapers. And where Reddit has entered into contracts for programmatic access to its data, it has done so on a non-exclusive basis: available to any counterparty willing to agree to Reddit's terms and guardrails. SerpApi does not and cannot allege otherwise. Ultimately, SerpApi's alleged injuries amount merely to the frustration of a free-rider unable to obtain free inputs for commercial resale, failing to allege any cognizable harm to the competitive process or consumers as a whole.

SerpApi's remaining counterclaims fare no better. They are unnecessary and unwarranted because they will be fully resolved through litigation of Reddit's affirmative claims and SerpApi's defenses to those claims. Facing no uncertainty as to litigation risk, and seeking no standalone relief of its own, SerpApi cannot use redundant declaratory counterclaims as a procedural maneuver to cause delay and waste judicial and party resources.

In sum, because SerpApi cannot hope to plausibly allege any cognizable antitrust claims or theory, the Court should dismiss its antitrust counterclaims without leave to amend. Similarly, because its remaining claims represent a misguided attempt to transform defenses into standalone claims for relief, this Court should dismiss them as well.

## FACTUAL BACKGROUND

The internet is vast, with "billions of existing webpages" and new content every second. SerpApi "Preliminary Statement" at 2. AI companies ingest all that data, from all those billions of sources, to help build their products. *Id.* One of those inputs is discussions from online forums and social media sites. *Id.* at 4. Indeed, there are countless websites on the internet in addition to Reddit, including X, Threads, Truth, Bluesky, Facebook, and Instagram. Countercl. ¶ 25. The corpus of content on just that subset of sites (out of millions) is substantial, not only because of the millions (or billions) of users they each have, but because many of those sites have been around for multiple decades. *See, e.g.*, "Preliminary Statement" at 2; Countercl. ¶¶ 9, 15.

Since its founding in 2005, one of Reddit's core tenets has been that it is "default open:" anyone can "participate" in the "open discourse" in the hundreds of thousands of topic-based communities on the platform. Countercl. ¶ 15, n.14. Even today, 21 years later, Reddit remains "default open" for all humans who want to access, converse, and participate in the authentic

conversations that take place on the platform. Ex. 2 at 1.[1] Reddit is proud to consider itself "the most human place on the internet." Countercl. ¶ 19, n.26.

Reddit's Public Content Policy lays out Reddit's dedication to an open internet, fostering "***human*** learning and research," and ensuring that Reddit is "a place where all ***people*** can find community, belonging, and empowerment." *Id.* at 1 (emphasis added). The references in Reddit's public statements to people, humans, community, and "human learning" are intentional. Reddit is a place for people, not bots or unauthorized commercial scrapers.

Unfortunately, bad actors have tried to exploit Reddit's "default open" policy by mass-scraping Reddit data. *Id.* Those bad actors, typically scrapers or data brokers, have not created the infrastructure or fostered the communities that generate the conversations on Reddit. *Id.* at 1–2. Instead, they are free riders in the classic sense: not only providing zero value to the communities they take from, but also negatively impacting those communities by refusing to abide by any guardrails to protect user rights (for example, respecting user deletions and refraining from profiling and surveillance). *Id.* at 1 ("These entities amass public data, including Reddit content, for their own commercial gain, with no perceived limits to their use of that data, and with no regard for user rights or privacy.").

These free riders threaten Reddit's position as a community for human discussion, and Reddit takes seriously its responsibility to protect its many communities from such bad actors. *Id.* at 2. As such, Reddit takes steps to restrict unauthorized bots from mass scraping Reddit content while nevertheless keeping the site "default open" for the humans who want to participate in and engage with its vibrant and varied communities. *Id.* at 2. As Reddit notes in its Public Content

[1] Unless otherwise indicated, all references to "Ex." in this motion refer to the exhibits to SerpApi's counterclaims.

Policy, "Reddit has long supported the open internet ***and*** protecting user rights." *Id.* at 1 (emphasis added).

Counterclaim Plaintiff SerpApi is a profit-seeking corporation. Countercl. ¶¶ 7–8. It admits that it scrapes vast swaths of the internet to commercialize content. "Preliminary Statement" at 2. It also admits that it wants to access Reddit data without agreeing to any of the protections that Reddit insists on for accessing Reddit content. Countercl. ¶ 49 (complaining that Reddit raised the price of access "from $0"). SerpApi is a freeloader, who seeks mass access to Reddit data so that it can commercialize that data and sell it to customers, including large language model makers. *Id.* ¶ 50. It offers a suite of products and services designed for the very purpose of circumventing protections and accessing data without abiding by the rules and restrictions Reddit insists on. Answer ¶ 9; Countercl. ¶¶ 49–50. It also offers a "search index" product that allegedly competes with search engines such as Bing or Google. Countercl. ¶¶ 9, 49–50.

Reddit prohibits mass access to Reddit data without agreeing to the terms and conditions outlined in its User Agreement and incorporated policies, including its Privacy Policy and Public Content Policy. Exs. 1–3. Consistent with those agreements and policies, Reddit has entered into agreements with certain entities, both commercial and non-commercial, that agree to Reddit's terms and restrictions. Countercl. ¶¶ 49–50. For example, Reddit provides free access to Reddit content for academic researchers, *id.* ¶ 39, and provides paid access to "companies that help brands monitor trends associated with their brands," Ex. 2 at 2, as well as "[l]arge language model makers that share our values that not all public data on the open internet is free to use without restraint," *id.*, including Google and OpenAI. Answer at 29. SerpApi has not alleged that it ever attempted to obtain a license from Reddit for commercial use of Reddit data.

## LEGAL STANDARDS

To overcome a motion to dismiss under Rule 12(b)(6), a plaintiff must plead facts sufficient to "draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *see also* Fed. R. Civ. P. 8(a)(2). The asserted misconduct must be more than just "conceivable" to state a valid claim; it must be "plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Under this "plausibility" standard, a complaint cannot survive by merely stating facts consistent with liability. And while the court must "accept as true all factual allegations and draw from them all reasonable inferences," it is "not required to credit conclusory allegations or legal conclusions couched as factual allegations." *Charych v. Siriusware, Inc.*, 790 F. App'x 299, 301 (2d Cir. 2019) (cleaned up) (affirming dismissal of Sherman Act §§ 1 and 2 claims).

SerpApi's burden to plead a plausible claim is particularly exacting here. In antitrust cases, given the "potentially enormous cost of fact discovery," courts may "insist upon some specificity in pleading before allowing a potentially massive factual controversy to proceed." *City of Pontiac Police & Fire Ret. Sys. v. BNP Paribas Sec. Corp.*, 92 F.4th 381, 391 n.1 (2d Cir. 2024) (quoting *In re Elevator Antitrust Litig.*, 502 F.3d 47, 50 n.4 (2d Cir. 2007)). Whether alleged conduct is anticompetitive may be resolved as a matter of law at the pleading stage. *See, e.g.*, *Charych*, 790 F. App'x at 303.

## ARGUMENT

### I. SerpApi's Monopolization Claim (Count 1) Fails at Every Step

SerpApi's monopolization claim cannot survive a motion to dismiss. First, it gerrymanders a relevant market consisting of Reddit data alone, without plausibly alleging why the other sources of online data identified in its own pleading are not economic substitutes. Second, its exclusionary-conduct theories run headlong into the settled rule that a firm may choose with whom, and on what

terms, it will deal. Like countless other firms in a competitive market, Reddit may use contracts and technology to enforce that choice and need not allow SerpApi to obtain its data for free, without any user-protective restrictions. Finally, SerpApi fails to plead harm to competition or antitrust injury. Its own claimed injury is the loss of free access to data it wants to commercialize—the grievance of a free rider.

### A. SerpApi Has Not Pleaded a Plausible Relevant Antitrust Market

SerpApi's claims rest on its theory that Reddit's user data is a relevant market comprising only Reddit user data. But it fails to plead, as it must, that this is a plausible relevant market. *See Regeneron Pharms., Inc. v. Novartis Pharma AG*, 96 F.4th 327, 338 (2d Cir. 2024) (to state a claim under Section 2, a plaintiff must plausibly allege a relevant market). The Second Circuit "defines the relevant market as 'all products reasonably interchangeable by consumers for the same purposes.'" *Id.* (quoting *United States v. Am. Express Co.*, 838 F.3d 179, 196 (2d Cir. 2016)). "To survive a Rule 12(b)(6) motion to dismiss, an alleged product market must bear a rational relation to the methodology courts prescribe to define a market for antitrust purposes—analysis of the interchangeability of use or the cross-elasticity of demand, and it must be plausible." *Todd v. Exxon Corp.*, 275 F.3d 191, 200 (2d Cir. 2001) (cleaned up).

"Although market definition is a deeply fact-intensive inquiry not ordinarily subject to dismissal at the pleadings stage, there is no absolute rule against dismissal where the plaintiff has failed to articulate a plausible explanation as to why a market should be limited in a particular way." *Concord Assocs., L.P. v. Ent. Props. Tr.*, 817 F.3d 46, 53 (2d Cir. 2016) (cleaned up). "Cases in which dismissal on the pleadings is appropriate frequently involve either (1) failed attempts to limit a product market to a single brand, franchise, institution, or comparable entity that competes with potential substitutes or (2) failure even to attempt a plausible explanation as to why a market should be limited in a particular way." *Todd*, 275 F.3d at 200. SerpApi's proposed market falls

squarely within both categories: it carefully circumscribes the market to effectively limit it to Reddit data, and does not plausibly explain why the other sources of online data it identifies are not economic substitutes.

### 1. SerpApi Improperly Defines the Market by Reddit's Alleged Advantages Rather Than by Reasonably Interchangeable Economic Substitutes

SerpApi's market definition reduces to one product: Reddit data. It defines the relevant market as "the market for the sale of large-scale, authentic human conversational data in online threaded discussion forums organized by topic for use in search indexing and in the training and grounding of AI systems." Countercl. ¶ 44. But the only product that fits these very specific criteria, according to SerpApi, is Reddit conversational data. *See, e.g.*, *id.* ¶ 48 (describing Reddit as the "sole merchant" of the "market for the sale of Reddit users' conversational data"); *id.* ¶ 45 ("there is no reasonable substitute for Reddit users' conversational data"). That is, SerpApi says that Reddit data alone has no substitute as a source to train AI systems. To make Reddit look like a monopolist, SerpApi thus gerrymanders a single-product market composed only of Reddit data, cloaked as a particular category of conversational data having the attributes that allegedly only Reddit—out of the vast internet—provides.

SerpApi draws its claimed market around features that distinguish Reddit from other sources. Reddit allegedly offers authentic human conversation organized by topic and preserved in threaded discussions spanning a wide range of subjects and twenty years of history. Countercl. ¶¶ 23–26. Threads, X, Truth Social, and Bluesky favor "short, concise, and often decontextualized statements"; Facebook and Instagram "tend toward sharing of personal content and images." *Id.* ¶ 25. And no other source, SerpApi says, "mirrors Reddit's combined scale," "authenticity," "breadth," and "longitudinal depth." *Id.* ¶ 26.

Those differences do not establish a separate antitrust market. They say nothing about whether other sources are economic (or even actual functional) substitutes for the uses SerpApi identifies. Products may differ substantially in their characteristics or quality and still be sufficient substitutes. *See United States v. E.I. du Pont de Nemours & Co.*, 351 U.S. 377 (1956); *see also Regeneron Pharms.*, 96 F.4th at 340 ("the applicable analysis is whether or not the products are economic substitutes"). And "[m]erely asserting that a commodity is in some way unique is insufficient to plead a relevant market." *B.V. Optische Industrie De Oude Delft v. Hologic, Inc.*, 909 F. Supp. 162, 171 (S.D.N.Y. 1995).

For this reason, a proposed market must be defined by reference to reasonable interchangeability and cross-elasticity of demand. *Todd*, 275 F.3d at 200. Those attributes say something about whether the product is so unique—here, data to train AI models—that there are really no substitutes. Cross-elasticity measures whether an increase in the price of one product causes buyers to increase their demand for another and thus bears directly on whether the products compete in the same market. *Id.*; *see also Queen City Pizza, Inc. v. Domino's Pizza, Inc.*, 124 F.3d 430, 437–38 (3d Cir. 1997); *see also DuPont*, 351 U.S. at 379–80, 394–400 (cellophane differed from competing wrapping materials in transparency, strength, moisture resistance, and other characteristics but "[e]very manufacturer is the sole producer of the particular commodity it makes," and whether cellophane constituted a separate market depended on "the availability of alternative commodities for buyers" and "whether there is a cross-elasticity of demand" between cellophane and those alternatives); *Concord*, 817 F.3d at 46, 54 (affirming dismissal where plaintiffs relied on features distinguishing the Catskills casino market but failed to plausibly explain why reasonably accessible casinos in Atlantic City and Connecticut were not economic alternatives).

SerpApi's allegations likewise assert that the combination of Reddit's claimed advantages—its scale, authenticity, breadth, and longitudinal depth—create the boundaries of the market. Because no other source "mirrors" that combination, SerpApi excludes every other source. Countercl. ¶ 26. But, again, market definition turns on *economic* substitution, not sameness. It is not "a proper interpretation of the Sherman Act to require that products be fungible to be considered in the relevant market." *DuPont*, 351 U.S. at 394. *See also Re-Alco Indus., Inc. v. National Ctr. for Health Education, Inc.*, 812 F. Supp. 387, 391 (S.D.N.Y. 1993) (dismissing complaint for failure to allege a basis to conclude that unique commodities are a market unto themselves: "[O]ne can theorize that we have monopolistic competition in every nonstandardized commodity with each manufacturer having power over the price and production of his own product.") (quoting *DuPont*, 351 U.S. at 392–93). SerpApi alleges no facts plausibly showing that other data sources could not, *in combination*, compete for the same demand for human conversational data for search indexing or AI training, even if Reddit's data is better along some dimensions. *Cf. Bayer Schering Pharma AG v. Sandoz, Inc.*, 813 F. Supp. 2d 569, 576–77 (S.D.N.Y. 2011) (rejecting a narrow contraceptive market where the plaintiff failed to explain why other treatments, including combinations of products, were not acceptable substitutes).

**2. SerpApi Does Not Plausibly Exclude Substitute Sources of Data from the Market**

SerpApi alleges that X, Threads, Truth Social, Bluesky, Facebook, and Instagram are not substitutes for Reddit because they allegedly favor shorter posts or concern differences in content and format, Countercl. ¶¶ 25–26, without facts showing that those differences prevent economic substitution. And SerpApi's effort to exclude those platforms still leaves out the most obvious potential alternatives alleged in its own pleading: the rest of the public internet that scrapers collect, structure, and sell to AI companies. SerpApi does not allege sufficient facts about those other

sources to plausibly exclude them from the relevant market. *See Chapman v. New York State Div. for Youth*, 546 F.3d 230, 238 (2d Cir. 2008) (affirming dismissal where plaintiff's proposed market did not encompass all interchangeable substitute products, and the proposed market was drawn implausibly narrow); *see, e.g.*, *Linzer Products Corp. v. Sekar*, 499 F. Supp. 2d 540, 554 (S.D.N.Y. 2007) ("Where the plaintiff . . . alleges a proposed relevant market that clearly does not encompass all interchangeable substitute products even when all factual inferences are granted in plaintiff's favor, the relevant market is legally insufficient and a motion to dismiss may be granted.").

SerpApi's own allegations underscore the omission. According to SerpApi, "[t]he internet contains billions of existing webpages," with new content added by the second, and AI companies need the ability to source, structure, and access that public data at scale. Preliminary Statement at 3. SerpApi says that it and other scrapers do precisely that: they collect public internet data, organize it into a form AI engines can use, and supply it to AI companies. *Id.* SerpApi separately admits that AI companies purchase data from SerpApi—which it alleges excludes data sourced directly from Reddit.com—"to meet their data needs." Answer ¶ 42. That broader supply—including from SerpApi itself—includes data from blogs, discussion forums, websites with comment sections, and other places where human conversations take place online, available either directly or in structured form from scrapers such as SerpApi. *See also id.* ¶¶ 2–3 (admitting that SerpApi takes data from publicly available search results containing content from other publicly available websites as well). Yet the counterclaims allege no facts plausibly showing why those sources are not reasonably interchangeable economic substitutes and could not compete for the same demand for human conversational data used in search indexing and AI training.

### 3. SerpApi's Alternative Market Is Equally Implausible

SerpApi's "alternative" product market "for online public discourse" fares no better. Countercl. ¶¶ 44, 47. Its threadbare allegations suffer the same flaws: nowhere does the complaint

plead the universe of products that are in that broader market for "online public discourse,"[2] utterly failing to identify which other forums, websites, or sources of public human conversation belong in that market. *See PepsiCo, Inc. v. Coca-Cola Co.*, 315 F.3d 101, 108 (2d Cir. 2002) (a relevant market must plausibly define the area of effective competition); *Bookhouse of Stuyvesant Plaza, Inc. v. Amazon.com, Inc.*, 985 F. Supp. 2d 612, 620 (S.D.N.Y. 2013) (dismissing in part for failure to allege a plausible relevant market where print books were obvious potential substitutes for ebooks).

Nor does it explain why Reddit has market power over all "public square conversational data" on the internet, which is implausible on its face. Its conclusory allegation that Reddit holds the "dominant share," *id.* ¶ 47, over the claimed market for "public discourse" supplies no facts establishing the contours of the supposed market – let alone what actual share Reddit apparently has of that market, or why it might have monopoly power in that market. *See, e.g.*, *Tops Markets, Inc. v. Quality Markets, Inc.*, 142 F.3d 90, 98 (2d Cir. 1998) (in assessing monopoly power from market share, courts consider the share given other market characteristics, including the strength of competition and barriers to entry); *PepsiCo*, 315 F.3d at 107–08.

**B. SerpApi's Theory Imposes a Duty to Deal That the Law Does Not Recognize**

Even if SerpApi plausibly alleged a relevant market, its claims still fail because a Section 2 claim requires, in addition to the possession of monopoly power in the relevant market, "'the willful acquisition or maintenance of that power as distinguished from growth or development as

---

[2] The counterclaim alleges that sites such as X, Threads, Truth, Bluesky, Facebook, Instagram, and "other social media websites," are sites where such "public human conversation" takes place, ¶ 25, and while SerpApi claims that these sites are not substitutes for its "market of one"—Reddit data—it provides no plausible basis to exclude them from the alternative "online public discourse" market. Nor do the counterclaims allege what other products are in this claimed market for "public discourse."

a consequence of a superior product, business acumen, or historic accident.'" *Verizon Commc'ns Inc. v. Law Offices of Curtis V. Trinko, LLP*, 540 U.S. 398, 407 (2004). "To safeguard the incentive to innovate, the possession of monopoly power will not be found unlawful unless it is accompanied by an element of anticompetitive *conduct*." *Id.* "[A]nticompetitive conduct is 'conduct without a legitimate business purpose that makes sense only because it eliminates competition.'" *Port Dock & Stone Corp. v. Oldcastle Ne., Inc.*, 507 F.3d 117, 124 (2d Cir. 2007). Anticompetitive conduct in restraint of trade is the foundation of any Sherman Act claim. *See Bus. Elecs. Corp. v. Sharp Elecs. Corp.*, 485 U.S. 717, 723 (1988).

SerpApi's Sherman Act claims fail because antitrust laws do not require Reddit to provide free, unrestricted access to its platform to data scrapers. Reddit has the right, like any company, to develop a product and prevent rivals from taking it without permission. This longstanding principle disposes of any claim that Reddit's alleged conduct was anticompetitive.

**1. Reddit Has No Antitrust Duty to Allow SerpApi to Be a Free Rider**

SerpApi's claim is that Reddit (1) has a duty to allow its licensees, like Google, to share Reddit's data for free and without restriction with scrapers, and (2) that entering into license agreements with companies like Google and OpenAI "discriminates" against scrapers who do not want to pay for the data or agree to Reddit's terms of use. *See* Countercl. ¶ 38 (Reddit directs Google not to enable third parties to independently extract and sell the licensed content); ¶ 42 (Reddit blocks access for all scrapers other than Google and makes it difficult for SerpApi to obtain structured data from Google search results for resale); ¶ 56 (describing alleged exclusionary conduct as "discriminatory dealing with select market participants," "requester-specific technical discrimination," and "restrictive licensing terms" to prevent residual access to Reddit data). These claims rest on a flawed premise: That Reddit's terms are anticompetitive because they do not allow SerpApi (and others) to access Reddit's platform and scrape the data on it for free without any

agreement with Reddit. *Id.* ¶ 36 ("Reddit began to erect digital walls to exclude every search engine from reddit.com, except Google"); ¶ 37 (nearly all search engines lost the ability to index new Reddit conversations). In other words, because Reddit's efforts to foster its vibrant and diverse communities (none of which efforts are alleged to have been anticompetitive) led to its data having value, it should have to give that data away and not protect the community it built.

But Reddit has no antitrust duty to give away its product for free and without guardrails (or allow its licensees to do so), particularly to those who would siphon it without paying or agreeing to restrictions and then sell it in direct competition with Reddit. Reddit's efforts to halt unauthorized data access are nothing but lawful attempts to protect its community and reasonable refusals to give away its product for free to putative rivals. As the Supreme Court and legions of appellate courts have long held, even alleged monopolists (which Reddit is not) have no duty to deal with rivals (let alone to provide access for free). *Trinko*, 540 U.S. at 398. The "Sherman Act does not restrict [Reddit's] long recognized right" to "exercise [its] own independent discretion as to parties with whom [it] will deal." *Id.* at 408; *United States v. Colgate & Co.*, 250 U.S. 300, 307 (1919) ("In the absence of any purpose to create or maintain a monopoly, the [Sherman Act] does not restrict the long recognized right of [a] trader or manufacturer engaged in an entirely private business, freely to exercise his own independent discretion as to parties with whom he will deal….").[3] Reddit therefore need not "cooperate with rivals by selling them products that would help the rivals to compete." *Schor v. Abbott Laboratories*, 457 F.3d 608, 610 (7th Cir. 2006).[4]

[3] Courts recognize only one limited exception to the general rule that there is no antitrust duty to deal. That exception comes from *Aspen Skiing Co. v. Aspen Highlands Skiing Corp.*, 472 U.S. 585 (1985), which is "at or near the outer boundary" of antitrust liability. *Trinko*, 540 U.S. at 409. The complaint here comes nowhere near alleging a plausible claim based on such a theory.

[4] In fact, even if Reddit were a monopolist, it does not ordinarily have a duty to share its "intellectual or physical property with a rival." *Novell, Inc. v. Microsoft Corp.*, 731 F.3d 1064, 1074 (10th Cir. 2013) (Gorsuch, J.).

These principles rest on settled considerations of antitrust policy. "[F]irms may acquire monopoly power by establishing an infrastructure that renders them uniquely suited to serve their customers," and compelling them "to share the source of their advantage" may "lessen the incentive for the monopolist, the rival, or both to invest in those economically beneficial facilities." *Trinko*, 540 U.S. at 407–08. Compelled sharing also "puts federal courts in the role of central planners," requiring them to determine the terms and conditions of forced sharing "despite their being ill-equipped to assume this role." *New York v. Facebook, Inc.*, 549 F. Supp. 3d 6, 24–25 (D.D.C. 2021). And businesses remain free not only to choose "the parties with whom they will deal," but "the prices, terms, and conditions of that dealing." *Pac. Bell Tel. Co. v. linkLine Commc'ns, Inc.*, 555 U.S. 438, 448 (2009).

SerpApi's claims cannot survive these well-established principles. Forcing Reddit to permit unrestricted scraping of its content—for free and without any meaningful guardrails to protect users—to free-riders like SerpApi hinders the very competition the Sherman Act was meant to promote. *See Trinko*, 540 U.S. at 407–08 (forcing alleged monopolists to give rivals access to their infrastructure risks "lessen[ing] the incentive for the monopolist, the rival, or both to invest in those economically beneficial facilities"). SerpApi did not make the investments required to build Reddit's platform, attract Reddit's users, and foster Reddit's vibrant, human communities. And the antitrust laws are not meant to protect those who seek to exploit the investments made by others. Blocking scrapers, including through technical measures and contractual terms, is Reddit's core prerogative as the owner and steward of the platform that SerpApi seeks to access.

SerpApi's theories challenge conduct at the core of the refusal-to-deal doctrine: Reddit's "right to refuse to deal with other firms" and to decide "with whom and on what terms one will deal." *Facebook*, 549 F. Supp. 3d at 24–25. What SerpApi calls "conditional and discriminatory

dealing with selected paying market participants" is simply Reddit's decision to license its product to entities like Google and OpenAI (and other parties willing to agree to Reddit's price and user-protective guardrails), while preventing unlicensed scrapers like SerpApi from benefiting without agreeing to those terms. Countercl. ¶ 56; *see id.* ¶¶ 34, 46, 68. Under SerpApi's reading of antitrust law, charging a price for any product and setting terms for its use is an anticompetitive refusal to deal with those who do not want to pay or abide by those terms. That reading has no basis in the law.

Indeed, the Second Circuit has treated this kind of allegation—requiring a license agreement and implementing technologies to prevent scraping without one—as lawful. In *MiniFrame Ltd. v. Microsoft Corp.*, Microsoft amended its Windows licenses so that customers using MiniFrame's competing software had to purchase additional licenses. 551 F. App'x 1 (2d Cir. 2013) (summary order). MiniFrame alleged that Microsoft thereby refused to deal with it and its customers on "commercially reasonable and nondiscriminatory terms." *Id.* at 2. The Second Circuit rejected the claim, noting that Microsoft had never dealt with MiniFrame; it had simply "changed the terms by which Microsoft licenses its product to its customers." *Id.* SerpApi alleges much the same thing here—challenging as "discriminatory" Reddit's alleged "change" to prevent unlawful mass access—the very sort of refusal-to-deal theory *MiniFrame* rejected. *See also Creative Copier Servs. v. Xerox Corp.*, 344 F. Supp. 2d 858, 867–68 (D. Conn. 2004) ("But it cannot be that any time an owner of intellectual property offers a free license of that property, the antitrust laws preclude the owner from ever charging for a license in the future.").

Courts applying *Trinko* have likewise held that restrictions on website and API access—including anti-scraping measures—are not actionable refusals to deal. In *hiQ Labs, Inc. v. LinkedIn Corp.*, the court dismissed a Section 2 claim based on LinkedIn's prohibition on scraping and use

of IP-address blocks to prevent an alleged competitor from collecting public LinkedIn data. 485 F. Supp. 3d 1137, 1142, 1146, 1150–51 (N.D. Cal. 2020). *New York v. Facebook, Inc.* likewise held that Facebook's policy of withholding API access from competitors did not violate Section 2, even though the policy allegedly deterred competitors and impeded their growth. 549 F. Supp. 3d at 24–29; *see also Reveal Chat Holdco, LLC v. Facebook, Inc.*, 471 F. Supp. 3d 981, 1001–03 (N.D. Cal. 2020) (dismissing Section 2 claims based on withdrawal of API access).

### 2. The Existence of Licensing Agreements Does Not Save SerpApi's Otherwise Insufficient Refusal to Deal Theory

Unable to plead a plausible refusal to deal claim, SerpApi attempts to recast its theory as something else, turning to Reddit's licensing agreements with Google and OpenAI. But those agreements are just two examples of licenses Reddit has entered that include terms and restrictions related to access to Reddit data: With respect to Google, SerpApi complains that Reddit "directs Google not to enable third parties to extract and independently commercialize the licensed content" and thereby makes it difficult for SerpApi to scrape structured Reddit data from Google search results. Countercl. ¶¶ 38, 42(c).[5] In short, SerpApi's complaint is that Reddit will not allow it to obtain through Google the same Reddit content it cannot take directly from Reddit.

But Section 2 does not require Reddit to provide access by either route. Reddit has no duty to give SerpApi content for free and without guardrails, and no duty to allow a licensee to do so either. *See Morris Commc'ns Corp. v. PGA Tour, Inc.*, 364 F.3d 1288, 1296 (11th Cir. 2004) ("If Morris wishes to sell PGA's product, it must first purchase it from PGA."); *id.* ("Section 2 of the Sherman Act does not require PGA to give its product freely to its competitors.").

---

[5] With respect to OpenAI, the only allegation is that Reddit provides a license agreement for a fee – and that is absolutely allowed under the antitrust laws.

The mere existence of a "contract" does not save SerpApi's otherwise impermissible refusal-to-deal theory. In *CBC Companies, Inc. v. Equifax, Inc.*, for example, a seller of credit data "demanded" that a reseller "sign an agreement" governing its data access, which the reseller attacked as a "contractual restriction[]" that "impair[ed] resellers' ability to compete." 561 F.3d 569, 571, 573 (6th Cir. 2009). The Sixth Circuit held that *Trinko* foreclosed that challenge. *Id.* at 572–73 (applying Trinko to dismiss § 1 claim attacking "unilaterally imposed contractual restrictions"); *see also Aerotec Int'l, Inc. v. Honeywell Int'l, Inc.*, 836 F.3d 1171, 1183–84 (9th Cir. 2016) (rejecting effort to recast objections to "onerous payment terms" and "pricing penalties" as something other than a refusal-to-deal claim and holding there is "no duty to deal under the terms and conditions preferred by" a competitor).

Likewise, here, SerpApi's complaint rests solely on the unremarkable fact that the Google and OpenAI agreements (1) involve a licensing fee, Countercl. ¶ 49, and (2) have terms preventing scrapers like SerpApi from accessing Reddit's data without a license. *Id.* ¶ 38. SerpApi fails to allege that anything about the agreements excludes competition. Nor does it allege that the agreements are, in fact, exclusive or that Reddit won't offer the same data *on the same terms* to any entity that wants to enter into an agreement.[6] To the contrary, SerpApi's own allegations show that Reddit offers licensed access to its data: Reddit's Public Content Policy tells those with "commercial purposes in mind" to "talk to us," and, when Reddit changed its robots.txt file, it likewise told automated agents seeking access that they "need to talk to us." *Id.* ¶ 36; Ex. 2. SerpApi further alleges that two major companies—Google and OpenAI—have in fact entered

---

[6] The most that it can allege is that "on information and belief," Reddit has given Google the exclusive right to scrape Reddit's data, ¶ 46. But that "belief" is undercut by other allegations, including allegations about the license agreement with OpenAI and Reddit's licenses with other entities, including researchers and brand monitoring companies. *See* Ex. 2 at 3.

into agreements granting them programmatic access to Reddit content. Countercl. ¶ 68. But SerpApi does not allege that either agreement bars Reddit from entering into the same kind of agreement with anyone else, or that it attempted to negotiate an agreement with Reddit similar to the many agreements Reddit has entered with other entities.

In fact, SerpApi's failure to allege that it sought a license from Reddit, offered terms comparable to Google or OpenAI (or any of the other entities that licensed Reddit data), or was refused, further undermines its argument. It alleges instead that Reddit charges "supra-competitive prices," such that access is limited to "the most powerful tech companies." *Id.* ¶ 51. But the fact that SerpApi did not seek to obtain access on the same terms Google and OpenAI agreed to does not mean those companies' agreements foreclosed SerpApi from competing. *See Pulse Network, L.L.C. v. Visa, Inc.*, 30 F.4th 480, 490 (5th Cir. 2022) ("antitrust law wasn't made to help a smaller firm expand where competition limits its ability to do so on its own"); *Indeck Energy Servs., Inc. v. Consumers Energy Co.*, 250 F.3d 972, 978–79 (6th Cir. 2000) (competitors "have no statutory right to compete in the economic marketplace on their own terms and in such a manner as to accumulate expected profits").

SerpApi's citation to *X Corp., Inc. v. Bright Data Ltd.*, 782 F. Supp. 3d 770 (N.D. Cal. 2025), is to no avail. There, X's terms of service contained a term that barred "X's data customers (or any X user) from ever buying from a business that scrapes" X's data.[7] *Id.* at 779. That broad prohibition on any business dealings distinguished the case from the legion of cases holding that blocking a rival's access to data is not exclusionary conduct. *See id.* at 780 (collecting and distinguishing cases).

[7] It was also alleged that the term included a liquidated damages provision, which departed "wildly from any actual damages," and that the provision essentially barred anyone who had used X from ever doing business with Bright Data. *Id.* at 777.

Here, by contrast, Reddit's terms are limited to protecting Reddit content supplied through the license, and do not prohibit Google from doing business with SerpApi or other scrapers generally. Reddit "directs Google not to enable third parties to extract and independently commercialize" Reddit's licensed data. Countercl. ¶ 38. SerpApi does not allege that Reddit prevents Google from buying SerpApi's services or otherwise doing business with SerpApi. As far as the alleged agreement is concerned, SerpApi remains free to access, extract, and commercialize data from elsewhere on the internet and sell it to any willing buyer. The OpenAI allegations are narrower still. SerpApi alleges only that OpenAI received programmatic access to Reddit content and paid for that access. *Id.* ¶¶ 49, 68. SerpApi alleges nothing in Reddit's terms of service or any other agreement resembling the customer-boycott restriction in *Bright Data*.

### C. SerpApi's Claims Do Not Plead Cognizable Harm to Competition

SerpApi's licensing-agreement theory also fails because the counterclaim does not plead cognizable harm to competition. To meet this requirement, SerpApi must show either (1) "an actual adverse effect on competition, such as reduced output," or (2) "that defendants possess the requisite market power and thus the capacity to inhibit competition market-wide," plus some "other grounds to believe that the defendant's behavior will harm competition market-wide, such as the inherent anticompetitive nature of defendant's behavior[.]" *K.M.B. Warehouse Distributors, Inc. v. Walker Mfg. Co.*, 61 F.3d 123, 129 (2d Cir. 1995) (cleaned up).

Here, SerpApi principally complains that it and other "independent data-access providers" can't scrape Reddit's data for free and without any meaningful guardrails and repackage it for sale. Countercl. ¶ 49 (alleging Reddit precludes "independent data access providers" from selling scraped data and that any charge of more than $0 raises the price of access to such data). That alleges harm to free-riders like SerpApi, not competition. Conduct that disadvantages rivals does not violate Section 2 unless it harms "the competitive process and thereby harm[s] consumers."

*United States v. Microsoft Corp.*, 253 F.3d 34, 58 (D.D.C. 2001). "[C]onsumers' inability to buy the same product from a different seller only harms that seller and does no cognizable harm to competition as a whole." *Bookhouse*, 985 F. Supp. 2d at 620.

Nowhere does SerpApi plausibly allege—as it must—that competition in its alleged market for AI training data decreased. *See, e.g.*, *CBC Cos.*, 561 F.3d at 572–73 (affirming dismissal of antitrust claims for failure to allege antitrust injury or harm to competition, only "fundamental frustration" with the price terms of a reseller agreement). For good reason. That would be a remarkable claim in a world where AI systems can (and do) train on vast amounts of text, code, books, news, websites, forums, and other sources wholly apart from Reddit.

SerpApi's allegations about consumers do not cure the problem. It says consumers are harmed because they cannot obtain Reddit content through the "medium of their choice," citing Bing, DuckDuckGo, and Perplexity. Countercl. ¶ 49. But humans remain free to access Reddit and its public content directly from Reddit, free of charge. SerpApi does not allege that restricting programmatic access through those particular intermediaries reduced the amount of Reddit content available to consumers, increased the price consumers pay for that content, or diminished its quality.[8] Nor could it. Nothing has changed for consumers who want to access or participate in the Reddit community. To the extent SerpApi alleges harm, it is associated with not gaining access to a product it refuses to pay for (or agree to conditions regarding its use) when others do. That harm is to particular competitors who opt not to enter an agreement, not harm to the competitive process.

[8] SerpApi also alleges that Reddit users are harmed because users' "stated goal" is to have their content distributed "freely and publicly." *Id.* ¶ 49. It is unclear how that relates to harm to competition. That theory is also contradicted by the users' agreement with Reddit, which notes that "scraping the Services without Reddit's prior written consent is prohibited." Ex. 1 at 5.

*See CBC Cos.*, 561 F.3d at 573 ("[E]ven where a business carries a significant portion of the market share, antitrust law is not a negotiating tool for a plaintiff seeking better contract terms.").

Nor does SerpApi's allegation that OpenAI was "forced" to pay millions of dollars fill the gap. Countercl. ¶ 49. The fact alleged is that OpenAI agreed to a license for access to Reddit data. Among the search and AI firms SerpApi identifies, Google and OpenAI obtained licensed access; Bing, DuckDuckGo, and Perplexity did not. That describes firms competing with different inputs. SerpApi does not allege that OpenAI's payment caused higher downstream prices, reduced output, diminished quality, or resulted in less vigorous competition by OpenAI or anyone else. The fact that one competitor paid for an input that may differentiate its product while others competed without it is not itself an anticompetitive effect. It is competition among firms making different choices on how to operate.

### D. SerpApi's Claims Must Be Dismissed for Failure to Plead Antitrust Injury

Finally, even if SerpApi adequately alleged the other elements of its claim, it has failed to allege losses amounting to an antitrust injury. SerpApi must plausibly allege "*antitrust* injury, which is to say an injury of the type the antitrust laws were intended to prevent and that flows from that which makes defendants' acts unlawful." *Brunswick Corp. v. Pueblo Bowl-O-Mat, Inc.*, 429 U.S. 477, 489 (1977). SerpApi's sole alleged injury – that it was "denied access" to content and lost customers and sales, Countercl. ¶¶ 50–52, boils down to a complaint that it cannot access data for free and without any guardrails. Its alleged injury is that it wants to "compete with Reddit to repackage and sell structured data based on Reddit users' content." *Id.* ¶ 51.

But the antitrust laws "were enacted for the protection of *competition* not *competitors*," *Brunswick*, 429 U.S. at 488, and do not provide a lottery ticket for free-riders. *Paul E. Volpp Tractor Parts v. Caterpillar, Inc.*, 917 F. Supp. 1208 (W.D. Tenn. 1995) ("there is no free-rider guarantee in the antitrust laws"). SerpApi has not alleged, and cannot allege, that Reddit has

denied it a license or that it cannot access the data on the same terms as any other entity. Because the outcome SerpApi seeks would transform a statute designed to address an unreasonable restraint of trade into a weapon prohibiting free-market competition, SerpApi's claim must be dismissed for lack of antitrust injury. Its alleged injuries are simply not the type of injuries the antitrust laws were meant to prevent.

## II. SerpApi's Attempted Monopolization Claim (Count 2) Fails

SerpApi's attempted monopolization claim fails because—apart from the lack of any predatory or anticompetitive conduct—it alleges no facts from which to infer a specific intent to monopolize a particular and defined market, let alone a dangerous probability of success. *See PepsiCo*, 315 F.3d at 105; *see also Top*s, 142 F.3d at 99–100.

Reddit's desire to protect its users and be compensated for access to its data is not a "specific intent" by Reddit to attempt or conspire to monopolize the market. Instead, Reddit's motive in forbidding scraping is clear: licensees must agree to terms and conditions that protect its community (including specific user-protective guardrails around the use of Reddit data) and compensate Reddit for programmatic access. Including terms of sale and selling a product is a classic business goal the Sherman Act endorses. *See FTC v. Qualcomm Inc.*, 969 F.3d 974, 994 n.15 (9th Cir. 2020) ("desire to maximize profits" through refusal to deal is pro-competitive); *see also Novell*, 731 F.3d at 1076 (explaining that Section 2 "seek[s] to protect, not penalize," ordinary profit-maximizing and presumptively procompetitive conduct by independently operating firms).

## III. SerpApi's Declaratory Relief Claims (Counts 3–6) Serve No Useful Purpose

The Court should dismiss SerpApi's Declaratory Relief claims (Counts 3–6) because the relief sought is unnecessary and unwarranted. The Declaratory Judgment Act vests courts with broad discretion whether to exercise jurisdiction over declaratory actions. 28 U.S.C. § 2201(a) (court "*may* declare the rights and other legal relations of any interested party" (emphasis added)).

In evaluating requests for declaratory relief, courts ask whether the relief sought will "serve a useful purpose in clarifying or settling the legal issues involved," and whether it "would finalize the controversy and offer relief from uncertainty." *Duane Reade, Inc. v. St. Paul Fire & Marine Ins. Co.*, 411 F.3d 384, 389 (2d Cir. 2005). District courts retain broad discretion to decline to exercise jurisdiction based on other factors, including where declaratory relief is sought for "procedural fencing" and where judicial economy favors declining jurisdiction. *Admiral Ins. Co. v. Niagara Transformer Corp.*, 57 F.4th 85, 96 (2d Cir. 2023).

Furthermore, courts regularly dismiss declaratory judgment counterclaims where they mirror claims already at issue because declaratory relief in such instances serves no useful purpose. *See, e.g.*, *Honeywell Int'l Inc. v. Ecoer Inc.*, 2024 WL 3521591, at *8 (S.D.N.Y. July 23, 2024) (Engelmayer, J.) (dismissing declaratory counterclaim seeking resolution of issues "at the heart of" affirmative trademark claim); *Dubov v. Lewis*, 2019 WL 1060652, at *3 (S.D.N.Y. Mar. 6, 2019) (Engelmayer, J.) (similar).

The Court should dismiss SerpApi's claims for declaratory relief. ***First***, the relief sought serves no useful purpose: whether SerpApi's conduct violates the DMCA will be resolved as part of Reddit's claims.[9] ***Second***, by lodging its counterclaims, SerpApi "is simply attempting to recast [it]self as the Plaintiff," hoping for untoward procedural leverage. *Interscope Recs. v. Kimmel*, 2007 WL 1756383, at *4–5 (N.D.N.Y. June 18, 2007). Unlike a typical declaratory judgment claimant, SerpApi faces no "cloud of uncertainty" over whether it will be sued. ***Third***, SerpApi's counterclaims are duplicative of its eighth affirmative defense—"License, Implied License"—in which it advances the same allegations that its circumvention is authorized by Reddit's licenses to

---

[9] SerpApi's Counterclaim VI seeks a declaration that Reddit has no cognizable claim for conduct prior to January 2025. Reddit conceded at argument that it does not claim any DMCA violations prior to January 2025. This counterclaim should be dismissed as serving no useful purpose.

other parties. Answer at 28–29. SerpApi will advance its arguments through that defense without the need for counterclaims. ***Fourth***, the better and more effective use of judicial resources would be to limit the case to Reddit's claims and SerpApi's defenses, rather than requiring additional pleadings, motion practice, and discovery specific to SerpApi's counterclaims, which is costly and unnecessary. The Court should thus dismiss them as unnecessary and unwarranted.

## IV. SerpApi's DMCA Counterclaims (Counts 3–5) Fail to State a Claim Upon Which Relief Can Be Granted

Finally, even if this Court permits the counterclaims as warranted and not unnecessary, they are inadequately pled under the law. In Counts 3–5, SerpApi asserts that insofar as it circumvented SearchGuard on behalf of entities licensed to access Reddit content, its circumvention was authorized and therefore cannot violate the DMCA or have damaged Reddit. But even crediting that a "significant portion, and potentially all" of SerpApi's conduct is performed by or for "Reddit Licensees," Countercl. ¶ 78, SerpApi is not entitled to relief. As the Court has already ruled, "Nothing in the DMCA's text exempts from liability persons who circumvent TPMs aimed at protecting copyrightable material against bulk access merely because that material is accessible to an authorized individual (such as a person who accesses a website like Reddit or Google)." ECF 104 at 40.

The DMCA does not permit circumvention, or trafficking in circumvention services, by an unlicensed party like SerpApi, even if a license separately permits a different party to view or access copyrighted content. As the Second Circuit explained in *Corley*, the DMCA exempts from liability those who are authorized *to circumvent*—not those authorized merely to view or access content. *Universal City Studios, Inc. v. Corley*, 273 F.3d 429, 444 (2d Cir. 2001). Courts have uniformly held that a license providing for some form of lawful access does not insulate the licensee (let alone an unlicensed third party) from DMCA liability. Thus, even where a licensee is

permitted to, *e.g.*, watch a movie on a DVD player, that licensee cannot itself (let alone through an unlicensed third party) circumvent protection measures to access the content. *Realnetworks, Inc. v. DVD Copy Control Ass'n*, 641 F. Supp. 2d 913, 933 (N.D. Cal. 2009); *Yout, LLC v. Recording Industry Association of America*, 633 F. Supp. 3d 650, 675–76 (D. Conn. 2022) (explaining that limited authority to use or access copyrighted material does not provide "specific authority to engage in the circumventing conduct.").

**CONCLUSION**

For the foregoing reasons, Reddit respectfully requests that the Court grant its motion and dismiss SerpApi's counterclaims with prejudice.

Dated: September 25, 2026
New York, New York

Respectfully submitted,

*/s/ William A. Maher*

William A. Maher
Justin T. Zimnoch
**WOLLMUTH MAHER & DEUTSCH LLP**
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
wmaher@wmd-law.com
jzimnoch@wmd-law.com

Reid M. Bolton (*Pro Hac Vice*)
Matthew R. Ford (*Pro Hac Vice*)
**BARTLIT BECK LLP**
54 W. Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400
reid.bolton@bartlitbeck.com
matthew.ford@bartlitbeck.com

Karma M. Giulianelli (*Pro Hac Vice Pending*)
Giovanni Sanchez (*Pro Hac Vice*)
**BARTLIT BECK LLP**
1801 Wewatta St., Suite 1200
Denver, CO 80202
(303) 592-3100
giovanni.sanchez@bartlitbeck.com

*Attorneys for Plaintiff Reddit, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure, I hereby certify that a copy of the foregoing document was filed via the Court's CM/ECF system on September 25, 2026, which will send a notification of such filing to all counsel of record.

*/s/ William A. Maher*
William A. Maher