BartlitBeck LLP

Reid M. Bolton
Reid.Bolton@BartlitBeck.com

Courthouse Place
54 West Hubbard Street
Chicago, IL 60654
main: (312) 494-4400
direct: (312) 494-4464
BartlitBeck.com

September 25, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Reddit, Inc. v. SerpApi LLC, et al.*, Case No. 25-cv-8736 (PAE)**

Dear Judge Engelmayer:

Pursuant to Local Rule 37.2 and Rule 2.E of the Court's Individual Rules and Practices in Civil Cases, Plaintiff Reddit Inc. moves the Court for an order staying discovery regarding Defendant SerpApi's antitrust counterclaims while the Court resolves Reddit's motion to dismiss those claims. As set forth in Reddit's pending motion, SerpApi's antitrust theories are plainly inadequate, and burdening the parties with discovery into those theories now is premature given that, as Reddit argues, they ultimately fail to state a claim. Finally, any delay will not prejudice SerpApi – indeed, in seeking its own stay in parallel litigation, SerpApi argued that allowing discovery to *proceed* would negatively impact its business. The parties conferred regarding Reddit's motion and could not reach a resolution.

***Background.*** Reddit asserts claims against SerpApi, Perplexity, Oxylabs UAB, and AWMProxy for violations of the Digital Millennium Copyright Act and state-law civil conspiracy. Dkt. 104. Reddit's allegations address the Defendants' efforts to bypass Google's technological protection measures to obtain Reddit data without a license. The facts in support of these claims relate to the Defendants' alleged circumvention, the robustness of Google's technical measures, and Reddit's relationship with Google. Although differences exist among the Defendants, Reddit's allegations as to all four Defendants are substantially the same. On July 31st, the Court largely rejected Perplexity's and SerpApi's motions to dismiss, and both parties answered Reddit's complaint. Dkts. 104, 118, 119.

In its answer, SerpApi also pleads six counterclaims, which include two counts of monopolization or attempted monopolization under the Sherman Act. Reddit has moved to dismiss these counterclaims. Dkt. 119. As relevant here, SerpApi's allegations broadly concern the market for the data used to train AI models and Reddit's alleged position as a monopolist because it does not allow SerpApi access to its data for free without entering into a licensing agreement. Dkt. 119, Countercl. at ¶¶ 37, 44-48, 49-53.

***Legal Standard***. The Court can stay discovery upon a showing of "good cause." Fed. R. Civ. P. 26(c). In assessing whether good cause exists, courts generally consider three factors: "1) whether a defendant has made a strong showing that the plaintiff's claim is unmeritorious, 2) the breadth of discovery and the burden of responding to it, and 3) the risk of unfair prejudice to the party opposing the stay." *Spinelli v. National Football League*, No. 13 Civ. 7398 (RWS), 2015 WL 7302266, at *2 (S.D.N.Y. Nov. 17, 2015).

***Strength of Reddit's Motion*.** Courts look to the merits of the underlying motion to dismiss in assessing a request to stay discovery to determine whether the motion rests on "substantial grounds" or "appears to be without foundation in law." *Heredia v. Americare, Inc.*, No. 17CV6219, 2018 WL 11579756, at *2 (S.D.N.Y. May 1, 2018) (cleaned up). "Where ... defendants have presented substantial arguments for dismissal of many, if not all, of the claims asserted in the lawsuit, a stay of discovery is appropriate." *Palladino v. JPMorgan Chase & Co.*, 730 F. Supp. 3d 4, 11 (E.D.N.Y. 2024). Reddit's companion motion to dismiss SerpApi's antitrust counterclaims is well founded and justifies a stay.

Reddit identifies several independent grounds justifying dismissal of all SerpApi's antitrust claims, including:

- *Implausible Market Definitions.* SerpApi identifies two potential product markets, and they are both implausible. SerpApi first says that the relevant market is a single-product market consisting solely of Reddit data. It does so without explaining how such a market is plausible by reference to interchangeability, cross-elasticity of demand, or other evidence affecting economic substitution. Its second proposed market consists of any online public discourse worldwide, but SerpApi does nothing to define that market or explain how Reddit could plausibly monopolize the entire universe of "online public discourse." These implausible markets are bases for dismissal. *See Todd v. Exxon Corp.*, 275 F.3d 191, 200 (2d Cir. 2001).
- *Improper Duty to Deal.* SerpApi claims that Reddit's refusal to give away its data or provide unlimited programmatic access to scrapers is an improper refusal to deal. But a company does not commit an antitrust violation if it charges for its goods and services and imposes licensing terms to the detriment of free riders. *See Verizon Commc'ns Inc. v. Law Offices of Curtis V. Trinko, LLP*, 540 U.S. 398, 407 (2004).
- *No Cognizable Harm to Competition.* SerpApi cannot identify any harm to competition based on Reddit's refusal to give its data away to scrapers for free and without guardrails. AI models continue to proliferate despite restrictions on access to Reddit data because other available training data exists. The only harm that SerpApi alleges is that companies seeking to commercialize Reddit data have to pay and agree to Reddit's licensing terms. That is not a harm to competition. *See Bookhouse of Stuyvesant Plaza, Inc. v. Amazon.com, Inc.*, 985 F. Supp. 2d 612, 620 (S.D.N.Y. 2013).
- *No Antitrust Injury.* SerpApi's antitrust claims also fail to allege an antitrust injury – i.e., an injury that the antitrust laws are meant to prevent. As discussed above, SerpApi's allegations collapse into a simple desire for free and unrestricted access to Reddit data, without having to agree to the terms Reddit imposes. The antitrust laws are not meant to address the complaints of one competitor who is unwilling to agree to terms.

***Scope and Burden of Discovery.*** Because the scheduling conference has yet to occur, SerpApi has not issued discovery requests concerning its antitrust counterclaims. Nonetheless, antitrust claims are well known to be a "sprawling, costly, and hugely time-consuming undertaking." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 560 n.6 (2007). That burden is why courts give due (and even dispositive) weight to "the substantial cost of discovery typical of antitrust cases" when evaluating the merits of a stay motion. *In re Currency Conversion Fee Antitrust Litig.*, No. M21-95, 2002 WL 88278, at *3 (S.D.N.Y. Jan. 22, 2002).

SerpApi's antitrust allegations forecast a broader scope of discovery. *See Thomas Windows, Inc. v. S. & J. Sheet Metal Supply, Inc.*, No. 25 CIV. 2532 (PAE), 2026 WL 962465, at *2 (S.D.N.Y. Apr. 9, 2026) (looking at "anticipated discovery"); *Gastineau v. ESPN Inc.*, No. 25 CIV. 2041 (PAE), 2025 WL 2733155, at *2 (S.D.N.Y. Sept. 24, 2025) (same). SerpApi's implausible market allegations are broader than the narrow issues raised in Reddit's DMCA claim. Dkt. 119 at ¶¶ 44, 47-48. Their misguided theories concern the impact of Reddit's licensing on a broad swath of third parties, such as search engines or other scrapers like SerpApi. *Id.* ¶ 49. And they concern licensing efforts beyond just Reddit's relationship with Google. *E.g., id.* ¶ 56. Further, this discovery would relate solely to SerpApi's antitrust claims and do nothing for either Reddit's affirmative DMCA and conspiracy claims or the other Defendants' defenses. Forcing discovery into these matters while Reddit's motion is pending would "waste the parties' resources and would constitute an undue burden." *HAHA Glob., Inc. v. Barclays*, No. 19-CV-04749, 2020 WL 832341, at *1 (S.D.N.Y. Feb. 20, 2020).

***Lack of Prejudice.*** A stay while the Court resolves Reddit's motion to dismiss will not prejudice SerpApi. There is no risk that witnesses' memories will fade, and SerpApi cannot identify other sources of evidence that "might become unavailable during a stay." *Dougherty v. Zynga Inc.*, No. 26 CIV. 2772 (PAE), 2026 WL 1218876, at *2 (S.D.N.Y. May 4, 2026). In addition, the Court's efficient management of its docket avoids any potential prejudice to SerpApi. *See Palladino v. JPMorgan Chase & Co.*, 730 F.Supp.3d 4, 13 (E.D.N.Y. 2024). The briefing for Reddit's motion should be complete by the end of October and the speed with which the Court resolved SerpApi's and Perplexity's earlier motions to dismiss suggests an equally efficient resolution here. *Dougherty*, 2026 WL 1218876, at *2 (The "passage of a reasonable amount of time, without any other form of attendant prejudice, cannot itself constitute prejudice sufficient to defeat a motion to stay discovery.").

Far from prejudicing SerpApi, a stay is consistent with SerpApi's own request for a stay when it moved to dismiss claims asserted against it. In seeking its own stay in parallel litigation against Google, SerpApi said that a "failure to issue a stay would certainly prejudice SerpApi" by requiring an unsustainable financial burden to respond to Google's discovery. Ex. A at 6-7 (discovery burden "magnified a thousand-fold on SerpApi" compared to Google). Reddit's motion to dismiss could eliminate this potential expense altogether, obviating these "unnecessary costs" to SerpApi. Ex. A at 6 ("If discovery is not stayed, the parties would be thrown into this discovery morass without knowing whether any of it will actually be pertinent to a live issue in the case."); *see also Gastineau,* 2025 WL 2733155, at *2 (discovery could "drain[] the parties' resources while the motion to dismiss pends") (cleaned up).

Respectfully Submitted,

Reid M. Bolton