**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Jessica L. Falk**
+1 (212) 310-8511
jessica.falk@weil.com

September 30, 2026

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

***Re:*** ***Reddit, Inc. v. SerpApi LLC, et al.*** **(Case No. 1:25-cv-08736-PAE)**

Your Honor:

We represent Defendant SerpApi LLC in the above-referenced action and write to respectfully move for a short, two-week extension of time to respond to Plaintiff Reddit, Inc.'s Motion to Dismiss SerpApi's Counterclaims (Dkt. 144). Plaintiff does not object to this request.

This is SerpApi's first request for an extension on this matter. SerpApi's current deadline is October 9, 2026. SerpApi respectfully requests that its deadline to answer be extended through and including October 23, 2026.

Your Honor's attention and consideration are greatly appreciated.

Sincerely,

*/s/ Jessica L. Falk*

cc: All Counsel of Record

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: September 30, 2026
New York, New York