Page 1 of 1

WIGGIN
WIGGIN AND DANA

Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York
10022
www.wiggin.com

Kate E. Cassidy
212.551.2636
212.551.2888 fax
kcassidy@wiggin.com

VIA ECF

September 30, 2026

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Reddit Inc. v. Serpapi LLC, Oxylabs UAB, AWMProxy, and Perplexity AI, Inc.*, Case No.: 1:25-cv-08736-PAE

Dear Judge Engelmayer:

I, along with Alex Reese, partner at Farella Braun + Martel, represent Oxylabs UAB in the above captioned case.

We will both be in attendance at the initial case management conference tomorrow, but I write to respectfully ask the Court to make telephone access available for this hearing as well. Our client is located outside the United States and would like to observe the conference.

We note that the Court previously instructed the parties to call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound(#) key. Dkt 105. While no one on the phone will be addressing the Court, we respectfully ask the Court to allow remote attendees to use this number to listen to the proceedings.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*Kate E. Cassidy*

Counsel for Defendant Oxylabs UAB

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: September 30, 2026
New York, New York