UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDDIT, INC.,

Plaintiff,

-v-

SERPAPI LLC *et al.*,

Defendants.

25 Civ. 8736 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 25, 2026, this Court received Proskauer Rose LLP's motion for leave to file confidential materials under seal. Dkt. 148. The Court GRANTS this motion.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2026
New York, New York