UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff, Reddit, Inc.

-v-

Defendant. SerpApi LLC et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

25 Civ. 8736 (PAE ) (BCM )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- ☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- ☐ Specific Non-Dispositive Motion/Dispute:* ____________________
- If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ____________
- ☒ Settlement*
- ☐ Inquest After Default/Damages Hearing
- ☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
- ☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: ____________
- ☐ Habeas Corpus
- ☐ Social Security
- ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: ____________
- All such motions: ________

If plaintiff and any defendant(s) are at any point amenable to settlement, counsel for plaintiff is directed to contact the Magistrate Judge's chambers to schedule a settlement conference on a mutually agreeable date.

*Do not check if already referred for general pretrial.

Dated October 1, 2026

SO ORDERED:

Paul A. Engelmayer

United States District Judge