UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDDIT, INC.,

Plaintiff,

-v-

SERPAPI LLC *et al.*,

Defendants.

25 Civ. 8736 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court resolved plaintiff Reddit, Inc.'s motion to stay discovery unique to defendant SerpApi's antitrust counterclaims pending the Court's resolution of Reddit's motion to dismiss those claims. *See* Dkt. 147. The Court grants the motion and respectfully directs the Clerk of Court to terminate the motion pending at docket 147.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2026
New York, New York