Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

October 12, 2026

Kevin J. Perra
Member of the Firm
d +1-212-969-3454
f +1-212-969-2900
kperra@proskauer.com
www.proskauer.com

***Via ECF***

Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Reddit, Inc. v. SerpApi LLC,* 1:25-cv-08736-PAE (S.D.N.Y.)
*Consent Letter Motion by Proskauer to Reallocate Reply Brief Page Limits*

Dear Judge Engelmayer,

Proskauer respectfully requests an order permitting a reallocation of the page limits for its and Perplexity's Replies to Perplexity's Motion to Authorize Proskauer Rose LLP to Appear as Counsel for Defendant Perplexity AI, Inc. (ECF 126).

Currently, both Proskauer and Perplexity are entitled to 10 pages each for the Reply, for a total of 20 pages. Proskauer requests that the Court permit Proskauer or Perplexity to file briefs exceeding 10 pages, so long as the combined total of the two Replies does not exceed 20 pages. Doing so will eliminate duplication, and permit Proskauer to more fully address the arguments in Reddit's opposition that are directed principally to Proskauer.

Perplexity consents to this request. On October 12, 2026, Proskauer asked Reddit whether it consents to this request, and Reddit responded that it does not object to Proskauer filing a reply brief exceeding 10 if pages if the total Proskauer and Perplexity briefing is under 20 pages.

This is the first request to modify the page limits on this motion. The replies are due October 16, 2026, and this request would not affect that or any other deadline.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Kevin J. Perra*
Kevin J. Perra
Proskauer Rose LLP

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 13, 2026
New York, New York