UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDDIT, INC.,

Plaintiff,

-v-

SERPAPI LLC *et al.*,

Defendants.

25 Civ. 8736 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the submissions of plaintiff Reddit, Inc. ("Reddit"), defendant Perplexity AI, Inc. ("Perplexity"), and the law firm of Proskauer Rose LLP ("Proskauer") in connection with Perplexity's motion, Dkt. 126, to authorize Proskauer to appear in this action as its counsel. The Court thanks counsel for these helpful legal and factual submissions.

The Court has determined that additional documentary evidence—from both Proskauer and Perplexity—may assist it in resolving the pending motion. Specifically, the Court orders that the following materials be produced to the Court:

**From Proskauer**:

1. All written communications between any lawyer or employee of Proskauer and any lawyer, employee, or representative of Perplexity, between October 22, 2025 and the present, concerning, or referring or relating in any way to, a representation, or a possible or future representation, by Proskauer of Perplexity, including but not limited to a representation in this action (No. 25 Civ. 08736).

2. All written internal records or communications within Proskauer, between October 22, 2025 and the present, concerning, or referring or relating in any way to, a representation, or a possible or future representation, by Proskauer of Perplexity, including but not limited to a representation in this action (No. 25 Civ. 08736).

**From Perplexity**:

1. All written communications between any lawyer, employee, or representative of Perplexity, and lawyer or employee of Proskauer, between October 22, 2025 and the present, concerning, or referring or relating in any way to, a representation, or a

possible or future representation, by Proskauer of Perplexity, including but not limited to a representation in this action (No. 25 Civ. 08736).

For avoidance of doubt, these requests are meant to be read broadly. The Court seeks written communications of **any** type, including but not limited to emails, text messages, Slack messages, notes, and memoranda.

In the interest of enabling the Court to promptly resolve the pending motion, these materials are to be produced to the Court by hand, at 40 Centre Street, by **Monday, October 26, 2026**. The Court asks that the producing party (Proskauer or Perplexity) supply it—for each request—with two chronologically organized and tabbed binders of the responsive materials. Each binder is to include a cover sheet identifying and briefly describing each document contained therein, with corresponding tab references. Upon review of these materials, the Court will promptly determine whether it requires any additional evidence before ruling on the motion. Along with its production, each party is to submit a declaration stating whether it contends the production is privileged, in whole or part, from disclosure to any party to this litigation, and if so, to identify the operative privilege and its scope, including its temporal scope.

The Court, finally, directs that Proskauer and Perplexity not coordinate or collaborate in any way in their respective review and production processes in complying with this order. The Court's judgment is that independent review and production processes are most likely to result in the Court's receiving a comprehensive set of the communications sought herein.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2026
New York, New York