UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., Plaintiff, -v- SERPAPI LLC *et al.*, Defendants. | 25 Civ. 8736 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 19, 2026, this Court ordered Perplexity AI, Inc. ("Perplexity") and the law firm of Proskauer Rose LLP ("Proskauer") to produce certain materials germane to the pending motion to authorize Proskauer to represent Perplexity this litigation. Dkt. 173 ("Production Order"). By letter later yesterday, Perplexity asked that the Court narrow the Production Order as potentially overbroad, in light of the large number of documents responsive to the order as formulated.

Perplexity's observation is well taken. The Court accordingly narrows the Production Order in the manner below (changes noted in boldface). For avoidance of doubt, all other aspects of the Production Order, including the deadline, remain in force:

**From Proskauer**:

1. All written communications between any lawyer or employee of Proskauer and any lawyer, employee, or representative of Perplexity, between October 22, 2025 and the present, concerning, or referring or relating in any way to, a representation, or a possible or future representation, by Proskauer of Perplexity, **in this action (No. 25 Civ. 08736) or any action involving or potentially involving Reddit.**

2. All written internal records or communications within Proskauer, between October 22, 2025 and the present, concerning, or referring or relating in any way to, a representation, or a possible or future representation, by Proskauer of Perplexity, **in this action (No. 25 Civ. 08736) or any action involving or potentially involving Reddit.**

**From Perplexity**:

1. All written communications between any lawyer, employee, or representative of Perplexity, and lawyer or employee of Proskauer, between October 22, 2025 and the present, concerning, or referring or relating in any way to, a representation, or a possible or future representation, by Proskauer of Perplexity, **in this action (No. 25 Civ. 08736) or any action involving or potentially involving Reddit.**

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 20, 2026
New York, New York