UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., Plaintiff, -v- SERPAPI LLC *et al.*, Defendants. | 25 Civ. 8736 (PAE) <br> ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from Kevin J. Perra, Esq., the general counsel of Proskauer Rose LLP, Dkt. 176, seeking clarification of aspects of the Court's October 19th order, as modified by its October 20th order. *See* Dkts. 173, 175. The Court thanks counsel for raising these valid questions. In response:

1. The submission should include (a) communications providing privileged advice by the GCO to the firm, but need not include (b) communications relating to drafts, research, strategy and other legal work recently performed in connection with preparing the motion before the Court to authorize Proskauer's appearance on behalf of Perplexity.

2. The Court confirms that the submission of the material in response to the Court's order will be reviewed *in camera* and *ex parte*, and that the submissions pursuant to the Order will not be deemed a waiver of attorney-client privilege or work-product protection. It is possible, however, that an order resolving the pending motion might have occasion to cite or quote material submitted by Perplexity or Proskauer.

SO ORDERED

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: October 21, 2026
New York, New York