UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., Plaintiff, -v- SERPAPI LLC *et al.*, Defendants. | 25 Civ. 8736 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the materials submitted by the law firm of Proskauer Rose LLP ("Proskauer") and defendant Perplexity AI, Inc. ("Perplexity") in connection with Perplexity's motion to authorize Proskauer to appear in this action as its counsel, in response to the Court's order at Dkt. 173. The Court thanks Proskauer and Perplexity for these submissions.

Based on its review, the Court has determined that it would benefit, in resolving the pending motion, from testimony on questioning by the Court of three persons, with respect to Proskauer's representation of plaintiff Reddit, Inc. ("Reddit") and potential representation of Perplexity. These are: (1) Kevin J. Perra, Esq., of Proskauer; (2) Timothy W. Mungovan, Esq., of Proskauer; and (3) Sedric Bailey, Esq., of Reddit.

In the interest of enabling a prompt resolution of the motion, the Court's intention is to hear such testimony at a hearing on Thursday, November 5, and/or Friday, November 6, 2026. The Court directs Proskauer to notify the Court by email forthwith as to the availability, for in-person testimony, of Messrs. Perra and Mungovan on those days. The Court directs Reddit to notify the Court by email forthwith as to the availability, alternatively for in-person or remote

testimony, of Mr. Bailey on those dates. The Court will thereafter notify counsel of the date and time it has selected for each person's testimony.

Because this testimony will substantially cover privileged or assertedly privileged attorney-client communications, the courtroom will be closed during this testimony. Other than court personnel, the only person(s) permitted to be present during each witness's testimony are to be their counsel (*i.e.*, during the respective testimony of Mr. Perra and Mr. Mungovan, counsel for Proskauer; and during the testimony of Mr. Bailey, counsel for Reddit). For avoidance of doubt, the Court will not take up other business at the hearing.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 28, 2026
New York, New York