**WOLLMUTH MAHER & DEUTSCH LLP**
500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

TELEPHONE: (212) 382-3300
FACSIMILE: (212) 382-0050

October 27, 2026

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Reddit, Inc. v. SerpApi LLC, et al.*, Case No. 1:25-cv-08736-PAE**

Dear Judge Engelmayer:

I write on behalf of Plaintiff Reddit, Inc. ("Reddit") in the above-referenced action. Pursuant to Rule 1.E of Your Honor's Individual Rules and Practices in Civil Cases, Reddit respectfully requests a ten-day extension of its deadline to submit its reply in support of its motion to dismiss Defendant SerpApi LLC's ("SerpApi") Counterclaims (Dkt. No. 119).

The original (current) deadline to file a reply in support of Reddit's motion to dismiss SerpApi's Counterclaims is October 30, 2026. The new deadline sought is November 9, 2026. This is Reddit's first request for an extension to file its reply. SerpApi does not object to this request. The requested extension will not affect any other scheduled dates in the case.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ William A. Maher*
William A. Maher

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 28, 2026
New York, New York