UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDIT, INC., Plaintiff, -v- SERPAPI LLC *et al.*, Defendants. | 25 Civ. 8736 (PAE) ORDER |

PAUL A. ENGELMAYER, District Judge:

Based on the responses the Court has received to its order at Docket 180, the Court schedules testimony as follows. All testimony will be in person in courtroom 1305 of the Thurgood Marshall United States Courthouse, at 40 Centre Street:

1. The Court will hear testimony from Kevin J. Perra. Esq., and Timothy W. Mungovan, Esq., on Thursday, November 5, 2026 at 1 p.m. The Court will hear testimony from Mr. Perra first.
2. The Court will hear testimony from Sedric Bailey, Esq., on Monday, November 9, 2026 at 9 a.m.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: October 29, 2026
New York, New York