UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDDIT, INC.,

Plaintiff,

-v-

SERPAPI LLC *et al.*,

Defendants.

25 Civ. 8736 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 25, 2026, plaintiff Reddit, Inc. ("Reddit") filed a motion to dismiss defendant SerpApi LLC's ("SerpApi") counterclaims under Federal Rule of Civil Procedure 12(b)(6). Dkt. 144. Under Rule 15(a)(l)(B), a party asserting a counterclaim has 21 days after the service of a motion under Rule 12(b) to amend the claim once as a matter of course. Consistent with that rule, the Court's ordinary practice on the filing of a motion to dismiss is to issue an "amend-or-oppose" order notifying the party that filed the claim or counterclaim that it has the right to amend the claim, and that, if it chooses to respond to the motion to dismiss, it is foregoing the right thereafter to amend. The Court here, however, neglected to issue such an order upon the filing of Reddit's motion to dismiss, and SerpApi thereafter filed a response in opposition to that motion. Dkt. 178.

For avoidance of doubt, the Court now notifies SerpAPI that, should SerpAPI pursue the course of opposing the motion to dismiss, it will treat that motion as foregoing its right to amend. Because the Court had not so notified SerpAPI of this consequence before it filed the motion to dismiss, the Court, in the interests of justice and efficiency, will give SerpAPI that election anew.

It is therefore hereby ORDERED that, by November 23, 2206, SerpApi shall either file an amended counterclaim or a letter to the Court stating that it stands on the opposition that it previously filed. No further opportunities to amend will ordinarily be granted. If SerpApi does amend, by December 14, 2026, Reddit shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on the docket stating that Reddit relies on the previously filed motion to dismiss.[1] If SerpAPI elects instead to stand on its opposition, Reddit's reply shall be due two weeks later, by December 7, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 9, 2026
New York, New York

---

[1] If Reddit files a new motion to dismiss or relies on its previous motion, an opposition from SerpApi will be due 14 days thereafter, and a reply from Reddit will be due seven days after that.