**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| REDDIT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SERPAPI LLC,<br>OXYLABS UAB, AWMPROXY, and<br>PERPLEXITY AI, INC.,<br><br>Defendants. | Case No. 25-cv-08736-PAE<br><br>Hon. Paul A. Engelmayer, USDJ |

**DEFENDANT PERPLEXITY AI, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER AUTHORIZING PROSKAUER ROSE LLP TO APPEAR AS COUNSEL**

**PLEASE TAKE NOTICE** that Defendant Perplexity AI, Inc. ("Perplexity"), by and through its undersigned counsel, hereby withdraws its Motion for an Order Authorizing Proskauer Rose LLP ("Proskauer") to Appear as Counsel (ECF 126-30, 166-68, 171-72, the "Motion") and advises the Court and the parties that Perplexity will not otherwise seek to be represented by Proskauer in this Action.

Accordingly, Perplexity respectfully requests that the Court terminate the Motion.

Dated: New York, New York
November 10, 2026

Respectfully submitted,

**N. READ & CO. PLLC**

By: /s Nathaniel P. T. Read

Nathaniel P. T. Read

260 Madison Ave. 16th Floor
New York, NY 10016
Phone: (212) 750-3771
nread@readandco.com

*Attorneys for Defendant Perplexity AI, Inc.*