UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REDDIT, INC.,

Plaintiff,

-v-

SERPAPI LLC *et al.*,

Defendants.

25 Civ. 8736 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 11, 2026, Perplexity AI, Inc. ("Perplexity") filed a motion to authorize Proskauer Rose LLP ("Proskauer") to appear as its counsel. Dkt. 126. On September 15, 2026, Keker, Van Nest & Peters LLP ("the Firm") filed a motion to withdraw as counsel of record for Perplexity in this action. Dkt. 132. On September 21, 2026, the Court reserved ruling on the motion to withdraw pending a determination whether Proskauer would be permitted to appear. Dkt. 138. Today, Perplexity withdrew its motion to authorize Proskauer to appear. Dkt. 184.

The Court directs the Firm to notify the Court, in a filing on the docket of this case due Friday, November 13, 2026, whether it maintains its motion to withdraw. In the event that the Firm still intends to withdraw, the Court gives Perplexity until November 20, 2026 to file a response to the motion to withdraw. All deadlines in this case remain as set.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: November 10, 2026
New York, New York