KEKER
VAN NEST
& PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Eric H. MacMichael**
(415) 773-6624
emacmichael@keker.com

November 13, 2026

VIA ECF

The Honorable Paul A. Engelmayer
United States District Judge, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: *Reddit, Inc. v. SerpApi LLC et al.*, Case No. 25-cv-08736

Dear Judge Engelmayer:

We write in response to the Court's November 10, 2026 Order (ECF No. 186). Keker, Van Nest & Peters LLP and its attorneys intend to proceed with their motion to withdraw as counsel of record for Defendant Perplexity AI, Inc. (ECF No. 132) and respectfully request that the Court grant the motion. We have spoken with Elisabeth Anderson of Mayer Brown LLP, who we understand will be appearing as counsel of record for Perplexity in this action.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Eric H. MacMichael

EHM:bdr