WIGGIN
WIGGIN AND DANA

Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York
10022
www.wiggin.com

Kate E. Cassidy
212.551.2636
212.551.2888 fax
kcassidy@wiggin.com

VIA ECF

November 13, 2026

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Reddit Inc. v. Serpapi LLC, Oxylabs UAB, AWMProxy, and Perplexity AI, Inc.*,
Case No.: 1:25-cv-08736-PAE

Dear Judge Engelmayer:

I, along with Alex Reese, partner at Farella Braun + Martel, represent Oxylabs UAB in the above captioned case. We write to inform the Court of a decision by Chief Judge Yvonne Gonzalez Rogers of the United States District Court for the Northern District of California in *Google LLC v. SerpApi LLC*, 4:25-cv-10826-YGR, ECF No. 62 (November 9, 2026) (attached as Exhibit A). As counsel for Reddit, Inc., ("Reddit") explained in its July 21, 2026 letter to the Court, "that case concerns the same Google SearchGuard technology that Reddit" has put at issue in this case. Dkt 90.

Chief Judge Gonzalez Rogers granted SerpApi's motion to dismiss Google's Amended Complaint with leave to amend "consistent with the rulings herein" and to the extent that Google "may do so without contradicting the allegations in the [Amended Complaint]." Dkt 62 at 19. Because the opinion addresses similar issues also raised in Oxylabs's pending motion before the Court (ECF No. 96, 114, 123), Oxylabs brings it to the Court's attention.

Respectfully submitted,

*Kate E. Cassidy*

Counsel for Defendant Oxylabs UAB