Read & Co.

N. Read & Co. PLLC
260 Madison Avenue, 16th Floor
New York, NY 10016

Nathaniel P. T. Read
212-750-3771
nread@readandco.com

November 13, 2026

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Reddit, Inc. v. SerpApi LLC, et al.*, 1:25-cv-08736-PAE

Dear Judge Engelmayer:

I write on behalf of Defendant Perplexity AI, Inc. ("Perplexity"), pursuant to the Court's November 10, 2026, Order (Dkt. 186) and in response to the November 13, 2026, letter to the Court from Keker, Van Nest & Peters LLP ("Keker," Dkt. 187). Perplexity hereby confirms it does not oppose Keker's motion to withdraw (Dkt. 132).

Perplexity has retained Mayer Brown LLP as lead defense counsel in this action, in place of Keker. Mayer Brown partner Allison M. Aviki will file her notice of appearance after this letter is filed (and Mayer Brown partner Elisabeth M. Anderson will request *pro hac vice* admission in due course). Accordingly, Perplexity respectfully requests that the Court grant Keker's motion to withdraw.

Respectfully submitted,

/s *Nathaniel P. T. Read*

Nathaniel P.T. Read

cc: All Counsel of Record – by ECF

The unopposed motion to withdraw is hereby granted. The Clerk of Court is respectfully directed to terminate the motion at Docket 132.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: November 16, 2026
New York, New York