# KIRKLAND & ELLIS LLP

Joshua L. Simmons, P.C.
To Call Writer Directly:
+1 212 446 4989
Joshua.Simmons@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

November 20, 2026

**CM/ECF**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Reddit, Inc. v. SerpApi LLC, et al.*, Case No. 1:25-cv-8736-PAE

Dear Judge Engelmayer:

Defendant SerpApi LLC writes to request an extension of time from November 23, 2026 to December 11, 2026 for it to file either an amended counterclaim or a letter stating that it stands on its previously-filed opposition to Plaintiff Reddit, Inc.'s motion to dismiss. Reddit does not oppose this request.

On November 9, 2026, the Court entered an order directing SerpApi by November 23, 2026 to file either an amended counterclaim or a letter stating that it stands on the opposition. Dkt. 183. In the time between that order and today, SerpApi has hired Kirkland & Ellis LLP to represent it in this case. To permit an orderly transition of the case, to permit sufficient time for SerpApi's recently retained counsel to familiarize itself with the record, and to avoid the conflict created by the Thanksgiving holiday, SerpApi respectfully requests an 18-day extension. SerpApi has not previously requested an extension of the deadline set forth in the November 9, 2026 order.

Sincerely,

Joshua L. Simmons, P.C.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Date: November 23, 2026
New York, New York

CC: All Counsel of Record

GRANTED.